EXHIBIT B

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-794 | September 25, 2020 | 09/02/2020 | Patch Ed Wildfires CA Wilson 2020-31 | | https://www.newsbreak.com/california/los-angeles/news/2054471858836/what-swift-cant-shake-off-post-fire-moonscape-top-ca-stories |
| VA 2-222-421 | September 25, 2020 | 08/14/20 | Patch Stock Social Distancing Sign Nunes 2020 | | https://www.newsbreak.com/news/2056139963008/la-county-reports-494-new-covid-19-cases-25-deaths |
| VA 2-221-693 | September 25, 2020 | 07/31/20 | Patch Stock California Wildfire CA Schiavone 2020-5 | | https://www.newsbreak.com/news/2047666320884/wildfires-provide-another-reason-to-mask-up |
| VA 2-221-700 | September 25, 2020 | 09/20/20 | Patch Ed Covid 19 Mask Sign Store Fisher 2020 | | https://www.newsbreak.com/california/walnut-creek/news/2058149221650/walnut-creek-ca-coronavirus-updates-news-for-september-10 |
| VA 2-221-701 | September 26, 2020 | 09/14/20 | Patch Stock Mini Pizza Pie Food Booth 2020 | | https://www.newsbreak.com/new-jersey/jersey-city/news/2060336493214/4-in-new-jersey-are-among-101-best-pizzas-in-america-in-2020 |
| VA 2-221-704 | September 26, 2020 | 08/28/20 | Patch Ed Lake County Courthouse Waukegan IL Meadows 2020 | | https://www.newsbreak.com/wisconsin/kenosha/news/2049724111233/crowdfunding-to-help-pay-for-rittenhouse-lawyer |
| VA 2-221-627 | September 26, 2020 | 08/24/20 | Patch Ed E-Learning Work Remote Miner 2020 | | https://www.newsbreak.com/news/2046773475190/back-to-school-help-for-students-without-internet-from-consumer-reports |
| VA 2-221-628 | September 26, 2020 | 08/26/20 | Patch Editorial USC Uni CA Ludwig | | https://www.newsbreak.com/news/2048637656749/usc-pauses-workouts-after-players-test-positive-for-covid-19 |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-222-424 | September 26, 2020 | 09/8/2020 | Patch Stock Face Masks Covid Miner 2020 | | https://www.newsbreak.com/news/2056668280669/coronavirus-life-your-most-pressing-questions-about-masks-answered-by-consumer-reports-chief-scientist |
| VA 2-222-423 | September 26, 2020 | 09/3/2020 | Patch Ed Vitamin D Health Miner 2020 | | https://www.newsbreak.com/news/2053802165091/coronavirus-life-consumer-reports-looks-at-whether-you-should-be-taking-vitamin-d |
| VA 2-221-784 | September 28, 2020 | 9/25/2020 | 20200925-121217___25121438471 | | https://www.newsbreak.com/news/2069884844041/nassau-named-safest-county-in-america |
| VA 2-221-788 | September 28, 2020 | 9/25/20 | harmonia-shelter-patch___25160644621 | | https://www.newsbreak.com/news/2070038973686/city-scraps-shelter-evictions-manhattan-week-in-review |
| VA 2-221-791 | September 28, 2020 | 9/25/20 | bubbledining2___25152652395 | | https://www.newsbreak.com/news/2070022788063/restaurant-breaks-out-bubbles-for-outdoor-diners-patch-pm |
| VA 2-221-792 | September 28, 2020 | 9/25/20 | midtown-koreatown-building-demolish-patch___25144706797 | | https://www.newsbreak.com/news/2070096950157/developer-files-permits-to-demolish-5-story-midtown-building |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| Va 2-221-632 | September 28, 2020 | 9/16/20 | hunter-reopening-protest-patch-2___16183537082 | | https://www.newsbreak.com/new-york/new-york/news/2063275832864/teachers-denounce-hunter-schools-reopening-plan-at-protest |
| VA 2-221-645 | September 28, 2020 | 9/22/20 | hunter-reopening-protest-patch-3___22152913214 | | https://www.newsbreak.com/news/2067483890778/hunter-teachers-file-restraining-order-to-stop-schools-reopening |
| VA 2-221-650 | September 28, 2020 | 9/16/2020 | 6a85a23a-6bb2-4528-bbd4-57da86b8f9de___16142527765 | | https://www.newsbreak.com/news/2062187786940/more-litter-baskets-cleanups-heading-to-nyc-parks-streets |
