# EXHIBIT C

# Patch.

 Log in

## Mount Vernon, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|-----------|----------------|-------------|----------|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Community Corner

Shared from New Rochelle, NY

# $1M Powerball Ticket Sold In Hudson Valley

There were two second-prize-winning tickets for Wednesday's drawing in the country.

By Michael Woyton, Patch Staff ℗

Jul 31, 2020 12:25 pm ET

Like 93    Share                                    💬 Reply



A $1 million Powerball winning ticket was purchased in southern Westchester. (Ryan Bonner/Patch)

NEW ROCHELLE, NY — Someone who bought a Powerball ticket in southern Westchester just won $1 million. According to the New York Lottery website, there were two second-prize winning tickets sold for the Wednesday Powerball drawing.

One ticket was purchased in New Rochelle at the North Avenue Food Mart Inc., 452 North Ave.

The other second-prize-winning ticket was sold in California, lottery officials said.



The winning numbers were 07-29-35-40-45, with Powerball 26. The second-prize winning ticket had to contain all the number except the Powerball.

---

*Like Hudson Valley Patches' Facebook Pages.*

♡ Thank    💬 Reply    ↪ Share    🚩

---

**More from Mount Vernon**

Crime & Safety | Sep 25
**Cross County Parkway Reopens After Fatal Accident**

Traffic & Transit | Sep 26
**Motorcyclist Killed In Crash On The Hutch**

Crime & Safety | Sep 27
**Police ID 3 Victims Of Fatal Cross County Parkway Rollover** 

See more local news

## Local Events

+ **Post event**

### Upcoming

**Getting to the Point with Supreme Court Justice Stephen Breyer**

Thu, Oct 8, 2020 at 11:00 AM
Mount Vernon, NY

See more events

## Neighbor Posts

+ **Ask a Question**

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | 4d

Given the rise in coronavirus cases in the Hudson Valley, what's your take on trick-or-treating for Halloween in and around Mount Vernon?

♡ Thank    💬 Reply    ↗ Share

---

Local News Tip



**Robert Phifer**, Neighbor
Mount Vernon, NY | Sep 26

Big accident on Hutchinson River Parkway under the new bridge on Lincoln tonight Friday Sept 25

♡ Thank (1)    💬 Reply    ↗ Share

---

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | Sep 23

Now that Mount Vernon schools have been in session for a couple of weeks, how do you feel about remote learning?

♡ Thank    💬 Reply    ↗ Share

---

**Jackie Forbes-Clarke**, Neighbor

Mount Vernon, NY | Sep 15

Need Health Coverage?
•Not Covered under your employer's Health Plan?
•Have a disability, but not qualify for disability benefits?
Read more

♡ Thank　💬 Reply　↱ Share　　　　　　　　　🏳

---

Local Question

**Linda Marie**, Neighbor
Mount Vernon, NY | Sep 15

Anobody knows a good private investigator?

♡ Thank　💬 Reply　↱ Share　　　　　　　　　🏳

---

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | Sep 8

Have you volunteered at a local food bank or helped to address hunger or food insecurity in Mount Vernon in some other way? Tell us about your experience.

♡ Thank　💬 Reply　↱ Share　　　　　　　　　🏳

See more neighbor posts

## Local Classifieds　　　　　　　　　　　　　**+ Post classified**

🏠 Housing | 3d
**Roommate needed**

🐾 Lost & Found | Sep 16
**Steve Dariano**

💼 Job Listing | Sep 8
**Quality Carpenter**

See more classifieds　　　　　　　　　＞

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  ⊕ Add to Chrome

 **NEWS BREAK**

Home    Local    Classifieds

Publishers    Advertisers    About    Mission    Careers    Contact

🔍 Your city or ZIP code    👤 Sign in

News Break › 📍 New York State › 📍 New Rochelle › $1M Powerball Ticket Sold In Hudson Vall...

# $1M Powerball Ticket Sold In Hudson Valley

**Mount Vernon Patch**
07-31    [ Follow ]

    



NEW ROCHELLE, NY — Someone who bought a Powerball ticket in southern Westchester just won $1 million. According to the New York Lottery website, there were two second-prize winning tickets sold for the Wednesday Powerball drawing. One ticket was purchased in New Rochelle at the North Avenue Food Mart Inc.,...

Powerball Drawing   NY   Powerball Ticket   California   Powerball Lottery

Hudson Valley Patches   North Avenue Food Mart Inc.   Facebook Pages   Tickets

Lottery Officials   Southern Westchester

( **Read Full Story** )

## Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News


Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4504   💬 4660   ➤ Share


CBS New York | 1d

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〽 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

👍 5540    💬 6485    Share

| Sign in | to post a message |

## Top News

### New Rochelle, NY Newsletter



Recommended by          │

*Luxury Cars Sponsored Listings*
Sponsored

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**          by

New Rochelle Patch          Follow
📍 New Rochelle, NY  |  3h

**5 New Properties For Sale In The New Rochelle Area**

NEW ROCHELLE, NY — On the hunt for a new home nearby, but tired of seeing the same old listings every…

💬 Comment    ↗ Share

📍 New Rochelle, NY  |  News 12  |  4h

**Fire Prevention Week in New Rochelle focuses on cooking fires**

It's Fire Prevention Week, and the New Rochelle Fire Department is focusing on cooking fires this year.…

💬 Comment    ↗ Share

📍 Manhattan, NY  |  Gothamist.com  |  5h

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o…

💬 8    ↗ Share

Fox News          Follow
📍 New York, NY  |  6h

**NYC police search for suspect wanted in fatal stabbing inside subway station**

The 22-year-old man killed on a lower Manhattan subway station had been stabbed in the neck, according t…

💬 2    ↗ Share

📍 New York, NY  |  NEWS10 ABC  |  6h

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back…

💬 2    ↗ Share

The Staten Island Advance

10/4/2020

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

💬 4    ↗ Share

📍 New York, NY    |    marylandmatters.org    |    5h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment    ↗ Share

Hudson Valley Post
📍 New York, NY    |    5h                                    Follow

**Statistics Show New Yorkers Love to Argue, Are You Surprised?**

When it comes to living in New York does loving to argue with others just come with the territory?. Is it me o…

💬 2    ↗ Share

94.3 The Point
📍 New York, NY    |    4h                                    Follow

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1    ↗ Share

📍 Scarsdale, NY    |    NY Daily News    |    11h

**The day Father Time ran me down**

How do you know when you're old? For me, it happened shortly after turning 70, at the Scarsdale, N.Y.,…

💬 Comment    ↗ Share

📍 New York, NY    |    ComicBook    |    4h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 1    ↗ Share

Hudson Valley Post
📍 New York, NY    |    6h                                    Follow

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↗ Share

📍 New York, NY    |    News 12    |    5h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment    ↗ Share

📍 New York, NY    |    abc7ny.com    |    6h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↗ Share

📍 New York, NY    |    amny.com    |    7h

**TRUMP COVID-19: Doctors claim president doing better, could be discharged Monday**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  ⋀ NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2    ↪ Share

---

📍 New York, NY  |  amny.com  |  5h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1    ↪ Share

---

📍 New York, NY  |  Gothamist.com  |  4h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↪ Share

---

📍 New York, NY  |  LongIslandPress  |  8h

**October is Adopt A Shelter Dog Month, Take One of These Pets Home Today**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 Comment    ↪ Share

---

⚪ Nyack-Piermont Patch                    [ Follow ]
📍 New Rochelle, NY  |  1d

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 Comment    ↪ Share

---

**Sponsored Link**                    Recommended by          |

**Nearby Cities**

Larchmont                              Village Of Pelham
Wykagyl                                Mount Vernon

10/4/2020 1M Powerball Ticket Sold in Hudson Valley | News Break



☐ Download News Break APP | 🌐 Add to Chrome      Publishers   Advertisers   About   Mission   Careers   Contact

☰ 🅽 **NEWS BREAK**    Home   Local   Classifieds     🔍 Your city or ZIP code    👤 Sign in

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

👤 Log in

**Midtown-Hell's Kitchen, NY**  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Seasonal & Holidays
Shared from Bed-Stuy, NY

# 'A True World War II Black Soldier' Turns 100 On Juneteenth

Lifelong Bed-Stuy resident James A. Been, his family, friends and neighbors celebrated his birthday and a century of change.

By Matt Troutman, Patch Staff 
Jun 19, 2020 4:48 pm ET | Updated Jun 19, 2020 5:30 pm ET

Like 17K    Share

💬 Replies (13)





James Been celebrated his 100th birthday on Juneteenth, surrounded by his family and friends in his lifelong neighborhood of Bed-Stuy. (Matt Troutman/Patch)

BEDFORD-STUYVESANT, BROOKLYN —Debbie McClain worried her friend James A. Been's 100th birthday would be overshadowed by Juneteenth celebrations in a city stricken by the coronavirus pandemic and a reckoning over its policing policies.

