EXHIBIT D

Case 1:20-cv-10959-LGS   Document 1-4   Filed 12/28/20   Page 2 of 62

Patch.

👤 Log in

**Mount Vernon, NY**  ＋ Follow

News Feed        Neighbor Posts        Classifieds        Calendar

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Seasonal & Holidays

Shared from Tarrytown-Sleepy Hollow, NY

# 121K+ Westchester Electric Customers Without Power: UPDATE

## Local officials are advising their residents to prepare for an extended period without electricity.

By Michael Woyton, Patch Staff  Ⓟ

Aug 4, 2020 1:31 pm ET  |  Updated Aug 4, 2020 9:02 pm ET

Like 210      Share

💬 Reply







A downed tree blocks a road in Putnam County Tuesday, Aug. 4, 2020. Tropical Storm Isaias has started affecting the Hudson Valley with winds and rain — and power outages. (Lanning Taliaferro/Patch)

WESTCHESTER COUNTY, NY — Con Edison electricity customers who lost power because of Tropical Storm Isaias may be in for a wait to have the lights come back on. The power utility said the storm caused about 210,000 customers to lose service.

It is the second largest amount of customer outages in the company's history, according to Con Ed website.

In Westchester, out of 360,045 customers, more than 93,000 were without electricity as of 8:45 p.m. Tuesday.

Subscribe >

Local officials said that they were being told that, given the number of outages around the county, residents are urged to plan for an extended period of time without electricity.

Yonkers seemed to take the brunt of the storm with more than 10,200 customers off the grid.

New Rochelle had a little more than 9,000. Mount Vernon had more than 6,000.

Cortlandt and the village of Mamaroneck both had more than 4,000 customers waiting for the lights to come back on.

White Plains, Yorktown, Mount Pleasant, Mount Kisco, New Castle, the town of Mamaroneck and Greenburgh all had between 3,000 and 4,000 customers without electricity.

None of the communities had estimated times of restoration listed on the Con Ed website.

In Westchester, NYSEG was showing almost 28,000 customers without electricity before 9 p.m. Tuesday.

The major outages were:

- Bedford: 3,823

- Lewisboro: 5,292

- North Salem: 2,110

- Pound Ridge: 2,334

- Somers: 8,650

- Yorktown: 5,577

♡ Thank    💬 Reply    ↗ Share                                                                            ⚑

See more local news

Loading...

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. Bedford-Katonah, NY News
**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. New City, NY News
**Crime Roundup: Attempted Murder Of Federal Officer**

4. Mount Vernon, NY News
**Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. Mount Vernon, NY News
**Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

**Nearby Communities**

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Case 1:20-cv-10959-LGS    Document 1-4    Filed 12/28/20    Page 7 of 62

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP    |    ⊕ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 **NEWS BREAK**         Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

News Break  >  121K+ Westchester Electric Customers Wit...

# 121K+ Westchester Electric Customers Without Power: UPDATE

 **Mount Vernon Patch**        Follow
08-04

    



 **CBS New York**        f
about 2 months ago

STORM DAMAGE: What's the situation like by you? Check out some of the damage in Bronxville, N.Y. Share your photos and videos, we may use them on air. Don't forget to tell us where they were taken, and thank you for sharing.



WESTCHESTER COUNTY, NY — Con Edison electricity customers who lost power because of Tropical Storm Isaias may be in for a wait to have the lights come back on. The power utility said the storm caused about 210,000 customers to lose service. It is the second largest amount of customer...

Consolidated Edison    Electricity    Tropical Cyclone    Mamaroneck    New Rochelle

Mount Vernon    Power Outages    Westchester Electric Customers    Con Edison    NYSEG

Cortlandt    WESTCHESTER COUNTY    Customer Outages    Greenburgh    Bedford

<div style="border:1px solid">**Read Full Story**</div>

## Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4509    💬 4668    ↗ Share



CBS New York | 1d

Download News Break APP | Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

NEWS BREAK    Home    Local    Classifieds    Your city or ZIP code    Sign in

currently on oxygen

👍 5540    💬 6485    ↗ Share

Paid Content    by            |

## Comments / 0

Sign in    to post a message

## Published by

Mount Vernon Patch    Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment    ↗ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ↗ Share

## Top News

Recommended by            |

Sponsored    2/5

Fox News
5h    Follow

**Trump could be discharged from the hospital as soon as Monday**

President Trump could be released from the Walter Reed Medical Center as soon as Monday, his medical...

**Trump's physician says he is fever-free and not currently on oxygen**

Dr. Sean Conley, President Trump's physician, provided an update Saturday on the president's condition at...

💬 6485     ↗ Share

---

NPR  |  1d

**Trump's Doctor Says He's 'Doing Very Well,' But Timeline Raises Serious Questions**

President Trump is "doing very well," his physician says, but the timeline laid out by doctors in a Saturday...

💬 8546     ↗ Share

---

Axios
21h

Follow

**Biden says he told some governors "don't endorse me ... because you'll pay a penalty"**

Joe Biden said Saturday that he has discouraged some governors from endorsing him, warning them that if...

💬 1786     ↗ Share

---

bolde.com  |  7h

**Two Female Teachers Arrested For Having Threesome With Student**

Two Louisiana English teachers were arrested for allegedly having a threesome with a 16-year-old student....

💬 922     ↗ Share

---

Axios
1d

Follow

**GOP fears worst yet to come**

Republican officials tell us they worry that the number of infected people around President Trump will rise,...

💬 5282     ↗ Share

---

NBC News  |  1d

**Trump 'doing very well' during first night at Walter Reed hospital for Covid-19 treatment**

WASHINGTON — President Donald Trump, who has Covid-19 and was taken to Walter Reed National Militar...

💬 11163     ↗ Share

---

The Hill  |  1d

**Kellyanne Conway tests positive for COVID-19**

Former longtime adviser to President Trump Kellyanne Conway tested positive for COVID-19 on Friday....

💬 6522     ↗ Share

---

**Sponsored Link**                                          Recommended by                |

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers        About      Mission      Careers      Contact

☰  **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

About

Mission

Contact

Careers

**Legal**

Do Not Sell My Info

**Topics**

Election 2020

Coronavirus

**Local News**

Map

Publishers

Advertisers

**Support**

Help Center

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch

👤 Log in

**Mount Vernon, NY**  [＋ Follow]

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Politics & Government

Shared from New Rochelle, NY

# 2020 Primaries: Engel Trails; Mail–Ins May Determine Winners

Find out the latest on the June 23 Democratic and Republican primaries as results arrive.

By Michael Woyton, Patch Staff  Ⓟ
Jun 23, 2020 8:56 pm ET  |  Updated Jun 23, 2020 11:53 pm ET

Like 68    Share

💬 Reply





Polling places in New York, such as this one in Mahopac, followed pandemic protocols. (Lanning Taliaferro/ Patch)

UPDATE, 11:30 p.m. Tuesday, June 23 — Voters were still lined up in Mamaroneck to vote at 11 p.m.

