# EXHIBIT E

Patch

## Mount Vernon, NY  + Follow

| **News Feed** | Neighbor Posts | Classifieds | Calendar |

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Seasonal & Holidays

# Best Mount Vernon-Area Pumpkin Patches 2020

It's time to pick out that perfect pumpkin this fall season and enjoy the many attractions Mount Vernon-area pumpkin patches have to offer.

By Lanning Taliaferro, Patch Staff  
Sep 25, 2020 12:46 pm ET

 Like 2     Share

 Reply



It's time to pick out that perfect pumpkin this fall season. (Rachel Nunes/Patch)

MOUNT VERNON, NY — Not even pumpkin patches can escape coronavirus in 2020. The ongoing pandemic means many of the area's pumpkin patches have had to adjust hours, regulations and activities.

Fortunately, coronavirus has only changed — not completely closed — your favorite pumpkin patch and its offerings this season. Below is a list of some of our favorite pumpkin patches near Mount Vernon.

## Wilkens Fruit and Fir Farm



- 1335 White Hill Road, Yorktown Heights

- PHONE: 914 245-5111

- Farm is open Wednesdays-Mondays through mid-December.

- The Pumpkin Patch is open from 10 a.m. to 4:30 p.m. Wednesdays – Mondays in October. Please check the Harvest Calendar for exact dates this year.

## Stuart's Fruit Farm

- 62 Granite Springs Road, Granite Springs

- 914 245-2784

- Through Nov. 1 9 a.m. to 6 p.m.

- The 200-acre family-owned farm offers nine different varieties of apples as well as pumpkins. You can select your perfect pumpkin for decorating,carving or just to have for decor. Visit the farm stand to buy a pre picked pumpkin, gourds, Indian corn and corn stalks. On weekends you can take a hayride through the orchards. You can end the visit by enjoying a freshly baked pie or doughnut with a glass of apple cider. It's been a dry summer, so the corn maze isn't fully grown yet. Pandemic rules: The number of visitors at a time will be limited, so it's "first come, first served."

## Harvest Moon Farm and Orchard

- 130 Hardscrabble Road, North Salem

- 914 485-1210

- Please click here to view available tickets

- With each reservation purchased you will receive:

    - Entry to the orchard for up to TWO people only. Important: we cannot add an extra p
      to your reservation. If you are bringing a party of more than two people OVER the age
      years, you will need to purchase an extra reservation.

    - Children 10 yrs and under can enter free with your purchased ticket.

    - ONE 1/2 bushel apple picking bag; holds approx 25 lbs

    - Admission to the property including Farm Store and Pumpkin Patch

    - Parking for ONE CAR ONLY. Each reservation will allow entry for one car only. Guests
      visiting under the same reservation MUST enter in the same vehicle.

    - Absolutely no vans or buses allowed. Each reservation will allow entry to the Farm fo
      ONE CAR ONLY.

## Dykeman Farm

- 31 Dykeman Lane, Pawling, NY 12564

- 845-222-8502

- Pumpkin picking on weekends 9/26-10/31, Yom Kippur 9/28, Columbus Day 10/12. More
  dates may be added! Keep checking our website!

## Fishkill Farms

- 9 Fishkill Farm Road, Hopewell Junction

- 845-897-4377

- Pick-Your-Own: Pumpkin reservations are for those who only wish to pick pumpkins and
  are not available on weekends. Predicted availability.

## Outhouse Orchards

- 39 Hardscrabble Road, North Salem, NY

- 914-277-3188

- Please **click here** to book a reservation.

- There is a wide selection of pumpkins, gourds and Halloween decorations that will get you in the fall spirit as soon as you lay eyes on our pumpkin patch (all pumpkins are vine free). Pick your favorite pumpkin and the friendly staff will weigh for you at the check out tent.

## Apple Hill Farm

- 124 Route 32, New Paltz

- 845 255-1605

- Apple Hill Farm overlooks the picturesque Shawangunk and Catskill Mountains. Picking your own hours of operation this season are 10 a.m. to 5 p.m. Friday through Sunday. The farm will be open on Yom Kippur (9/28) and Columbus Day (10/12). Pumpkins will be available by the 25th of September until October 31st. Check back for decisions on the farm's popular hayrides and fire truck rides. Visitors can also check out the restored 1859 barn for fresh pressed apple cider and mulled apple cider donuts, as well as wreaths, dried and fresh-cut flowers. The farm stand closes at 6 p.m.

## Hurds Family Farm

- 2185 Route 32, Modena

- 845 883-6300

- Wednesday-Friday, 12-5 p.m. Saturday-Sunday online reservations required.

- There are some changes like extra sanitizing and more space within Family Fun Activities, but some things are exactly the same ... 120 acres of fresh air and adventures for t'        'e family. Pre-purchase your bags and activity wristbands online beforehand if you visit on a weekend or holiday. To follow social distancing guidelines, hayrides will only

take up to four family groups at a time. Family groups can include up to 6 people. There will be 2 groups per wagon spaced 6 feet apart.

- Pumpkins Small $5, Anything in between $14 & XL $20

## Wilklow Orchards

- 341 Pancake Hollow Road, Highland

- 845 691-2339

- The family who runs Wilklow Orchards has been farming the spot for six generations. They try to be sustainable and ecologically minded because they want the farm to last for another six generations. When you visit the site, you can also shop at their bakery, and don't miss the Farm Bar and food truck. Within their Orchard they have a patch of small pumpkins that are about 2-5 lbs. These pumpkins are $2.00 each and are the perfect size for painting or for children to carve! They are easy to carry and fun for school groups or young children to pick themselves.

