# EXHIBIT F

Case 1:20-cv-10959-LGS　Document 1-6　Filed 12/28/20　Page 2 of 66

## Patch

 Log in

**West Village, NY** + Follow

News Feed    Neighbor Posts    Classifieds    Calendar

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Health & Fitness

Shared from Across America, US

# Consumer Reports Picks The Best Equipment For A Home Gym

Whatever your budget, you can get the exercise you need without worrying about the risks of a crowded gym

By Consumer Reports, News Partner

Jul 10, 2020 10:31 am ET

Like 1.1K    Share

💬 Reply





Looking to set up a home gym to help your workout during the coronavirus crisis? Consumer Reports has some tips. (Colin Miner/Patch)

*Consumer Reports has no relationship with advertisers on this site.*

**From Consumer Reports:**

By Janet Lee

Months after COVID-19 first began spreading in the U.S., many states have loosened their lockdowns. Gyms are reopening, though often with new restrictions in place, in many states already and are set to open soon in others.

Subscribe ›

>

But as the coronavirus crisis continues, you may be questioning whether you want to risk entering a crowded indoor space full of shared surfaces, where everyone is breathing heavily. Indeed, researchers in South Korea examined one outbreak tied to a group of fitness centers and concluded that "the moist, warm atmosphere in a sports facility coupled with turbulent air flow generated by intense physical exercise can cause more dense transmission of isolated droplets."

Another study released June 25, which has not yet been peer-reviewed, found zero cases of the coronavirus among 1,896 Oslo residents who returned to gyms that had strict rules in place for cleaning and distancing. The authors caution that these results may not apply to areas with more COVID-19 in the community. And they cannot show whether the virus might have spread within a gym if one or a few of the people in the study had become infected elsewhere.

So while exercising outdoors is free and easy, perhaps it's no surprise that fitness equipment sales have also been surging—for everything from dumbbells to high-end cardio equipment.

The U.S. Physical Activity Guidelines (PDF) recommend doing a minimum of 150 minutes of moderate-intensity aerobic exercise (half that amount if it's vigorous) and at least two whole-body strength training sessions each week. That's achievable at home, even with a very basic setup.

"There's a misconception that you need all sorts of snazzy equipment at home, like what you see at the gym, but that's just not the case," says Michael Piercy, M.S., C.S.C.S., an American Council on Exercise master trainer (he teaches other trainers) and owner of The LAB in Fairfield, N.J. "You can get a great workout with just a couple of pieces of equipment."

## Your Goals, Your Space

Before you start thinking about your budget, there are two key factors that will be different for everyone considering setting up a home gym: your goals and the physical space you have available.



"Start at your fitness goals," says Peter Anzalone, who tests exercise equipment at Consumer Reports. "You want whatever equipment you're purchasing to be able to support those goals."

While a well-rounded program is important, some people may be more focused on strength or cardio. Or perhaps you just need variety to keep from getting bored. Pete McCall, C.S.C.S., a master trainer in San Diego and author of "Smarter Workouts: The Science of Exercise Made Simple" (Human Kinetics, 2019), suggests trying to recreate what you were doing at the gym, at least as much as possible.

The next thing to think about is space. You can get a lot done in a 6x6-foot area, including strength moves, some general calisthenics, and stretching or yoga.

For most cardio machines, you'll need about 6 to 8 feet by 4 feet for the machine itself. With a treadmill, you'll want a couple of feet around the perimeter and 6 feet behind it for safety, says Anzalone. A treadmill also needs sturdy floor support to handle the vibration and pounding.

Once you know what you're looking to achieve and where you can make a little room to move, you can set yourself up for success at any budget.

## If You Want To Spend $15 To $1,000

At a minimum: Invest in a yoga mat (from $15), which you can use for yoga, stretching, and floor exercises.

Then, for strength training, add two sets of dumbbells ($30 and up, depending on the weights), one lighter and one heavier, McCall says. For a little more versatility, he also recommends adding a two-arm resistance band that you can attach to a door frame (from $20). "It acts like a cable machine at the gym," says McCall. "You can do a lot of exercises from a standing position vs. seated, which engages muscles from your shoulders to your hips."

Cardio machines are hard to afford with a limited budget, but you can find indoor stationary bikes for less than $500 and rowing machines for less than $800. Quality varies, and CR does not currently test these machines.

If you already have an outdoor bike, mounting it on a bike trainer ($100 and up) lets you easily convert it into an indoor cardio machine.

A jump rope (from $10) is another versatile option with a small price: It can provide an excellent cardio workout (and is good for circuit training), as long as you have high ceilings or outdoor space.

If you're considering buying a used treadmill, see our tips for choosing one that is likelier to last. Quality treadmills for less than $1,000 can be hard to come by, but if that is all you want in your home gym, CR recommends several treadmills right around this price. The Nautilus T616 ($1,000, shown) is durable, well-constructed, and easy to use.

**To see more treadmills from CR's reviews of 34 models from Bowflex, Nautilus, Peloton, Precor, and others, check our treadmill ratings and our buying guide for more information.**

## If You Want to Spend $1,000 to $3,000

Keep the mat, weights, bands, and jump rope, and add a stability ball or a ball-bench hybrid (you can lift it, use it as a weight bench, or stand on it). McCall also recommends a suspension trainer (less than $200), such as the TRX, which anchors in a door frame and adds an extra stability challenge to body weight exercises.

For cardio, you have a few more options in this price range. With treadmills at this price, says Anzalone, expect a little more horsepower, a slightly thicker deck, a slightly larger running surface, and more connectivity (like Bluetooth) options than you'd get with the least expensive models.

You can get a fully featured folding treadmill (good for tight spaces) like the Sole F80 for about $1,500. It comes with a chest strap heart rate monitor (key for tracking your intensity and progress over time) and a variety of exercise programs.

An elliptical can also be a smart addition for low-impact cardio. Within this price, you can get a relatively heavy-duty machine with options for resistance, a wide variety of exercise programs, and nicer displays than you'd find with the least expensive models, Anzalone says.



The Schwinn 470, $900, is a solid machine that comes with 11 different incline levels to help customize your workout. And the price is a relative steal—less than half that of some similar models.

**To see more ellipticals from CR's reviews of 28 models from LifeFitness, Sole, Schwinn, True, and others, check our elliptical ratings and our buying guide for more information.**

## If You Want To Spend $3,000 To $8,000+

Plan for all of the above resistance training equipment, but expand your weight collection. If space is a concern, look into adjustable dumbbells that range from 3 to 50 pounds in one compact set.

You don't need a multi-gym, a large piece of equipment that allows you to do different strength moves with a range of weight (usually in a seated position).

"I think even at high budgets, functional equipment options (dumbbells and a suspension trainer) add more value, versatility, and bang for your buck than a multi-gym," says Piercy at The LAB in New Jersey.

If you do want to go the multi-gym route, he recommends a cable-based machine, which is more versatile and challenging.

Looking for more instruction for your weight workouts? Interactive home gyms such as Mirror and Tonal ($1,500 and up), where a virtual trainer (via a large display) walks you through moves for a variety of workouts—including Pilates, boxing, and yoga—are designed to make it feel like you have a trainer in the room with you.

Add a fitness tracker or smartwatch if you want to monitor your stats during exercise and track your progress over time.

With cardio machines in this high-end range, you'll get larger, high-definition d: s on treadmills and even access to live content, meaning you can take classes in re with other people around the world.

The Peloton Tread treadmill, $4,300—top-rated by CR's testers—does this well, with a wide variety of content (provided via a built-in app, $39 per month) for running and walking, yoga, weights, and more. If you're missing the social aspect that a gym provides, this option can be very appealing. (Deliveries of the Peloton Tread were temporarily suspended in the midst of the coronavirus pandemic. The company has resumed deliveries to certain areas.)