| VA 2-221-653 | September 28, 2020 | 9/14/2020 | upper-east-side-shelters-rally-patch___14132210257 | | https://www.newsbreak.com/news/2060475239921/protesters-bring-clash-over-homeless-shuffle-to-mayors-doorstep |
| VA 2-221-782 | September 28, 2020 | 9/11/2020 | manhattan-shelters-patch-2___11181843594 | | https://www.newsbreak.com/news/2059287599522/theyre-not-garbage-residents-condemn-citys-homeless-shuffle |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-779 | September 28, 2020 | 7/31/2020 | patch-stock-brooklyn-townhouse-ny-cormack-pitts___04160348363 | | https://www.newsbreak.com/news/2054713988649/nyc-tax-lien-sale-scuttled-in-clashing-cuomo-de-blasio-orders |
| VA 2-221-786 | September 28, 2020 | 9/4/2020 | img-0312-original___04125842574 | | https://www.newsbreak.com/news/2055358223338/see-pandemics-toll-6-months-after-nycs-1st-coronavirus-case |
| VA 2-221-781 | September 28, 2020 | 9/2/20 | butterfield-upper-east-patch___02151049722 | | https://www.newsbreak.com/news/2053103735817/butterfield-market-opens-2nd-upper-east-side-location-photos |
| VA 2-221-785 | September 28, 2020 | 9/2/20 | patch-ed-nypd-car-greenwich-village-ny-allen-2020___02110406970 | | https://www.newsbreak.com/news/2053143564788/shootings-up-166-percent-in-nyc-new-nypd-data-shows |
| VA 2-221-622 | September 28, 2020 | 9/1/20 | new-york-city-bike-lane-patch-david-allen___01104904790 | | https://www.newsbreak.com/news/2052031106543/2-new-bike-lanes-coming-to-upper-east-side-city-says |
| VA 2-221-625 | September 28, 2020 | 8/24/20 | image-from-ios-1-1___24153405123 | | https://www.newsbreak.com/news/2046934715539/improvements-public-art-coming-to-marsha-p-johnson-state-park |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-778 | September 28, 2020 | 8/20/20 | mask-photo___20092839941 | | https://www.newsbreak.com/news/2044388331744/coronavirus-life-consumer-reports-has-tips-on-how-to-make-your-annoying-mask-less-so |
| VA 2-221-796 | September 28, 2020 | 8/5/20 | img-1352-1___05164820843 | | https://www.newsbreak.com/news/1612433250795/cuomo-declares-state-of-emergency-after-isaias-destruction |
| VA 2-221-780 | September 28, 2020 | 8/5/20 | img-1358___05130744815 | | https://www.newsbreak.com/news/1612421328500/eviction-fears-mount-for-14k-nyc-renters-as-moratorium-nears-end |
| VA 2-221-783 | Septebmer 28, 2020 | 8/4/20 | img-2292___04151717823 | | https://www.newsbreak.com/news/1611687887624/isaias-kills-1-in-nyc-leaves-thousands-without-power |
| VA 2-221-657 | September 28, 2020 | 8/23/20 | patch-ed-reopening-park-slope-ny-torrence-2020-1___23093624936 | | https://www.newsbreak.com/news/1605530807745/no-more-cuomo-chips-for-nyc-coronavirus-alcohol-orders |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-659 | September 28, 2020 | 7/8/20 | halloween-decorations-pumpkin-fields-rick-uldricks-1___24114445359 | | https://www.newsbreak.com/news/2069009935731/best-long-beach-area-pumpkin-patches-2020 |
| VA 2-221-672 | October 4, 2020 | 09/18/20 | patch-editorial-new-york-lexington-59-subway-ny-liow-35 | | https://www.newsbreak.com/new-york/new-york/news/2064871534306/mta-alerts-vendors-your-contracts-in-jeopardy-without-fed-aid |
| VA 2-221-673 | October 5, 2020 | 09/01/20 | img-7267___10103239384 | | https://www.newsbreak.com/news/1598240403359/consumer-reports-picks-the-best-equipment-for-a-home-gym |
| VA 2-221-675 | October 5, 2020 | 09/03/20 | driveinlisa___03104951170 | | https://www.newsbreak.com/news/2053677960306/dirty-dancing-songwriters-team-up-to-fight-hunger-help-needy |
| VA 2-221-676 | October 5, 2020 | 09/10/20 | 5th-avenue-busway-patch___10171346433 | | https://www.newsbreak.com/new-york/manhattan/news/2058379574841/midtown-pols-advocates-rally-for-5th-avenue-busway |