But then she realized the life of her friend — a Black veteran who survived World War II, the Spanish Flu, a Great Depression and COVID-19 — was a Juneteenth celebration in of itself.

"He's our hero," McClain said. "When I say 'hero,' I mean New York, I mean Bedford-Stuyvesant."

>

Subscribe >

Been celebrated his 100th birthday surrounded by family, friends and more than a few surprise well-wishers outside his lifelong Bed-Stuy home.

They greeted him with gifts, a proclamation from Congressman Hakeem Jeffries, cake, balloons, visits from young relatives and honks from passing cars. A handout called him "A True World War II Black Soldier."

It wasn't just a celebration of Been's life — it was history coming together in one person and place.

"I'm just shocked," Been said. "Sometimes I can't believe it."



James A. Been sits in front a cake, one of several gifts he received on his birthday. (Matt Troutman/Patch)

Been was born 55 years to the day the last slaves in Texas learned they were freed by the Emancipation Proclamation.

He was raised in Bed-Stuy. In fact, he has lived in the same Halsey Street house on a block between Marcy and Tompkins avenues for nearly his entire life.

From his steps and windows, he watched the neighborhood change around him.

Been recalls horse and buggies clip-clopping past, then trolley cars he could ride for 5 cents. The school across the street used to be a field. Neighbors slaughtered cows down the street.

And, for a time, Been's family was the only Black family on the block. He was the only Black student in PS 93.

"The whole area was white," he said.

That changed as Been grew up. Bed-Stuy became a beacon of Black culture — an evolution Been witnessed firsthand, said his friend Eric Lemon.

Lemon, who owns Brownstone Jazz on Macon Street and is McClain's partner, often visits Been to talk about the neighborhood's bygone days. Sometimes, as on Friday, they chat about Been's service in World War II.

Been was drafted in 1942 and served as a radio operator in the 93rd Infantry Division, Headquarters Company 369th Infantry Regiment — an all-Black regiment known as the Harlem Hell Fighters.

He shipped out to the Pacific under famed General Douglas MacArthur, sailing by boat from San Francisco, to Hawaii and, finally, to Guadalcanal.

"You went day and night, day and night until you got there," Been said.



A friend of James Been holds a program for his 100th birthday celebration on Friday. (Matt Troutman/Patch)

Been flew instead of sailed back, and transportation remained part of his life. He first drove electric trolleys in New York City and then the gasoline-powered buses which are now being transitioned back to electric.

He stayed in Bed-Stuy with his wife of 70 years, becoming what his friend and neighbor Rose Harris called a "fixture."

Harris calls him "Mr. Been" and has known him since she was in her mother's womb.

"If we didn't have this pandemic he would probably be running the streets right now," she said.

Harris, McClain and others organized the celebration for Been. Bed-Stuy couldn't let Been become a centenarian without notice, they thought.

All day Friday, Been greeted visitors in his home and outside. Three enormous balloons spelling out "100" helped draw honks from passing cars. Several neighbors walked up and passed along birthday greetings.

"I don't know y'all but I wanted to wish him a happy birthday," one said, as he cut through the crowd gathered around Been.

"I know him — I've lived in this neighborhood for years," said one onlooker. "I didn't know he turned 100."

A MTA bus driver honked his respects. Been beamed.

"He was a bus driver too," someone shouted at the bus.

James Caldwell, president of the 77th Precinct Community Council, presented Been with Jeffries' proclamation recognizing Been's achievements and life through the "evolution and transformation of his beloved community."

Then sirens blared. NYPD officers rolled up. But no one was scared.

Officers from the 79th Precinct greeted Been warmly and wished him happy birthday. They joined the long line of people seeking photos.

>

James Been poses for a photo with NYPD officers who showed up at his 100th birthday celebration to show their respects. (Matt Troutman/Patch)

To Peter Duncanson, Been is "Cousin James."

Duncanson and his father Humphrey Duncanson are part of five generations of family who visited Been on Friday. They visit him, listen to stories about the neighborhood in the past or Been's days driving trolleys, then buses, after World War II.

Peter Duncanson stood under the shade of a tree and thought about his distant Cousin James' life, and what it meant for a Black man to turn 100 on Juneteenth.

Maybe something in the universe orchestrated it, Duncanson said.

"One hundred years — someone who lived through Jim Crow, the Depression and the Spanish Flu," he said. "And now he sees the neighborhood changing and being

gentrified."

"There are those who still see the history here," he said, looking at Been's door. "I think that's what's significant about the whole thing. I'm honored to have family in the neighborhood that's so representative of all that history."

James Been and several generations of his family members gathered for Been's 100th birthday. (Matt Troutman/Patch)

♡ Thank (5)   💬 Reply (13)   ↪ Share                                    ⚑

See more local news   ›

Loading...

**Latest News Nearby**

1. 📍 Midtown-Hell's Kitchen, NY News
   **Midtown Library Lions Lose Masks | Midtown Week In Review**

2. 📍 New York City, NY News
   **CDC Stresses Vaccines As New York Enters Flu Season**

3. 📍 New York City, NY News
   **NYC Restaurants Go Months Without Inspections During Coronavirus**

4. 📍 Midtown-Hell's Kitchen, NY News
   **Masks Stolen From Midtown Library Lions: Report**

5. 📍 Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Chelsea

Gramercy-Murray Hill

West Village

Upper East Side

East Village

New York City

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP | 🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰ 〽 **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break ⟩ 📍 New York State ⟩ 📍 Brooklyn ⟩ 'A True World War II Black Soldier' Turn...

# 'A True World War II Black Soldier' Turns 100 On Juneteenth

 **Park Slope Patch**
06-19    ☐ Follow

    



BEDFORD-STUYVESANT, BROOKLYN —Debbie McClain worried her friend James A. Been's 100th birthday would be overshadowed by Juneteenth celebrations in a city stricken by the coronavirus pandemic and a reckoning over its policing policies.

Coronavirus Disease 2019    World War II    Police    Policy    COVID-19 Pandemic

Influenza    Jim Crow    Centenarian    Douglas MacArthur    Guadalcanal    Black History

World History    Family History

  
James    Hakeem Jeffries    Douglas Macarthur

**Read Full Story**

**Sponsored Stories**

Recommended by    |

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in…

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is…

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He…

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh…

## Trending News



Fox News | 4h

**Trump could be discharged from the hospital as soon as Monday**

👍 4387    💬 4457    ↪ Share



CBS New York | 1d

📱 Download News Break APP | 🌐 Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰ 〽 NEWS BREAK    Home   Local   Classifieds    🔍 Your city or ZIP code    👤 Sign in

**currently on oxygen**

👍 5536   💬 6480   ➦ Share

## Comments / 0

Sign in to post a message

## Published by

🟢 Park Slope Patch    [ Follow ]

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment    ➦ Share

**Local ZIP Joins Coronavirus Watchlist | Park Slope Week In Review**

BROOKLYN, NEW YORK — Here's a roundup of the top headlines from around Park Slope this week. PARK SLOPE, BROOKLYN — A ZIP code bordering the southern part of Park Slope has been added to …

💬 Comment    ➦ Share

## Top News

Recommended by    |

[ Sponsored   1/5 ]

📍 Queens, NY | amny.com | 5h

**NYC SHOOTINGS: Shooter causes Brooklyn crash, three shot in Queens drive-by**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 10   ➦ Share

📍 Brooklyn, NY | News 12 | 4h

**COVID clusters across Brooklyn force 2 school closures**

Gov. Andrew Cuomo and health officials are working to contain coronavirus clusters in more than a dozen z…

### Brooklyn, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

[ Subscribe ]

Paid Content    by    |

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**         Home    Local    Classifieds       🔍 Your city or ZIP code       👤 Sign in

**'That Sh\*t Whack' Is Auntie Naj's End of Summer Slowdown Jam**

Brooklyn rapper Auntie Naj, everyone's favorite cool auntie, has won over listeners with her attitude, swag a…

💬 Comment    ↪ Share

---

📍Brooklyn, NY  |  brooklynvegan.com  |  4h

**Bushwig took over a Brooklyn park with drag (pics)**

Annual NYC drag festival Bushwig couldn't hold its ninth, 2020 edition as usual this year because of COVID-…

💬 5    ↪ Share

---

📍Brooklyn, NY  |  News 12  |  7h

**Police arrest 1 suspect in January shooting at Kingsborough Houses**

Police have made an arrest in the January murder of a Brooklyn man. Rashawn Brown was arrested and…

💬 5    ↪ Share

---

📍Brooklyn, NY  |  New York YIMBY  |  8h

**Affordable Housing Lottery Launches Sea Breeze Tower in Coney Island, Brooklyn**

The housing lottery is now open for Sea Breeze Tower, a 20-story residential development at 271 Sea Breez…