**Arise Larchmont Indivisible**
@Wstchr7Resists 

Still lined up at 11:00pm in Mamaroneck NY to vote. Lots of questions and very few answers why this happening. @lohud @MarkLungariello @BrianLehrer





11:06 PM · Jun 23, 2020

♡ 25   💬 17 people are Tweeting about this

UPDATE, 10 p.m. Tuesday, June 23 — There are reports of people still waiting on line to vote in North Castle, Ardsley and White Plains. If people were standing on line at 9 p.m., when the polls were scheduled to close, they are still eligible to vote.

> There are 60,000 people that live in White Plains, NY. Two polls were open today. This is the line after 9pm when polls close. The wait to vote is over an hour long. There are children, elderly and infirm people that are tired and sore from standing up for the right to vote. pic.twitter.com/KihYXFuvv3
> — KatBrezler (@KatBrezler) June 24, 2020

Attorney General Letitia James issued a statement regarding the right of voters to cast ballots if they are standing in line at the time polls close:



## Democratic primary

Incumbent Rep. Eliot Engel, who has been in Congress since 1989, is being challenged by three others to be the Democratic candidate for 16th Congressional District in November. One candidate — Andom Ghebreghiorgis — dropped out of the race after the ballots were printed. The 16th Congressional District includes the northern Bronx and Yonkers, Mount Vernon, New Rochelle, Mamaroneck, Larchmont, Scarsdale, Eastchester, Bronxville, Tuckahoe, Pelham, Pelham Manor, Rye, Rye City and parts of Ardsley, Hastings-on-Hudson and Edgemont.

The unofficial results are:

360 of 732 election districts at 11:40 p.m.

- Chris Fink: 362

- Andom Ghebreghiorgis: 147

- Jamaal Bowman: 14,115

- Eliot L. Engel: 8,726

- Sammy Ravelo: 249

---

## Congressional District 17

Longtime Rep. Nita Lowey is retiring from a district that now includes most of Westchester County and all of Rockland. Nine people from the two major political parties seek to replace the powerful congresswoman, who chairs the House Appropriations Committee. Catherine Parker dropped out of the race after the ballots were printed.

As of 11:30 p.m., the New York State Board of Elections had 223 of 398 districts reporting. The top vote-getter was Mondaire Jones with 43.7 percent of the vote.

## Democratic primary

- Catherine F. Parker

- Mondaire Jones

- Adam P. Schleifer

- Allison H. Fine

- Asha Castleberry-Hernandez

- David Buchwald

- Evelyn Farkas

- David Carlucci

**Republican primary**

As of 11:30 p.m., the New York State Board of Elections had 223 of 398 districts reporting. McArdle Schulman had 73 percent of the vote.

- Maureen McArdle Schulman: 858

- Yehudis Gottesfeld: 272

# Congressional District 19

**Republican primary**

Ola Hawatmeh, of Oneonta, is running against Kyle Van De Water, of Millbrook, to be the Republican on the ballot in November for the 19th Congressional District. The winner will challenge first-term Democratic Rep. Antonio Delgado of Rhinebeck.

The 19th District is made up of Columbia, Delaware, Greene, Otsego, Schoharie, Sullivan, Ulster counties and part of Broome, Dutchess, Montgomery and Rensselaer counties.

322 of 330 election districts at 11:40 p.m.

- Ola Hawatmeh: 5,405

"Any voter standing in line to vote at the time that polls close must be allowed to vote. If you are in line to vote, stay in line. There is no ambiguity about it, and if anyone is told otherwise, we strongly implore them to report it to my office at: ag.ny.gov/election-hotline."



HUDSON VALLEY, NY — Absentee ballots, early voting, different polling places — Hudson Valley voters have braved a lot of changes due to the new coronavirus pandemic to pick their preferred candidates in a lot of regional primaries. The races included U.S. Congress, state Senate and Assembly and Westchester District Attorney.

State election officials said county boards of elections have received a historically high number of absentee ballots for all the June 23 primaries due to the coronavirus pandemic. Unofficial election night results do not include the results of absentee ballot voting. Absentee ballots must be postmarked by June 23 and received by the Board of Elections no later than June 30, 2020 to be counted, as per New York State Election Law Section 8-412(1).

Here are Primary Night vote results as posted by the state Board of Elections. Patch will keep you updated as the process goes on. For the profiles that candidates submitted to Patch, click on their hyperlinked names.

## Congressional District 16

- Kyle Van De Water: 4,975

---

## New York State Senate

### District 34

### Democratic Primary

The first term senator who unseated once-powerful Jeffrey Klein faces a challenger who considers her too progressive. The district covers part of the Bronx and part of Westchester, and there are 114,701 active enrolled Democrats, and 108,307 of them are Bronx residents, according to the New York State Board of Elections.

With 266 of 274 districts reporting, Biaggi had 78 percent of the vote.

- James B. Gisondi

- Alessandra Biaggi

### District 38

The incumbent, David Carlucci, chose to run for Congress. Five people are vying to replace him, and the winner of the Democratic primary will face the winner of the Republican primary. The oddly drawn district includes all of Rockland County plus a tiny section of Westchester across the Hudson River.

### Democratic primary

With just 27 of 68 districts reporting as of 11:30 p.m., Justin Sweet had a lead with 41 percent of the vote according to the state board of elections.

- Justin L. Sweet

- Elijah Reichlin-Melnick

- Eudson T. Francois

### Republican primary

With just 27 of 68 districts reporting as of 11:30 p.m., the state elections board said Bill Weber had 70 percent of the vote.

- William J. Weber, Jr.

- Matthew R. Weinberg

---

## New York State Assembly

### District 91

### Democratic primary

Incumbent Assemblyman Steven Otis is being challenged for the Democratic line on the November ballot by Rye resident Meg Cameron, is co-owner of Scuderia Cameron Glickenhaus, New York's only car manufacturer. Assembly District 91 includes Larchmont, Mamaroneck, Rye, Port Chester and portions of New Rochelle.

45 of 101 election districts reporting at 11:40 p.m.

- Steven Otis: 825

- Meg Cameron: 936

### District 92

### Democratic primary

Incumber Assemblyman Tom Abinanti is being challenged by Jennifer Williams of Irvington. The 92nd District includes the all of the towns of Greenburgh and Mount Pleasant.

59 of 123 election districts reporting at 11:40 p.m.

- Tom Abinanti: 1,141



- Jennifer Williams: 1,311

## District 93

Democratic incumbent David Buchwald chose to run for Congress. Five people seek to replace him.