- We also sell all sizes of pumpkins at our roadstand that are pre picked for you! Whether it is a Jack-o-lantern you're looking for, or a pumpkin for pie, we have it!

## Greig Farm

- 227 Pitcher Lane, Red Hook

- 845 758-1234

- The check in/out booths are located at 263 Pitcher Lane, Red Hook. When you arrive, we'll give you directions from the booths to the crops. You may drive right to the fields, so you'll never have to walk very far.

- You only pay for what you pick. Pumpkins are priced per piece, based on what you pick. Sugar (baking pumpkins) are $2 each and carving pumpkins are $4-$8 each.

- We are open for picking 9am-7pm, every day of the week.

## Lawrence Farms Orchards

- 39 Colandrea Road, Newburgh

- 845 562–4268

- The family farm is a family–friendly location with animals, a "Little Village" and hay bale maze. The farm has been doing "pick your own" fruits and vegetables for 30 years.

- Check our "Plan Your Trip" page first for crop availability.

- Weather conditions sometimes change picking schedules and availability

- Admission: $5.00 per person (children under 2 free) Season passes available.

- Time: 9am – 4pm Daily

*If we missed your favorite pumpkin patch, be sure to share it with readers in the comments section.*

♡ Thank    💬 Reply    ↗ Share                                      ⚑

See more local news

Loading... ⋰

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

4. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

Find out what's happening in your
community on the Patch app                                        >

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  Add to Chrome



**NEWS BREAK**  Home   Local   Classifieds

Your city or ZIP code

Sign in

News Break  ›  Best Mount Vernon-Area Pumpkin Patches 2...

# Best Mount Vernon-Area Pumpkin Patches 2020

Mount Vernon Patch
9d

Follow

    



MOUNT VERNON, NY — Not even pumpkin patches can escape coronavirus in 2020. The ongoing pandemic means many of the area's pumpkin patches have had to adjust hours, regulations and activities. Fortunately, coronavirus has only changed — not completely closed — your favorite pumpkin patch and its offerings this season....

Coronavirus   NY   Orchard   The Farm   Catskill Mountains   Mount Vernon-area

Pumpkin Carving   Pumpkin Pie   Halloween Decorations   Halloween Store

Apple Hill Farm   Wilklow Orchards   Fishkill Farm Road   Columbus Day   Dykeman Lane

**Read Full Story**

### Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News



Fox News  |  5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4460   💬 4560   ↗ Share



CBS New York  |  1d



📱 Download News Break APP   |   🌐 Add to Chrome

**NEWS BREAK**

Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

Sign in    to post a message

👍 5537    💬 6481    ➤ Share

## Published by

Paid Content          by          |

🟢 Mount Vernon Patch          Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you…

💬 Comment   ➤ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment   ➤ Share

## Related

Recommended by          |

Sponsored    1/5

Daily Voice          Follow
28d

**720 Gramatan Avenue, Mount Vernon, NY 10552 - $729,000**

MOUNT VERNON, N.Y. — A property at 720 Gramatan Avenue in Mount Vernon is listed at $729,000.…

💬 Comment   ➤ Share

## Sponsored Link

Recommended by          |

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact



☰    NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | **Local News** |
|---|---|
| About | Map |
| Mission | Publishers |
| Contact | Advertisers |
| Careers | |

**Legal**

| | **Support** |
|---|---|
| Do Not Sell My Info | Help Center |

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

9/27/2020    Butterfield Market Opens 2nd Upper East Side Location: Photos | Upper East Side, NY Patch

Patch.

Sign up

**Upper East Side, NY**

| News Feed | Neighbor Posts | Classifieds | Calendar |

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Business

# Butterfield Market Opens 2nd Upper East Side Location: Photos

In a rare pandemic-era success story, the upscale grocer and Upper East Side institution opened a new neighborhood shop Wednesday.

By Nick Garber, Patch Staff 

Sep 2, 2020 4:02 pm ET  |  Updated Sep 2, 2020 4:18 pm ET

Like  218      Share

💬 Replies (3)



Doors opened Wednesday at the new Butterfield Bakery location at 1150 Madison Avenue, joining the market's century-old Lexington Avenue shop. (Nick Garber/Patch)

     

UPPER EAST SIDE, NY — In a rare pandemic-era success story, Upper East Side institution Butterfield Market opened a second neighborhood shop Wednesday, filling the Madison Avenue space once occupied by Dean & DeLuca.

The upscale grocery and specialty food store has done business on Lexington Avenue since 1915, and also runs a robust catering operation. The new location at 1150 Madison Avenue was slated to open April 21, but the coronavirus scuttled those plans with just five

weeks to go before opening day, owners and siblings Joelle and Evan Obsatz told Patch.

The delays made Wednesday's arrival even sweeter, Evan said.



"So far it's been great," he said. "We're getting a really nice reception from the neighborhood."

During the four-month closure, the owners redesigned the space to account for the reality of the pandemic. Narrow aisles and tightly-stocked shelves were spaced out and decluttered, creating wide walkways with social distancing markers stuck to the white-tiled floor.

The air conditioning system was revamped to improve filtration, amenities like a salad bar and a dine-in cafe were put on hold, and a home delivery area was expanded to meet a rise in demand.

"We're assuming that will be a big part of the business," Evan Obsatz said of home delivery.

An express window on the East 85th Street corner, originally intended only for frozen yogurt, now serves a wider variety of food and drink options to accommodate those who would rather not enter the store.

The new location is staffed by about 60 new employees, about half of whom had been furloughed in the spring from Butterfield's catering business.

Beyond the expected selection of produce, baked goods and prepared food, the owners said they've upped their focus on traditional local delicacies, including a smoked fish case that features seven types of smoked salmon, as well as whitefish and big bowls of schmear-worthy cream.