When it comes to high-end treadmills, Peloton is not your only option. Our treadmill ratings include sturdy, versatile models from Precor and Sole.

Pair your weights, virtual classes, and treadmill with a bike or rower ($500 and up) and you'll start to wonder why you ever left your house to go to a gym at all.

---

*Consumer Reports is an independent, nonprofit testing and advocacy organization. Since 1936, we have provided unbiased, evidence-based information and advocated to protect consumers rights and safety. Sign up for a free CR newsletter to get expert insights delivered to your inbox. This story was originally published by Consumer Reports on June 29, 2020.*

Consumer News

♡ Thank    💬 Reply    ↪ Share        ⚑

See more local news

Loading…

## Latest News Nearby

1. 📍 West Village, NY News
   **Almost Entire NYU Paper Resigns | West Village Week In Review**

2. 📍 West Village, NY News
   **New Art Installation Coming To A Plaza In The Flatiron District**

3. 📍 New York City, NY News
   **CDC Stresses Vaccines As New York Enters Flu Season**

4. 📍 New York City, NY News
   **NYC Restaurants Go Months Without Inspections During Coronavirus**

5. 📍 Across America, US News

**13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

SoHo-Little Italy

Chelsea

Gramercy-Murray Hill

East Village

Tribeca-FiDi

Across New York

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP    |    ⊕ Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

 **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  >  Consumer Reports Picks The Best Equipmen...

# Consumer Reports Picks The Best Equipment For A Home Gym

🟢 Patch  **Cherry Hill Patch**          ◯ Follow
07-10

    



<u>Consumer Reports</u> has no relationship with advertisers on this site. Months after COVID-19 first began spreading in the U.S., many states have loosened their lockdowns. Gyms are reopening, though often with new restrictions in place, in many states already and are set to open soon in others.

| Coronavirus Disease 2019 | Exercise Equipment | Consumer Reports | COVID-19 Pandemic |

| Gym | Surface | Lockdown | Strength Training | San Diego | Sports Equipment |

| Boxing Equipment | Indoor Air Quality | Nautilus | Precor | C.S.C.S. |

---
**Read Full Story**
---

## Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News

 **Donald J. Trump** ✔️
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3303    💬 5272    ↗ Share



NBC News  |  1d

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〽 **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

**treatment**

👍 5219    💬 11144    ➤ Share

## Comments / 0

Sign in   to post a message

**Paid Content**    by           |

## Published by

🟢 Patch **Cherry Hill Patch**    Follow

**Around Cherry Hill: No Tax Increase In Proposed Budget**

CHERRY HILL, NJ — Check here for all the latest news in Cherry Hill. CHERRY HILL, NJ — The New York Stock Exchange has warned the owner of the Cherry Hill Mall and two other South Jersey malls that it is in non-…

💬 Comment    ➤ Share

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment    ➤ Share

## Related

Recommended by          |

Sponsored    4/5

*moneyworlddaily.com*

boxrox.com  |  6d

**Gym Owners: Free Trials Are No Longer The Best Way to Start CrossFit**

Chris Cooper, founder of gym mentorship company Two-Brain Business, knows there are better ways to…

💬 Comment    ➤ Share

doctortipster.com  |  11d

**An excellent home gym under $ 1000**

If you have a budget of less than $ 500 but more than $ 500, you can get an impressive home gym. With th…

💬 Comment    ➤ Share

doctortipster.com  |  9d

📱 Download News Break APP    |    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  ⋀ **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

○ Cherry Hill Patch                                    [ Follow ]
  20d

**Coronavirus Life: Consumer Reports Offers Tips On Avoiding COVID-19 Scams**

Older adults are often targeted with phony treatments and fake contact tracing. Some tips on staying safe.....

💬 Comment    ➦ Share

6abc.com  |  11d

**Consumer Reports: Getting fall DIY projects done**

It is feeling like fall and if you're starting to panic because you didn't get to all those DIY projects on your list...

💬 Comment    ➦ Share

Channel 3000  |  11d

**Consumer Reports: Removing stains from kids' clothing**

Back to school might look a little different this year, but some things never change, like kids' exceptional...

💬 Comment    ➦ Share

dailycoffeenews.com  |  4d

**Consumers' Home, Work and Travel Coffee Trends Outlined in Melitta Report**

A recent survey of U.S. coffee drinkers commissioned by Melitta found increased consumption of brewed...

💬 Comment    ➦ Share

verywellfit.com  |  13d

**The Best Way To Clean Your Exercise Equipment**

If you're like a lot of gym-goers, getting back into a routine is something you need for both your physical and...

💬 Comment    ➦ Share

📍 Indianapolis, IN  |  Fox 59  |  11d

**How to spot best consumer products of 2020**

INDIANAPOLIS– Every year we get a look at the most innovative consumer products for the year. But how...

💬 Comment    ➦ Share

Tech Times  |  9d

**Steel Bite Pro Shocking 2020 Consumer Review Research Report**

Steel Bite Pro is a high quality dental supplement formula with ingredients formulated by Thomas Spear tha...

💬 Comment    ➦ Share

localsyr.com  |  9d

**Consumer Reports: Making the best smoothie may not come down to what blender you use**

CONSUMER REPORTS — If you aren't getting that perfectly blended smoothie at home, it may not be your...

💬 Comment    ➦ Share

slickdeals.net  |  4d

**Inspire Fitness FTX Home Gym available at CostCo $1299.99**

If you purchase something through a post on our site, Slickdeals may get a small share of the sale. Sign up...

💬 Comment    ➦ Share

slickdeals.net  |  11d

☰  **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

seattlepi.com  |  9d

**Get a portable BodyBoss home gym for $50 off, today only**

Home workouts are still on the rise in 2020, with people upgrading their home gym setup. If you're still on th…

💬 Comment      ↗ Share

---

Thrive Global  |  13d

**Exercising At Home During The Pandemic But Can't Get To The Gym?**

Middle-age creep isn't the jerk in a trench coat leaning over your shoulder with a camera phone. It's the add…

💬 Comment      ↗ Share

---

mensjournal.com  |  4d

**The Hyfit Gear 1 Portable Home Gym Tracks Your Performance For You**

Men's Journal aims to feature only the best products and services. We update when possible, but deals…

💬 Comment      ↗ Share

---

thedoctorstv.com  |  4d

**The At-Home Full Body Workout to Do When Your Gym Is Closed**

Your gym might be closed and finding workout equipment like dumbbells can be nearly impossible right no…

💬 Comment      ↗ Share

---

◯  MotorBiscuit                                                    [ Follow ]
   12d

**Consumer Reports Posted a Car Recall Guide That You Should Read**

Recalls aren't as common as the internet makes them seem. In fact, they are pretty uncommon, and becaus…

💬 Comment      ↗ Share

---

Woodlands Online& LLC  |  13d

**The Best Methods for Downsizing a Home**

Downsizing is the mark of a new beginning, which may spark enthusiasm, trepidation or mixed emotions. Y…

💬 Comment      ↗ Share

---

◯  Mental_Floss                                                   [ Follow ]
   10d

**Thursday's Best Amazon Deals Include Phone Chargers, Home Workout Equipment, and Fall Clothes**

Today on Amazon, you can get up to 40 percent off a range of phone chargers from Anker, including models…

💬 Comment      ↗ Share

---

**Sponsored Link**                          Recommended by           |

📱 Download News Break APP | 🌐 Add to Chrome          Publishers    Advertisers    About    Mission    Careers    Contact

☰  ⚡ NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Recommended Cities**

NYC News                                    Detroit News
Denver News                                 Chicago News
Austin News                                 San Jose News
Columbus News                               Fort Worth News
Phoenix News                                San Diego News

**Company**                                 **Local News**

About                                       Map
Mission                                     Publishers
Contact                                     Advertisers
Careers