| VA 2-221-680 | October 5, 2020 | 09/01/2020 | patch-stock-vote-here-sign-fisher-2020 | | https://www.newsbreak.com/news/2053060970189/elections-2020-heres-where-you-can-vote-early-in-nassau-county |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-681 | October 5, 2020 | 09/17/2020 | bookculture___17130042087 | | https://www.newsbreak.com/news/2063963615619/new-book-culture-location-possibly-coming-to-the-upper-west-side |
| VA 2-221-682 | October 5, 2020 | 09/30/2020 | mcmorrisfamilynew___30201227139 | | https://www.newsbreak.com/news/2073530886980/drunken-driver-who-killed-boy-scout-gets-maximum-sentence |
| VA 2-221-683 | October 5, 2020 | 09/17/20 | patch-stock-pumpkins-autumn-season-nunes-2019___24145210524 | | https://www.newsbreak.com/news/2069894768615/best-mount-vernon-area-pumpkin-patches-2020<br><br>https://www.newsbreak.com/georgia/atlanta/news/2063935699562/best-atlanta-area-pumpkin-patches-2020 |
| VA 2-221-684 | October 5, 2020 | 09/15/20 | img-8190___15124004023 | | https://www.newsbreak.com/news/2061200852970/hudson-valley-haze-comes-from-west-coast-wildfires |
| VA 2-221-685 | October 5, 2020 | 09/14/2020 | nyack-halloween-parade-and-contest-bill-demarest___14160215992 | | https://www.newsbreak.com/news/2061105632229/pandemic-cancels-nyacks-halloween-parade-costume-contest |
| VA 2-221-686 | October 5, 2020 | 09/11/2020 | 9-11-display-img-7113___11141805445 | | https://www.newsbreak.com/news/2059156042159/disbarred-attorney-accused-of-stealing-911-victims-money |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-225-620 | October 5, 2020 | 08/23/20 | patch-stock-winter-snow-allen-2019-1___07221032468 | | https://www.newsbreak.com/news/2046191980000/old-farmers-almanac-winter-2020-21-predictions-for-arizona <br><br> https://www.newsbreak.com/news/2056188179961/farmers-almanac-predicts-a-snowy-comeback-for-ny-this-winter <br><br> https://www.newsbreak.com/news/2050414444660/farmers-almanac-old-farmers-almanac-assess-md-winter-2021 <br><br> https://www.newsbreak.com/news/2056188179961/farmers-almanac-predicts-a-snowy-comeback-for-ny-this-winter |
| VA 2-225-613 | October 5, 2020 | 09/07/2020 | noaa-on-building-ps___10202319454 | | https://www.newsbreak.com/news/2058546519133/hurricane-names-in-short-supply-as-peak-season-arrives |
| VA 2-225-617 | October 5, 2020 | 09/04/2020 | patch-ed-milford-ma-mcmanara-2020___04142124544 | | https://www.newsbreak.com/news/2054840220161/amazon-to-open-last-mile-distribution-facility-in-greenburgh |
| VA 2-225-611 | October 5, 2020 | 07/06/2020 | peconiclandingnew___06205607864 | | https://www.newsbreak.com/news/1595872636270/staff-visitors-brought-coronavirus-to-nursing-homes-doh-report |
| VA 2-225-601 | October 5, 2020 | 07/23/2020 | img-7974___23210813486 | | https://www.newsbreak.com/news/1589138494747/2020-primaries-engel-trails-mail-ins-may-determine-winners |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-225-556 | October 5, 2020 | 09/27/2020 | southoldpolicestation___29182616715 | | https://www.newsbreak.com/new-york/greenport/news/2072631376246/man-charged-with-driving-while-intoxicated-in-greenport-police |
| VA 2-225-397 | October 5, 2020 | 09/24/2020 | /patch-ed-wantagh-hs-ny-hampton-2020-2 | | https://www.newsbreak.com/new-york/wantagh/news/2069294218037/wantagh-high-school-named-2020-national-blue-ribbon-school |
| VA 2-221-655 | September 10, 2020 | 4/13/20 | Patch Stock Money Bills Wealth Miner 2020 | | |
| VA 2-221-687 | September 25, 2020 | 10/08/2019 | Patch Stock Vote Sign Election Fisher | | https://www.newsbreak.com/north-carolina/greensboro/news/1606005168496/north-carolina-woman-faces-jail-time-for-voting-heres-why |
| VA 2-221-689 | September 25, 2020 | 05/20/20 | Patch Ed Costco Exterior CA Schiavone 2020-1 | | https://www.newsbreak.com/california/murrieta/news/1569692233360/costco-retail-center-proposed-in-murrieta-public-comment-sought |