💬 Comment    ↪ Share

---

📍Brooklyn, NY  |  NY Daily News  |  7h

**JUSTICE STORY: The scary summer when teen 'Kill for Thrills' gang terrorized Brooklyn**

As the body was fished out of the East River and placed faceup on a lonely pier under the Williamsburg…

💬 5    ↪ Share

---

📍Brooklyn, NY  |  newsbrig.com  |  9h

**Off-duty FDNY firefighter arrested for allegedly choking girlfriend**

An off-duty New York City firefighter was arrested and charged with assaulting his girlfriend and her two…

💬 4    ↪ Share

---

📍Queens, NY  |  queenseagle.com  |  6h

**Koslowitz, Jewish leaders denounce anti-Semitic coverage of COVID rise**

Members of the Queens Jewish Community Council, faith leaders and elected officials gathered outside the…

💬 11    ↪ Share

---

📍New York, NY  |  abc7ny.com  |  7h

**Coronavirus News: 12 NYC neighborhoods with COVID-19 positivity rates above 3%**

NEW YORK CITY (WABC) -- The New York City Health Department continues to track four concerning cluster…

💬 5    ↪ Share

---

⚪ The Staten Island Advance                    [ Follow ]
📍Brooklyn, NY  |  6h

**As NYC's infection rate rises, what would trigger mass school closures?**

NEW YORK, N.Y. -- Nearly half a million students returned to in-person learning as of this week, but as the…

💬 4    ↪ Share

---

📍Brooklyn, NY  |  Gothamist.com  |  6h

**Students, Teachers At Brooklyn School Forced To Quarantine After Student Tests Positive For COVID-19**

📱 Download News Break APP　🌐 Add to Chrome

**NEWS BREAK**

Home　　Local　　Classifieds　　　　🔍 Your city or ZIP code　　　👤 Sign in

☰

📍 Brooklyn, NY　|　New York YIMBY　|　9h

### Excavation Now Underway at 68 Eldert Street in Bushwick, Brooklyn

Excavation is underway for a four-story expansion at 68 Eldert Street in Bushwick, Brooklyn. When complete…

💬 Comment　　↪ Share

📍 Brooklyn, NY　|　hotnewhiphop.com　|　3h

### Rah Swish Comes Out Swinging With "50 Bars, Pt. 4"

You may remember Rah Swish from his many collaborations with the late Pop Smoke but the Brooklyn rapp…

💬 Comment　　↪ Share

⚪ aiptcomics
📍 Brooklyn, NY　|　7h　　　　　　　　　　　　Follow

### 'Witches of Brooklyn' review: Unique and wonderful

! This is our chance to set the mood for the spookiest and scariest month of the year as we focus our…

💬 Comment　　↪ Share

📍 Brooklyn, NY　|　brownstoner.com　|　6h

### Top 10 Brooklyn Real Estate Listings: A Brooklyn Heights Co-op, a Flatbush Single-Family

The most popular listings on Brownstoner this week include a wood frame in Park Slope, a Queen Anne in…

💬 Comment　　↪ Share

📍 Brooklyn, NY　|　shorefrontnews.com　|　14h

### Brooklyn Democrats Announce Plan To Fight Illegal Guns

State Senator Andrew Gounardes, Brooklyn District Attorney Eric Gonzalez and City Councilman Justin…

💬 7　　↪ Share

📍 Brooklyn, NY　|　shorefrontnews.com　|　14h

### 2,500 Come Out in Support of Malliotakis & Trump

Assemblywoman Nicole Malliotakis is getting lots of love in Staten Island as she bids to replace Max Rose i…

💬 8　　↪ Share

⚪ Amomama
📍 Brooklyn, NY　|　7h　　　　　　　　　　　　Follow

### Kenya Moore's Daughter Brooklyn Poses in a Swimsuit & Hat While Winking at the Camera (Photo)

Brooklyn Daly, the adorable daughter of "The Real Housewives of Atlanta" star Kenya Moore, looked all…

💬 Comment　　↪ Share

⚪ CBS New York
📍 Brooklyn, NY　|　16h　　　　　　　　　　　Follow

### Police Question Someone In Connection To Unprovoked Attack On Actor Rick Moranis

NEW YORK (CBSNewYork) — Police have questioned someone in connection to the random attack on actor…

💬 4　　↪ Share

**Sponsored Link**　　　　　　　　　　　　Recommended by

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 29 of 78

☰   **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

📱 Download News Break APP   |   🌐 Add to Chrome

**Nearby Cities**

Ridgewood

Glendale

New York

Sunnyside

Ozone Park

Rego Park

Maspeth

Chinatown

Middle Village

Long Island City

Woodhaven

Elmhurst

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

   

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch.

 Log in

## Port Washington, NY + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Community Corner

Shared from North Fork, NY

# 'Dirty Dancing' Songwriters Team Up To Fight Hunger, Help Needy

Songwriters behind "Dirty Dancing" classics share behind-the-scenes stories, unveil videos at CAST's drive-in to benefit needy in pandemic.

By Lisa Finn, Patch Staff 

Sep 3, 2020 11:01 am ET | Updated Sep 3, 2020 11:37 am ET

Like 202    Share    Reply



A drive-in to benefit CAST will take place in Cutchogue. (Lisa Finn / Patch)

CUTCHOGUE, NY — "Nobody puts Baby in a corner."

The lines, from the iconic film "Dirty Dancing," have been echoed by audiences for 33 years since Patrick Swayze and Jennifer Grey first lit up the screen in a classic summer love story that has spanned decades.

On Thursday night, the film will complete the "CAST Summer Drive-In" series organized to benefit Community Action of Southold Town; CAST raises funds to help those in need and has faced a surge in demand for services in the face of the coronavirus pandemic.

›

Subscribe ›

The event takes place at the Peconic Bay Winery, located at 31320 Main Road in Cutchogue; the gates open at 7 p.m. and the movie begins at 8 p.m. Tickets cost $50 per car and include a bag of popcorn. Also featured will be art for sale, snacks, beverages, ice cream and raffle tickets, sold at a farm stand to benefit CAST.

To purchase tickets, click here.

Courtesy CAST.

And to make the night even more memorable, two new videos will be shown, created by the songwriters behind "Dirty Dancing" classics including "Hungry Eyes" and (I've Had) "The Time of My Life" to help the many facing unthinkable challenges during the days of the coronavirus.

Academy Award-winning songwriters and singers John DeNicola, who grew up on Long Island and still has family in Southold, and New Jersey-based Franke Previte composed

10/4/2020     Dirty Dancing Songwriters Team Up To Fight Hunger, Help Needy | Port ...

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 33 of 78

the two "Dirty Dancing" classics.

"Dirty Dancing," a film set in 1963 in the Catskills, told the story of Swayze's character Johnny, a rough-around-the-edges dancer with a heart of gold who sweeps Baby, played by Grey, off her feet during a sweet summer romance.

In the years since the film burst into the international spotlight, both DeNicola and Previte — who was also the lead singer in the 1980s pop band Franke and the Knockouts — have spent years giving back to help others.

On Thursday night, two videos will be shown before the film at CAST's drive-in event: One is DeNicola's new version of "Hungry Eyes," which features the songwriter himself on vocals and depicts a diverse range of individuals, including nurses, DeNicola's 93-year old mother-in-law, and friends, all wearing masks — their emotion shown, in a heartrending adaptation, through their own "hungry eyes" during the days of coronavirus and uncertainty.

The song debuted in the Top 30 on Billboard's adult contemporary chart.

Previte's video "One World" is a new recording of an uplifting anthem created by celebrities to benefit charities — including COVID-related causes such as artists struggling to survive during the pandemic, as well as equality.

"One World" also soared to Billboard's Top 30.

Speaking with Patch about the world's enduring enchantment with the film, Previte said both the story and music touch a universal chord.

The film captured a singular moment in time, he said. When asked why the film continues to resonate 33 years later, he reflected: "I think the longevity of it is the combination of a few things. The connection with Patrick Swayze and Jennifer Gray, the music, the story — if you take one of those elements out, exchange it with another song or actor, I don't think you have the same phenomenon."

DeNicola said the film takes place before President John F. Kennedy was shot and the national consciousness was altered. "There's an innocence that America had then," he

said.

And, he said, "Patrick was the perfect dancer. Not unlike Gene Kelly. His dancing, and the character of Baby, just captured something. It was Romeo and Juliet, a tried and true story. And there is nostalgia for a simpler time in the Catskills. This was before 'big vacations' to Europe. Air travel wasn't that easy. It was just a simpler time, an innocent time."

DeNicola added: "The director, Emile Ardolino, of the film alway said it was a convergence. The sun, the stars and the moon aligned. No one could have set out to make this happen the way it did, it just did. It was magical. No one could have forced that to happen."

The film is the perfect choice for the new drive-ins popping up, he said. "That movie takes place during the heyday of drive-ins, so it feels pretty natural. It appeals to people's sense of nostalgia."