With all districts in, the New York Board of Elections reported the day's totals as:

### Democratic primary

- Kristen Browde: 1,291

- Chris Burdick: 1,421

- Jeremiah Frei-Pearson: 935

- Mark Jaffe: 307

- Alexander Roithmayr: 427

---

## Westchester District Attorney

### Democratic primary

Incumbent Westchester County District Attorney Anthony Scarpino Jr. is being challenged for the job by former federal prosecutor Mimi Rocah.

14 of 949 election districts reporting at 11:40 p.m.

- Anthony A. Scarpino Jr.: 978

- Mimi Rocah: 2,721

You can also check out results on your county's board of elections website.

- Columbia County



- Dutchess County

- Orange County

- Putnam County

- Rockland County

- Ulster County

- Westchester County

♡ Thank    💬 Reply    ↗ Share    ⚑

See more local news

Loading... ⟳

## Latest News Nearby

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

›

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  ›  📍 New York State  ›  📍 Hudson  ›  2020 Primaries: Engel Trails; Mail-Ins M...

# 2020 Primaries: Engel Trails; Mail-Ins May Determine Winners

 Mount Vernon Patch
06-24    [ Follow ]

    



UPDATE, 11:30 p.m. Tuesday, June 23 — Voters were still lined up in Mamaroneck to vote at 11 p.m. UPDATE, 10 p.m. Tuesday, June 23 — There are reports of people still waiting on line to vote in North Castle, Ardsley and White Plains. If people were standing on line at 9 p.m., when the polls were scheduled to close, they are still eligible to vote.

Democratic Primary    Trail    NY    Republican Primary    Primary Election

Hudson River    Rockland County    Westchester County    New York State Assembly

Board Of Elections    Ola Hawatmeh    Kyle Van De Water    New York State Senate

Eudson T. Francois Republican    Ulster    Port Chester    Congressional District 16 Democratic



Jennifer Williams    David Buchwald    Alessandra Biaggi    David Carlucci    Nita Lowey    Eliot Engel    Steven Otis

[ Read Full Story ]

## Sponsored Stories

Recommended by

### Trending People

👤 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

👤 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

👤 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

👤 **Mark Meadows**

👤 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News · 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4493    💬 4649    ↗ Share



CBS New York · 1d

📱 Download News Break APP  |  ◎ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **≡ NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

currently on oxygen

👍 5540    💬 6484    ➤ Share

### Hudson, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content    by    |

## Comments / 0

Sign in    to post a message

## Published by

⚪ Mount Vernon Patch    Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you…

💬 Comment    ➤ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ➤ Share

## Top News

Recommended by    |

Sponsored    1/5

📍 Hudson, NY  |  columbiapaper.com  |  6h

**Hudson man faces new, multiple charges of child sex abuse**

HUDSON—Mohammed Ali, 68, of Hudson has been indicted for a second time in as many months on sex…

💬 1    ➤ Share

10/4/2020
Case 1:20-cv-10959-LGS Document 1-4 Filed 12/28/20 Page 26 of 62
2020 primaries: Engel trails mail-ins may determine winners | NewsBreak

📱 Download News Break APP    🌐 Add to Chrome
Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you misse…

💬 Comment    ↪ Share

📍Hudson, NY  |  Patch  |  16h

**Mid Hudson Valley, NY Coronavirus Updates & News For October 4**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you misse…

💬 Comment    ↪ Share

📍Hudson, NY  |  columbiapaper.com  |  1d

**Housing authority tries to find good help**

HUDSON—A new board member, moratoriums on fees and evictions, the census and the coronavirus were…

💬 1    ↪ Share

○  Mid Hudson Valley Patch
📍Hudson, NY  |  21h                    [ Follow ]

**5 New Houses Foreclosed In The Mid Hudson Valley Area**

MID HUDSON VALLEY, NY — Are you hoping to buy a new house, but don't have a lot to spend? Don't lose…

💬 Comment    ↪ Share

○  Hudson Valley Post
📍Hudson, NY  |  21h                    [ Follow ]

**HV College Tuition Ranked From Cheapest to Most Expensive Universities**

Which university in the Hudson Valley costs the most to attend? The answer might surprise you. Whether…

💬 Comment    ↪ Share

📍Hudson, NY  |  longisland.com  |  16h

**The Great Hudson River Revival Restream**

The Great Hudson River Revival, the world's oldest and largest music & environmental festival went virtual…

💬 Comment    ↪ Share

○  Mid Hudson Valley Patch
📍New Rochelle, NY  |  1d                    [ Follow ]

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 1    ↪ Share

○  InsideHook
📍Hudson, NY  |  1d                    [ Follow ]

**Aston Martin Makes Home Design Debut in the Hudson River Valley**

Can an iconic design sensibility in one area of everyday life be translated into another? Over the years, Asto…

💬 Comment    ↪ Share

○  97.7 & 97.3 The Wolf
📍Poughkeepsie, NY  |  22h                    [ Follow ]

**Hudson Valley Man Accused of Stealing $2,500 From Supermarket**

A Hudson Valley man is accused of robbing a local supermarket. On Tuesday, Sept. 29, New York State Poli…

💬 Comment    ↪ Share

○  Pelham (New York) Patch

📱 Download News Break APP  ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〉 **NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

💬 Comment   ↗ Share

---

**101.5 WPDH**
📍 Hudson, NY  |  1d                                    [ Follow ]

**Fake Money Passed at Hudson Valley Animal Rescue Shelter**

A Hudson Valley animal rescue shelter is in need of help after counterfeit $100 bills were passed at its store...

💬 1   ↗ Share

---

**101.5 WPDH**
📍 Poughkeepsie, NY  |  2d                              [ Follow ]

**Cops: Two Young Girls Raped at Hudson Valley Hotel, Two Arrested**

Two teens from the Hudson Valley are accused of raping two young girls at a local hotel. On June 30, the...

💬 Comment   ↗ Share

---

NEWS10 ABC  |  17h

**CBA boys open season with convincing win over Columbia**

ALBANY, N.Y. (NEWS10) — The Suburban Council kicked off the boys soccer season Saturday morning, with...

💬 Comment   ↗ Share

---

**101.5 WPDH**
📍 Hudson, NY  |  1d                                    [ Follow ]

**Five Burger Joints That Should Expand In The Hudson Valley**

Americans eat more than 50 billion hamburgers every year according to research done by PBS. Are we read...

💬 1   ↗ Share

---

**Science Times**
📍 Cairo, NY  |  8h                                     [ Follow ]

**From the City of the Dead: 59 Coffins Found in Saqqara, South of Cairo**

Almost five dozens of ancient coffins were found in a necropolis, or "city of the dead," near Saqqara, south o...

💬 Comment   ↗ Share

---

📍 Hudson, NY  |  untappedcities.com  |  2d

**Sail Up the Hudson on a Fall Foliage Cruise**

The leaves will soon be changing and there are few better ways to appreciate the vibrant colors of fall than...