The focus reflects Butterfield's own history, according to Evan and Joelle, third-generation owners whose grandfather began working at the Lexington Avenue market in the 1950s.

"We're authentic New York," Evan said.

*The new Butterfield Market is 1150 Madison Avenue, on the corner of Madison and East 85th Street.*

♡ Thank (1)    💬 Reply (3)    🔖 Share      ⚐

See more local news

Loading...

**Latest News Nearby**

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Butterfield Market Opens 2nd Upper East Side Location - Upper East Side, NY - Patch

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use   Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP        🌐 Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

☰   〽 **NEWS BREAK**        Home      Local      Classifieds      🔍 Your city or ZIP code        👤 Sign in

News Break  ›  Butterfield Market Opens 2nd Upper East ...

# Butterfield Market Opens 2nd Upper East Side Location: Photos

 Upper East Side Patch
25d

[ Follow ]

    



UPPER EAST SIDE, NY — In a rare pandemic-era success story, Upper East Side institution Butterfield Market opened a second neighborhood shop Wednesday, filling the Madison Avenue space once occupied by Dean & DeLuca. The upscale grocery and specialty food store has done business on Lexington Avenue since 1915, and...

Madison Avenue      Lexington Avenue      Grocery Store      NY      Specialty Food

Success Story      Coronavirus      Upper East Side      Air Conditioning      New York

Opening Day      Delivery Location      ET Replies      Butterfield Market      DeLuca


Evan

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News


The Hill  |  13h

**Trump renews call for pre-debate 'drug test'**

👍 3899    💬 10282    ↗ Share


CBS Miami  |  1d

👍 4004    💬 5616    ➤ Share

## Comments / 0

Sign in | to post a message

**Paid Content**     by     |

## Published by

🟢 Patch  **Upper East Side Patch**     [ Follow ]

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment    ➤ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment    ➤ Share

## Related

Recommended by      |

| Sponsored   1/5 |

📍 New York, NY | Patch | 23h

**Upper West Side, NY Coronavirus Updates & News For September 27**

Latest coronavirus headlines from Upper West Side, Manhattan and across New York:. Teachers approved a…

💬 Comment    ➤ Share

📍 New York, NY | citybizlist.com | 23h

**JLL to Market 98 Forsyth Street in New York's Lower East Side**

🏠 Download News Break APP        ⊘ Add to Chrome                                    Publishers      Advertisers      About      Mission      Careers      Contact

☰  ⋀ NEWS BREAK          Home      Local      Classifieds                🔍 Your city or ZIP code            ⊙ Sign in

Upper East Side Patch                                                          ( Follow )
📍 New York, NY  |  4h

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old re...

💬 Comment        ↪ Share

---

Ottawa Times                                                                  ( Follow )
📍 Ottawa, IL  |  1d

**Jeremiah Joe Coffee opens 2nd location in Ottawa**

Jeremiah Joe Coffee owner DeWayne Cronkright has a quote on the company's Facebook page that sums u...

💬 Comment        ↪ Share

---

📍 Manhattan, NY  |  radio.com  |  1d

**300 homeless men to be moved from Upper West Side hotel**

NEW YORK (WCBS 880) -- Some 300 homeless men will soon be moved out of a temporary shelter that...

💬 Comment        ↪ Share

---

📍 Kettering, OH  |  Dayton Daily News  |  3d

**Little York Tavern & Pizza sets opening date for its 2nd location**

Little York Tavern & Pizza, the popular pub and music destination for nearly four decades in Vandalia, has...

💬 4        ↪ Share

---

📍 New York, NY  |  bizjournals  |  2d

**Upper West Side now has one of NYC's largest indoor private amenity clubs (PHOTOS)**

The space is home to the first indoor skate park and first indoor regulation-size tennis court in a residential...

💬 Comment        ↪ Share

---

📍 New York, NY  |  artdaily.com  |  2d

**October Art Week announces 5th edition of prominent Upper East Side gallery participants**

NEW YORK, NY.- October Art Week announced its 5th edition that will run from October 9 - 18. This year's...

💬 Comment        ↪ Share

---

bizjournals  |  3d

**Wingstop to open Hoover location**

A growing chicken chain is continuing its expansion in metro Birmingham. According to the Hoover Sun,...

💬 Comment        ↪ Share

---

Upper West Side Patch                                                          ( Follow )
📍 New York, NY  |  3d

**Upper West Side Restaurant Breaks Out Bubbles For Outdoor Diners**

UPPER WEST SIDE, NY — With New York City restaurants still not allowed to open for indoor dining, one...

💬 Comment        ↪ Share

---

📍 New Britain, CT  |  New Britain Herald  |  4d

**New Britain native opens convenience store on East Side with unique set-up to purchase items**

NEW BRITAIN – As curbside and drive thru pickup has become a major necessity for businesses and...