**Legal**                                   **Support**

Do Not Sell My Info                         Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Coronavirus Life: Consumer Reports Has Tips On How To Make Your Annoying Mask Less So | Patch

Patch

Sign up

## Upper East Side, NY

News Feed    Neighbor Posts    Classifieds    Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

---

Health & Fitness

Shared from Across America, US

# Coronavirus Life: Consumer Reports Has Tips On How To Make Your Annoying Mask Less So

## Wearing a mask is key to slowing the spread of COVID-19. Here's how to make yours more comfortable and effective.

By Consumer Reports, News Partner

Aug 20, 2020 9:33 am ET

Like  1.6K       Share

 Replies (11)





Even months into the coronavirus pandemic, mask wearing can be problematic. Consumer Reports has some tips.a (Colin Miner/Patch)

*Consumer Reports has no relationship with advertisers on this site.*

**From Consumer Reports:**

By Hallie Levine

To help contain COVID-19, one of the most important things you can do is wear a mask. Especially when paired with physical distancing, wearing masks is "the single best way, short of a lockdown, to slow the spread of the virus," says William Schaffner, M.D., a professor of medicine in the division of infectious diseases at the Vanderbilt Univ School of Medicine in Nashville, Tenn.

Subscribe ›

Case 1:20-cv-10959-LGS   Document 1-6   Filed 12/28/20   Page 18 of 66

But small annoyances can discourage people from wearing masks, Schaffner says, even when they know they should. "These may seem like minor problems, but if the new normal is going to be mask wearing for months, then they need attention," he says.

The good news is that the things that may bug you about masks are mostly fixable. Even when they aren't, there are steps you can take to minimize them. Here, we have some mask fixes for five common annoyances.

## Glasses Getting Fogged Up

**Why it happens:** "The hot air from your breath escapes from the top of your mask and lands on the cooler surface of your lens," says Marie Budev, D.O., a pulmonary medicine specialist at the Cleveland Clinic. But this is generally only an issue if your mask doesn't fit your face well, she adds. That's when warm air can escape.

**How to fix it:** Look for a mask with a metal wire sewn in that goes over your nose bridge, as many reusable cotton face coverings do. Then you can pinch the top of your mask so that it fits the shape of your nose, says Sidney Gicheru, M.D., clinical spokesperson for the American Academy of Ophthalmology and medical director at LaserCare Eye Center in Dallas. If possible, tighten the sides of your mask as well, by adjusting the straps, so it fits snugly.

Still foggy? You can try putting medical tape or an adhesive bandage on the bridge of your nose to close the gap between your nose and your mask.

Another trick: Budev recommends rinsing your glasses with a little soap and water before putting on your mask. "The little bit of soap foam left will help prevent water from building up and fogging your lens," she says. Or apply special anti-fogging solutions or sprays designed for glasses. You can find them in many drugstores or online.

## 'Maskacne' Appearing On Your Nose Or Chin

**Why it happens:** Sweat that builds up when you wear a mask for an extended period can cause bacteria to build up, triggering acne, says Debra Jaliman, M.D., assistant clinical professor of dermatology at the Mount Sinai School of Medicine in New York. You can also get skin irritations and rashes.

**How to fix it:** Make sure your mask and your face are clean before you put it on, and wash your face at the end of the day or after wearing your mask for a long time. If you notice regular breakouts, you can apply a topical over-the-counter acne cream that contains benzoyl peroxide, which kills the bacteria that causes acne, or ask your dermatologist about prescription products, Jaliman says. A light moisturizer can also help control rashes.

## Difficulty Hearing And Communicating

**Why it happens:** Even people with perfect hearing can struggle to understand others who are wearing a mask. "It's a physical barrier that blocks sound, and when a mask touches your lips, it can cause speech to be mumbled," says Douglas Hildrew, M.D., an ear, nose, and throat specialist at the Yale School of Medicine.

In addition, "human beings are emotional creatures, and even if we don't lip read, we get a lot of information from visual cues, like whether a person is smiling, or their facial expression," he says.

**How to fix it:** If you're wearing a mask, make sure you're speaking slowly and clearly—and ask other mask wearers to do the same.

"People assume that they just need to speak louder, but that's not it—it's making sure you speak as deliberately as possible, so that you can be understood," Hildrew says. "I always joke to my patients that I don't usually sound like Mr. Rogers in real life. But he had a way of choosing his words and breaking up his language so that it was clear, articulate, and deliberate that really worked."

Seattle's Hearing, Speech & Deaf Center offers instructions for making a deaf-fr mask, which has a clear window over the mouth to allow for lip-reading. (Some companies sell premade masks with a similar design.)



# Nose Or Ears Getting Irritated

**Why it happens:** The elastic ear loops that help keep your mask on can create friction that irritates the back of your ears. Another common hot spot is the bridge of your nose. "The skin there is very fragile," Budev says. This can be particularly pronounced in dark skin, since early warning signs of a pressure ulcer or friction burn may not be as visible and the problem is only discovered when it gets worse, says Onyema Ogbuagu, M.D., an associate professor of medicine at the Yale School of Medicine.

**How to fix it:** Try an over-the-counter wound dressing, like DuoDERM, on areas where your mask rubs against your skin, which can reduce friction and prevent your skin from breaking down.

Another option is to apply a thick, petroleum-based ointment like Vaseline to the bridge of your nose and back of your ears to prevent redness and chafing, Ogbuagu says. Or Budev recommends buying moleskin from a drugstore and applying that to the bridge of your nose.

If it's your ears that are aching, look for a mask that has ties or elastic loops you put around your neck and head, not one that loops behind your ears. Or, on one with ear loops, attach the loops to buttons sewn onto the side of a headband, rather than hooking them behind your ears.

# Mask Slipping Down Constantly

**Why it happens:** "People come with faces of all shapes and sizes, and some men also have hair on their face, which also makes getting a good fit more difficult," Schaffner says.

**How to fix it:** A mask that is slipping is also one you will be tempted to readjust frequently. But once you are out and about, it's important not to touch your mask and risk contaminating it or your hands. Instead, before going out, make sure your mask fits you correctly.

"Put it on and cup your hands around the edges, then pull the mask first up towards your cheeks, then down towards your chin," Schaffner says. Of course, make sure both the

mask and your hands are clean before doing this.

The mask should feel a little harder to breathe in, and you should notice it moving in and out as you breathe. If it doesn't, you need to tighten it. Adjust the ear loops (and tie a knot) so the mask fits snugly against your face and does not gap at the sides or top.

---

*Consumer Reports is an independent, nonprofit testing and advocacy organization. Since 1936, we have provided unbiased, evidence-based information and advocated to protect the rights and safety of consumers.* *Sign up for a free CR newsletter to get expert insights delivered to your inbox. This story was originally published by Consumer Reports on August 12, 2020.*

Consumer News

♡ Thank (2)　　💬 Reply (11)　　↪ Share　　　　　　　　🚩



See more local news

Loading...

**Latest News Nearby**

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**



Find out what's happening in your
community on the Patch app

Coronavirus Life: Consumer Reports Has Tips on How to Make Your Annoying Mask Less So | Patch

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP     🛡 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰  📰 NEWS BREAK          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  Coronavirus Life: Consumer Reports Has T...