| VA 2-221-691 | September 25, 2020 | 07/5/19 | Patch Stock California Wildfire Fire CA Schiavone 2020-2 | | https://www.newsbreak.com/news/2046353603625/smoke-advisories-extended-through-sunday-for-lake-fire-in-the-angeles-national-forest |
| VA 2-221-696 | September 25, 2020 | 10/28/19 | Patch Stock Police Lights Crime Scene Fernandez | | https://www.newsbreak.com/news/2046697980905/who-responds-to-nonviolent-crises-new-urgency-to-remove-police-from-the-equation |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-698 | September 25, 2020 | 04/10/20 | Patch Stock Road Closed Sign Johnson 2020 | | https://www.newsbreak.com/new-york/islip/traffic/1509022245037/traffic-advisory-overnight-closure-on-part-of-sagtikos-parkway |
| VA 2-221-629 | September 26, 2020 | 11/14/18 | Patch Editorial Braintree High School MA Libon-2 | | https://www.newsbreak.com/massachusetts/braintree/news/2052240122187/braintree-high-school-named-top-65-school-by-boston-magazine |
| VA 2-222-422 | September 26, 2020 | 03/30/20 | Patch Editorial Canned Food Drive Soup Uldricks | | https://www.newsbreak.com/rhode-island/portsmouth/news/1537432322056/coronavirus-in-portsmouth-town-launches-emergency-food-bank |
| VA 2-221-787 | September 28, 2020 | 6/25/20 | patch-ed-covid-19-testing-in-ramsby-2020-5___25103718690 | | https://www.newsbreak.com/new-york/new-york/news/2043111383278/new-nyc-sites-offer-same-day-coronavirus-results-patch-pm |
| VA 2-221-654 | Septembmer 28, 2020 | 2/13/20 | patch-editorial-prescription-pills-bottle-medicine-health-miner___03121028773 | | https://www.newsbreak.com/news/1610908315185/in-the-age-of-coronavirus-tips-on-your-health-toolkit-from-consumer-reports |
| VA 2-221-656 | September 28, 2020 | 6/25/20 | patch-ed-medical-mask-miner-2020___23133723748 | | https://www.newsbreak.com/news/1605389419078/gloves-face-shields-masks-consumer-reports-on-which-protective-gear-you-really-need-during-the-pandemic |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-221-658 | September 28, 2020 | 1/24/20 | northforkroadhouse___23161304507 | | https://www.newsbreak.com/news/2068564520747/north-fork-roadhouse-owners-on-controversy-after-trump-parade |
| VA 2-221-678 | October 5, 2020 | 06/19/2020 | img-0831___19140818049 | | https://www.newsbreak.com/new-york/brooklyn/news/1587196872983/a-true-world-war-ii-black-soldier-turns-100-on-juneteenth |
| VA 2-225-597 | October 5, 2020 | 03/25/2019 | mets-citi-field-sports-baseball-queens-new-york-patch-kristin-borden___20173736652 | | https://www.newsbreak.com/news/2044747651712/mets-vs-yankees-clash-postponed-after-coronavirus-diagnoses  https://www.newsbreak.com/new-york/great-neck/news/2061330059505/great-neck-billionaire-agrees-to-buy-mets |
| VA 2-225-595 | October 5, 2020 | 06/19/2020 | katonah-rally-taliaferro-img-7968___19154326460 | | https://www.newsbreak.com/news/1587303958464/rallies-marches-for-black-lives-matter-scheduled |
| VA 2-225-564 | October 5, 2020 | 06/10/2020 | metronorth-train-2-woyton-1___16223947106 | | https://www.newsbreak.com/news/1581918204147/metro-north-ridership-jumps-as-hudson-valley-reopens-in-phase-2  https://www.newsbreak.com/news/1585296023174/van-crash-deaths-rise-school-budget-votes-drive-in-movies |
| VA 2-225-362 | October 5, 2020 | 06/13/2020 | ny-lottery-ryan-bonner-patch___31122350926 | | https://www.newsbreak.com/news/1609760157015/1m-powerball-ticket-sold-in-hudson-valley |

| Registration No. | Registration Date | Publication Date | Photo Title | Photo | Link to Newsbreak Use |
|---|---|---|---|---|---|
| VA 2-225-395 | October 5, 2020 | 06/13/2020 | lanning-putnam-county-200804___04171612725 | | https://www.newsbreak.com/news/1611564118459/121k-westchester-electric-customers-without-power-update |