So popular is "Dirty Dancing," Previte said, that there is a club for those who have seen the film 1,000 times or more — and an annual fan festival where participants gather to celebrate the iconic movie and even practice the scene where Grey leaps into Swayze's waiting arms during the final "(I've Had) The Time of My Life" dance number.

Recalling the days when he and DeNicola wrote that iconic song, Previte said he was down to the last $100 in his bank account when the producer and head of Millenium Records, Jimmy Ienner, called and said he had a movie and wanted him to write the song.

Initially, Previte said he didn't have the time; he was focused on trying to get a record deal.

"He said, 'Make the time. This is going to change your life,'" Previte said.

Then, Ienner described the song and said he felt really good about it, but added t' had to be seven minutes long.

"I thought, 'I've got to write MacArthur Park," Previte joked.

He called DeNicola — with whom he had already written "Hungry Eyes," eventually sung by Eric Carmen and featured in "Dirty Dancing" —and, sitting in a car on the Garden State Parkway, he was listening to the track on a cassette around Exit 140 in 1987 when he scribbled "Time of My Life" on an envelope — and history was made.

DeNicola said at the time, no one knew what "Dirty Dancing" would become. "It was life-changing. The songs turned out to be iconic," he said.

Originally a low-budget film written by Eleanor Bergstein, no one could have imagined the acclaim and success the movie achieved, that ephemeral dream realized, he said. At one point, Bergstein was talking about the film going straight to video cassette, DeNicola said. "You just never know."

Both DeNicola and Previte speak with great affection of Swayze, who died in 2009 of pancreatic cancer.

When Previte met Swayze at the Academy Awards, Swayze told him how 149 songs had been turned down for that legendary last dance finale — until the 150th cassette, "(I've Had) The Time of My Life." Swayze, he said, told him, "We just looked at each other and said, 'We're making the movie to that song.' At the end of the day, it's such a tremendous ending. We just looked at each other and said, 'Let's go make a movie.'"

Swayze, he said, was a "big-hearted tough guy. That was really him. He played himself."

DeNicola agreed: "He was very nice. Just as you would expect, down-to-earth, humble. A nice man."

DeNicola said he also met Grey a number of times. "Just as the songs were a big part of that movie, so were their parts. They were stellar."

Since his death, Previte became involved with the Pancreatic Action Network and raised $30,000 through the sale of original demos DeNicola and he created for the film — first conceived in DeNicola's studio — in memory of Swayze. "I'm trying to utilize my to give back," he said. "I've been blessed. This is a way for me to let my music he

>

Drive-in movies, and "Dirty Dancing," have both been seeing a resurgence during the pandemic across the globe, both Previte and DeNicola said.

"It's a way of reconnecting people," Previte said.

Looking ahead, Previte and DeNicola will participate in a series of Q & A sessions, connecting with the audience via Zoom at future drive-in "Dirty Dancing" events. Another is scheduled for September 12 in Mahopac, NY.

The question and answer sessions, Previte said, will give audiences a chance to "get inside the movie. Ask, 'How did you write that song?' and 'Did you ever meet Patrick Swayze?'"

Previte discussed the anthem "One World" and the video that will air Thursday before CAST's drive-in showing of "Dirty Dancing." The video features Patti LaBelle, discussing the many musicians and singers out of work due to the pandemic. "We're all in need of a little help right now," she said. "Thank you and God bless you for helping."

Others involved include Christine Ebersole, Evelyn "Champagne" King, Tico Torres, the drummer for Bon Jovi, Kenny Gamble from Gamble & Huff, Rob Hyman from The Hooters, and Siobhan Fallon from "Saturday Night Live."

To learn more about "One World, Our Song," click here.

10/4/2020 Dirty Dancing Songwriters Team Up To Fight Hunger, Help Needy | Port...

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 37 of 78

Updates on "One World" can be found on Facebook at "One World, Our Song." The song also received more than 22 spins on Pandora at "Voices 4 One World," Previte said.

Franke Previte. / Courtesy Frank Previte.

The song was written in 1989 and "sat in a drawer" until four months ago when Previte realized, with so many actors out of work, and so many children of first responders in need, he wanted to do something to help a number of charities.

"We're donating all these downloads and proceeds to charity, to help get actors, musicians and children of first responders to the other side of normal so they can have a

life right now. So many actors and musicians are out of work and can't pay their bills. I'm trying to make this music a spark of healing — to pull us back together as a world."

Looking back at "Dirty Dancing," Previte, who grew up with a father who was an opera singer, reflected on how the film changed his life. "Before 'Dirty Dancing,' I was an artist, with Frankie and the Knockouts; I had three hit records. When I wrote 'Time of My Life,' I became a songwriter. It took me to a whole other level."

Billboard sent him a letter listing the Top 20 songs of all time, with 'Time of My Life' #15, he said. Of the dizzying accolades, including the Academy Award, Golden Globes, and "TOML" being named ACAP's "most performed song from motion pictures," he said: "It's beyond my dreams."

He added that using his music to heal is a gift he's thrilled to share. "Music is the driving force," he said. "I can't imagine the world without music."

DeNicola said the success of "Dirty Dancing" has afforded him the ability to con' stay in the music business for 33 years, writing and producing. He recently releas own album, "The Why Because," on Omad Records.

John DeNicola. / Courtesy RadioActive Talent, Inc.

Discussing the new version of "Hungry Eyes," DeNicola said when working in his new studio upstate, one of the first things he wanted to do "was redo the song the way I'd always heard it in my head."

The song is iconic; he didn't want his new version to sound exactly like the original. His son Jake, an indie filmmaker and musician said many artists are spotlighting 80s synth pop.

DeNicola still had the original synthesizer he wrote the song on and was able to utilize the Roland Juno -106 for the new version, where he played with the melody and changed the chords a bit.

Once released, the song debuted at #25 on Billboard's adult contemporary chart. "Billboard said 33 years later, 'Dirty Dancing' is still spawning hit songs for the Top 30.

It's kind of mind-boggling," he said.

His new version of "Time of My Life", DeNicola said, is stripped way down to acoustic guitar and French horn. "It closes out my album and it's an homage to the song and what's it's meant to me."

As for the video, with the array of individuals in masks, DeNicola said he and his wife have been upstate since the pandemic began. His wife Debra had the idea for everyone to wear masks. "To express, through your eyes — your hungry eyes," he said. "This is a nice way of saying, 'Put your mask on,' without being preachy. The video also shows that we're all in this together."

DeNicola said the magical "convergence" of all things coming together to make "Dirty Dancing" a phenomenon continues in this new version of "Hungry Eyes."

"It's the fact that this song can be on the top charts and then spawn this video that is also timely, reassuring, and heartfelt," he said. "So much is conveyed through our eyes. You can see people smiling, through their eyes."

The film, the music, Swayze and Grey, the look at a simpler time in the bucolic Catskills, all came together to create a moment in time that will live forever, DeNicola said. "It is magic. We wouldn't be talking about it 33 years later if it weren't."

And, DeNicola said, he's thrilled that the film and his music can be used for good at a time when so many are in dire need. "The fact that it's still relevant is a blessing to us. I couldn't be happier that we're going to put some food into the food banks when people are so obviously struggling at this time."

CAST is grateful for the ongoing support of the community throughout an unprecedented summer.

"Since CAST's regular summer fundraising events were cancelled due to COVID-19, we had to come up with creative ways to raise funds to support our essential operati 'CAST's Drive-In Thursdays - Family Movie Nights Under the Stars' is a safe way families to get out and have some fun while supporting our neighbors in need during this challenging time," Cathy Demeroto, executive director of CAST, told Patch.

"In light of the tremendous increase in need on the North Fork due to the current health and economic crisis, it is more important than ever that we raise sufficient funds to ensure we are able to meet the unprecedented need for food relief and emergency assistance," she said.

All proceeds from the Drive-In Thursdays Summer Movie Series benefit CAST.

"Although the community is slowly reopening, families are still struggling to make ends meet as they are trying to catch up after being out of work for several months and many workers are currently underemployed as numerous businesses are not operating at full capacity. We will close out the Drive-In Thursdays movie series with 'Dirty Dancing', a timeless romantic summer classic," she said.

Raffles are $5 each for a chance to win a $345 mix of North Fork gift certificates. The winner will be notified by Sept. 4. The CAST van will be onsite to collect donations of non-perishable food items, diapers and personal sanitary supplies.

♡ Thank   💬 Reply   ↝ Share          ⚑



See more local news

Loading...

**Latest News Nearby**

1. 📍 Port Washington, NY News
   **Port Washington Weekly Weather Forecast**

2. 📍 Port Washington, NY News
   **5 New Port Washington Area Properties For Sale**

3. 📍 Port Washington, NY News
   **Wow! $10M Port Washington Home Features Double Grand Staircase**

4. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

5. 📍 Port Washington, NY News
   **2020-2021 School Tax Bills Available Nov. 1**

>

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Great Neck

Glen Cove

Bayside-Douglaston

New Hyde Park

Pelham

Mineola

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

10/4/2020    Dirty Dancing Songwriters Team Up To Fight Hunger, Help Needy | Port Washington...