💬 Comment   ↗ Share

---

📍 Hudson, NY  |  hvmag.com  |  2d

**Hudson Valley Movies Theaters Await the Day They Can Reopen**

With no word from New York State on when movie theaters can welcome the public once more, local film...

💬 Comment   ↗ Share

---

📍 Yonkers, NY  |  yonkerstimes.com  |  2d

**Artist Vinnie Bagwell Among October Offerings at Hudson River Museum**

The Hudson River Museum is hosting a combination of virtual and onsite events throughout October. All...

💬 Comment   ↗ Share

---

**Hudson Valley Post**
📍 Hudson, NY  |  1d                                    [ Follow ]

**Fall Foliage Quickly Moving to Peak Levels in the Hudson Valley**

📱 Download News Break APP   |   ⊕ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰ 🅽 NEWS BREAK     Home    Local    Classifieds     🔍 Your city or ZIP code    👤 Sign in

**Sponsored Link**       Recommended by    |

**Nearby Cities**

| | |
|---|---|
| Claverack | Stottville |
| Athens | Columbiaville |
| Leeds | Hollowville |
| Coxsackie | Mellenville |
| Stuyvesant Falls | Livingston |
| Philmont | Climax |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | Map |
| Mission | Publishers |
| Contact | Advertisers |
| Careers | |

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

Case 1:20-cv-10959-LGS Document 1-4 Filed 12/28/20 Page 29 of 62

2020 Primaries: Dougie Engel Trails Mail-Ins May Determine Winners | NewsBreak

Download News Break APP | Add to Chrome

NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code    Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

© 2020 Particle Media. All Rights Reserved.

5 Target Stores In The Hudson Valley Won't Open On Thanksgiving - Target

Patch

⊙ Log in

Mount Vernon, NY ⊕ Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Business

Shared from Nyack-Piermont, NY

# 5 Target Stores In The Hudson Valley Won't Open On Thanksgiving

"This year more than ever, a joyful holiday will be inseparable from a safe one," Target CEO Brian Cornell said.

By Nikki Gaskins, Patch Staff 

Jul 27, 2020 10:48 am ET  |  Updated Jul 27, 2020 11:38 am ET

Like 85   Share

Reply





Target is not the first major retailer to announce it will be closed on Thanksgiving Day. Less than a week ago, Walmart said it, too, will be closed during the holiday. (Lorraine Swanson/Patch)

HUDSON VALLEY, NY—Target officials announced Monday that its stores will not be open on Thanksgiving Day this year.

The major retailer has five stores in the Hudson Valley:

- 4120 Palisades Center Dr, West Nyack, NY 10994

- 2001 South Rd, Poughkeepsie, NY 12601

- 1 N Galleria Dr #140, Middletown, NY 10941

- 195 N Bedford Rd A, Mt Kisco, NY 10549

- 9 City Pl, White Plains, NY 10601

"Historically, deal hunting and holiday shopping can mean crowded events, and this isn't a year for crowds," the company said in a news release.



According to the Centers for Disease Control and Prevention, the more people interacting at a "gathering" and the longer that interaction lasts, the higher the potential risk of becoming infected with and spreading COVID-19.

Target officials said they are continuing to work on additional ways to minimize the risk and spread of the coronavirus by ensuring that a customer's store experience is as convenient—and contactless—as possible.

Starting in October and continuing throughout the season, shoppers can reportedly purchase holiday deals earlier than before. The deals will be available both in stores and online, according to Target.

After shoppers enjoy that last piece of Thanksgiving turkey, Target officials said they will also be able to kick back, relax and avoid the extra-long lines by taking advantage of opportunities to score hot deals before and after Nov. 26.

"This year more than ever, a joyful holiday will be inseparable from a safe one, and we're continuing to adjust our plans to deliver ease, value and the joy of the season in a way that only Target can," Target CEO Brian Cornell said.

Target is not the first major retailer to announce it will be closed on Thanksgiving Day. Less than a week ago, Walmart said it, too, will be closed during the holiday so associates can spend the time with friends and families.

"We know this has been a trying year, and our associates have stepped up. We hope they will enjoy a special Thanksgiving Day at home with their loved ones," said John F President and CEO of Walmart U.S. "We are certainly thankful to our people for a their efforts."

 Thank     Reply    ⤴ Share         

See more local news

Loading... ⟳

### Latest News Nearby

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

⟩

### Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use   Privacy Policy

© 2020 Patch Media. All Rights Reserved.



10/4/2020                    5 Target Stores In The Hudson Valley Won't Open On Thanksgiving | Mount Vernon, NY Patch

📱 Download News Break APP    🌐 Add to Chrome                    Publishers    Advertisers    About    Mission    Careers    Contact

☰   NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

News Break  >  📍 New York State  >  📍 New York  >  5 Target Stores In The Hudson Valley Won...

# 5 Target Stores In The Hudson Valley Won't Open On Thanksgiving

**Mount Vernon Patch**   [ Follow ]
07-27

      



<u>HUDSON VALLEY</u>, NY—Target officials announced Monday that its stores will not be open on Thanksgiving Day this year. The major retailer has five stores in the <u>Hudson Valley</u>. 'Historically, deal hunting and <u>holiday shopping</u> can mean crowded events, and this isn't a year for crowds,' the company said in a news release.

Target Corporation    Holiday Shopping    Middletown    Walmart U.S.    Hudson Valley

Target Stores    Poughkeepsie    CEO    West Nyack    Holiday Shoppers

Shopping Online    Centers For Disease Control And Prevention    Brian Cornell    John Furner

Thanksgiving Day

[ **Read Full Story** ]

## Sponsored Stories

Recommended by          |

### Trending People



🧑 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

🧑 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

🧑 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

🧑 **Mark Meadows**

🧑 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4504    💬 4661    ↗ Share



CBS New York | 1d

📱 Download News Break APP | 🌐 Add to Chrome

☰ **NEWS BREAK**

Home    Local    Classifieds

Publishers    Advertisers    About    Mission    Careers    Contact

🔍 Your city or ZIP code       👤 Sign in

currently on oxygen

👍 5540    💬 6485    ↗ Share

## Comments / 0

| Sign in | to post a message |

## Top News

### New York, NY Newsletter



We will send daily local briefing to your mailbox.

Email Address

Subscribe

Recommended by |

Sponsored    2/5

**Paid Content**    by    |

CBS New York
📍 Manhattan, NY | 7h        Follow

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to…

💬 26    ↗ Share

📍 Manhattan, NY | Gothamist.com | 5h

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o…

💬 8    ↗ Share

📍 New York, NY | NEWS10 ABC | 6h

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back…

💬 2    ↗ Share

📍 New York, NY | marylandmatters.org | 5h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment    ↗ Share

📍 New York, NY | News 12 | 5h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

🔲 Download News Break APP   |   🌐 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰  **N NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

**How to choose the best type of high school for your teen**

High school will surely look different this year with blended learning, but we're confident NYC schools will...