💬 1        ↪ Share

Butterfield Market Opens 2nd Upper East Side Location Photos | News Break

⬇ Download News Break APP    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰 NEWS BREAK          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

💬 Comment    ↗ Share

---

⚪ **Daily Voice**    [Follow]
📍 Ridgewood, NJ  |  5d

**FBI Raids Ridgewood Home Of Former Upper East Side Art Gallery Owner**

FBI agents carted off boxes and bags of apparent evidence during a raid Tuesday on the Ridgewood home …

💬 Comment    ↗ Share

---

📍 New York, NY    bkreader.com  |  5d

**Bed-Stuy Favorite Bklyn Blend Opens New Location in East New York**

Monday marked the grand opening of the second location of Bed-Stuy juice bar and restaurant, Bklyn Blend.…

💬 Comment    ↗ Share

---

realtor.com  |  5d

**Anthony Edwards Selling Upper East Side Penthouse for $7.65M**

Anthony Edwards—best known for playing "Goose" in "Top Gun" and Dr. Mark Greene on "ER"—is selling his…

💬 Comment    ↗ Share

---

nextpittsburgh.com  |  5d

**Square Café sets date for opening its East Liberty location. My Goodness moves into old space**

It's shaping up to be a delicious fall. Square Café, a longtime fixture on Braddock Avenue in Regent Square, i…

💬 Comment    ↗ Share

---

⚪ **Daily Mail**    [Follow]
5d

**Bistro in NYC's Upper West Side sets up 'space bubbles' to beat chilly fall weather as struggling Big Apple restaurants battle to stay open**

Manhattanites looking to dine out in the cool, fall weather while keeping a distance from others can now do…

💬 Comment    ↗ Share

---

⚪ **Naugatuck Patch**    [Follow]
📍 Prospect, CT  |  6d

**Grand Opening of LaBonne's Markets Prospect Location**

LaBonne's Markets located at 75 Waterbury Rd. will hold its grand opening celebration on Saturday. Sep 21,…

💬 Comment    ↗ Share

---

⚪ **94.3 The Point**    [Follow]
📍 Toms River, NJ  |  6d

**Daddio's Grille To Open 2nd Location At Ocean County Mall**

I hate sharing the news that a store or restaurant has to close their doors…but that is not what this post is…

💬 Comment    ↗ Share

---

⚪ **Upper East Side Patch**    [Follow]
📍 New York, NY  |  6d

**Bed Bath & Beyond To Close Upper East Side Store: Report**

UPPER EAST SIDE, NY — Upper East Siders seeking housewares and home goods may need to make a…

💬 Comment    ↗ Share

---

Download News Break APP | Add to Chrome



☰ NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code    Sign in

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

👤 Log in

## Bed-Stuy, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Traffic & Transit

# Cell Service Added To L Train's Canarsie Tunnel: Cuomo

A project to bring cell service to the tunnel was completed this week, making the L the first under-river line to have cell service.

By Anna Quinn, Patch Staff ℗
Sep 3, 2020 9:40 am ET

♡ Like  11      Share                          💬 Replies (2)



A project to bring cell service to the tunnel was completed this week, making the L the first under-river line to have cell service. (Ciara McCarthy/Patch)

L TRAIN CORRIDOR, NYC — Brooklyn straphangers won't have to look up from their phones the entire ride into Manhattan thanks to new cell service that has been added to the L train's Canarsie Tunnel, Gov. Andrew Cuomo announced Thursday.

A project to bring cellular connectivity to the Brooklyn-Manhattan subway line's trip underwater was finished this week, making the Canarsie Tunnel the first under-river tunnel in the New York City subway system to get cell service, Cuomo said.

The announcement comes about eight months after Cuomo first announced plans to bring cell service to the L train and four months after a massive repair project to the tunnel wrapped up.



"The L Line project was proof that when we are confronted with a challenge we can build back better and stronger," Cuomo said. "We challenged those who said this project couldn't be done, and as a result, the MTA has delivered a more resilient tunnel with 21st century technology."

The project "piggybacked" off of the year-long L train repairs, which finished in April, meaning crews were able to add the broadband system without shutting down service again, transit officials said.

There does appear to be a catch, though. The system will be run by Transit Wireless, meaning only AT&T customers can use their phones and other devices through the tunnel, according to Cuomo's announcement.

Transit Wireless is the same company that outfitted MTA's underground stations with connectivity.

The MTA is set to receive revenue from the L train cell service connection and the project came at no cost to the Authority, Cuomo's office said.



♡ Thank    💬 Reply (2)    🔗 Share    🚩

## More from Bed-Stuy

Crime & Safety | Sep 8

### Assistant DA Killed By Bus While Riding Bike In Brooklyn: Cops

Crime & Safety | 5d

### 2 Dead After Bed-Stuy Shooting, Cops Say

Crime & Safety | Sep 8

### Video: 31-Year-Old Shot Walking Down The Street In Bed-Stuy

See more local news

Loading... ⟳

## Latest News Nearby

1. Bed-Stuy, NY News
   **Restaurants Cautious On Indoor Dining | Bed-Stuy Week In Review**

2. Bed-Stuy, NY News
   **Massive Trash Pile Finally Cleared From Bed-Stuy Block**

3. New York City, NY News
   **CDC Stresses Vaccines As New York Enters Flu Season**

4. Bed-Stuy, NY News
   **Bed-Stuy Joins Summit On NYC Coronavirus Recovery**

5. New York City, NY News
   **NYC Restaurants Go Months Without Inspections During Coronavirus**

Find out what's happening in your
community on the Patch app

›

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Bushwick

Prospect Heights-Crown Heights

Fort Greene-Clinton Hill

Brownsville-East New York

Williamsburg-Greenpoint

Park Slope

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds     🔍 Your city or ZIP code     👤 Sign in

News Break  ›  📍New York State  ›  📍Brooklyn  ›  traffic  ›  Cell Service Added To L Train's Canarsie...

# Cell Service Added To L Train's Canarsie Tunnel: Cuomo

 **Bed-Stuy Patch**
09-03

[ Follow ]

    



L TRAIN CORRIDOR, NYC — Brooklyn straphangers won't have to look up from their phones the entire ride into Manhattan thanks to new cell service that has been added to the L train's Canarsie Tunnel, Gov. Andrew Cuomo announced Thursday. A project to bring cellular connectivity to the Brooklyn-Manhattan subway...