# Coronavirus Life: Consumer Reports Has Tips On How To Make Your Annoying Mask Less So

 Upper East Side Patch
08-20

[ Follow ]

    



Consumer Reports has no relationship with advertisers on this site. To help contain COVID-19, one of the most important things you can do is wear a mask. Especially when paired with physical distancing, wearing masks is 'the single best way, short of a lockdown, to slow the spread of the virus,' says William Schaffner, M.D., a professor of medicine in the division of infectious diseases at the Vanderbilt University School of Medicine in Nashville, Tenn.

| | | | |
|---|---|---|---|
| Coronavirus Disease 2019 | Social Distancing | Mask | Infection | Consumer Reports |
| Cleveland Clinic | Skin Rashes | Skin Diseases | Human Skin | Perfect Skin |
| American Academy Of Ophthalmology | Yale School Of Medicine | Speech & Deaf Center |
| Vanderbilt University School Of Medicine | LaserCare Eye Center |

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



The Hill | 13h

### Trump renews call for pre-debate 'drug test'

👍 3900  |  💬 10288  |  ↗ Share



CBS Miami | 1d

Coronavirus life: Consumer Reports has tips on how to make your annoying mask less so | News Break

📱 Download News Break APP | 🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

👍 4004    💬 5620    ↗ Share

## Comments / 0

Paid Content    by    |

Sign in    to post a message

## Published by

Patch    **Upper East Side Patch**    [ Follow ]

### Upper East Side Weekly Weather Forecast

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment    ↗ Share

### 5 New Houses For Sale In The Upper East Side Area

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment    ↗ Share

## Related

Recommended by    |

[ Sponsored   1/5 ]

○    **Ladders**    [ Follow ]
📍 New York, NY  |  22d

### If you use one of these when you shower, it could be disastrous for your health

I love a good loofah as much as the next girl. However, if not properly cleaned or stored, your self-care…

💬 11    ↗ Share

○    **BGR.com**    [ Follow ]
20d

Download News Break APP  Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰ ◣ NEWS BREAK     Home   Local   Classifieds     🔍 Your city or ZIP code     👤 Sign in

Medical News Today | 2d

**Can you have coronavirus (COVID-19) without a fever?**

A fever is a common symptom of coronavirus disease 19 (COVID-19). However, some people with the…

💬 17   ↗ Share

99.9 KTDY
2d                                                                    Follow

**New Strain of COVID-19 Bypasses Masks and Hand-washing**

A new study shows the rise of a new, more contagious strain of COVID-19 that's able to bypass facial…

💬 715   ↗ Share

msn.com | 6d

**How to have a coronavirus social routine that's as meticulous as Dr. Fauci's**

Dr. Anthony Fauci works 7 days a week, breaking only to eat. But he makes sure to regularly power-walk wit…

💬 Comment   ↗ Share

radio.com | 3d

**Will Americans have to wear face masks after a vaccine? Dr. Fauci weighs in**

A half year into the pandemic, wearing face masks has almost become second nature. If you leave the hous…

💬 53   ↗ Share

healthday.com | 2d

**Kids Much Less Prone to Coronavirus Infection Than Adults: Study**

FRIDAY, Sept. 25, 2020 (HealthDay News) -- Combined data from 32 studies from around the world suggest…

💬 Comment   ↗ Share

Upper East Side Patch
6d                                                                    Follow

**Coronavirus Life: How To Handle Flu Season During The COVID-19 Pandemic**

The flu shot is even more crucial this year. Consumer Reports offers tips on how to cope with a possible…

💬 Comment   ↗ Share

Jerusalem Post | 18h

**Coronavirus: Cover your nose when you wear a mask, doctors say**

Though the coronavirus pandemic has been ongoing nearly a year and many aspects such as social…

💬 Comment   ↗ Share

Upper East Side Patch
📍 New York, NY | 3d                                                   Follow

**Coronavirus Life: How To Get Your Kids Back On Track With Medical And Dental Care**

Many families skipped or postponed vaccines and visits during the pandemic. Though COVID-19 is still…

💬 Comment   ↗ Share

goodhousekeeping.com | 2d

**Ask an Expert: Can Stress Actually Affect My Skin?**

While it's easy to grasp the impact stress has on your attitude and energy level, you may not be fully aware …

💬 Comment   ↗ Share

Download News Break APP | Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

**NEWS BREAK**          Home    Local    Classifieds        Your city or ZIP code        Sign in

Is your face breaking out from wearing a mask. Although mask mandates have become the "new normal ...

💬 1    ➡ Share

**Revyuh - Latest Breaking News**
29d                                                              Follow

**A vitamin capable of stopping the multiplication of coronavirus in the body**

A team of scientists from the Manipal Academy of Higher Education(MAHE) and the Indian Regional Center...

💬 89    ➡ Share

msn.com | 14d

**9 Safe Ways to Make Yourself Poop for Instant Relief, According to Doctors**

Almost 1 in 5 people in the United States experience constipation and temporary feelings of blockage, and...

💬 5    ➡ Share

WYFF4.com | 26d

**7 signs you may have had COVID-19 without realizing it, according to doctors**

Pay attention to any lingering symptoms from that "bad cold.". Whether you had a "bad cold" this winter or...

💬 25    ➡ Share

**EatThis**
📍 New York, NY | 7d                                              Follow

**Dr. Fauci Warns: Don't Go Here, Ever**

There's a lot of advice about how to stay safe from the coronavirus this fall, but the nation's top infectious-...

💬 33    ➡ Share

**Best Life**
📍 Bronx, NY | 24d                                               Follow

**This Common Pest May Give You Coronavirus, Studies Say**

Since the beginning of the COVID pandemic, scientists have discovered that humans are able to infect other...

💬 11    ➡ Share

**Daily Mirror**
2d                                                               Follow

**Healthy man, 29, sends coronavirus warning from intensive care hospital bed**

A healthy 29-year-old sent a terrifying coronavirus warning from his intensive care hospital bed. Chris Graile...

💬 1431    ➡ Share

**Ladders**
18d                                                              Follow

**I drank warm lemon water every morning for a week and experienced a bizarre effect**

These days, there are endless health and wellness trends that claim to help with bloat, immunity, skin issue...

💬 11    ➡ Share

**EatThis**
27d                                                              Follow

**What Your Urine Says About Your Health**

With the coronavirus still spreading across America, the CDC recommends you monitor your health, and on...

💬 7    ➡ Share

Case 1:20-cv-10959-LGS   Document 1-6   Filed 12/28/20   Page 28 of 66

☰  ∿ NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Recommended Cities**

NYC News                                    Detroit News
Denver News                                 Chicago News
Austin News                                 San Jose News
Columbus News                               Fort Worth News
Phoenix News                                San Diego News

**Company**                                 **Local News**

About                                       Map
Mission                                     Publishers
Contact                                     Advertisers
Careers

**Legal**                                   **Support**

Do Not Sell My Info                         Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Coronavirus Life: Consumer Reports Looks At Whether You Should Be Taking Vitamin D | West Village, NY Patch

Patch

Log in

## West Village, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

**BREAKING:** » Trump's Health In Question Days Into Coronavirus Diagnosis

Health & Fitness

Shared from Across America, US

# Coronavirus Life: Consumer Reports Looks At Whether You Should Be Taking Vitamin D

What to know about the risk of low levels of vitamin D, and who should be tested.

By Consumer Reports, News Partner

Sep 3, 2020 2:05 pm ET  |  Updated Sep 3, 2020 3:19 pm ET

Like 709    Share

 Replies (4)



10/4/2020  Coronavirus Life: Consumer Reports Looks To Whether You Should Be Taking Vitamin D | Di...

Case 1:20-cv-10959-LGS  Document 1-6  Filed 12/28/20  Page 30 of 66



While some promote vitamin D as a cure-all, there's a lack of research on its benefits in relation to COVID-19. (Colin Miner/Patch)

### *Consumer Reports Has No Relationship With Advertisers On This Site*

### From Consumer Reports:

By Janet Lee

Vitamin D has been promoted as a cure-all. You may have seen headlines claiming that taking vitamin D can help prevent or even treat COVID-19, but there's no solid science to support that yet. A paper recently published in BMJ Nutrition, Prevention & Health indicated that while everyone should strive to get enough of the vitamin, there's a dearth of research showing a beneficial effect on COVID-19.