Case 1:20-cv-10959-LGS   Document 1-3   Filed 12/28/20   Page 43 of 78

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP | 🌐 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰   **NEWS BREAK**          Home     Local     Classifieds          🔍 Your city or ZIP code     👤 Sign in

News Break  ›  📍 New York State  ›  📍 Cutchogue  ›  'Dirty Dancing' Songwriters Team Up To F...

# 'Dirty Dancing' Songwriters Team Up To Fight Hunger, Help Needy

**Merrick Patch**
09-03    [ Follow ]

        



CUTCHOGUE, NY — 'Nobody puts Baby in a corner.' The lines, from the iconic film 'Dirty Dancing,' have been echoed by audiences for 33 years since Patrick Swayze and Jennifer Grey first lit up the screen in a classic summer love story that has spanned decades. On Thursday night, the...

Dirty Dancing     Hunger     Songwriter     Pandemic     NY     Infant

Coronavirus Disease 2019     Academy Awards     Dance Music     Good Music     New Music

Pop Music     Gamble & Huff     Community Action Of Southold Town     Millenium Records



Patrick Swayze   Jennifer Grey   John F. Kennedy   Patti Labelle   Eric Carmen   Christine Ebersole   Gene Kelly   Rob Hyman

Emile Ardolino   Tico Torres

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

### Trending People

**Donald Trump**
Donald John Trump is the 45th President of the United States, in...

**Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

**Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

**Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



**Donald J. Trump** ✓
@realDonaldTrump

Going well. I think! Thar

Axios | 1d

**GOP fears worst yet to come**

👍 3304     💬 5272     ↗ Share



NBC News | 1d

📱 Download News Break APP    |    🌐 Add to Chrome

☰  〰 NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

### treatment

👍 5219    💬 11144    ↗ Share

### Cutchogue, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content                by           |

## Comments / 0

Sign in    to post a message

## Published by

○  Merrick Patch                                    Follow

**Merrick Weather Forecast For The Week Ahead**

MERRICK, NY — Time for your weekly weather report, as reported by Darksky. Clear throughout the day. Possible light rain in the morning. Clear throughout the day. Clear throughout the day. High 73, low 61....

💬 Comment    ↗ Share

**5 New Merrick Area Houses For Sale**

MERRICK, NY — When you're looking for some fresh digs, hunting down every new listing in the area can be a laborious endeavor. That's why we here at Patch have stepped in and done the prepwork for you. Here are t...

💬 Comment    ↗ Share

## Related

Recommended by           |

| Sponsored    1/5 |

shareably.net  |  10d

**Newlyweds re-enact famous 'Dirty Dancing' routine for 1st dance**

Imagine it's your wedding day and you want for your first dance as a husband and wife to be something so...

10/4/2020

Download News Break APP    Add to Chrome

**NEWS BREAK**          Home    Local    Classifieds          Your city or ZIP code    Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

▼ New York, NY | 2d

**11 Beloved Movie Couples Who Clashed Behind the Scenes**

When you watch a movie, you're seeing months and months of work by hundreds of people edited down int…

💬 Comment    ➤ Share

---

DesignerzCentral
20d                                                    Follow

**Bradley Cooper and Jennifer Garner Getting Married; Moving In Together**

The cover of Life & Style reads "Bradley moves in," and promises to go "inside their big wedding plans."…

💬 33    ➤ Share

---

Daily Mirror
24d                                                    Follow

**Michael Jackson told Lisa Marie that Debbie Rowe 'would give him kids' in ultimatum**

Michael Jackson was so keen to start a family that he issued an ultimatum to his wife Lisa Marie, when she…

💬 121    ➤ Share

---

NewsMax.com | 23d

**'Jackass' Star Dead at 54**

"Jackass" star and wrestler Stevie Lee has died at the age of 54. Family members shared the news on a…

💬 Comment    ➤ Share

---

Showbiz Cheat Sheet
19d                                                    Follow

**Cher Says Her Relationship With Sonny Bono Fell Apart Because He Was a 'Huge Womanizer'**

Sonny and Cher were one of, if not the most, iconic celebrity couples of the late '60s and early '70s. The pair…

💬 98    ➤ Share

---

Majestic Deco
21d                                                    Follow

**Baby Girl Dies Before 1st Birthday, When Parents Catch 4-Year-Old Brother Singing… Tears**

Many of Disney Pixar's films are tailored to help little children understand complicated topics. The Deais…

💬 Comment    ➤ Share

---

Grunge
26d                                                    Follow

**The oldest living actors in Hollywood today**

We know their names, we've seen their films and TV shows, but sometimes we forget that some of the iconi…

💬 6    ➤ Share

---

Showbiz Cheat Sheet
9d                                                    Follow

**Debbie Reynolds Said Her 'Singin' in the Rain' Costar Gene Kelly Was a 'Severe Taskmaster' With Dreadful On-Screen Kisses**

Considered by many to be the ultimate Hollywood musical film, 1952's timeless Singin' in the Rain wins over…

💬 12    ➤ Share

---

Express.co.uk | 5d

**Elvis Presley affair: Ann-Margret knew King was 'FINALLY at peace' in 1994**

ELVIS PRESLEY infamously had an affair with actor Ann-Margret in 1964 during the filming of his hit film Viv…

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 47 of 78

**The Last Photo Taken Of Celebrities Before They Died**

Have you ever wondered what the final photograph of your favorite celeb was? Some of the images capture…

💬 26    ➤ Share

---

amomama.com   |   3d

**The Life Of Kristy McNichols**

The actress Kristy McNichol was born in 1962 and got started as a child actor in commercials. The chestnu…

💬 91    ➤ Share

---

womansday.com   |   29d

**Famous Co-Stars Who Didn't Get Along in Real Life**

Aniston was reportedly not thrilled when actor Jay Mohr beat out her then-boyfriend Tate Donovan to be her…

💬 1    ➤ Share

---

⚪ Daily Mirror               Follow
     2d

**Chrissy Teigen's mother cries as she cradles late grandson in heartbreaking pics**

Chrissy Teigen's mother Vilailuck has shared the moment she met her late grandson Jack in a heartbreakin…

💬 263    ➤ Share

---

Express.co.uk   |   5d

**Elvis Presley: Graceland upstairs MISCHIEF 'It was like living with Peter Pan' says cousin**

ELVIS PRESLEY's Graceland upstairs mischief has been shared by The King's cousin and wife, who frequentl…

💬 Comment    ➤ Share

---

⚪ Taste of Country             Follow
     1d

**Dolly Parton Shares Why She Turned Down Elvis Presley Recording 'I Will Always Love You'**

Dolly Parton's signature song, "I Will Always Love You," earned her not only a No. 1 hit of her own, but also a…

💬 8    ➤ Share

---

Ok Magazine   |   19d

**Anne Heche Reveals 'Beautiful' Romance With Ellen DeGeneres Hurt Her Career**

Anne Heche has shared the screen with some of the biggest names in Hollywood and is often known for he…

💬 2    ➤ Share

---

⚪ CinemaBlend              Follow
     2d

**ABC's Tamron Hall Is Being Sued by 'Embarrassed' Mom For $16 Million**

Daytime talk shows sometimes get a reputation for hosts telling it like it is from their own perspectives.…

💬 33    ➤ Share

---

goodhousekeeping.com   |   1d

**See Steve Harvey Lose It When Ray Romano Slammed Brad Garrett on 'Celebrity Family Feud'**

Steve Harvey had a priceless reaction when Everybody Loves Raymond star Ray Romano hurled a playful…

💬 36    ➤ Share

---

Hello Magazine   |   12d

📱 Download News Break APP   |   🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   🅽 **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

**Sponsored Link**      Recommended by    |

**Nearby Cities**

| | |
|---|---|
| New Suffolk | Peconic |
| Mattituck | Laurel |
| Southold | Jamesport |
| South Jamesport | Shelter Island |
| Shelter Island Heights | Water Mill |
| Greenport | Aquebogue |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | **Local News** |
| Mission | Map |
| Contact | Publishers |
| Careers | Advertisers |

**Legal**      **Support**

Do Not Sell My Info      Help Center

**Topics**

Election 2020

Download News Break APP | Add to Chrome

NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code

Sign in

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch<sub></sub>

Sign up

**Upper East Side, NY**

| News Feed | Neighbor Posts | Classifieds | Calendar |

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Community Corner

Shared from Midtown-Hell's Kitchen, NY

# 'They're Not Garbage': Residents Condemn City's Homeless Shuffle

"These are very decent people—I love them," said one worker at the Midtown shelter who was laid off suddenly this week during the scramble.