💬 Comment   ↪ Share

---

📍 New York, NY   |   ComicBook   |   4h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it...

💬 1   ↪ Share

---

📍 New York, NY   |   kulturehub.com   |   4h

**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat...

💬 Comment   ↪ Share

---

⚪ 94.3 The Point          [Follow]
📍 New York, NY   |   4h

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a...

💬 1   ↪ Share

---

📍 New York, NY   |   amny.com   |   5h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York...

💬 1   ↪ Share

---

📍 New York, NY   |   NBC New York   |   3h

**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**

NYC asked for state approval to shutdown all non-essential businesses and schools in 9 zip codes with...

💬 2   ↪ Share

---

⚪ Forest Hills Patch          [Follow]
📍 New York, NY   |   4h

**Forest Hills: 5 Newest Homes To Hit The Market**

FOREST HILLS, NY — When you're in the market for a new place, keeping tabs on all the latest listings can...

💬 Comment   ↪ Share

---

📍 New York, NY   |   Middletown Press   |   7h

**Central Park carriage horses back on the job after 6 months**

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the...

💬 Comment   ↪ Share

---

⚪ Salon          [Follow]
📍 New York, NY   |   6h

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby...

💬 Comment   ↪ Share

---

📍 New York, NY   |   BET   |   5h

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  📈 NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

📍 New York, NY  |  NY Daily News  |  7h

### We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door

As if the reality of 2020 isn't scary enough. New Yorkers — or gluttons for punishment — who haven't had…

💬 1    ↗ Share

---

⚪ Hudson Valley Post
📍 New York, NY  |  6h                                    Follow

### Is New York the Safest State For Reopening Schools?

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↗ Share

---

📍 New York, NY  |  Gothamist.com  |  4h

### Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↗ Share

---

📍 New York, NY  |  abc7ny.com  |  6h

### Navy veteran surprised with cards from around the world marking her 99th birthday

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↗ Share

---

📍 New York, NY  |  New York Post  |  8h

### 30 products on sale this weekend that you'll actually want to buy

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment    ↗ Share

---

**Sponsored Link**                                    Recommended by    |

---

10/4/2020
Case 1:20-cv-10959-LGS   Document 1-4   Filed 12/28/20   Page 40 of 62
5 Target Stores in the Hudson Valley Won't Open on Thanksgiving | News Break



Weehawken
Union City
West New York

Brooklyn
Guttenberg
Astoria

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

   

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch

👤 Log in

Mount Vernon, NY   ➕ Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

**BREAKING:** » Trump's Health In Question Days Into Coronavirus Diagnosis

Business

Shared from Tarrytown-Sleepy Hollow, NY

# Amazon To Open 'Last-Mile' Distribution Facility In Greenburgh

Amazon is expected to have the facility open in 2020.

By Michael Woyton, Patch Staff 

Sep 4, 2020 2:24 pm ET

Like  77      Share

💬 Reply



Amazon will be opening a last-mile facility in the town of Greenburgh. (Neal McNamara/Patch)

GREENBURGH, NY — Mega-online retailer Amazon will be opening a last-mile facility in the Elmsford warehousing portion of the town of Greenburgh. Supervisor Paul Feiner wrote about the development in a recent email.

He also said Tesla was retrofitting the former Joyce Leslie building on Route 119 for a showroom/dealer location and a ShopRite supermarket was approved for along the Saw Mill River Road.

Feiner said an Amazon spokesperson said the company was excited to continue its investment in the state of New York with new AMXL operation in the town.



Subscribe >

"Amazon has long provided delivery of large products such as televisions to couches, and we're excited to continue expanding this offering to customers in the Westchester County area," the spokesperson said.

Amazon is expected to have the facility open in 2020.

*Like Hudson Valley Patches' Facebook Pages.*

   ♡ Thank    💬 Reply    ↪ Share

---

**More from Mount Vernon**

Crime & Safety  |  Sep 25
**Cross County Parkway Reopens After Fatal Accident**

Traffic & Transit  |  Sep 26
**Motorcyclist Killed In Crash On The Hutch**

Crime & Safety | Sep 27

## Police ID 3 Victims Of Fatal Cross County Parkway Rollover

See more local news

## Local Events

+ **Post event**

### Upcoming

**Getting to the Point with Supreme Court Justice Stephen Breyer**

Thu, Oct 8, 2020 at 11:00 AM
Mount Vernon, NY

See more events

## Neighbor Posts

+ **Ask a Question**

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | 4d

Given the rise in coronavirus cases in the Hudson Valley, what's your take on trick-or-treating for Halloween in and around Mount Vernon?

 Thank    Reply   Share

Local News Tip

**Robert Phifer**, Neighbor
Mount Vernon, NY | Sep 26

Big accident on Hutchinson River Parkway under the new bridge on Lincoln tonight Friday Sept 25

 Thank (1)    Reply   Share

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | Sep 23

Now that Mount Vernon schools have been in session for a couple of weeks, how do you feel about remote learning?

♡ Thank      💬 Reply      ⮫ Share                                                    ⚑

**Jackie Forbes-Clarke**, Neighbor
Mount Vernon, NY · Sep 15

Need Health Coverage?
•Not Covered under your employer's Health Plan?
•Have a disability, but not qualify for disability benefits?
Read more

♡ Thank      💬 Reply      ⮫ Share                                                    ⚑

Local Question

**Linda Marie**, Neighbor
Mount Vernon, NY · Sep 15

Anobody knows a good private investigator?

♡ Thank      💬 Reply      ⮫ Share                                                    ⚑

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY · Sep 8

Have you volunteered at a local food bank or helped to address hunger or food insecurity in Mount Vernon in some other way? Tell us about your experience.

♡ Thank      💬 Reply      ⮫ Share                                                    ⚑

See more neighbor posts

## Local Classifieds                                    **+ Post classified**

🏠 Housing | 3d
**Roommate needed**

🐾 Lost & Found | Sep 16
**Steve Dariano**                                                        ❯

💼 Job Listing | Sep 8
**Quality Carpenter**

See more classifieds

## Latest News Nearby

1. **New Rochelle, NY News**
   **Volunteer Opportunities Of The Week: Community Educators**

2. **Bedford-Katonah, NY News**
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. **New City, NY News**
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. **Mount Vernon, NY News**
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. **Mount Vernon, NY News**
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

10/4/2020    Amazon To Open Last-Mile Distribution Facility In Greenburgh | ...