MTA    New York City Subway    Tunnel    Canarsie    Manhattan    Train

Metropolitan Transportation Authority    Cell Service    NYC    Transit Wireless

Transit Officials    Brooklyn Straphangers    Cellular Connectivity    Meaning Crews

AT&T Customers


Andrew
Cuomo

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios | 1d

**GOP fears worst yet to come**
👍 3303   💬 5272   ↗ Share



NBC News | 1d

**Trump 'doing very well' during first night at Walter**

Download News Break APP  |  Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **N** NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

## Comments / 1

| Sign in | to post a message |

View All 1 Comments ▾

## Published by

⚪ Bed-Stuy Patch                                          Follow

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit...

💬 Comment    ↪ Share

**Restaurants Cautious On Indoor Dining | Bed-Stuy Week In Review**

BROOKLYN, NEW YORK — Here's a roundup of the top headlines from Patch from around Bed-Stuy this week. BED-STUY, BROOKLYN — For soul food favorite The Southern Comfort, New York City's return to indoor dinin...

💬 Comment    ↪ Share

## Top News

Recommended by

| Sponsored | 1/5 |

📍Queens, NY  |  amny.com  |  5h

**NYC SHOOTINGS: Shooter causes Brooklyn crash, three shot in Queens drive-by**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York...

💬 10    ↪ Share

📍Brooklyn, NY  |  News 12  |  4h

**COVID clusters across Brooklyn force 2 school closures**

### Brooklyn, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

| Subscribe |

### Paid Content          by

10/4/2020

☐ Download News Break APP    ⊕ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  🔺 **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

📍Brooklyn, NY  |  papermag.com  |  3h

### 'That Sh*t Whack' Is Auntie Naj's End of Summer Slowdown Jam

Brooklyn rapper Auntie Naj, everyone's favorite cool auntie, has won over listeners with her attitude, swag a…

💬 Comment    ↗ Share

---

📍Brooklyn, NY  |  brooklynvegan.com  |  4h

### Bushwig took over a Brooklyn park with drag (pics)

Annual NYC drag festival Bushwig couldn't hold its ninth, 2020 edition as usual this year because of COVID-…

💬 4    ↗ Share

---

📍Brooklyn, NY  |  News 12  |  6h

### Police arrest 1 suspect in January shooting at Kingsborough Houses

Police have made an arrest in the January murder of a Brooklyn man. Rashawn Brown was arrested and…

💬 5    ↗ Share

---

📍Brooklyn, NY  |  New York YIMBY  |  8h

### Affordable Housing Lottery Launches Sea Breeze Tower in Coney Island, Brooklyn

The housing lottery is now open for Sea Breeze Tower, a 20-story residential development at 271 Sea Breez…

💬 Comment    ↗ Share

---

📍Brooklyn, NY  |  NY Daily News  |  7h

### JUSTICE STORY: The scary summer when teen 'Kill for Thrills' gang terrorized Brooklyn

As the body was fished out of the East River and placed faceup on a lonely pier under the Williamsburg…

💬 5    ↗ Share

---

📍Brooklyn, NY  |  newsbrig.com  |  9h

### Off-duty FDNY firefighter arrested for allegedly choking girlfriend

An off-duty New York City firefighter was arrested and charged with assaulting his girlfriend and her two…

💬 4    ↗ Share

---

📍Queens, NY  |  queenseagle.com  |  6h

### Koslowitz, Jewish leaders denounce anti-Semitic coverage of COVID rise

Members of the Queens Jewish Community Council, faith leaders and elected officials gathered outside the…

💬 10    ↗ Share

---

📍New York, NY  |  abc7ny.com  |  7h

### Coronavirus News: 12 NYC neighborhoods with COVID-19 positivity rates above 3%

NEW YORK CITY (WABC) -- The New York City Health Department continues to track four concerning cluster…

💬 5    ↗ Share

---

⚪ The Staten Island Advance        [ Follow ]
📍Brooklyn, NY  |  6h

### As NYC's infection rate rises, what would trigger mass school closures?

NEW YORK, N.Y. -- Nearly half a million students returned to in-person learning as of this week, but as the…

💬 3    ↗ Share

---

📍Brooklyn, NY  |  Gothamist.com  |  6h

### Students, Teachers At Brooklyn School Forced To Quarantine After Student Tests Positive For

☐ Download News Break APP     ⊕ Add to Chrome          Publishers     Advertisers     About     Mission     Careers     Contact

☰  📰 NEWS BREAK          Home      Local      Classifieds          🔍 Your city or ZIP code          ⊙ Sign in

📍 Brooklyn, NY  |  New York YIMBY  |  9h

### Excavation Now Underway at 68 Eldert Street in Bushwick, Brooklyn

Excavation is underway for a four-story expansion at 68 Eldert Street in Bushwick, Brooklyn. When comple...

💬 Comment        ↗ Share

---

📍 Brooklyn, NY  |  hotnewhiphop.com  |  3h

### Rah Swish Comes Out Swinging With "50 Bars, Pt. 4"

You may remember Rah Swish from his many collaborations with the late Pop Smoke but the Brooklyn rapp...

💬 Comment        ↗ Share

---

⊙  aiptcomics                                                          Follow
📍 Brooklyn, NY  |  7h

### 'Witches of Brooklyn' review: Unique and wonderful

! This is our chance to set the mood for the spookiest and scariest month of the year as we focus our...

💬 Comment        ↗ Share

---

📍 Brooklyn, NY  |  brownstoner.com  |  6h

### Top 10 Brooklyn Real Estate Listings: A Brooklyn Heights Co-op, a Flatbush Single-Family

The most popular listings on Brownstoner this week include a wood frame in Park Slope, a Queen Anne in...