Subscribe >

But there's a connection between vitamin D levels and the risk of respiratory infections in general. The vitamin plays many roles throughout the body. "It supports a range of antiviral responses," says Adrian Martineau, Ph.D., a clinical professor of respiratory infection and immunity at Queen Mary University of London. It boosts the ability of lung cells to fight bacteria and viruses, among other things, he says.

Martineau was the lead author of a 2017 analysis of 25 studies looking at the vitamin and respiratory illness. Published in BMJ, it involved almost 11,000 people of all ages, and concluded that taking a D supplement (anywhere from less than 800 to more than 2,000 IU daily) reduced the risk of having at least one respiratory tract infection. Those who were very deficient in the vitamin (defined in this study as having blood levels below 25 nmol/L) saw the most benefit.

This anti-inflammatory vitamin also puts the brakes on your immune system. "That might seem like a bad thing, but not all immune responses are helpful when your body mounts them, which is particularly well-illustrated in COVID," Martineau says. In many cases, severe COVID-19 symptoms result from the body's overly exuberant response to the virus (what's called a cytokine storm). The result is that the immune system attacks "friendly" tissues instead of targeting just the virus.

## The Risks Of Very Low Levels

Martineau's findings match those of many other studies showing the benefit of raising low levels of vitamin D for a variety of health conditions. It's well-known that having too little of it weakens bones, and some studies suggest there may be a link between a deficiency and a higher risk of cancer, heart attacks, strokes, and more.

"There's no question that additional vitamin D is helpful if someone is low or deficient," says F. Michael Gloth III, M.D., an associate professor in the division of geriatric medicine at Johns Hopkins University's medical school. "But no trial has shown a benefit for giving vitamin D in any population that's already getting enough."

In 2018, long-awaited results from a study that looked at the effects of vitamin D and fish oil pills in more than 25,000 people ages 50 and older were published in The New

England Journal of Medicine. Known as the VITAL trial, it found that taking 2,000 IU of vitamin D daily didn't cut cancer or cardiovascular risks compared with a placebo. But few of the people in the study had low blood levels of vitamin D.

Still, some research questions how helpful it is to raise low vitamin D levels. For example, doctors commonly recommend that older adults take vitamin D pills to help prevent falls and fractures. But a 2018 analysis of 81 studies, published in The Lancet Diabetes & Endocrinology, failed to support this, although only a few of the trials included people with really low levels.

Moreover, too much vitamin D may actually contribute to fractures. A 2019 study published in JAMA found that people who took 4,000 or 10,000 IU a day saw a reduction in bone density compared with those who took 400 IU. (But other research shows that taking vitamin D with calcium may lead to slight reductions in fracture risk.)

## What Tests Can Reveal

The most common way to measure vitamin D levels is with a blood test for 25(OH)D [25-hydroxyvitamin D], but it's not perfect. "There are many different versions of the test, and the results can vary," says Mark Moyad, M.D., director of complementary and alternative medicine at the University of Michigan Medical Center, who specializes in studying vitamins, minerals, and supplements. You can get different results from different labs and even after multiple tests at the same lab.

"Many of us in geriatrics, for better or worse, do screen and do treat" vitamin D deficiencies, says Veronica Rivera, M.D., an assistant professor of geriatrics and palliative medicine at the Icahn School of Medicine at Mount Sinai. She admits that the evidence about testing and treatment is unclear. "If I'm doing yearly labs on someone, I may add it in. If they're having falls, I may check it. If someone has osteoporosis or osteopenia, I would definitely screen," she says. "The evidence is still conflicting, but I think the safe approach is to keep everyone at sufficient levels and to make it easy."

Another confounding factor is that "normal" D levels may differ depending on s color. We make vitamin D when our skin is exposed to sunlight. Darker skin makes iι

harder to synthesize the vitamin, leading to lower levels, but researchers are still trying to understand the health implications of that and the need for supplements.

"The vitamin D test may also be exposing an existing health disparity," Moyad says. In the VITAL trial, he notes, Black people had the lowest D levels and higher rates of hypertension, obesity, and diabetes. It may be that those conditions contribute to low levels of the vitamin. And in general, people of color don't get the same quality of healthcare as white people. "When patients, regardless of race or ethnicity, have better access and equitable opportunities to improve their health," Moyad says, "their vitamin D levels can also increase without initially or only relying on supplements."

## Deciding On Supplements

Ultimately, whether to get tested or take a supplement and how to do it comes down to having a discussion with your doctor.

The National Academy of Medicine recommends 600 IU of vitamin D a day up to age 70; 800 IU daily after that. "The magic number is probably between 800 and 2,000 IU a day," Gloth says.

"No matter your age, you should know what your blood level is," says Christina Barth, R.D.N., a lecturer in nutrition at Arizona State University. If it's not optimal (50 to 80 nmol/L), turn to food first and then a supplement if necessary, she says. Choose vitamin D2 or D3 for the best absorption.

To help you and your doctor decide whether you need a supplement, consider the following factors:

• **How much sun do you get?** Just 15 to 20 minutes a day (on your face, arms, legs, or back, without sunscreen) can give you a healthy dose of vitamin D. But if you've been confined indoors, the way many people have been this year, you may not be able to rely on the sun for your D. You also may need longer sun exposure to produce vitamin D in the winter or if you have darker skin. But more time in the sun means more expo UV rays, which can raise skin cancer risk.

10/4/2020 Coronavirus Life: Consumer Reports Looks At Whether You Should Be Taking Vitamin D | West...

Case 1:20-cv-10959-LGS Document 1-6 Filed 12/28/20 Page 34 of 66

• **What's your diet like?** Many foods are fortified with vitamin D, but it may still be challenging to get enough from food alone. Cow's milk and plant milks are fortified with it, as are some juices and cereals (all contain about 100 IU per cup). Fatty fish (450 IU per 3 ounces) and egg yolks (41 IU) also have D. Mushrooms naturally increase their D levels when they're exposed to UV light (366 IU per half-cup).

• **How old are you?** About 80 percent of older adults don't get enough D in their diet, and with age, skin becomes less able to make the conversion.

• **Do you smoke?** That dangerous habit depletes many vitamins and can limit your body's ability to make D.

• **Are you obese?** People who are carrying extra weight have lower levels of the vitamin. Losing weight may boost D counts.

• **Are you physically active?** Blood levels of vitamin D may increase with more activity.

• **How's your gut?** People with bowel disease or metabolic problems that affect nutrient absorption may run low on the vitamin.

**Editor's Note:** This article also appeared in the October 2020 issue of Consumer Reports On Health.

---

*Consumer Reports is an independent, nonprofit testing and advocacy organization. Since 1936, we have provided unbiased, evidence-based information and advocated to protect the rights and safety of consumers. Sign up for a free CR newsletter to get expert insights delivered to your inbox. This article was originally published by Consumer Reports on August 22, 2020.*

Consumer News

♡ Thank    💬 Reply (4)    ↪ Share                                    ⚑

See more local news

Loading...

Latest News Nearby

1. 📍 West Village, NY News
   **Almost Entire NYU Paper Resigns | West Village Week In Review**

2. 📍 West Village, NY News
   **New Art Installation Coming To A Plaza In The Flatiron District**

3. 📍 New York City, NY News
   **NYC Restaurant Industry Could Lose 159K Jobs, 12K Eateries: Study**

4. 📍 New York City, NY News
   **NYC Rental Market Poised To Become Priciest In The Country: Study**

5. 📍 Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

**Nearby Communities**

SoHo-Little Italy

Chelsea

Gramercy-Murray Hill

East Village

Tribeca-FiDi

Across New York

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



Case 1:20-cv-10959-LGS Document 1-6 Filed 12/28/20 Page 37 of 66

▯ Download News Break APP   Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰ ◣ **NEWS BREAK**   Home   Local   Classifieds   🔍 Your city or ZIP code   👤 Sign in

News Break  ›  Coronavirus Life: Consumer Reports Looks...