By Nick Garber, Patch Staff 

Sep 11, 2020 6:25 pm ET | Updated Sep 11, 2020 9:52 pm ET

Like 184     Share

💬 Replies (16)





In the rally outside the Harmonia shelter on East 31st Street, speakers blasted Mayor Bill de Blasio's decision to move hundreds of men from the Lucerne Hotel on the Upper West Side over to the Harmonia in Midtown. (Nick Garber/Patch)

  

MIDTOWN MANHATTAN, NY — Residents and elected officials took aim at the m
Friday over the city's plans to boot dozens of homeless families from a Midtown shelter,

rallying outside the building where hundreds of men are set to arrive once they are transferred from the Upper West Side.

In the rally outside the Harmonia shelter on East 31st Street, speakers blasted Mayor Bill de Blasio's decision to move hundreds of men from the Upper West Side's Lucerne Hotel over to the Harmonia, displacing at least 330 people — many of them with significant disabilities.

Shelter resident Norma Torres Oliveri read a letter on behalf of other residents, telling those gathered that "The last few days have been extremely traumatizing."



"We are all human. We deserve a decent place to live," she said.

City councilmember Keith Powers, who represents Midtown, said he and other elected officials were there "to make sure that people aren't being evicted as part of a political game that's being played here in the city right now."

"These are real people with real lives," he added.

Speakers described a chaotic 48 hours inside the shelter, starting Wednesday evening when shelter staff knocked on some residents' doors, telling them to pack their bags to prepare for a sudden move.

"They asked, where am I going? There was no answer," Powers said.

At least a dozen families had left by Thursday — unaware that they had the right to request 48 hours' notice by the city prior to their evictions — and were moved to other shelters, a service provider told Patch. The city has since agreed not to kick out any more families until next week as it works to avoid a possible lawsuit by the Legal Aid So... attorney Joshua Goldfein said.

John Bostic, 59, came to the Harmonia in January and has physical impairments due to back and shoulder injuries that could be difficult to accommodate at other shelters. (Nick Garber/Patch)

For weeks, Upper West Side residents fiercely opposed — sometimes in violent, dehumanizing terms — the placement of about 300 homeless men in the affluent neighborhood as part of an effort to reduce crowding in shelters during the coronavirus pandemic.

Faced with a possible lawsuit brought by a neighborhood group, de Blasio bowed to pressure by announcing the transfers Tuesday evening, setting off a new round of outrage.

## 'They're not garbage'

In the meantime, some 150 shelter families are left in limbo. John Bostic, 59, came to the Harmonia in January and has physical impairments due to back and shoulder injuries

that could be difficult to accommodate at other shelters.

"I'm not here because I want to be here," he said. "But thank God, it's a place with shelter."

Some 41 shelter employees also lost their jobs abruptly after the move was announced. Among them was Jossie Roche, who was laid off Wednesday after working as a cook in the shelter's kitchen since it first opened about two years ago.

She still came to the rally Friday, saying she wanted to support the clients she had helped serve.

"These are very decent people — I love them, I've been with them for two years," she said. "They deserve better treatment. I believe they're not garbage, they are people like us."



Jossie Roche, who was laid off Wednesday after working as a cook in the shelter's kitchen since it first opened. She still came to Friday's rally, hoping to support the residents she once served. (Nick Garber/Patch)

Other speakers at the rally included Borough President Gale Brewer, State Sens. Liz Krueger and Brad Hoylman and city councilmember Helen Rosenthal.

Having lost her own job in the shuffle, Roche said there wasn't much separating her from the homeless residents who were the focus of Friday's rally.

"I can see myself in their position, who knows when," she said. "Because I gotta pay rent."

♡ Thank (1)    💬 Reply (16)    ↱ Share      ⚑

See more local news

Loading...

## Latest News Nearby

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your community on the Patch app   ›

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

9/27/2020      They're Not Garbage: Residents Condemn City's Homeless Shuffle | ...

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 57 of 78

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Download News Break APP   |   Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰  **NEWS BREAK**          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍New York State  ›  📍Manhattan  ›  'They're Not Garbage': Residents Condemn...

# 'They're Not Garbage': Residents Condemn City's Homeless Shuffle

 Upper East Side Patch      [ Follow ]
16d

f  ✆  ✉  🐦  📧



<u>MIDTOWN MANHATTAN</u>, NY — Residents and <u>elected officials</u> took aim at the mayor Friday over the city's plans to boot dozens of homeless families from a Midtown shelter, rallying outside the building where hundreds of men are set to arrive once they are transferred from the <u>Upper West Side</u>. In...

Midtown Manhattan     Homelessness     NY     Condemnation     Official

Homeless People     Homeless Shelters     City Staff     For Rent     Legal Aid Society

Lucerne Hotel     ET Replies     Jossie Roche     Joshua Goldfein     Patch

                         
Bill De Blasio   John Bostic   Gale Brewer   Helen Rosenthal   Keith Powers   Brad Hoylman   Liz Krueger

[ Read Full Story ]

### Sponsored Stories

Recommended by

---

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



The Hill  |  13h

**Trump renews call for pre-debate 'drug test'**

👍 3896   💬 10277   ↗ Share



CBS Miami  |  1d

📱 Download News Break APP  |  🌐 Add to Chrome

☰ ⚡ NEWS BREAK

Home     Local     Classifieds

🔍 Your city or ZIP code

👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

👍 4004   💬 5612   ➦ Share

**Manhattan, NY Newsletter**

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**                    by        |

## Comments / **0**

Sign in | to post a message

## Published by

Patch  **Upper East Side Patch**                    Follow

### Upper East Side Weekly Weather Forecast

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment    ➦ Share

### 5 New Houses For Sale In The Upper East Side Area

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment    ➦ Share

## Top News

Recommended by        |

Sponsored   1/5



⚪ **New City Patch**                    Follow
📍 New York, NY  |  5h

### WOW: Stunning House With Stunning Views Of The Hudson River

GARRISON, NY — Whether you work from home or commute to New York City, when you step inside you're a…

💬 1   ➦ Share



📍 New York, NY  |  amny.com  |  7h

9/27/2020     They're Not Garbage! Residents Condemn City's Homeless Shuffle | News Break

Case 1:20-cv-10959-LGS   Document 1-3   Filed 12/28/20   Page 60 of 78

📱 Download News Break APP    🌐 Add to Chrome

☰ 〽 **NEWS BREAK**     Home     Local     Classifieds     🔍 Your city or ZIP code     👤 Sign in

Publishers     Advertisers     About     Mission     Careers     Contact

💬 Comment    ↪ Share

---

⬤ **The US Sun**    📍New York, NY | 7h       [ Follow ]

**RHONY Bethenny Frankel shares a makeup-free selfie after revealing she's still married to her husband years after split**

REAL Housewives of New York City alum Bethenny Frankel has laid herself bare to fans for a second time in…

💬 Comment    ↪ Share

---

📍New York, NY | pix11.com | 4h

**Activists and officials demand mayor reverse decision to remove Lucerne residents out**

UPPER WEST SIDE, Manhattan — After a vigil of solidarity Saturday night at the Lucerne Hotel on the Upper…

💬 Comment    ↪ Share

---

📍New York, NY | msn.com | 9h

**NYPD officers charge at group of protesters and diners, arresting people on sidewalk**

A large group of New York City police officers charged at protesters, diners and pedestrians in Manhattan's…

💬 5    ↪ Share

---

📍New York, NY | hotnewhiphop.com | 7h

**76ers Owner Michael Rubin Named In Brain Trauma Suit: Report**

A New York woman suffered a fateful blow to the head earlier this year when a chair fell from a penthouse…

💬 2    ↪ Share

---

📍New York, NY | msn.com | 5h

**Abrupt Police Crackdown on West Village Crowd Prompts Criticism**

Dozens of New York City police officers charged into a group of people standing near an intersection in the…

💬 1    ↪ Share

---

📍New York, NY | Metro International | 5h

**Trump frequently paid no federal income taxes in years leading up to presidency: New York Times**

WASHINGTON (Reuters) – President Donald Trump paid just $750 in federal income taxes in both 2016 and…

💬 Comment    ↪ Share

---

📍New York, NY | cyclingweekly.com | 5h

**Cycling in New York City: where to go, how to rent bikes and other tips**

As one of the world's largest and busiest cities it may appears that New York City isn't the most cycling-…

💬 Comment    ↪ Share

---

📍New York, NY | NY Daily News | 5h

**Bombshell report shows Trump's years of tax avoidance**

President Trump paid just $750 in taxes in 2016 and the same sum in 2017, according to a bombshell repor…

💬 12    ↪ Share

---

📍New York, NY | pix11.com | 7h

**New York City continues to identify COVID 'areas of concern'**

NEW YORK — The city is continuing to identify what they call "areas of concern" where spikes in coronavirus…

💬 Comment    ↪ Share

☰  **NEWS BREAK**             Home      Local      Classifieds          Your city or ZIP code          Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

The union representing school principals in New York City wants state officials to take over the city's...