Case 1:20-cv-10959-LGS   Document 1-4   Filed 12/28/20   Page 46 of 62

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



Case 1:20-cv-10959-LGS   Document 1-4   Filed 12/28/20   Page 48 of 62

 Download News Break APP    Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  ›  📍New York State  ›  📍Elmsford  ›  Amazon To Open 'Last-Mile' Distribution ...

# Amazon To Open 'Last-Mile' Distribution Facility In Greenburgh

Patch  **Mount Vernon Patch**    [ Follow ]
30d

    



GREENBURGH, NY — Mega-online retailer Amazon will be opening a last-mile facility in the Elmsford warehousing portion of the town of Greenburgh. Supervisor Paul Feiner wrote about the development in a recent email. He also said Tesla was retrofitting the former Joyce Leslie building on Route 119 for a showroom/dealer...

Distribution Center    NY    Warehouse    Westchester County    Greenburgh    Tesla

Hudson Valley Patches    Facebook Pages    AMXL    Joyce Leslie    GREENBURGH

Customers    Company    Retailer

**Read Full Story**

### Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

**Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News



Fox News · 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4488    💬 4634    ↗ Share



CBS New York · 1d



Download News Break APP | Add to Chrome

Publishers Advertisers About Mission Careers Contact

NEWS BREAK Home Local Classifieds

Your city or ZIP code

Sign in

currently on oxygen

5539 6482 Share

## Comments / 0

Sign in to post a message

## Published by

Mount Vernon Patch

Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

Comment Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

Comment Share

## Top News

Recommended by |

Sponsored 1/5

Tarrytown-Sleepy Hollow Patch

Sleepy Hollow, NY | 5h

Follow

**Tarrytown-Sleepy Hollow: 5 Newest Homes To Hit The Market**

Check out the most recently listed properties available in the Tarrytown-Sleepy Hollow area. TARRYTOWN-...

Comment Share

yonkerstimes.com | 8h

**The Next West. DA, Mimi Rocah, Comments on Rep. Bendish Dropping Out**

Mimi Rocah, the Democratic nominee for Westchester County District Attorney, issued a statement followin...

1 Share

## Elmsford, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

Paid Content by |

⎙ Download News Break APP     ⊘ Add to Chrome

☰ **NEWS BREAK**     Home     Local     Classifieds     🔍 Your city or ZIP code     👤 Sign in

Publishers     Advertisers     About     Mission     Careers     Contact

💬 1     ↗ Share

---

○ **Harrison Patch**     Follow
📍 Harrison, NY  |  5h

**5 New Harrison Area Properties For Sale**

HARRISON, NY — When you're in the market for a new home, hunting down every new listing in the area can…

💬 Comment     ↗ Share

---

📍 Chappaqua, NY  |  yonkerstimes.com  |  8h

**Arrest Made for Stealing BLM Sign in New Castle**

New Castle Police recently arrested a Chappaqua man for allegedly stealing a Black Lives Matter yard sign…

💬 5     ↗ Share

---

○ **New Rochelle Patch**     Follow
📍 New Rochelle, NY  |  3h

**5 New Properties For Sale In The New Rochelle Area**

NEW ROCHELLE, NY — On the hunt for a new home nearby, but tired of seeing the same old listings every…

💬 Comment     ↗ Share

---

📍 White Plains, NY  |  News 12  |  8h

**Socially distanced version of Walk to End Alzheimer's begins today in White Plains**

An updated version of the Walk to End Alzheimer's will take place Sunday across Westchester. A car carava…

💬 Comment     ↗ Share

---

📍 Scarsdale, NY  |  NY Daily News  |  11h

**The day Father Time ran me down**

How do you know when you're old? For me, it happened shortly after turning 70, at the Scarsdale, N.Y.,…

💬 Comment     ↗ Share

---

📍 White Plains, NY  |  Mid-Hudson News Network  |  1d

**White Plains financial advisor arrested for embezzlement**

WHITE PLAINS – White Plains financial advisor Gregg Brie, 53, was arrested on Thursday and charged with…

💬 Comment     ↗ Share

---

📍 New Rochelle, NY  |  News 12  |  4h

**Fire Prevention Week in New Rochelle focuses on cooking fires**

It's Fire Prevention Week, and the New Rochelle Fire Department is focusing on cooking fires this year…

💬 Comment     ↗ Share

---

yonkerstimes.com  |  8h

**Drive-in Movies Come to Croton Point Park**

The Croton Point Park parking lot was transformed into a drive-in theater, presenting The Addams Family…

💬 Comment     ↗ Share

---

○ **Daily Voice**     Follow
📍 Yonkers, NY  |  1d

**COVID-19: School In Westchester Closes For Two Weeks After Positive Case**

A school in the area has switched to remote learning for two weeks after a positive COVID-19 case. The…

📱 Download News Break APP   |   🌐 Add to Chrome                    Publishers        Advertisers        About        Mission        Careers        Contact

☰  🅝 NEWS BREAK                Home        Local        Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Fall Market 2020: There Will Always Be Deadlines**

October 2020 is not like the last train out of Dodge for Westchester homesellers. It's more like peak…

💬 Comment    ↗ Share

---

📍 Bronx, NY   |   New York Post   |   17h

**Homeless NYC man collared for attempted rape of girl in her bedroom**

A homeless man has been arrested on charges he tried to rape a 15-year-old Bronx girl in her bedroom whil…

💬 7    ↗ Share

---

Yonkers Tribune.   |   4h

**Yorktown Lions Launches Home Decoration Contest**

YORKTOWN, NY — October 3, 2020 — The search for the spookiest home in Yorktown began Thursday with…

💬 Comment    ↗ Share

---

yonkerstimes.com   |   8h

**Lowey Remembers RBG, Comments on USSC Nominee Judge Amy Coney Barrett**

Westchester Congresswoman Nita Lowey recently remembered her friend and colleague in the womens…

💬 1    ↗ Share

---

⚪ Daily Voice   21h                                                                    [ Follow ]

**COVID-19: New School In Westchester Goes Remote For Two Weeks After Exposure**

Another school in the Hudson Valley will be closed for in-person learning for two weeks after a confirmed…

💬 Comment    ↗ Share

---

⚪ Daily Voice
📍 Port Chester, NY   |   23h                                                         [ Follow ]

**COVID-19: Bar In Westchester Forced To Close Due To Multiple Violations**

A bar in Westchester was forced to close due to multiple violations, some of which were related to COVID-1…

💬 1    ↗ Share

---

⚪ Pelham (New York) Patch
📍 New Rochelle, NY   |   1d                                                          [ Follow ]

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 Comment    ↗ Share

---

📍 New York, NY   |   New York Post   |   21h

**Two men shot in head in separate shootings across NYC**

Two men were shot in the head Saturday across the Big Apple, police said. The first shooting happened in t…