💬 Comment        ↗ Share

---

📍 Brooklyn, NY  |  shorefrontnews.com  |  14h

### Brooklyn Democrats Announce Plan To Fight Illegal Guns

State Senator Andrew Gounardes, Brooklyn District Attorney Eric Gonzalez and City Councilman Justin...

💬 7        ↗ Share

---

📍 Brooklyn, NY  |  shorefrontnews.com  |  13h

### 2,500 Come Out in Support of Malliotakis & Trump

Assemblywoman Nicole Malliotakis is getting lots of love in Staten Island as she bids to replace Max Rose i...

💬 8        ↗ Share

---

⊙  Amomama                                                            Follow
📍 Brooklyn, NY  |  7h

### Kenya Moore's Daughter Brooklyn Poses in a Swimsuit & Hat While Winking at the Camera (Photo)

Brooklyn Daly, the adorable daughter of "The Real Housewives of Atlanta" star Kenya Moore, looked all...

💬 Comment        ↗ Share

---

⊙  CBS New York                                                       Follow
📍 Brooklyn, NY  |  16h

### Police Question Someone In Connection To Unprovoked Attack On Actor Rick Moranis

NEW YORK (CBSNewYork) — Police have questioned someone in connection to the random attack on actor...

💬 4        ↗ Share

---

### Sponsored Link                                    Recommended by          |

Download News Break APP  |  Add to Chrome

**NEWS BREAK**

Publishers    Advertisers    About    Mission    Careers    Contact

Home    Local    Classifieds

Your city or ZIP code    Sign in

**Nearby Cities**

Ridgewood                          Maspeth
Glendale                           Chinatown
New York                           Middle Village
Sunnyside                          Long Island City
Ozone Park                         Woodhaven
Rego Park                          Elmhurst

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                          Municipal
Real Estate                        Sports
Obituary                           Education

**Recommended Cities**

NYC News                           Detroit News
Denver News                        Chicago News
Austin News                        San Jose News
Columbus News                      Fort Worth News
Phoenix News                       San Diego News

**Company**                        **Local News**

About                              Map
Mission                            Publishers
Contact                            Advertisers
Careers

**Legal**                          **Support**

Do Not Sell My Info                Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

Sign up

## New York City, NY

News Feed    Neighbor Posts    Classifieds    Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Community Corner

## City Scraps Some Shelter Evictions | Manhattan Week In Review

### Hero Gets Unlimited Subway Rides | Storied Bookstore Fights To Stay Alive | Beloved Diner Closes | Documentary Follows Harlem BLM Mural

By Nick Garber, Patch Staff 
Sep 25, 2020 4:08 pm ET | Updated Sep 26, 2020 9:07 pm ET

Like 17    Share

Reply



Harmonia resident Mike Bonano speaks at a news conference outside the East 31st Street shelter, Sept. 25, 2020. (Nick Garber/Patch)

NEW YORK — Miss any headlines in Manhattan this week? Patch's week in review has you covered for the borough's top news.

---

### Man Awarded Year Of Unlimited Train Rides For Heroic Actions

WEST VILLAGE, NY — A man was honored Wednesday for his "heroic" actions over the weekend to help stop and apprehend a saboteur trying to derail a train an A train. Metropolitan Transportation... Read more

---

### Storied Upper East Side Culinary Bookstore Fights To Stay Alive

UPPER EAST SIDE, NY — A storied Carnegie Hill culinary bookstore that has helped educate and entertain generations of chefs, from home cooks to Julia Child, has struggled to keep its doors open... Read more

Subscribe ›

---

### 'Birds Aren't Real' Poster Appears On UWS: The Bizarre Backstory

UPPER WEST SIDE, NY — Have we all gotten duped? A new sign appeared on the Upper West Side last week, and its message puzzled many. The sign stuck to a pole on West 73rd Street between... Read more

---

### New Documentary Follows Rise Of Harlem's Black Lives Matter Mural

HARLEM, NY — As a Black Lives Matter mural took shape on a Harlem boulevard this summer while protests for racial justice raged across the country, the mural's or knew they were contributing... Read more

### Local Favorite Spot Vicky's Diner Is Closing In Wash Heights

WASHINGTON HEIGHTS, NY — Vicky's Diner is closing in Washington Heights after a long run in the Upper Manhattan neighborhood. An employee at the restaurant confirmed the closing to Patch, but... Read more

### City Abandons Plan To Evict Residents From Midtown Shelter

WASHINGTON HEIGHTS, NY — After weeks of indecision, the city reversed course Friday on its plans to transfer dozens of homeless families from the Harmonia shelter in Midtown to make way for men being evicted from the Lucerne Hotel... Read more

♡ Thank    💬 Reply    ↗ Share

See more local news

Loading...

**Latest News Nearby**

1. 📍 New York City, NY News
   **New York City Weekly Weather Forecast**

2. 📍 New York City, NY News
   **5 New New York City Area Homes For Sale**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 New York City, NY News
   **NYC Principals Union Gives de Blasio 'No Confidence' Vote**

5. 📍 New York City, NY News
   **Amber Alert Issued For 3 Brooklyn Children Missing With Mother**

Find out what's happening in your community on the Patch app

Case 1:20-cv-10959-LGS Document 1-5 Filed 12/28/20 Page 36 of 51

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

Upper West Side

Upper East Side

Midtown-Hell's Kitchen

Harlem

Astoria-Long Island City

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use   Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 Manhattan  ›  City Scraps Shelter Evictions | Manhatta...