# Coronavirus Life: Consumer Reports Looks At Whether You Should Be Taking Vitamin D

 Narragansett-South Kingstown Patch
09-03    Follow

    



### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

What to know about the risk of low levels of underline vitamin D, and who should be tested. Consumer Reports Has No Relationship With Advertisers On This Site. Vitamin D has been promoted as a cure-all. You may have seen headlines claiming that taking vitamin D can help prevent or even treat COVID-19, but there's no solid science to support that yet. A paper recently published in BMJ Nutrition, Prevention & Health indicated that while everyone should strive to get enough of the vitamin, there's still a dearth of research showing a beneficial effect on COVID-19.

The BMJ    Respiratory Tract Infection    Coronavirus Disease 2019

The New England Journal Of Medicine    Nutrition    Geriatrics    Calcium    Diabetes

BMJ Nutrition , Prevention & Health    Queen Mary University Of London

Johns Hopkins University    R.D.N.    Arizona State University    Icahn School Of Medicine

National Academy Of Medicine

### Trending News



Fox News · 6h

**Trump could be discharged from the hospital as soon as Monday**

👍 4560   💬 4822   ↗ Share



CBS New York · 1d

**Read Full Story**

## Sponsored Stories

Recommended by

Case 1:20-cv-10959-LGS Document 1-6 Filed 12/28/20 Page 39 of 66

📱 Download News Break APP   |   ⊕ Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰  🅝 NEWS BREAK   Home   Local   Classifieds   🔍 Your city or ZIP code   👤 Sign in

**currently on oxygen**

👍 5541   💬 6486   ➡ Share

**Paid Content**   by   |

## Comments / 0

Sign in  to post a message

## Published by

Narragansett-South Kingstown Patch   [ Follow ]

**Narragansett-South Kingstown Weekly Weather Forecast**

What to expect from the weather this week in the Narragansett-South Kingstown area. NARRAGANSETT-SOUTH KINGSTOWN, RI — Time for your weekly weather report, as reported by Darksky. Sunday, October 4....

💬 Comment   ➡ Share

**5 New Houses For Sale In The Narragansett-South Kingstown Area**

Look inside the latest homes available in the Narragansett-South Kingstown area. NARRAGANSETT-SOUTH KINGSTOWN, RI — On the hunt for a new home, and want the latest listings on what's available near you?...

💬 Comment   ➡ Share

## Related

Recommended by   |

[ Sponsored  1/5 ]

Best Life
25d   [ Follow ]

**These 2 Symptoms Tell You Whether It's COVID-19 or the Flu**

If you aren't familiar with the term "twindemic" yet, you will be soon. It's the new shorthand for the...

💬 15   ➡ Share

Download News Break APP   |   Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   📰 NEWS BREAK      Home    Local    Classifieds      🔍 Your city or ZIP code      👤 Sign in

The idea that many COVID cases are asymptomatic has plenty of us holding on to the hope that we've…

💬 71    ↗ Share

---

**TweakTown.com**
26d

Follow

**Low levels of this vitamin raise risk of COVID-19 infection by 2 times**

Researchers have found that if you have low levels of this vitamin, you have an increased risk of developing …

💬 17    ↗ Share

---

msn.com  |  27d

**This vitamin could help lower your risk of COVID-19**

A new study from the University of Chicago indicates that a lack of vitamin D could lead to more severe…

💬 5    ↗ Share

---

**Best Life**
20d

Follow

**The 2 Vitamins Dr. Fauci Says You Should Take to Boost Immunity**

Your immune system is responsible for fighting off viruses, but it can only do so properly if it is strong and…

💬 62    ↗ Share

---

msn.com  |  6d

**Dr. Fauci says this simple drug that's already available might reduce coronavirus risks**

A new coronavirus study shows that vitamin D deficiency increases the risk of COVID-19 complications and…

💬 39    ↗ Share

---

getsurrey  |  6d

**Using a special nasal spray twice a week could stop you from catching coronavirus**

A nasal spray given once or twice a week could offer protection against coronavirus, according to new…

💬 Comment    ↗ Share

---

One Green Planet  |  7d

**Bill Gates Gives an End Date for the Coronavirus Pandemic**

Bill Gates, the Microsoft co-founder and philanthropist known for the Bill & Melinda Gates Foundation spoke…

💬 393    ↗ Share

---

**BGR.com**
26d

Follow

**2 symptoms will help you tell coronavirus apart from the flu this fall**

The coronavirus-flu "twindemic" threat is closing in fast, with health experts warning that a convergence of…

💬 215    ↗ Share

---

msn.com  |  1d

**COVID Symptoms Usually Appear in This Order, Study Finds**

COVID Symptoms Usually Appear in This Order, Study Finds. You've heard of the main signs of coronavirus…

💬 56    ↗ Share

---

msn.com  |  19d

**5 Signs of Vitamin D Deficiency You Should Never Ignore**

📱 Download News Break APP  |  🌐 Add to Chrome

☰  NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

msn.com | 18d

**I'm a Doctor and This Vitamin May Reduce Your COVID Risk**

I'm a Doctor and This Vitamin May Reduce Your COVID Risk. As a doctor, I have been scratching my head an...

💬 52    ➤ Share

---

kentlive.news | 11d

**Eight different types of skin rashes could be a symptom of coronavirus - here's what to look for**

As many as eight different types of skin rash could be a sign you have coronavirus - and especially in kids...

💬 Comment    ➤ Share

---

⚪ **Revyuh - Latest Breaking News**      [ Follow ]
21d

**Vitamins capable of preventing coronavirus and strengthening your immune system**

"Vitamin D is important to the function of the immune system and vitamin D supplements have previously...

💬 Comment    ➤ Share

---

MindBodyGreen | 25d

**Vitamin D Nearly Eliminated COVID Hospitalizations, In New Study**

As scientists and doctors search for an effective COVID-19 treatment, we've been exploring the burgeoning...

💬 5    ➤ Share

---

msn.com | 24d

**The One Place in Your Body COVID Lives Long After You Recover, Study Says**

While we initially thought the novel coronavirus was a respiratory illness, COVID-19 quickly revealed itself to...

💬 10    ➤ Share

---

Metro.co.uk | 6d

**New nasal spray treatment causes 'a rapid eradication' of coronavirus**

A new nasal treatment developed to boost the natural human immune system to prevent the common cold...

💬 Comment    ➤ Share

---

msn.com | 8d

**Vitamin D 'cuts chance of coronavirus death by half', study finds**

Patients who take a daily dose of vitamin D are less likely to experience complications and die from...

💬 10    ➤ Share

---

msn.com | 9d

**Signs and symptoms of vitamin A deficiency — and how to treat it**

One of the first signs of vitamin A deficiency is poor vision at night or in dim lights. People with intestinal...

💬 Comment    ➤ Share

---

⚪ **Daily Mirror**      [ Follow ]
2d

**'Move over coronavirus - there's a bigger problem threatening lives'**

When you go to bed tonight after wearing your mask for the majority of the day and cleansing at every...

💬 143    ➤ Share

10/4/2020 Coronavirus Life: Consumer Reports Looks At Whether You Should Be Taking Vitamin D - News Break



⬚ Download News Break APP | ⬚ Add to Chrome

Publishers Advertisers About Mission Careers Contact

☰ NEWS BREAK  Home Local Classifieds  🔍 Your city or ZIP code   Sign in

**Recommended Cities**

NYC News        Detroit News
Denver News       Chicago News
Austin News       San Jose News
Columbus News      Fort Worth News
Phoenix News       San Diego News

**Company**           **Local News**

About           Map
Mission          Publishers
Contact          Advertisers
Careers

**Legal**            **Support**

Do Not Sell My Info      Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use  Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch

**Sign up**

**Upper East Side, NY**

News Feed          Neighbor Posts          Classifieds          Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Weather
Shared from New York City, NY

# Cuomo Declares State Of Emergency After Isaias Destruction

New York City and other counties hit by the storm will get direct state help under the declaration made Wednesday.