Comment    Share

**Gowanus-Red Hook Patch**                                          Follow
📍 Brooklyn, NY  |  4h

**Gowanus-Red Hook: 5 Newest Homes To Hit The Market**

See the newest homes on the market in the Gowanus-Red Hook area. GOWANUS-RED HOOK, NY — When...

Comment    Share

**Hudson Valley Post**                                             Follow
📍 New York, NY  |  7h

**NY Police Officer is Accused of Spying For Chinese Officials, Authorities Say**

Did anyone have Chinese spy infiltration on their 2020 BINGO boards?. A New York police officer and a...

23    Share

📍 New York, NY  |  respectmyregion.com  |  7h

**Doley Bernays Reaches New Heights on New EP "The Lobby Tape"**

Doley Bernays is quickly becoming a favorite amongst the battle-hardened Hip Hop community in New York...

Comment    Share

**Amomama**                                                        Follow
📍 New York, NY  |  4h

**Wendy Williams Looks Unrecognizable after Losing 25lbs — Before & After Photos of Her Weight Loss**

Television host Wendy Williams recently revealed on her talk show that she had lost 25 pounds. Check out...

6    Share

📍 New York, NY  |  New York Post  |  4h

**Boutique office tower 28 & 7 set to open next year**

Even as developers and landlords sweat out the pandemic, many new projects that were set in motion earlie...

Comment    Share

📍 New York, NY  |  thewestsidegazette.com  |  8h

**In Photos: New York Protests Sparked by Breonna Taylor Decision**

Thousands of protesters marched through New York City on Wednesday night, angered by a Kentucky grand...

6    Share

📍 New York, NY  |  WETM  |  11h

**Governor Cuomo updates New Yorkers on state's progress during COVID-19 pandemic**

NEW YORK (WETM-TV)- Governor Andrew M. Cuomo today updated New Yorkers on the state's progress...

3    Share

📍 Brooklyn, NY  |  msn.com  |  10h

**Family of NYC firefighter killed on 9/11 keeps Tunnel-to-Towers tradition alive amid COVID-19**

Since its inaugural in 2002, the Stephen Siller Tunnel to Towers Run has grown into one of the biggest annu...

Comment    Share

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 62 of 78



**Nearby Cities**

Chinatown

Chelsea

Long Island City

Weehawken

Union City

West New York

Newport

Hoboken

Jersey City

Brooklyn

Guttenberg

Astoria

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

9/27/2020
Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 63 of 78
They're Not Garbage: Residents Condemn City's Homeless Shuffle | NewsBreak

Patch

Sign up

**Upper East Side, NY**

News Feed | Neighbor Posts | Classifieds | Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Traffic & Transit

# 2 New Bike Lanes Coming To Upper East Side, City Says

Two new bike lanes will be installed along East 61st and 62nd streets across the East Side — but they're only temporary, the city says.

By Nick Garber, Patch Staff 
Sep 1, 2020 11:16 am ET | Updated Sep 1, 2020 11:19 am ET

Like 30    Share       💬 Replies (7)



**Local Events**

+ Post event

## Upcoming

### After COVID-19: What's Next for East Harlem?

Tue, Sep 29, 2020 at 6:00 PM
Upper East Side, NY

### MSNBC Anchor, ALICIA MENENDEZ on Anne Klein's WOMEN WHO DO Series

Wed, Sep 30, 2020 at 12:00 PM
Upper East Side, NY

### Book Club: Energy Medicine: The Science and Mystery of Healing

Wed, Sep 30, 2020 at 6:00 PM
Upper East Side, NY

## Featured

### Open House Great Location

Sun, Sep 27, 2020 at 1:00 PM

### NYC High School Admissions Has Changed: Now What?

Mon, Sep 28, 2020 at 7:00 PM

### WEBINAR: Quarterly Investment Outlook

Wed, Oct 7, 2020 at 7:00 PM

See more events

>

**Neighbor Posts**

+ Ask a Question

Local Question

**Nanci Zimmerman**, Neighbor
Upper East Side, NY | 1d

I have not been following NY State politics as closely as I should, so when I recently saw posters in my neighborhood for Judith Graham running for State Assembly, I wondered who she was and what party she is affiliated with. This information is nowhere on her many posters.

Read more

♡ Thank (1)    💬 Reply (15)    ↪ Share                    ⚑

---

Local Question

**Charlotte mueller**, Neighbor
Upper East Side, NY | 1d

I just went to far Rockaway by ferry. A delightful trip. To my dismay there are NO portopotties at the station. When is the parks department going to look after this necessity for travelers who are waiting to board or those who have just arrived. Many thanks for your help.

♡ Thank (1)    💬 Reply (7)    ↪ Share                    ⚑

---

**Chuck Klemballa**, Neighbor
Upper East Side, NY | 2d

Sad to say that Writing Room will be closing on Sunday, 9/27. Rent negotiations failed and lack of outdoor space due to bus stop too much to overcome. Had my last happy hours oysters last evening.

♡ Thank (2)    💬 Reply (3)    ↪ Share                    ⚑

---

**Paula G**, Neighbor
Upper East Side, NY | 1d | Edited

Overwhelmed by trash along East River north of Carl Schurz? Meet me Monday mornings@10 on Ferry Pier. Bring trash BAG Gloves. Smile like no one can see you!

♡ Thank (4)    💬 Reply (3)    ↪ Share                    ⚑

---

Local Question

**Bunny Blei**, Neighbor
Upper East Side, NY | 3d

I was at TJMax and saw men working at the former Food Emporiums
Anyone know if Trader Joe's is really coming.

♡ Thank (3)    💬 Reply (8)    ↪ Share                    ⚑                    ❯

---

**richard barr**, Neighbor
Upper East Side, NY | 4d

My cohelper moved. and could not take her well caredfor , 3 lovely & healthy,immunized cats with her. They are indoor/outdoor, shorthaired, neuterd,well behaved and need a new home. They are good 'mousers' as well and like leftovers. They are currently housed in NJ but they can be brought to

Read more

♡ Thank    💬 Reply (2)    ⤳ Share      ⚑

---

Local Question

**Nanci Zimmerman**, Neighbor
Upper East Side, NY | 5d

Hi,
I'd love to get in touch with Dolly who sells the Challah bread but I don't use Instagram. Is there another way I might get in touch to order a bread? Thanks,

♡ Thank    💬 Reply (3)    ⤳ Share      ⚑

---

**Martin Smith**, Neighbor
Upper East Side, NY | 6d

I am a tenant at 440 East 81st Street. I have been having a mouse problem--currently--and on and off over time. The building doesn't seem to know how to correct this issue. I have left a message with the NYC Dept of Health--contacted the landlord's office and had hoped the super could fix the

Read more

♡ Thank    💬 Reply (12)    ⤳ Share      ⚑

---

**Jeffrey Nogee**, Neighbor
Upper East Side, NY | 6d

Congratulations to NYC DOT. The new bike lane on East 62nd between First and York is now up and traffic is not running. By taking away the left lane on a main access to the FDR Drive and the east side exit to the 59th Street Bridge traffic backs up from York all the way onto the Bridge even early

Read more

♡ Thank (3)    💬 Reply (6)    ⤳ Share      ⚑

---

Local Question

**Katie K**, Neighbor
Upper East Side, NY | Sep 20

What are your favorite Chinese take out spots in the neighborhood?

♡ Thank (1)    💬 Reply (6)    ⤳ Share      ⚑

See more neighbor posts     ›

Case 1:20-cv-10959-LGS Document 1-3 Filed 12/28/20 Page 68 of 78

# Local Classifieds                                                              **+ Post classified**

---

**Featured Classified** | 🔧 Gigs & Services | 1d

## Coaching for a Winning College Essay

---

**Featured Classified** | 🏠 Housing | 3d

## For sale! 102 Chatham Street in Chatham, NJ

---

**Featured Classified** | 🏠 Housing | 3d

## For Sale: Charming 19 Orchard Rd, Chatham, NJ

---

**Featured Classified** | 🏷 For Sale | 3d

## This gorgeous 2 bedroom Co-op For SALE $537,00

---

**Featured Classified** | 🗨 Announcement | 4d

## Honoring Funeral Directors - Our Last Responders

---

**Featured Classified** | 💼 Job Listing | 4d

## P/T Saturday's Only Associate

---

**Featured Classified** | 🏠 Housing | 6d

## Custom home

---

**Featured Classified** | 🔧 Gigs & Services | Sep 16

## Free Divorce and Family Mediation                                          ＞

---

**Featured Classified** | 🏷 For Sale | 4d

## $7.99-17.99 Holiday Fabric Face Masks, Kids & Adult size

Featured Classified | 📢 Announcement | Sep 19

**Home with someone with memory issues? Virtual paid study starting**

See more classifieds

## Latest News Nearby

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

›

## Nearby Communities

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

The protected bike lanes will be implemented along East 61st and 62nd streets between 5th and York avenues. (David Allen/Patch)

UPPER EAST SIDE, NY — Two new bike lanes will be installed this summer on the Upper East Side — but only temporarily, the city announced Monday.