💬 31    ↗ Share

---

**Sponsored Link**                                          Recommended by

 Download News Break APP |  Add to Chrome

☰  **NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Nearby Cities**

Hartsdale                          Valhalla
Sleepy Hollow                      Tarrytown
Irvington                          Dobbs Ferry
Hawthorne                          Ardsley
White Plains                       Ardsley On Hudson
Scarsdale                          Heathcote

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                          Municipal
Real Estate                        Sports
Obituary                           Education

**Recommended Cities**

NYC News                           Detroit News
Denver News                        Chicago News
Austin News                        San Jose News
Columbus News                      Fort Worth News
Phoenix News                       San Diego News

**Company**                        **Local News**

About                              Map
Mission                            Publishers
Contact                            Advertisers
Careers

**Legal**                          **Support**

Do Not Sell My Info                Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

**Patch**

Sign up

## Long Beach, NY

News Feed | Neighbor Posts | Classifieds | Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Seasonal & Holidays

# Best Long Beach–Area Pumpkin Patches 2020

## It's time to pick out that perfect pumpkin this fall season and enjoy the many attractions Long Beach–area pumpkin patches have to offer.

By Alex Costello, Patch Staff 
Sep 24, 2020 12:03 pm ET

Like 2    Share

Reply



Here are some of the best pumpkin patches in the area. (Rick Uldricks/Patch)

LONG BEACH, NY — Not even pumpkin patches can escape coronavirus in 2020. The ongoing pandemic means many of the area's pumpkin patches have had to adjust hours, regulations and activities.

Fortunately, coronavirus has only changed — not completely closed — your favorite pumpkin patch and its offerings this season. Below is a list of some of our favorite pumpkin patches near Long Beach.

## Brightwaters Farms



- 1624 Manatuck Boulevard in Bay Shore.

- Brightwaters Farms' "Fall Harvest" begins October 3 and runs through October 31. Open Wednesday through Friday from 11 a.m. to 5 p.m. and Saturdays, Sundays, and Columbus Day from 9 a.m. to 5 p.m.

- For additional information, click here.

## Elwood Pumpkin Farm

- 1500 E. Jericho Turnpike in Huntington.

- Elwood Pumpkin Farm is open for pumpkin picking from on weekends and Columbus Day from 10 a.m. to 5 p.m., and on weekdays from 3 p.m. to 5 p.m. or by appointment.

- Guests can have fun in a child's corn maze and on a wagon ride around the farm. Tickets required.

- For additional information, click here.

## Schmitt's Family Farm

- 26 Pinelawn Road, Melville.

- Schmitt's Family farm is open every day through October 31 for its Annual Fall Festival. The farm is open weekdays from noon to 5 p.m. and weekends from 10 a.m. to 5 p.m. Guests can enjoy hayrides, farm animals, pony rides and a daytime corn maze, this year themed "Arabian Nights," and a Haunted Mansion Walk Through on Saturdays, Sundays, and Columbus Day from 10 a.m. to 5 p.m.. Pumpkin picking daily.

- For additional information, click here.

## White Post Farms

- 250 Old Country Road in Melville.

- Celebrating its Annual Fall Festival on weekends through the end of October. White Post Farms is open on Saturdays and Sundays and on Columbus Day. Admission gates are open from 10 a.m. to 5 p.m., but guests can stay until 6 p.m. Admission includes entertainment and games. The farm also features shows, pony rides, hayrides, and The White Post Animal Farm.

- For additional information, click here.

*If we missed your favorite pumpkin patch, be sure to share it with readers in the comments section.*

*Lisa Finn contributed to this story.*

♡ Thank (1)      💬 Reply      ⤴ Share                                        ⚑



See more local news

Loading... ⠿

Latest News Nearby                                                                      ›

1. 📍 Long Beach, NY News
   **Long Beach Weather Forecast For The Week Ahead**

2. Long Beach, NY News
   **Long Beach: See 5 Local Homes For Sale**

3. Long Beach, NY News
   **Wow House: Newly Remodeled Home Opens Right Onto The Bay**

4. Long Beach, NY News
   **Multiple Cars Burglarized Around The County: Nassau Police**

5. Across America, US News
   **15 Good News Stories: 'Be The Bridge'; Trash Talk; Truth's Truths**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Five Towns

Rockville Centre

Freeport

Malverne-Lynbrook

Merrick

Bellmore

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Best Long Beach-Area Pumpkin Patches 2020 | Long Beach, NY Patch

☰  **NEWS BREAK**     Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break ＞ 📍New York State ＞ 📍Long Beach ＞ Best Long Beach-Area Pumpkin Patches 202...

# Best Long Beach-Area Pumpkin Patches 2020

(Patch) **Long Beach (New York) Patch**
3d

( Follow )

    



<u>LONG BEACH</u>, NY — Not even pumpkin patches can escape coronavirus in 2020. The ongoing pandemic means many of the area's pumpkin patches have had to adjust hours, regulations and activities. Fortunately, coronavirus has only changed — not completely closed — your favorite <u>pumpkin patch</u> and its offerings this season....

Pumpkin Patch    Coronavirus    Tourism    NY    Columbus Day

Beach-area Pumpkin Patches    Haunted Attractions    White Post Farms

White Post Animal Farm    Elwood Pumpkin Farm    Lisa Finn    E. Jericho Turnpike

Melville    Schmitt

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



The Hill | 13h

### Trump renews call for pre-debate 'drug test'

👍 3903    💬 10308    ↗ Share



CBS Miami | 1d

Case 1:20-cv-10959-LGS Document 1-4 Filed 12/28/20 Page 59 of 62



☐ Download News Break APP | ⊘ Add to Chrome       Publishers    Advertisers    About    Mission    Careers    Contact

≡  🅽 NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

## Comments / **0**

4005   💬 5624   ➤ Share

Sign in   to post a message

### Long Beach, NY Newsletter

We will send daily local briefing to your mailbox.

**Email Address**

Subscribe

## Published by

Ⓟ Long Beach (New York) Patch        Follow

**Long Beach Weather Forecast For The Week Ahead**

LONG BEACH, NY — Here's your weather forecast for the week ahead, as reported by Darksky. Partly cloudy throughout the day. Mostly cloudy throughout the day. Rain in the evening and overnight. High 73, low 67....

💬 Comment   ➤ Share

**Long Beach: See 5 Local Homes For Sale**

LONG BEACH, NY — Looking for a new home, and want the latest scoop on what's available near you? Need some assistance finding the perfect place for you and your loved ones? Thanks to our weekly list of new...