# City Scraps Shelter Evictions | Manhattan Week In Review

 **New York City Patch**    [ Follow ]
2d



<u>NEW YORK</u> — Miss any headlines in Manhattan this week? Patch's week in review has you covered for the borough's top news. <u>WEST VILLAGE</u>, NY — A man was honored Wednesday for his 'heroic' actions over the weekend to help stop and apprehend a saboteur trying to derail a train on A train. Metropolitan Transportation...

West Village    Subway    Diner    Washington Heights    Bookselling    Eviction    NY

Upper East    Harlem    The Long Way Home

City Scraps Shelter Evictions | Manhattan Week In Review    Vicky    Homeless Families


Julia Child

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

---

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch Mcconnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



Golden State News Break  |  9h

### Report: NFL legend Joe Montana thwarts kidnapping of grandchild

👍 2899    💬 1662    ↗ Share



📱 Download News Break APP　|　⊘ Add to Chrome

**≡ NEWS BREAK**　　　　Home　　Local　　Classifieds　　🔍 Your city or ZIP code　　👤 Sign in

Publishers　　Advertisers　　About　　Mission　　Careers　　Contact

**Biden in first public presidential endorsement**

👍 457　💬 1612　➤ Share

## Comments / **0**

| Sign in | to post a message |

## Published by

🟢 Patch　**New York City Patch**　　　　( Follow )

**New York City Weekly Weather Forecast**

NEW YORK CITY, NY — Here's a look at the week-ahead weather, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Rain starting in the afternoon. High 75, low 69. Chance of rain:…

💬 Comment　➤ Share

**5 New New York City Area Homes For Sale**

NEW YORK CITY, NY — Looking for a new home, and want to get a better understanding of what's available near you? Perhaps you could use some assistance in your search? With our weekly list of new properties in…

💬 Comment　➤ Share

### Manhattan, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

[ Subscribe ]

### Paid Content　　　by

## Related

Recommended by

| Sponsored | 1/5 |

📍 Westhampton, NY　|　indyeastend.com　|　24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment　➤ Share

## Sponsored Link　　　　　　Recommended by

Download News Break APP    |    Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

  NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code    Sign in

**Nearby Cities**

Chinatown                          Newport
Chelsea                            Hoboken
Long Island City                   Jersey City
Weehawken                          Brooklyn
Union City                         Guttenberg
West New York                      Astoria

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                          Municipal
Real Estate                        Sports
Obituary                           Education

**Recommended Cities**

NYC News                           Detroit News
Denver News                        Chicago News
Austin News                        San Jose News
Columbus News                      Fort Worth News
Phoenix News                       San Diego News

**Company**                        **Local News**

About                              Map
Mission                            Publishers
Contact                            Advertisers
Careers

**Legal**                          **Support**

Do Not Sell My Info                Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch.

&#9823; Log in

## Mount Vernon, NY   &#43; Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Community Corner

Shared from Bedford-Katonah, NY

## Con Ed, O&R Fined $10.75 Million For 2018 Snowstorm Response

Just days after Westchester officials vowed to re-examine Con Ed's commitments after the 2018 debacle, the NY PSC released its finding.

By Lanning Taliaferro, Patch Staff  &#9412;

Aug 13, 2020 1:52 pm ET

Like 51    Share

 Replies (3)





Wild winter storms in 2018 left hundreds of thousands of customers without power in the Hudson Valley. (Lanning Taliaferro/Patch)

The New York State Public Service Commission announced a record $10.75 million settlement with Consolidated Edison Company of New York, Inc. and Orange and Rockland Utilities Inc. over their poor response to massive power outages during 2018 back-to-back winter storms.

The announcement comes a day after Westchester County Executive George Latimer vowed to review the promises Con Ed made after storms named Riley and Quinn, when 210,000 customers lost service and the company had to basically rebuild its delivery system in Westchester.

SEE:



Subscribe >

- **Con Ed Planning $100M In Storm Protections For Westchester**

- **Westchester Reviewing Con Ed Commitments From 2018 Snowstorms**

"Utilities have a duty to their customers to be prepared for a storm, to restore power as safely and as quickly as possible, and to keep customers accurately informed during any such event," Commission Chair John B. Rhodes said in the PSC's announcement. "The terms of the joint settlement are consistent with the environmental, social, and economic policies of the Commission and the State and in the public interest. Our decision today clearly demonstrates that if a utility fails, in whole or in part, to meet this standard, the company's shareholders will be held accountable."

The storms in 2018 were severe weather events. The first, Winter Storm Riley, occurred on March 2 and 3, resulting in about 143,300 customer outages in Con Edison's service territory and 52,500 customer outages in O&R's service territory. Four days later, on March 7, the companies' territories were struck again by a second severe storm, Winter Storm Quinn, which resulted in 66,000 customer outages for Con Edison and 31,500 customer outages for O&R.

Investigation into the utility companies began almost immediately afterward. On March 14, at the direction of Governor Andrew M. Cuomo, department staff considered whether the companies properly prepared for, and responded to, the effects of the storms in compliance with their annually filed emergency response plans.

As part of the investigation, both companies adopted a combined 144 storm plan recommendations back in 2019.

The $10.75 million settlement agreement, comprised of settlement funds and mitigation measures, is the largest ever of its kind for failure to adequately execute a utility emergency response plan.

Under the terms of the agreement, the companies agree to settle alleged violations their emergency response plans for a combined $10.75 million in ratepayer benefit ($9.5 million to Con Edison and $1.25 million to O&R, which is a Con Ed subsidiary), with

1. **⚲ New Rochelle, NY News**
   **Volunteer Opportunities Of The Week: Community Educators**

2. **⚲ Bedford-Katonah, NY News**
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. **⚲ New City, NY News**
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. **⚲ Mount Vernon, NY News**
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. **⚲ Mount Vernon, NY News**
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

>

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

$6.45 million in settlement funds and an additional $4.3 million in mitigation measures taken in coordination with the Department of Public Service at the time of the storms.