By Matt Troutman, Patch Staff  
Aug 5, 2020 4:58 pm ET

Like  138          Share

💬 Replies (4)





Gov. Andrew Cuomo declared a state of emergency for New York City and other counties hit by Tropical Storm Isaias. (Matt Troutman/Patch)

NEW YORK CITY — Gov. Andrew Cuomo declared a state of emergency following a wave of destruction from Tropical Storm Isaias.

New York City and other counties will get direct state help from the Wednesday declaration for ongoing storm cleanup efforts.

"We're taking an all-hands-on-deck approach and activating every resource at our disposal to expedite communities' recovery from the impacts of Tropical Storm Isaias," Cuomo said in a statement. "The State is working closely with local governments to help ensure they have the help they need to get back on their feet."

Subscribe >


Isaias struck New York City on Tuesday with high winds that left branches and downed trees across neighborhoods.

Roughly 90,000 Con Edison customers in New York City remained without power on Wednesday, with no timetable as to when it would be reconnected. Con Ed said that the storm outage was the second worst in its history, beaten only by Superstorm Sandy in 2012 when 1.1 million customers were left powerless.

Cuomo blasted Con Ed and other utility companies for their response, which left about 703,000 New Yorkers statewide without power. He said the state would investigate.

The emergency declaration allows state agencies to provide direct support to local governments, according to a release.

♡ Thank (1)    💬 Reply (4)    ↪ Share                                    ⚑

---

**More from Upper East Side**

Business | Sep 9
**Weekend Shopping Event Aims To Revive Madison Avenue**

Traffic & Transit | Sep 4
**Proposed East River Bike Bridge Wins CB Committee's Backing**

Business | 6d
**Bed Bath & Beyond To Close Upper East Side Store: Report**

See more local news                                    >

**Local Events**                                    **+ Post event**

## Upcoming

**After COVID-19: What's Next for East Harlem?**

Tue, Sep 29, 2020 at 6:00 PM
Upper East Side, NY

**MSNBC Anchor, ALICIA MENENDEZ on Anne Klein's WOMEN WHO DO Series**

Wed, Sep 30, 2020 at 12:00 PM
Upper East Side, NY

**Book Club: Energy Medicine: The Science and Mystery of Healing**

Wed, Sep 30, 2020 at 6:00 PM
Upper East Side, NY

## Featured

**Open House Great Location**

Sun, Sep 27, 2020 at 1:00 PM

**NYC High School Admissions Has Changed: Now What?**

Mon, Sep 28, 2020 at 7:00 PM

**WEBINAR: Quarterly Investment Outlook**

Wed, Oct 7, 2020 at 7:00 PM

See more events

## Neighbor Posts

+ Ask a Question 

Local Question

 **Nanci Zimmerman**, Neighbor
Upper East Side, NY | 1d

I have not been following NY State politics as closely as I should, so when I recently saw posters in my neighborhood for Judith Graham running for State Assembly, I wondered who she was and what party she is affiliated with. This information is nowhere on her many posters.

Read more

♡ Thank (1)      💬 Reply (15)      ↝ Share                                                    ⚑

---

Local Question

**Charlotte mueller**, Neighbor
Upper East Side, NY | 1d

I just went to far Rockaway by ferry. A delightful trip. To my dismay there are NO portopotties at the station. When is the parks department going to look after this necessity for travelers who are waiting to board or those who have just arrived. Many thanks for your help.

♡ Thank (1)      💬 Reply (7)      ↝ Share                                                     ⚑

---

**Chuck Klemballa**, Neighbor
Upper East Side, NY | 2d

Sad to say that Writing Room will be closing on Sunday, 9/27. Rent negotiations failed and lack of outdoor space due to bus stop too much to overcome. Had my last happy hours oysters last evening.

♡ Thank (2)      💬 Reply (3)      ↝ Share                                                     ⚑

---

**Paula G**, Neighbor
Upper East Side, NY | 1d | Edited

Overwhelmed by trash along East River north of Carl Schurz? Meet me Monday mornings@10 on Ferry Pier. Bring trash BAG Gloves. Smile like no one can see you!

♡ Thank (4)      💬 Reply (3)      ↝ Share                                                     ⚑

---

Local Question

**Bunny Blei**, Neighbor
Upper East Side, NY | 3d

I was at TJMax and saw men working at the former Food Emporiums
Anyone know if Trader Joe's is really coming.

♡ Thank (3)      💬 Reply (8)      ↝ Share                                                     ⚑

---

**richard barr**, Neighbor
Upper East Side, NY | 4d

My cohelper moved. and could not take her well caredfor , 3 lovely & healthy,immunized cats with her. They are indoor/outdoor, shorthaired, neuterd,well behaved and need a new home. They are

Read more

♡ Thank    💬 Reply (2)    ↪ Share

---

Local Question

**Nanci Zimmerman**, Neighbor
Upper East Side, NY | 5d

Hi,
I'd love to get in touch with Dolly who sells the Challah bread but I don't use Instagram. Is there another way I might get in touch to order a bread? Thanks,

♡ Thank    💬 Reply (3)    ↪ Share

---

**Martin Smith**, Neighbor
Upper East Side, NY | 6d

I am a tenant at 440 East 81st Street. I have been having a mouse problem--currently--and on and off over time. The building doesn't seem to know how to correct this issue. I have left a message with the NYC Dept of Health--contacted the landlord's office and had hoped the super could fix the

Read more

♡ Thank    💬 Reply (12)    ↪ Share

---

**Jeffrey Nogee**, Neighbor
Upper East Side, NY | 6d

Congratulations to NYC DOT. The new bike lane on East 62nd between First and York is now up and traffic is not running. By taking away the left lane on a main access to the FDR Drive and the east side exit to the 59th Street Bridge traffic backs up from York all the way onto the Bridge even early

Read more

♡ Thank (3)    💬 Reply (6)    ↪ Share

---

Local Question

**Katie K**, Neighbor
Upper East Side, NY | Sep 20

What are your favorite Chinese take out spots in the neighborhood?

♡ Thank (1)    💬 Reply (6)    ↪ Share

---

See more neighbor posts

>

---

## Local Classifieds

**+ Post classified**

Featured Classified | 🔧 Gigs & Services | 1d

**Coaching for a Winning College Essay**

Featured Classified | 🏠 Housing | 3d

**For sale! 102 Chatham Street in Chatham, NJ**

Featured Classified | 🏠 Housing | 3d

**For Sale: Charming 19 Orchard Rd, Chatham, NJ**

Featured Classified | 🏷 For Sale | 3d

**This gorgeous 2 bedroom Co-op For SALE $537,00**

Featured Classified | 📢 Announcement | 4d

**Honoring Funeral Directors - Our Last Responders**

Featured Classified | 💼 Job Listing | 4d

**P/T Saturday's Only Associate**

Featured Classified | 🏠 Housing | 6d

**Custom home**

Featured Classified | 🔧 Gigs & Services | Sep 16

**Free Divorce and Family Mediation**

Featured Classified | 🏷 For Sale | 4d

**$7.99-17.99 Holiday Fabric Face Masks, Kids & Adult size**

›

**Featured Classified** | 📢 Announcement | Sep 19

## Home with someone with memory issues? Virtual paid study starting

See more classifieds

## Latest News Nearby

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring



## Nearby Communities

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Case 1:20-cv-10959-LGS Document 1-6 Filed 12/28/20 Page 53 of 66

📱 Download News Break APP  |  🌐 Add to Chrome        Publishers    Advertisers    About    Mission    Careers    Contact

☰ 🔴 **NEWS BREAK**      Home    Local    Classifieds      🔍 Your city or ZIP code      👤 Sign in

News Break ▸ 📍New York State ▸ 📍New York ▸ Cuomo Declares State Of Emergency After ...