The protected bike lanes will be implemented along East 61st and 62nd streets between 5th and York avenues. They're being built to accommodate an increase in bike use during the coronavirus pandemic, and will force some adjustments to the Open Restaurant setups along those streets, the Department of Transportation said on Twitter.

The lanes will be protected by delineators, street markings and signs, the DOT said.



Implementation will begin in late summer, according to the DOT, although with less than three weeks remaining before Fall begins, it wasn't immediately clear how soon the lanes would be built.

The DOT did not immediately respond to questions about when the bike lanes would be implemented and how long they would be left in place.



**NYC DOT** ✔
@NYC_DOT

In late summer, DOT will implement temporary #BikeNYC lanes on 61st and 62nd Sts between 5th Ave and York Ave, which will include delineators, marking adjustments and signs. The temporary bike lanes will also adjust design at existing Open Restaurant setups.

Case 1:20-cv-10959-LGS   Document 1-3   Filed 12/28/20   Page 72 of 78



11:54 AM · Aug 31, 2020 ⓘ

♡ 36    👤 See NYC DOT's other Tweets

♡ Thank    💬 Reply (7)    ↪ Share      ⚑

## More from Upper East Side

Business | Sep 9
### Weekend Shopping Event Aims To Revive Madison Avenue

Traffic & Transit | Sep 4
### Proposed East River Bike Bridge Wins CB Committee's Backing

Community Corner | Sep 18
### Upper East Sider's Challah Baking Hobby Becomes A Business

❯

See more local news

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



☰  **NEWS BREAK**              Home        Local        Classifieds          🔍 Your city or ZIP code              ⚲ Sign in

News Break  ›  2 New Bike Lanes Coming To Upper East Si...

# 2 New Bike Lanes Coming To Upper East Side, City Says

 **Upper East Side Patch**        Follow
26d



UPPER EAST SIDE, NY — Two new bike lanes will be installed this summer on the
Upper East Side — but only temporarily, the city announced Monday. The protected
bike lanes will be implemented along East 61st and 62nd streets between 5th and York
avenues. They're being built to accommodate an increase in bike use during the
coronavirus pandemic, and will force some adjustments to the Open Restaurant
setups along those streets, the Department of Transportation said on Twitter.

Bike Lanes      Upper East Side      Department Of Transportation      Twitter

Temporary #BikeNYC Lanes      NYC DOT      Delineators      Open Restaurant Setups      Fall

Late Summer      Design      Coronavirus

**Read Full Story**

### Sponsored Stories

Recommended by

**Trending People**

 **Donald Trump**
Donald John Trump is the 45th
President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr.
is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born
November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US
Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a
young age, Joe Montana, started...

**Trending News**



The Hill  |  13h

#### Trump renews call for pre-debate 'drug test'

👍 3900      💬 10285      ➦ Share



CBS Miami  |  1d

Download News Break APP   |   Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

# ⩘ NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code        Sign in

# Comments / 0

👍 4004    💬 5619    ➤ Share

Sign in   to post a message

Paid Content        by        |

## Published by

⊙ Upper East Side Patch                              Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment    ➤ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment    ➤ Share

## Related

Recommended by        |

Sponsored    1/5

📍Manhattan, NY   |   Patch   |   23h

**Upper East Side, NY Coronavirus Updates & News For September 27**

Latest coronavirus headlines from Upper East Side, Manhattan and across New York:. Teachers approved a…

💬 Comment    ➤ Share

📍New York, NY   |   amny.com   |   7h

**Rally urges city to leave Upper West Side shelter residents alone, not 'shuffled around like cattle'**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 Comment    ➤ Share

Download News Break APP    Add to Chrome

NEWS BREAK        Home    Local    Classifieds        Your city or ZIP code        Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

Comment    Share

📍 Honolulu, HI  |  KHON2  |  1d

**City opens protected bike lane on Pensacola Street**

HONOLULU (KHON2) — Honolulu's newest bike lane on Pensacola Street is now open. [Hawaii news on the…

Comment    Share

📍 New York, NY  |  Gothamist.com  |  1d

**Judge Voids City Permit For Controversial Upper West Side Luxury Mega Tower**

A Manhattan state Supreme Court judge has rescinded a city permit for a hotly contested plan to build a 77…

Comment    Share

📍 Holland, MI  |  Holland Sentinel  |  2d

**City eyes bike lanes on 10th over cycle track**

HOLLAND — The proposal for the reconstruction of 10th Street in Holland includes a recommendation to ad…

Comment    Share

Upper East Side Patch        Follow
📍 Manhattan, NY  |  2d

**City Scraps Some Shelter Evictions | Manhattan Week In Review**

NEW YORK — Miss any headlines in Manhattan this week? Patch's week in review has you covered for the…

Comment    Share

dailyhive.com  |  2d

**City of Vancouver seeking public feedback on Beach Avenue bike lane**

There could be improvements to the temporary bike lane on Beach Avenue within the West End of downtow…

Comment    Share

Upper East Side Patch        Follow
📍 Manhattan, NY  |  2d

**These Upper East Side Bathrooms Are Open Despite The Pandemic**

UPPER EAST SIDE, NY — Among the many small inconveniences imposed by the coronavirus pandemic has…

Comment    Share

📍 Oklahoma City, OK  |  freepressokc.com  |  2d

**First mile of protected bike lanes in OKC now ready for bike riders**

The first mile of protected bike lanes has been added to the growing system of bike infrastructure througho…

Comment    Share

📍 Portsmouth, NH  |  Seacoast Online  |  2d

**Portsmouth City Council nixes bike-lane task force**

PORTSMOUTH — The City Council voted against a proposed task force to study alternatives to the Middle…

1    Share

Upper East Side Patch        Follow
📍 Manhattan, NY  |  3d

**MTA Workers Built Secret 'Man Cave' Under Grand Central Terminal**

MIDTOWN MANHATTAN, NY — Call it every New Yorker's fantasy: a trio of MTA workers converted a storag…

📱 Download News Break APP   🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

≡  🔺 NEWS BREAK          Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**Person removed from overturned vehicle on Upper East Side street: FDNY**

UPPER EAST SIDE, Manhattan — Authorities removed a person who was trapped under an overturned vehicl...

💬 Comment    ↗ Share

---

⚪  **Upper East Side Patch**              Follow
     📍New York, NY  |  3d

**MTA Prepares For Flood Of Returning Students Next Week**

NEW YORK CITY — Brace yourselves, straphangers — thousands of students are poised to flood MTA buses...

💬 Comment    ↗ Share

---

📍 New York, NY  |  Western Queens Gazette  |  4d

**Work Underway On N. Boulevard Bike Lane**

A newly painted section of a temporary, protected bike lane on Northern Boulevard near 43rd Street in Long...

💬 Comment    ↗ Share

---

📍 York, PA  |  abc27.com  |  4d

**York City aims to improve civilian safety with biking, walking lanes**

YORK, Pa. (WHTM) — York is making it safer to bike and walk now that city crews are painting new bike lane...

💬 2    ↗ Share

---

⚪  **Upper East Side Patch**              Follow
     📍New York, NY  |  5d

**Coronavirus Upticks Seen In 6 NYC Neighborhoods, Mayor Says**

NEW YORK CITY — A much-feared coronavirus "second wave" hasn't washed over New York City, but rising...

💬 Comment    ↗ Share

---

⚪  **Upper East Side Patch**              Follow
     📍New York, NY  |  6d

**Bed Bath & Beyond To Close Upper East Side Store: Report**

UPPER EAST SIDE, NY — Upper East Siders seeking housewares and home goods may need to make a...

💬 Comment    ↗ Share

---

📍 Chicago, IL  |  Chicago Sun-Times  |  6d

**City launches designated bus lane pilot on South, West sides**

Traffic lanes on 79th Street and on Chicago Avenue on the South and West sides will be designated for CTA...

💬 Comment    ↗ Share

---

📍 Somerville, MA  |  Streetsblog Capitol Hill  |  7d

**Protected Bike Lanes Coming to Wellington Bridge Over the Mystic**

The City of Somerville has announced that it will create new protected bike lanes on the Wellington Bridge...

💬 Comment    ↗ Share

---

**Sponsored Link**                              Recommended by        |

☰ **NEWS BREAK**      Home   Local   Classifieds      🔍 Your city or ZIP code      👤 Sign in

📱 Download News Break APP   |   🌐 Add to Chrome      Publishers   Advertisers   About   Mission   Careers   Contact

**Recommended Cities**

NYC News                          Detroit News
Denver News                       Chicago News
Austin News                       San Jose News
Columbus News                     Fort Worth News
Phoenix News                      San Diego News

**Company**                       **Local News**

About                             Map
Mission                           Publishers
Contact                           Advertisers
Careers

**Legal**                         **Support**

Do Not Sell My Info               Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.