💬 Comment   ➤ Share

### Paid Content       by

## Top News

Recommended by

┌─────────────┐
│ Sponsored  1/5 │
└─────────────┘

📍 Baldwin, NY | Herald Community Newspapers | 5h
**Two injured in Baldwin bar shooting**
Nassau County police are investigating a shooting in which two people were injured that took place early...
💬 Comment   ➤ Share

📍 Floral Park, NY | pix11.com | 8h
**Multiple businesses damaged in morning LI structure fire**
FLORAL PARK, L.I. — Multiple businesses were damaged in an early morning structure fire on Long Island...
💬 1   ➤ Share

◯  Massapequa Patch        Follow
   📍 Hicksville, NY | 11h

📱 Download News Break APP　|　◎ Add to Chrome

☰　🅽 NEWS BREAK　　　　Home　　Local　　Classifieds　　🔍 Your city or ZIP code　　👤 Sign in

---

**Five Towns Patch**
📍 Hewlett, NY　|　11h

**Follow**

**Five Towns: 5 Newest Homes To Hit The Market**

FIVE TOWNS, NY — Looking for a new house nearby, but getting tired of looking through the same old real-…

💬 Comment　　↗ Share

---

**Wantagh-Seaford Patch**
📍 Floral Park, NY　|　11h

**Follow**

**Fire Damages Multiple Nassau Businesses: Reports**

FLORAL PARK, NY — Firefighters were battling a massive inferno that damaged multiple businesses in Flora…

💬 Comment　　↗ Share

---

**Massapequa Patch**
📍 Massapequa, NY　|　13h

**Follow**

**Drunken Driver Arrested In Massapequa: Nassau County Police**

MASSAPEQUA, NY — The Nassau County Police Department reported the following incidents in Massapequ…

💬 Comment　　↗ Share

---

📍 Floral Park, NY　|　News 12　|　10h

**Major fire destroys several businesses in Floral Park**

More than 100 firefighters from several departments worked Sunday morning to put out a fire that has…

💬 Comment　　↗ Share

---

**Levittown Patch**
📍 Levittown, NY　|　6h

**Follow**

**5 New Levittown Area Properties For Sale**

LEVITTOWN, NY — On the hunt for a new house nearby, but getting tired of seeing the same old listings ever…

💬 Comment　　↗ Share

---

**Garden City Patch**
📍 Garden City, NY　|　13h

**Follow**

**More Than 200 Tickets Issued For Unsafe Driving: Garden City PD**

GARDEN CITY, NY — The Garden City Police Department reported the following incidents for the week endin…

💬 Comment　　↗ Share

---

**Wantagh-Seaford Patch**
📍 Wantagh, NY　|　11h

**Follow**

**5 New Wantagh-Seaford Area Properties For Sale**

Look inside the most recently listed houses on the market in the Wantagh-Seaford area. WANTAGH-…

💬 Comment　　↗ Share

---

**Massapequa Patch**
📍 Massapequa, NY　|　12h

**Follow**

**5 New Properties For Sale In The Massapequa Area**

MASSAPEQUA, NY — When you're looking for a new home, hunting down every new listing in the area can…

💬 Comment　　↗ Share

---

**New Hyde Park Patch**
📍 New Hyde Park, NY　|　11h

**Follow**

⬇ Download News Break APP 　　 ◎ Add to Chrome　　　　　　　Publishers　　Advertisers　　About　　Mission　　Careers　　Contact

☰　◥ NEWS BREAK　　　　　Home　　Local　　Classifieds　　　🔍 Your city or ZIP code　　　⊙ Sign in

○ **Wantagh-Seaford Patch**　　　　　　　　　　 Follow
📍 Wantagh, NY  |  15h

### Wow! Wantagh Home Is Truly 'One Of A Kind'

WANTAGH, NY — This week's "Wow House!" is truly one-of-a-kind. Built in 1949 in Wantagh, the house boast…

💬 Comment　　↗ Share

---

📍 Hempstead, NY  |  News 12  |  1d

### Rep. King, daughter praise Amy Coney Barrett pick for Supreme Court

Rep. Peter King says Amy Coney Barrett is a great pick for the high court, noting that the nominee and his…

💬 Comment　　↗ Share

---

○ **CBS New York**　　　　　　　　　　　　 Follow
📍 Rockville Centre, NY  |  1d

### Bigelow's In Rockville Centre: Frying Clams Since 1939

ROCKVILLE CENTRE, LONG ISLAND (CBSNewYork) — A roadside seafood shack in Rockville Centre is know…

💬 5　　↗ Share

---

○ **Glen Cove Patch**　　　　　　　　　　　　 Follow
📍 Sea Cliff, NY  |  11h

### Man Pulls Down Woman's Pants In Sea Cliff, Drives Away: Police

SEA CLIFF, NY — Police are searching for a man who they said attacked a 54-year-old woman who was…

💬 4　　↗ Share

---

○ **Levittown Patch**　　　　　　　　　　　　 Follow
📍 Levittown, NY  |  15h

### Wow House! Levittown Home Offers Cathedral Ceilings, Patio

LEVITTOWN, NY — This week's "Wow House!" is a charming four-bedroom, two-bathroom home on Griddle…

💬 Comment　　↗ Share

---

📍 Queens, NY  |  NBC New York  |  6h

### NYPD: 5 Suspects Steal Wallet, Break Nose of 59-Year-Old in Queens Attack

Police have obtained photos of the five people allegedly responsible for breaking a man's nose last week in…

💬 2　　↗ Share

---

📍 Queens, NY  |  abc7ny.com  |  5h

### Reopen NYC: Arrests made after nearly 200 found inside illegal bar in Queens

FLUSHING, Queens (WABC) -- Authorities in New York City shut down an illegal bar in Queens after nearly 2…

💬 Comment　　↗ Share

---

📍 Brooklyn, NY  |  msn.com  |  6h

### Health Officials Say COVID-19 Rates Growing 'At An Alarming Rate' In Brooklyn, Queens

NEW YORK (CBSNewYork) — The New York City Health Department continues to monitor a growing number…

💬 2　　↗ Share

---

**Sponsored Link**　　　　　　　　　　　　　Recommended by　　　　　|

 NEWS BREAK

Download News Break APP | Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

Home    Local    Classifieds    Your city or ZIP code     Sign in

**Nearby Cities**

Lido Beach                          Island Park
East Atlantic Beach                 Oceanside
Hewlett                             Atlantic Beach
East Rockaway                       Far Rockaway
Lynbrook                            Woodmere
Point Lookout                       Cedarhurst

**Categories**

Coronavirus                         Crime & Safety
Traffic & Transit                   Weather
Living                              Accident
Lifestyle                           Municipal
Real Estate                         Sports
Obituary                            Education

**Recommended Cities**

NYC News                            Detroit News
Denver News                         Chicago News
Austin News                         San Jose News
Columbus News                       Fort Worth News
Phoenix News                        San Diego News

**Company**                         **Local News**

About                               Map
Mission                             Publishers
Contact                             Advertisers
Careers

**Legal**                           **Support**

Do Not Sell My Info                 Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.