The $6.45 million in settlement funds will be used for the companies' electric ratepayer benefit at their next rate cases, allowing for ratepayer input on the funds' use.



**David Buchwald** ✔ @DavidBuchwald · Aug 13, 2020

Replying to @DavidBuchwald

$6.45 million is levied in fines and $4.3 million goes to mitigation measures, like payouts for food & medicine spoilage. All of this money is at shareholder expense.

**David Buchwald** ✔
@DavidBuchwald

My initial take - the financial penalty is a record amount (just north of the $10.5 million combined NYSEG/RG&E penalty for the same storms), but I don't think it is enough to ensure that the fines aren't just a cost of doing business.

11:18 AM · Aug 13, 2020

♡ 2    See David Buchwald's other Tweets

Thursday's settlement is unrelated to any ongoing investigations of Con Edison and other state utilities resulting from last week's Tropical Storm Isaias response. Cuomo told Con Ed last week that its franchise could be revoked over it.

The decision may be obtained by going to the Commission Documents section of the Commission's Web site at www.dps.ny.gov and entering Case Number 19-E-0107 (Con Edison) and 19-E-0108 (O&R) in the input box labeled "Search for Case/Matter Number".

♡ Thank    💬 Reply (3)    ↱ Share    🚩



See more local news



Loading...

**Latest News Nearby**

Case 1:20-cv-10959-LGS Document 1-5 Filed 12/28/20 Page 48 of 51

☰ 🅽 **NEWS BREAK**    Home   Local   Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  >  📍 New York  >  Con Ed, O&R Fined $10.75 Million For 201...

# Con Ed, O&R Fined $10.75 Million For 2018 Snowstorm Response

 Mount Vernon Patch    [ Follow ]
08-13

📘  🟢  ⚫  🔵  🔴



The New York State Public Service Commission announced a record $10.75 million settlement with Consolidated Edison Company of New York, Inc. and Orange and Rockland Utilities Inc. over their poor response to massive power outages during 2018 back-to-back winter storms. The announcement comes a day after Westchester County Executive George...

Winter Storms    Riley    New York (state)    Westchester County    Utilities    O&R

Emergency Department    PSC    Department Of Public Service

Orange And Rockland Utilities Inc.    New York State Public Service Commission    Con Edison

Commission Documents    Consolidated Edison Company Of New York , Inc.    George Latimer

 Andrew Cuomo     David Buchwald     Andrew M. Cuomo

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔️
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3317    💬 5282    ↗ Share



NBC News  |  1d

📱 Download News Break APP | 🌐 Add to Chrome

☰ 〰 **NEWS BREAK**   Home   Local   Classifieds   🔍 Your city or ZIP code   👤 Sign in

**treatment**

👍 5222   💬 11164   ↗ Share

**Paid Content**     by      |

## Comments / <span style="color:red">0</span>

Sign in to post a message

## Published by

⚪ Mount Vernon Patch     Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch is highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you…

💬 Comment    ↗ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ↗ Share

## Top News

Recommended by    |

Sponsored   2/5
*New York Post*

⚪ Axios
1d     Follow

**GOP fears worst yet to come**

Republican officials tell us they worry that the number of infected people around President Trump will rise,…

💬 5282    ↗ Share

📱 Download News Break APP    |    🌐 Add to Chrome

☰  ⚡ NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

WASHINGTON — President Donald Trump, who has Covid-19 and was taken to Walter Reed National Militar…

💬 11164   ↗ Share

---

The Hill  |  1d

**Kellyanne Conway tests positive for COVID-19**

Former longtime adviser to President Trump Kellyanne Conway tested positive for COVID-19 on Friday.…

💬 6522   ↗ Share

---

⚪ **Fox News**          [ Follow ]
5h

**Trump could be discharged from the hospital as soon as Monday**

President Trump could be released from the Walter Reed Medical Center as soon as Monday, his medical…

💬 4675   ↗ Share

---

⚪ **CBS New York**          [ Follow ]
1d

**Trump's physician says he is fever-free and not currently on oxygen**

Dr. Sean Conley, President Trump's physician, provided an update Saturday on the president's condition at…

💬 6485   ↗ Share

---

NPR  |  1d

**Trump's Doctor Says He's 'Doing Very Well,' But Timeline Raises Serious Questions**

President Trump is "doing very well," his physician says, but the timeline laid out by doctors in a Saturday…

💬 8546   ↗ Share

---

⚪ **Axios**          [ Follow ]
21h

**Biden says he told some governors "don't endorse me … because you'll pay a penalty"**

Joe Biden said Saturday that he has discouraged some governors from endorsing him, warning them that if…

💬 1786   ↗ Share

---

bolde.com  |  7h

**Two Female Teachers Arrested For Having Threesome With Student**

Two Louisiana English teachers were arrested for allegedly having a threesome with a 16-year-old student.…

💬 922   ↗ Share

---

**Sponsored Link**                    Recommended by   |



Download News Break APP  |  Add to Chrome

Publishers  Advertisers  About  Mission  Careers  Contact

NEWS BREAK

Home  Local  Classifieds

Your city or ZIP code   Sign in

**Recommended Cities**

NYC News                    Detroit News
Denver News                 Chicago News
Austin News                 San Jose News
Columbus News               Fort Worth News
Phoenix News                San Diego News

**Company**                 **Local News**

About                       Map
Mission                     Publishers
Contact                     Advertisers
Careers

**Legal**                   **Support**

Do Not Sell My Info         Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.