# Cuomo Declares State Of Emergency After Isaias Destruction

 **Upper East Side Patch**    ⬜ Follow
08-05

    



NEW YORK CITY — Gov. Andrew Cuomo declared a state of emergency following a wave of destruction from Tropical Storm Isaias. New York City and other counties will get direct state help from the Wednesday declaration for ongoing storm cleanup efforts. 'We're taking an all-hands-on-deck approach and activating every resource...

| Consolidated Edison | Tropical Cyclone | State Of Emergency | Hurricane Sandy |

Destruction     Local Government     New York State     State Governments     The State

Con Edison     Superstorm Sandy     Tropical Storm Isaias     State Agencies

Ongoing Storm Cleanup


Andrew
Cuomo

⬜ **Read Full Story**

**Sponsored Stories**

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



Golden State News Break | 9h

### Report: NFL legend Joe Montana thwarts kidnapping of grandchild

👍 2901    💬 1666    ➤ Share



📱 Download News Break APP    |    🌐 Add to Chrome

≡  🔺 **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

### Biden in first public presidential endorsement

👍 461     💬 1659     ↗ Share

## Comments / 0

Sign in   to post a message

## Published by

⚪ Upper East Side Patch                                          Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment      ↗ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment      ↗ Share

## Related

Recommended by

Sponsored    1/5

### New York, NY Newsletter

✉️

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content                by

📍 Westhampton, NY  |  indyeastend.com  |  24d
**Zeldin Delivers RNC Speech from Westhampton VFW Post**
Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment      ↗ Share

☐ Download News Break APP  |  ⊕ Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰ 🅽 NEWS BREAK     Home   Local   Classifieds     🔍 Your city or ZIP code     👤 Sign in

**Nearby Cities**

| | |
|---|---|
| Chinatown | Newport |
| Chelsea | Hoboken |
| Long Island City | Jersey City |
| Weehawken | Brooklyn |
| Union City | Guttenberg |
| West New York | Astoria |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | Local News |
| Mission | Map |
| Contact | Publishers |
| Careers | Advertisers |

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use   Privacy Policy

NEWS BREAK

Home    Local    Classifieds

Sign in

Case 1:20-cv-10959-LGS   Document 1-6   Filed 12/28/20   Page 57 of 66

# Patch

**Sign up**

## Midtown-Hell's Kitchen, NY

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Real Estate

# Developer Files Permits To Demolish 5-Story Midtown Building

The five-story structure on the corner of Fifth Avenue and 33rd Street will make way for a 26-story mixed-use building, plans show.

By Nick Garber, Patch Staff 
Sep 25, 2020 5:39 pm ET

Like 3    Share

Reply





The developer, Pi Capital Partners, filed permits with the Department of Buildings on Sept. 15 to demolish the existing office building, which sits across the street from the Empire State Building. (Nick Garber/Patch)

MIDTOWN MANHATTAN, NY — A developer filed permits this month to demolish a five-story building on the corner of Fifth Avenue and West 33rd Street in order to build a new 26-story mixed-use building in its place, city records show.

The developer, Pi Capital Partners, filed permits with the Department of Buildings on Sept. 15 to demolish the existing office building, which sits across the street from the Empire State Building. The plans do not specify when the structure will be knocked down.

Developers first filed plans more than a year ago to construct a 283-foot tower on the lot, to be designed by Raymond Chan Architects. It will include 82 apartments and cover

more than 85,000 square feet, including roughly 56,000 square feet for residential space and about 11,000 square feet for retail, New York YIMBY reported last year.







Real Estate Nearby



Newly Listed

**347 W 57th St Apt 18F**
**New York, New York 10019**

For Sale: $1,200,000
1 bd/1 full ba, 850 sqft

**More Info** ↗

**319 W 18th St Units 4H & 3H**
**New York, New York 10011**

For Sale: $1,560,000
3 bd/2 full ba, 0 sqft

**More Info** ↗

**200 E 21st St Apt 5E**
**New York, New York 10010**

For Sale: $1,795,000
1 bd/1 full ba, 1,030 sqft

**More Info** ↗

**300 E 55th St Apt 11C**
**New York, New York 10022**

For Sale: $2,050,000
2 bd/2 full ba, 1,235 sqft

**More Info** ↗

**36 E 22nd St Apt 5A**
**New York, New York 10010**

For Sale: $3,995,000
3 bd/3 full ba, 2,156 sqft

**More Info** ↗

Find out what's happening in your
community on the Patch app



Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Chelsea

Gramercy-Murray Hill

West Village

Upper East Side

East Village

New York City

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

>

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use　　　Privacy Policy

© 2020 Patch Media. All Rights Reserved.

9/27/2020

Download News Break APP | Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 **NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 Manhattan  ›  Developer Files Permits To Demolish 5-St...

# Developer Files Permits To Demolish 5-Story Midtown Building

🟢 **Midtown-Hell s Kitchen Patch**    Follow
2d

    



MIDTOWN MANHATTAN, NY — A developer filed permits this month to demolish a five-story building on the corner of Fifth Avenue and West 33rd Street in order to build a new 26-story mixed-use building in its place, city records show. The developer, Pi Capital Partners, filed permits with the Department...

| Fifth Avenue | Midtown Manhattan | NY | The Empire State Building | Office Space |

| Square Feet | Pi Capital Partners | Department Of Buildings | New York YIMBY |

| MIDTOWN MANHATTAN | Residential Space | Developers | City Records |

| West 33rd Street | Files |


Raymond
Chan

**Read Full Story**

**Sponsored Stories**

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News


The Hill  |  12h

**Trump renews call for pre-debate 'drug test'**

👍 3894    💬 10262    ↗ Share


CBS Miami  |  1d

Case 1:20-cv-10959-LGS   Document 1-6   Filed 12/28/20   Page 64 of 66

📱 Download News Break APP  |  ⊘ Add to Chrome     Publishers    Advertisers    About    Mission    Careers    Contact

☰   〰 NEWS BREAK     Home    Local    Classifieds      🔍 Your city or ZIP code     👤 Sign in

👍 4004    💬 5610    ↗ Share

## Comments / 5

| Sign in | to post a message |

**View All 5 Comments** ▼

## Published by

⚪ Midtown-Hell s Kitchen Patch     [ Follow ]

**Midtown-Hell's Kitchen Weather Forecast For The Week Ahead**

What to expect from the weather this week in the Midtown-Hell's Kitchen area. MIDTOWN-HELL'S KITCHEN, NY — Time for your weekly weather report, as reported by Darksky. Mostly cloudy throughout the day. High...

💬 Comment    ↗ Share

**5 New Midtown-Hell's Kitchen Area Homes For Sale**

Peek inside the newest properties on the market in the Midtown-Hell's Kitchen area. MIDTOWN-HELL'S KITCHEN, NY — On the hunt for a new home, and want to get a better feel for what's available near you?...

💬 Comment    ↗ Share

## Related

Recommended by    |

| Sponsored | 1/5 |

📍 Westhampton, NY | indyeastend.com | 24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during...

💬 Comment    ↗ Share

### Manhattan, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

[ Subscribe ]

### Paid Content    by   |



☐ Download News Break APP  |  ⊕ Add to Chrome      Publishers    Advertisers    About    Mission    Careers    Contact

☰ NEWS BREAK     Home    Local    Classifieds     Your city or ZIP code      Sign in

**Nearby Cities**

Chinatown

Newport

Weehawken

Jersey City

West New York

Yorkville

Chelsea

Hoboken

Long Island City

Brooklyn

Manhattan

Sunnyside

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

9/27/2020 Developer Files Documents to Demolish 5-Story Midtown Building | NewsBreak

© 2020 Particle Media. All rights reserved.