# EXHIBIT G

Disbarred Attorney Accused Of Stealing 9/11 Victim's Money | Mount Vernon, NY Patch

# Patch.

👤 Log in

## Mount Vernon, NY  [ + Follow ]

| News Feed | Neighbor Posts | Classifieds | Calendar |
|-----------|----------------|-------------|----------|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

*Sponsored by* ring

Crime & Safety

Shared from Yorktown-Somers, NY

# Disbarred Attorney Accused Of Stealing 9/11 Victim's Money

## The 9/11 Victim Compensation Fund had awarded more than $1 million to an NYPD officer and first responder.

By Michael Woyton, Patch Staff Ⓟ
Sep 11, 2020 2:23 pm ET

Like 155    Share

 Reply (1)





A display at the National September 11 Memorial & Museum shows where the attacks took place. (Michael Woyton/Patch)

YORKTOWN HEIGHTS, NY — A disbarred attorney was accused of stealing about $1 million from the government's 9/11 Victim Compensation Fund. Audrey Strauss, the acting United States Attorney for the Southern District of New York, said Gustavo L. Vila, 62, of Yorktown Heights, was charged with one count of theft of government funds.

Vila was arrested Sept. 3.

Strauss said he stole money awarded to his client — a New York Police Department officer and 9/11 first responder — by the 9/11 Victim Compensation Fund.



Subscribe >

"Vila allegedly lied to his client, telling the client for more than three years that the money Vila stole had yet to be released by the Fund," she said. "Further, Vila lied to his client about his standing, continuing to hold himself out as an attorney even after he had been disbarred."

According to prosecutors, from about 2012 through 2019, Vila represented a retired NYPD officer in connection with his claim for compensation from the Victim Compensation Fund, which was created by Congress to provide federal money to anyone who suffered harm or was killed as a result of the terrorist attacks or the debris removal efforts in the aftermath.

Vila's client was diagnosed with, and suffered from, serious life-threatening medical conditions, including cancer, as a result of the rescue and recovery work he performed at Ground Zero.

The entire time he represented his client, Vila told his client and the fund that he was an attorney, in spite of having been disbarred in 2015.

Authorities said that, in May 2013, Vila submitted a claim to the fund on behalf of his client and had the resulting money — in the amount of $1,030,622.04 — deposited in October 2016 into an account controlled by Vila's law firm.

Once the money had been deposited, Vila was required to distribute the funds to his client, less 10 percent in attorney's fees. Prosecutors said he did not do so.

Rather, Vila kept kept almost the entire amount of the award for himself and used it for his personal benefit, including paying his own taxes, authorities said.

From October 2016 to February, Vila told his client that the fund had not yet released the majority of the award, when in fact it had all been released to his client, according to prosecutors.

Theft of government funds carries a maximum sentence of 10 years in prison.



*Like Hudson Valley Patches' Facebook Pages.*

Case 1:20-cv-10959-LGS   Document 1-7   Filed 12/28/20   Page 5 of 71

♡ Thank (2)    💬 Reply (1)    ↗ Share                                    ⚑

To request removal of your name from an arrest report, submit these required items to arrestreports@patch.com.

See more local news

Loading...

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

4. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring



**Nearby Communities**

Pelham

Case 1:20-cv-10959-LGS  Document 1-7  Filed 12/28/20  Page 6 of 71

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Case 1:20-cv-10959-LGS   Document 1-7   Filed 12/28/20   Page 7 of 71

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

10/4/2020

Disbarred Attorney Accused Of Stealing 9/11 Victim's Money | News Break

☐ Download News Break APP | ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        ⊙ Sign in

News Break  ▸  📍 New York State  ▸  📍 New York  ▸  Disbarred Attorney Accused Of Stealing 9...

# Disbarred Attorney Accused Of Stealing 9/11 Victim's Money

Patch **Mount Vernon Patch**    [ Follow ]
23d

        



YORKTOWN HEIGHTS, NY — A disbarred attorney was accused of stealing about $1 million from the government's 9/11 Victim Compensation Fund. Audrey Strauss, the acting United States Attorney for the Southern District of New York, said Gustavo L. Vila, 62, of Yorktown Heights, was charged with one count of theft of government funds.

NYPD    Federal Prosecutors    First Responder    September 11 Attacks    Theft

Compensation    New York City Police Department    Yorktown Heights    District Attorney

Federal Prison    Federal Police    Government Authorities    Nypd    Congress

Hudson Valley Patches ' Facebook Pages


Audrey
Strauss

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✓
@realDonaldTrump

## Going well. I think! Thar

Axios | 1d

## GOP fears worst yet to come

👍 3315    💬 5280    ↗ Share



Fox News | 5h

📱 Download News Break APP    |    ⬡ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〽 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

👍 4482    💬 4613    ↗ Share

## Comments / 0

| Sign in | to post a message |

## Published by

⚪ Mount Vernon Patch                                          Follow

### Volunteer Opportunities Of The Week: Community Educators

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you…

💬 Comment    Share

### Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    Share

## Top News

Recommended by

Democratic Governors Association
Sponsored

⚪ CBS New York    | 6h                                        Follow
📍 Manhattan, NY

### Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to…

### New York, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**    by

📱 Download News Break APP    🌐 Add to Chrome      Publishers    Advertisers    About    Mission    Careers    Contact

☰   🔺 **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code    👤 Sign in

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o...

💬 8   ↪ Share

---

📍 New York, NY   |   NEWS10 ABC   |   6h

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back...

💬 2   ↪ Share

---

📍 New York, NY   |   marylandmatters.org   |   5h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the...

💬 Comment   ↪ Share

---

📍 New York, NY   |   News 12   |   5h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week...

💬 Comment   ↪ Share

---

📍 New York, NY   |   Bronx Times   |   6h

**How to choose the best type of high school for your teen**

High school will surely look different this year with blended learning, but we're confident NYC schools will...

💬 Comment   ↪ Share

---

📍 New York, NY   |   ComicBook   |   4h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it...

💬 Comment   ↪ Share

---

📍 New York, NY   |   kulturehub.com   |   4h

**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat...

💬 Comment   ↪ Share

---

⚪ **94.3 The Point**     Follow
📍 New York, NY   |   4h

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a...

💬 1   ↪ Share

---

📍 New York, NY   |   amny.com   |   5h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York...

💬 1   ↪ Share

---

📍 New York, NY   |   NBC New York   |   3h

**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   🅝 NEWS BREAK     Home    Local    Classifieds      🔍 Your city or ZIP code    👤 Sign in

---

**Forest Hills Patch**
📍 New York, NY | 4h      Follow

### Forest Hills: 5 Newest Homes To Hit The Market

FOREST HILLS, NY — When you're in the market for a new place, keeping tabs on all the latest listings can...

💬 Comment    ↗ Share

---

📍 New York, NY | Middletown Press | 7h

### Central Park carriage horses back on the job after 6 months

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the...

💬 Comment    ↗ Share

---

**Salon**
📍 New York, NY | 6h      Follow

### How the pandemic has changed life for new parents

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby...

💬 Comment    ↗ Share

---

📍 New York, NY | BET | 5h

### Driver Mows Down Cyclists At Peaceful NYC BLM Protest

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful...

💬 2    ↗ Share

---

📍 New York, NY | NY Daily News | 6h

### We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door

As if the reality of 2020 isn't scary enough. New Yorkers — or gluttons for punishment — who haven't had...

💬 1    ↗ Share

---

**Hudson Valley Post**
📍 New York, NY | 6h      Follow

### Is New York the Safest State For Reopening Schools?

This school year is much different than others due to COVID-19. Some students are in a classroom, while...

💬 Comment    ↗ Share

---

📍 New York, NY | Gothamist.com | 4h

### Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates...

💬 5    ↗ Share

---

📍 New York, NY | abc7ny.com | 6h

### Navy veteran surprised with cards from around the world marking her 99th birthday

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th...

💬 Comment    ↗ Share

---

📍 New York, NY | New York Post | 8h

### 30 products on sale this weekend that you'll actually want to buy

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post...

💬 Comment    ↗ Share

---

Case 1:20-cv-10959-LGS   Document 1-7   Filed 12/28/20   Page 12 of 71

☰   NEWS BREAK      Home    Local    Classifieds     Your city or ZIP code     Sign in

**Nearby Cities**

Chinatown

Chelsea

Long Island City

Weehawken

Union City

West New York

Newport

Hoboken

Jersey City

Brooklyn

Guttenberg

Astoria

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

☰   **N NEWS BREAK**

📱 Download News Break APP   |   ⊕ Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

Home   Local   Classifieds

🔍 Your city or ZIP code

👤 Sign in

# Patch.

👤 Log in

**Mount Vernon, NY**   + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Sponsored by ring

Crime & Safety

Shared from Riverhead, NY

# Drunken Driver Who Killed Boy Scout Gets Maximum Sentence

In an emotional day in court, Andrew McMorris' loved ones spoke about agonizing loss; the wife of the driver who killed the Scout collapsed.

By Lisa Finn, Patch Staff P
Sep 30, 2020 8:31 pm ET | Updated Oct 1, 2020 12:25 pm ET

Like 1.6K   Share

💬 Replies (32)

>



John, Alisa and Arianna McMorris gave gut-wrenching impact statements about the devastating loss of their son and brother Andrew. (Lisa Finn/Patch)

RIVERHEAD, NY — Exactly two years to the day that Andrew McMorris, 12, was killed by a drunk driver who plowed into his Boy Scout troop while they were out on a hike in Manorville, justice was served: Thomas Murphy, 61, of Holbrook, who was convicted by a jury of driving drunk and killing Andrew in the 2018 crash, received the maximum sentence of eight and one-third to 25 years in prison.

The day was marked by tears and intense grief as members of Andrew's family, who live in Wading River, spoke about the last hours of his life, about feeling his hands grow cold and washing their boy before placing him in a body bag, then planning his funeral and burying their only son and brother.

The sentencing came after Acting Suffolk County Supreme Court Justice Fernando Camacho denied a motion filed by Steven Politi, Murphy's defense attorney.

Subscribe >

Thomas Murphy heading into court. (Lisa Finn/Patch)

Politi had delayed sentencing, alleging jury misconduct and "new evidence." Camacho denied the motion because the jurors all said they "were in no way influenced" by outside sources.

On Sept. 30, 2018, shortly before 2 p.m., Murphy was leaving Swan Lake Golf Club to drive home after drinking alcohol since about 9 a.m., Suffolk County District Attorney Tim Sini said. Murphy's vehicle struck the group of Scouts, killing Andrew, seriously injuring Thomas Lane of Shoreham, and injuring Denis Lane of Shoreham and Kaden Lynch of Calverton, Sini said.

District Attorney Tim Sini said justice was served for Andrew McMorris. Lisa Finn/Patch

"It was Mr. Murphy's choice to drink vodka to excess on a Sunday morning," Assistant District Attorney Ray Varuolo said on the first day of the proceedings. Andrew ricocheted off the side mirror; his small, 100-pound body was "vaulted into the air," landing facedown in the grass and dirt, Varuolo said.

"His neck and spine were severed," Varuolo said. "He was decapitated internally." Describing the scene, Varuolo described screams. "Children saw their friends being tossed around like rag dolls. John McMorris saw his 12-year-old son Andrew dying."

He added, "A little boy doesn't stand a chance against a drunk driver in an SUV."

When he got out of his white Mercedes SUV, Murphy reportedly said, "Oh, s---, i trouble," Varuolo said. Murphy reportedly said "Are the boys OK?" repeatedly.

Andrew died 14 hours later at 4:07 a.m. on Oct. 1, 2018.

Murphy, or "Murph" to his friends, had played just six rounds of golf before he became more interested in drinking, Varuolo said. Videos taken with his phone show him slurring his words and professing his love for his softball buddies and men he'd grown up with; he also talked about dancing that morning at the Swan Lake Golf Club, Varuolo said. One friend was so worried he asked Murphy if he could drive him home; although he knocked on the window, Murphy refused, closing the window and locking the doors, sealing the fate of the Scouts, Varuolo said.

On Wednesday, a crowd of supporters dressed in red and waited outside the courthouse, hoping for justice for Andrew.

Murphy, wearing a gray suit, his arms around two of his grown daughters and his wife Jackie, sat inside the courtroom as Andrew's parents, sister, two grandfathers, fellow Scouts and friends read impact statements about how his death had irrevocably changed their lives.

Alisa McMorris, Andrew's mother, read an impact statement that brought the courtroom to tears.

On the last day of his life, Andrew came into her room with the dog, told her it was a beautiful day, and asked to open the window. "I remember thinking, 'His voice is changing,'" she said. He got into bed for a snuggle, she said, and suddenly, he was her little boy again. "Soon, he asked, 'Is it time to get up, Mom? Is it time?'" she said. "I've replayed that moment 1,000 times. I want to go back and say, 'No.' I want to hold him. I want to stop time at 7:46 a.m."

Later, the family went to church and then headed to the hike, where Alisa took a photo of her son by the Pine Barrens sign. The hike was a big deal, she said, and she wanted to photo for the Eagle Scout album she would one day compile.



Andrew McMorris' last photo. (Courtesy Alisa McMorris)

"I didn't want to leave," she said. But the day was full; Arianna, Andrew's sister, had a Girl Scout Silver Award ceremony. "I said goodbye to my men. Then I asked Andrew if he was okay, if he needed anything, and he waved. That was the last time I saw him."

Then came the phone call. There had been an accident. Andrew was hurt, she said. "I said, 'Is he breathing?'"

Her husband told her to hurry, she said; Andrew was bleeding and his legs were broken.

She recalled the terror of rushing to pick up her daughter and try to find the site. Andrew was brought to Peconic Bay Medical Center to be stabilized and later to Stony Brook University Hospital.

But she heard the words she said no parent ever should have to hear: "He has no pulse." She screamed. "Come on, Andrew! Come on, baby! Please, Andrew!"

She should have known from the faces of the group of doctors, from the words, "We have exhausted all our options," she said. "My baby boy was brain dead."

They stayed with their boy, played his favorite music, she said. Whispering to her son, she said, "My sweet boy, I'm sorry I can't fix you."

Running into the room, streaked with his blood, Alisa said her boy was so still, he seemed to be sleeping. Later that night, his hands grew cold. "I told my husband, 'He's transitioning. We have to help him.' I told him to go be with God," she said, her voice breaking.

When her boy was gone, she told the doctors that she and John wanted to wash their son and place him carefully into the body bag. "I wanted to be the last person that touched him," she said. And then, as she had so many times, she bathed her little boy, crossed his hands, and leaned down to kiss him one more time.

She said she listened to his heart, to be sure, really certain, that he wasn't breathing before she let him go.

The nights now are filled with the unimaginable, the horror she can't escape, Alisa said, images of the crash, to a place where "no one can protect my boy." Those last moments haunt, she said. She asks the questions endlessly in her heart: "Were you scared? Did you need me? Were you suffering?"

Planning his funeral, Alisa said, she made sure to put something soft in his coffin because he loved soft fabric. Then came the unthinkable — having to lower her child in a box into the dirt.

Her son's death stole her daughter's childhood and tore apart their happy family of four forever, she said. "I now know I will never feel that joy again," she said."Every d passes is a day without my baby."

His friends have grown taller, while Andrew is frozen in time, she said, adding his room is losing his little boy smell.

At first, Alisa said, she thought she felt sorry for Murphy, a father, a husband. "I thought, 'Why didn't someone care enough to tell you not to drive?'" Then she heard that he was offered a ride and refused; her heart dropped. "Shame on you," she said.

Thomas Murphy and his wife Jackie at court. (Lisa Finn/Patch)

Politi said since the day of the crash, Murphy has led an "exemplary life," not drinking, not driving, and showing up early for every scheduled court appearance. He asked for a few days to prepare a more detailed sentencing memorandum; Camacho said Politi had time and was aware the sentencing could take place Wednesday. "This sentencing proceed today," he said.

Politi presented Camacho with 100 letters in support of Murphy. He also said Murphy, who has health problems including coronary and lung issues and diabetes, was at a high risk for COVID-19 and asked for a two-week adjournment so he could address the appellate division; that request was not granted.

As Camacho readied to sentence Murphy, Polito read a letter from his daughter, who called him "her greatest hero," a man with a huge heart. Polito said Murphy was not an evil man, as some had said, but instead, a devoted father and husband, a charitable man who organized a fundraiser the night before the crash. He had no prior criminal record, he said. He was a coach and member of his church. "This is a man who cares," he said, stating that many times during the testimony, Murphy asked how the boys were. "To say he doesn't distorts the truth."

Listing his health concerns, Polito told Camacho that anything more than the minimum sentence for Murphy could be a "death sentence."

Murphy did not make a statement on the advice of his attorney, who said they plan to appeal.

Camacho spoke before he sentenced Murphy. He said the evidence was "absolutely overwhelming" that the boys had been walking on the side of the road, supervised, and Murphy left the road and struck them. He was "driving while intoxicated, a reckless, selfish act that took the life of this beautiful 12-year old boy," he said. "So much pain, so much suffering. People in this community are broken because of Mr. Murphy's actions."

Murphy left a trail of tears, "death, destruction, suffering and pain," Camacho said.

He added that Murphy had led a decent life and was a decent man. "The message that needs to go out is that there have to be consequences, even for decent people that cause so much pain and suffering," he said.

Murphy's wife and two daughters were visibly distraught: His daughters hugged their father before he went up to face the judge. His wife Jackie, after the sentencing, a "What did he get?" When she was told it was the maximum, she cried out, "This i. unbelievable! I can't even give him a hug? Tom! You hang in, Tom!" She hurried out of the courtroom and collapsed on the floor beside the elevators. Her daughters said she

could not breathe; she was receiving medical attention as court officers directed those present to leave the hallway.

Alisa and John McMorris before the sentencing. (Lisa Finn/Patch)

In an emotional statement, John McMorris, Andrew's father, spoke of that Sunday that started out bright and blue, a perfect day for a Boy Scout hike after church with his son. He spoke of days at Camp Yawgoog with his boy, of Andrew inspiring him out of his comfort zone, to ride rollercoasters and plunge into icy lakes.

"He had a zest for life. I treasured the relationship I had with him," he said. "Losing Andrew was like losing my very own heart."

Andrew, he said, lived life to the fullest, was impatient on every moment wasted waiting for his family to get ready in the mornings before a day at Disney World or skiing — he wanted to use those moments making memories, his dad said. His son, he said, had a

strong work ethic, was often on the Honor Roll, was excited about making his confirmation, and was determined to see his dreams come true, even writing away for college brochures about aviation at just 12 years old.

On that last day of his life, McMorris said, Andrew packed his day pack for the hike, filled with a first aid kit, bug spray and other essentials. "That should have been all he needed," he said. "There was nothing he could have done to protect himself from a drunk driver in a Mercedes SUV who plowed into him and the other Scouts."

McMorris relived the horror of what came next, of seeing his son die before him, as the brightest of days turned into the darkest of nightmares. "The images of Andrew's mangled, bloody body... holding his hand as it grew cold ... having to zip my son into a body bag," will stay burned into his mind forever, he said.

Even the chance to donate his organs was stolen from them, his parents said — Andrew's injuries were too severe.

He spoke of all the things he will never again do with his son — walks and talks and hikes and pancakes for breakfast. Graduations and confirmation, a first kiss and wedding day. The chance to see his boy realize his dreams as a pilot and grow into a fine man, an Eagle Scout.

His son, McMorris said, loved Halloween and Christmas most of all, playing Santa and being with the family he adored.

"He did not deserve what happened to him," McMorris said. "We will suffer for the rest of our lives."

To Murphy, he said: "Andrew didn't die that day. He was stolen from us. He was ripped from us ... because Mr. Murphy made the despicable and selfish choice to drive drunk. If I had to sum it up in one word: Avoidable."



A crowd of supporters turned out wearing red for Andrew McMorris. (Lisa Finn/Patch)

And, McMorris said, the second-worst nightmare of his family's lives has been the two endless years of court dates and a trial where they were forced to relive their agony because Murphy "didn't take responsibility for his actions."

Boy Scouts, he said, have a slogan: "Do a good turn daily." He urged the judge to do the right thing and sentence Murphy to the maximum extent allowable, so his son's death would not be in vain.

Andrew's sister Arianna remembered days at Disney World, eating ice cream in the Animal Kingdom and laughing on the rides. "Andrew was an incredible little boy," said. He was obsessed with airplanes from the day he was born and even had air on his slippers, she said.

Her voice rising, she turned to Murphy. "You took my brother from me," she said. "You took my childhood — my childhood was stolen from me." She went from being a normal teenager to a girl who had to help choose clothes for her little brother to wear in his coffin and music to play at his funeral, she said. And, she said, "You stole my parents from me." Her parents, her whole family, she said, are forever changed. "I long for the days when we were truly happy, just the four of us."

Another impact statement was read by Colleen Lane, whose son Thomas Lane was seriously injured. Denis Lane was also hurt, as was fellow Scout Kaden Lynch. Lane spoke of the "ripple effect" the crash has had on the community. Her voice shaking, she spoke of her son Denis' bloody pants on the day of the crash, of the screams he heard after his brother was hit. She spoke of the battered backpack, blood-stained and scratched, that likely saved her son Thomas' life.

The memories of that day haunt, Lane said. "This will never go away for me. This didn't have to happen. It was so avoidable. The defendant's choices are the reason we are all here," she said. "I will never forget what he has done to my children. He will receive no forgiveness or sympathy from me."

Denis Lane's voice shook and he was visibly distraught as he spoke of the day two years ago when he saw his brother Thomas' "broken face," heard his screams, and found himself covered in blood, "some of which was not mine." He spoke of pain, of anger, of trying to bottle up the emotions too hard to speak about. "I beg you to understand our suffering," he said to Camacho.

Andrew's grandfathers both spoke; his paternal grandfather, Jim McMorris, shared the pain of having his son John tell him he wanted to "bring him to say goodbye to Andrew." McMorris said during those last moments, he took the hand of his young grandson, who loved aviation. "I told him he was about to go on the most exciting flight of his life," he said.

Alisa's father, William Schaefer, said losing Andrew was like "tearing a part of our bodies from us. No one in our family will ever be the same. We are broken."

Ending his statement, Schaefer looked directly at Murphy: "Shame on you," he said.

Letters from family members echoed with the words that defined Andrew's young life — caring, talented, loving and kind. A boy who loved nothing more than to fly and be a pilot for American Airlines. A young man who loved acting, music, playing instruments, dancing like Michael Jackson and creating art. An adventurer who loved to hike, swim, play sports. The life of every family party who brought smiles of delight when he burst in saying, "I'm here." So many who spoke said, "He was my best friend."

His friends said how much he would have loved the last show they did at school, "The Wiz." How much they miss him and don't understand why he won't be there for all the big moments, for high school graduation.

"A piece of me has died," one friend wrote.

Another friend remembered the talent show where he and Andrew played the drums and performed "Smoke on the Water," by Deep Purple. "I've stopped playing the drum now," he wrote. "I'm broken."

After the sentencing Arianna McMorris spoke about her brother's loss: "There are no winners today. Andrew did not come back to life. Thomas and the other Boy Scouts did not recover from their injuries. And Thomas Murphy is going to prison and getting his earthly consequences for the actions and wrongdoings he committed."

A video montage of Andrew McMorris was shown after the sentencing. (Lisa Finn/Patch)

A video montage for Andrew was shown, as his favorite song, "Somewhere Over the Rainbow," played.

"Today there are no winners. We are all broken," Alisa McMorris said. "We hope today's decision is a deterrent so this will never happen to another family. Two years is too long — but it's done."

On Wednesday night, a virtual gala was held to celebrate Andrew's life and benefit the Andrew McMorris Foundation so that his legacy can live on.

"Today, justice was served," Sini said. "Not only did the families and their suppo stay strong and resolute throughout this process — trusting that justice and the u would ultimately prevail — but they also managed to turn their grief and their loss into something positive, becoming advocates in the community for safe driving and trying to



prevent a tragedy like this from ever happening again. While nothing can bring Andrew back, I urge the people of Suffolk County to honor his memory by vowing to never make that selfish, reckless decision to drive drunk. Let that be his legacy: that no other family should ever have to go through this tragedy."

Murphy was convicted by a jury on Dec. 18, 2019, of aggravated vehicular homicide, a felony; second-degree manslaughter, a felony; second-degree assault, a violent felony; second-degree vehicular assault, a felony; two counts of third-degree assault, a misdemeanor; and reckless driving, a misdemeanor.

♡ Thank (2)    💬 Reply (32)    ↪ Share                                              🏳

To request removal of your name from an arrest report, submit these required items to arrestreports@patch.com.

See more local news

Loading...

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

4. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

Find out what's happening in your
community on the Patch app



Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use　　Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

News Break  ›  Drunken Driver Who Killed Boy Scout Gets...

# Drunken Driver Who Killed Boy Scout Gets Maximum Sentence

**Mount Vernon Patch**
3d                    Follow

f  💬  ✉  🐦  📮



RIVERHEAD, NY — Exactly two years to the day that Andrew McMorris, 12, was killed by a drunk driver who plowed into his Boy Scout troop while they were out on a hike in Manorville, justice was served: Thomas Murphy, 61, of Holbrook, who was convicted by a jury of driving drunk and killing Andrew in the 2018 crash, received the maximum sentence of eight and one-third to 25 years in prison.

Thomas Murphy    Holbrook    Drunk Drivers    NY    Eagle Scout    Boy Scouts

District Attorney    Driving Under The Influence    Drunken Driving    The Boy    Killed Crash

Baby Boy    Stony Brook University Hospital    Swan Lake Golf Club    American Airlines


Thomas Lane    John    Michael Jackson    Denis

**Read Full Story**

Sponsored Stories

Recommended by

## Trending People

**Donald Trump**
Donald John Trump is the 45th President of the United States, in...

**Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

**Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

**Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

**Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3313    💬 5276    ↗ Share



Fox News  |  5h

📱 Download News Break APP   |   ⚙ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  🅽 NEWS BREAK          Home    Local    Classifieds       🔍 Your city or ZIP code       👤 Sign in

👍 4456    💬 4556    ➦ Share

**Paid Content**                    by            |

## Comments / **0**

Sign in   to post a message

## Published by

⚪ Mount Vernon Patch                                    [ Follow ]

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley.
This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment    ➦ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed
any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ➦ Share

## Top News

Recommended by            |

[ Sponsored   1/5 ]

⚪ Axios                                                [ Follow ]
   1d

**GOP fears worst yet to come**

Republican officials tell us they worry that the number of infected people around President Trump will rise,...

💬 5276    ➦ Share

📱 Download News Break APP   |   🌐 Add to Chrome

☰  🔺 NEWS BREAK      Home      Local      Classifieds      🔍 Your city or ZIP code      👤 Sign in

Publishers      Advertisers      About      Mission      Careers      Contact

💬 4556   ↗ Share

CBS New York
1d                                                              Follow

**Trump's physician says he is fever-free and not currently on oxygen**

Dr. Sean Conley, President Trump's physician, provided an update Saturday on the president's condition at…

💬 6481   ↗ Share

NPR  |  1d

**Trump's Doctor Says He's 'Doing Very Well,' But Timeline Raises Serious Questions**

President Trump is "doing very well," his physician says, but the timeline laid out by doctors in a Saturday…

💬 8535   ↗ Share

Axios
20h                                                             Follow

**Biden says he told some governors "don't endorse me … because you'll pay a penalty"**

Joe Biden said Saturday that he has discouraged some governors from endorsing him, warning them that if…

💬 1754   ↗ Share

CNN  |  1d

**Twitter bans posts wishing for Trump death. The Squad wonders where that policy was for them**

(CNN) — The four progressive Democratic congresswomen known as "The Squad" expressed surprise on…

💬 2198   ↗ Share

NBC News  |  1d

**Trump 'doing very well' during first night at Walter Reed hospital for Covid-19 treatment**

WASHINGTON — President Donald Trump, who has Covid-19 and was taken to Walter Reed National Militar…

💬 11152   ↗ Share

The Hill  |  1d

**Kellyanne Conway tests positive for COVID-19**

Former longtime adviser to President Trump Kellyanne Conway tested positive for COVID-19 on Friday.…

💬 6521   ↗ Share

**Sponsored Link**                                          Recommended by      |

📱 Download News Break APP | 🌐 Add to Chrome

NEWS BREAK

Home     Local     Classifieds

Your city or ZIP code     Sign in

**Recommended Cities**

NYC News                          Detroit News
Denver News                       Chicago News
Austin News                       San Jose News
Columbus News                     Fort Worth News
Phoenix News                      San Diego News

**Company**                       **Local News**

About                             Map
Mission                           Publishers
Contact                           Advertisers
Careers

**Legal**                         **Support**

Do Not Sell My Info               Help Center

**Topics**

Election 2020
Coronavirus





Terms of Use     Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

⊙ Log in

## Mount Vernon, NY  ⊞ Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Weather
Shared from Peekskill-Cortlandt, NY

# Hudson Valley Haze Comes From West Coast Wildfires

## It's supposed to be sunny today.

By Lanning Taliaferro, Patch Staff 
Sep 15, 2020 12:14 pm ET  |  Updated Sep 15, 2020 12:40 pm ET

Like  360  |  Share

💬 Reply



The sun was visible through the haze from West Coast wildfires Sept. 15, 2020 in Putnam County. (Lanning Taliaferro/ Patch)

 

HUDSON VALLEY, NY — It's a sunny day, according to the weather forecast, so why is the sunshine so anemic?

It's because smoke from the wildfires consuming California, Oregon and Washington state has reached the east coast. It has traveled more than 2,500 miles, said the forecasters at the National Oceanic and Atmospheric Administration.

The smoke is at 25,000 ft above us, so there shouldn't be much impact on local air quality, the National Weather Service said.



However, the haziness could even get worse, said forecasters on NBC New York's Storm Team 4.

10/4/2020    Hudson Valley Haze Comes From West Coast Wildfires | Mount...

Case 1:20-cv-10959-LGS Document 1-7 Filed 12/28/20 Page 38 of 71

Satellite images showed California almost completely blanketed in smoke from the massive wildfires. The West is entering peak fire season now. SEE: 35 Dead In WildFires; President: 'It'll Start Getting Cooler'

Meanwhile, the Hudson Valley is experiencing cooler weather than normal, with temperatures 5-8 degrees below the average for this time of year. Thursday may be the only relatively warm day, and we do stress relatively.

Here's the forecast for the next few days:

- Tuesday-Sunny. Highs in the upper 60s. Northeast winds 5 to 10 mph, becoming south this afternoon.

- Tuesday night-Clear. Lows in the upper 40s. South winds around 5 mph.

- Wednesday-Sunny. Highs in the mid 70s. Southwest winds 5 to 10 mph.



1. **📍 New Rochelle, NY News**
   **Volunteer Opportunities Of The Week: Community Educators**

2. **📍 Bedford-Katonah, NY News**
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. **📍 Yorktown-Somers, NY News**
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

4. **📍 New City, NY News**
   **Crime Roundup: Attempted Murder Of Federal Officer**

5. **📍 Mount Vernon, NY News**
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

### Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

### Topics

Arts & Entertainment

Business

Classifieds

10/4/2020     Hudson Valley Haze Comes From West Coast Wildfires | Parle...

Case 1:20-cv-10959-LGS   Document 1-7   Filed 12/28/20   Page 40 of 71

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

- Wednesday Night-Mostly clear in the evening, then becoming partly cloudy. Lows in the upper 50s. Southwest winds 5 to 10 mph.

- Thursday-Partly sunny. Highs in the upper 70s. Southwest winds 5 to 10 mph.

- Thursday Night-Mostly cloudy with a 30 percent chance of showers. Lows in the upper 50s.

- Friday-Partly sunny with a 30 percent chance of showers. Highs in the upper 60s.

- Friday Night-Partly cloudy in the evening, then clearing. Lows in the upper 40s.

- Saturday-Sunny. Highs in the mid 60s.

- Saturday Night-Mostly clear. Lows in the upper 40s.





**Mike Nicco** ✔️
@MikeNiccoABC7

Hazy skies: Smoke from West Coast fires travels cross-country to New York City.
"Think globally. Act Locally"
Here's proof that what happens in our communities can negatively affect others, 1000s of miles away.
abc7ny.com/weather/west-c... via @ABC7NY

Hazy skies: Smoke from West Coast fires travels cross-country to New...
Have you noticed a lack of blue skies? That's because smoke from the West Coast wildfires has reached the East Coast.
🔗 abc7ny.com

11:35 AM · Sep 15, 2020   ⓘ

♡ 11    👤 See Mike Nicco's other Tweets

♡ Thank    💬 Reply    ↗ Share         🚩

See more local news

Loading... ⠋

**Latest News Nearby**

1. 🟢 New Rochelle, NY News

 Download News Break APP | Add to Chrome

**NEWS BREAK**   Home   Local   Classifieds

About   Mission   Careers   Contact

Your city or ZIP code    Sign in

News Break  ›  📍 New York State  ›  📍 New York  ›  Hudson Valley Haze Comes From West Coast...

# Hudson Valley Haze Comes From West Coast Wildfires

 Mount Vernon Patch   Follow
19d

   





US National Weather Service Buffalo NY ✔ • Follow

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. Her

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, who

### Trending News

Fox News | 6h

**Trump could be discharged from the hospital as soon**

<u>HUDSON VALLEY</u>, NY — It's a sunny day, according to the weather forecast, so why is the sunshine so anemic?. It's because smoke from the wildfires consuming California, Oregon and <u>Washington state</u> has reached the <u>east coast</u>. It has traveled more than 2,500 miles, said the forecasters at the National Oceanic and Atmospheric Administration.

as Monday

👍 4533   💬 4738   ↗ Share



CBS New York | 1d

### Trump's physician says he is fever-free and not currently on oxygen

👍 5541   💬 6486   ↗ Share

### New York, NY Newsletter



We will send daily local briefing to your mailbox.

| Email Address |

**Subscribe**

National Weather Service   NOAA   Smoke   Oregon   Weather Forecasting   NY   California   West Coast   Hudson Valley   Washington State   National Oceanic And Atmospheric Administration   Valley Fire   Wildfires   NBC New York 's Storm Team   Mike Nicco

<div style="border:1px solid #e06;border-radius:4px;text-align:center;color:#e06;padding:12px;">

**Read Full Story**

</div>

## Comments / 0

| Sign in | to post a message |

## Published by



Mount Vernon Patch   **Follow**

**Wow House: Luxury Inside, Resort Outside**

MONTEBELLO, NY — Luxury surrounds you from the moment you drive up to this estate. The double doors of the front foyer are imported; its stone floors are heated. The gourmet kitchen

💬 Comment   ↗ Share

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give

💬 Comment   ↗ Share

## Related

Surfline  |  22h

**Hurricane Marie Weakens to Cat 3, Continues Tracking to Northwest**

Major Hurricane Marie continues to perform despite weakening to category 3 status, still taking

💬 Comment   ➡️ Share

---

ABC News
9h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Over 12 inches of rain will be possible due to Gamma's slow movement. Tropical Storm

💬 Comment   ➡️ Share

Follow

---

Tampa Bay Times
📍Tampa, FL  |  22h

**Tropical Storm Gamma is growing; three other systems emerge in Atlantic**

Tropical Storm Gamma continued to strengthen Saturday as it approaches Mexico's Yucatán

💬 Comment   ➡️ Share

Follow

---

ABC 7 Chicago
9h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The

💬 Comment   ➡️ Share

Follow

---

ABC13 Houston  |  9h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The

💬 Comment   ➡️ Share

---

ABC7 Los Angeles  |  9h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The

💬 Comment   ➡️ Share

---

ABC7 San Francisco  |  9h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The

💬 Comment   ➡️ Share

**Nearby Cities**

Chinatown

Newport

Weehawken

Jersey City

West New York

Yorkville

Chelsea

Hoboken

Long Island City

Brooklyn

Manhattan

Sunnyside

**Categories**

Coronavirus

Traffic & Transit

Living

Lifestyle

Real Estate

Obituary

Crime & Safety

Weather

Accident

Municipal

Sports

Education

**Recommended Cities**

NYC News

Denver News

Austin News

Columbus News

Phoenix News

Detroit News

Chicago News

San Jose News

Fort Worth News

San Diego News

**Company**

About

Mission

Contact

Careers

**Local News**

Map

Publishers

Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use   Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Hurricane Names In Short Supply As Peak Season Arrives | Mount Vernon, NY Patch

Patch.

👤 Log in

Mount Vernon, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Weather

Shared from Miami, FL

# Hurricane Names In Short Supply As Peak Season Arrives

Much like toilet paper and Clorox wipes, 2020 may be remembered as the year we ran out of one other thing — hurricane names.

By Paul Scicchitano, Patch Staff 
Sep 10, 2020 8:22 pm ET | Updated Sep 10, 2020 8:56 pm ET

Like 276      Share

💬 Reply (1)



2020 has more than lived up to expectations for a busier than normal year, (Photo by Paul Scicchitano)

MIAMI, FL — Much like toilet paper and Clorox wipes, 2020 may be remembered as the year we ran out of one other thing during the coronavirus pandemic — hurricane names.

"I believe we're three or four letters away from potentially going into the Greek system," Meteorologist In Charge Pablo Santos of the National Weather Service in Miami said in an interview with Patch.

Thursday marked the statistical peak of the Atlantic hurricane season and 2020 has more than lived up to expectations for a busier than normal year.



Subscribe >

Don't miss 2020 hurricane updates in Florida as they are announced. Sign up for Patch news alerts and newsletters.

To recap, we've already run through the names Arthur, Bertha, Cristobal, Dolly, Edouard, Fay, Gonzalo, Hanna, Isaias, Josephine, Kyle, Laura, Marco, Nana and Omar while Tropical Storms Paulette and Rene were churning in the Atlantic this week.

While neither storm appeared to pose a threat to the United States as of Thursday, Paulette was forecast to become a hurricane as it approaches Bermuda Sunday and Rene was forecast to become a hurricane a day earlier.

Weather forecasters were also monitoring three other systems that had the potential to become named storms as of Thursday — one over the north-central Gulf of Mexico, another a couple hundred miles east of the central Bahamas and a third system a few hundred miles southeast of the Cabo Verde Islands.

There are only four names left — Sally, Teddy, Vicky and Wilfred — for the rema the hurricane season, which runs through Nov. 30.

"I think that the odds are looking better and better that we're going to run out of letters," Santos acknowledged.

The last time this happened was in 2005, the year of Emily, Katrina, Rita and Wilma.

"If we run out of the last name of the list of hurricanes certified for this season, then the next storm — if we have another one — would be called Alpha and the following Beta," Santos said. "Wilma was the last named storm of the season, then we had Tropical Storm Alpha, Hurricane Beta, Tropical Storm Gamma, Tropical Storm Delta, Hurricane Epsilon, Tropical Storm Zeta."

Storm names are retired if they were so deadly or destructive that the future use of the name would be insensitive — otherwise names are reused on a six-year cycle.

Santos said Greek letters have never been retired as far as he knows.

Sept. 10 is considered the statistical peak of the Atlantic hurricane season, according to Dennis Feltgen of the National Hurricane Center in Miami.

"What does this mean? When you go back through reliable records which begin in 1851, this date is the one that most often had a named storm in the Atlantic basin," he told Patch. "The peak of the hurricane season, when the majority of activity occurs, is from mid-August through late October."

Santos said people who live in evacuation zones should always be prepared with a plan of where they would go if ordered to evacuate. They should have everything they need to secure their homes, make sure insurance is up to date and keep sufficient medical supplies on hand, including any prescription medication.

"We don't want people to be flooding the roads, fleeing, running away unless they absolutely have to," he said. "Know where you are going to evacuate if evacuation orders are issued for your area. Don't wait until there is a storm knocking on your door."

 ♡ Thank    💬 Reply (1)    ⇄ Share       ❯   ⌡

See more local news

Loading...

## Latest News Nearby

1. **New Rochelle, NY News**
   **Volunteer Opportunities Of The Week: Community Educators**

2. **Bedford-Katonah, NY News**
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. **New City, NY News**
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. **Mount Vernon, NY News**
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. **Mount Vernon, NY News**
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

Case 1:20-cv-10959-LGS Document 1-7 Filed 12/28/20 Page 51 of 71

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



10/4/2020

Hurricane Names In Short Supply As Peak Season Arrives | News Break

📱 Download News Break APP   |   ⊕ Add to Chrome

☰   **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  ›  📍 New York State  ›  📍 New York   Hurricane Names In Short Supply As Peak …

# Hurricane Names In Short Supply As Peak Season Arrives

🟢 **Mount Vernon Patch**    [ Follow ]
23d

    



MIAMI, FL — Much like toilet paper and Clorox wipes, 2020 may be remembered as the year we ran out of one other thing during the coronavirus pandemic — hurricane names. 'I believe we're three or four letters away from potentially going into the Greek system,' Meteorologist In Charge Pablo Santos of the National Weather Service in Miami said in an interview with Patch.

Tropical Cyclone    National Weather Service    Toilet Paper    Greek Language    Shortage

Peak Season    Atlantic Hurricane Season    United States    Hurricane Names    Miami

Hurricanes    Mexico Hurricane    ET Reply    Tropical Storm Delta    Tropical Storm Zeta

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by                    |

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in…

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is…

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He…

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh…

### Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3316    💬 5280    ↱ Share



Fox News  |  5h



Download News Break APP | Add to Chrome

Publishers Advertisers About Mission Careers Contact

NEWS BREAK Home Local Classifieds Your city or ZIP code Sign in

4487 4626 Share

## Comments / 0

Sign in to post a message

## Published by

Mount Vernon Patch Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

Comment Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

Comment Share

### New York, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content** by |

## Related

Recommended by |

Sponsored 1/5

BOCANEWSNOW Follow
Florida | 19h

**FLORIDA: Hurricane Season Not Over, Keep An Eye On System Heading Northwest**

BOCA RATON, FL (BocaNewsNow.com) — The National Hurricane Center is keeping watch over multiple...

Comment Share

click orlando | 6h

**Tropical development chances increase in the Caribbean**

ORLANDO, Fla.- – After a much-needed quiet stretch in the tropics, the Atlantic basin is roaring back to life....

Comment Share

Download News Break APP    Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   NEWS BREAK     Home    Local    Classifieds     🔍 Your city or ZIP code    👤 Sign in

💬 Comment    Share

---

📍 Sarasota, FL | Mysuncoast.com | 20h

**Gamma to move into the southern Gulf of Mexico and a new Tropical Depression could form by early next week**

SARASOTA, Fla. (WWSB) - Tropical Storm Gamma made it's first landfall early Saturday afternoon in the…

💬 Comment    Share

---

📍 Orlando, FL | fox35orlando.com | 8h

**Gamma brings moisture to Central Florida, next named storm brewing**

ORLANDO, Fla. - Tropical Storm Gamma is bringing heavy cloud cover and tropical moisture to Central Flori…

💬 29    Share

---

WISH-TV | 20h

**2020 hurricane season has chance to set record for most named storms**

(CNN) — This year's Atlantic hurricane season is on the verge of becoming the most active since 2005. The…

💬 Comment    Share

---

Beaumont Enterprise | 23h

**Forecasters say tropical system could develop, slip into Gulf**

A tropical wave in the Caribbean Sea has local forecasters back on alert. The system had a medium chance…

💬 Comment    Share

---

msn.com | 23h

**Gamma lashes Mexico with damaging winds, flooding rain**

The record-breaking nature of the 2020 Atlantic Tropical Season continues as Tropical Storm Gamma strike…

💬 Comment    Share

---

⚪ Palmetto Bay-Cutler Patch    [Follow]
📍 Miami, FL | 17h

**National Hurricane Center Monitoring Tropical Wave In Caribbean**

ACROSS FLORIDA — The National Hurricane Center is closely monitoring a tropical wave over the central…

💬 Comment    Share

---

📍 Houston, TX | ABC13 Houston | 10h

**Tropical Storm Gamma enters the Gulf, a separate storm could develop**

HOUSTON, Texas (KTRK) -- Tropical Storm Gamma crossed over the Yucatan Peninsula and emerged over…

💬 2    Share

---

⚪ Pinecrest Patch    [Follow]
📍 Miami, FL | 17h

**National Hurricane Center Monitoring Tropical Wave In Caribbean**

ACROSS FLORIDA — The National Hurricane Center is closely monitoring a tropical wave over the central…

💬 Comment    Share

---

⚪ Coral Gables-Coconut Grove Patch    [Follow]
📍 Miami, FL | 17h

**National Hurricane Center Monitoring Tropical Wave In Caribbean**

📱 Download News Break APP  |  ◎ Add to Chrome

Publishers        Advertisers        About        Mission        Careers        Contact

☰  🅝 NEWS BREAK        Home        Local        Classifieds        🔍 Your city or ZIP code        👤 Sign in

msn.com  |  23h

**The 2020 hurricane season could set a record for most named storms**

This year's Atlantic hurricane season is on the verge of becoming the most active since 2005. The year 200…

💬 Comment        ↗ Share

---

Fort Myers Patch                                        ( Follow )
📍 Miami, FL  |  17h

**National Hurricane Center Monitoring Tropical Wave In Caribbean**

ACROSS FLORIDA — The National Hurricane Center is closely monitoring a tropical wave over the central…

💬 Comment        ↗ Share

---

islandernews.com  |  6h

**NOAA: Tropical disturbance to become Tropical Storm Delta later this week**

NOAA: Tropical disturbance forecasted to form this week and become Tropical Storm Delta. Sunday mornin…

💬 Comment        ↗ Share

---

AL.com                                                  ( Follow )
5h

**Will there be two storms in the Gulf this week?**

Tropical Storm Gamma is in the Gulf of Mexico, but it's not anything for the northern Gulf Coast to worry…

💬 Comment        ↗ Share

---

📍 San Antonio, TX  |  spectrumlocalnews.com  |  9h

**Hurricane Season Is Not Over Yet**

2020 has been a record-breaking hurricane season but it's not over yet. The historic peak of hurricane seas…

💬 Comment        ↗ Share

---

ABC 7 Chicago                                          ( Follow )
8h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The storm is…

💬 Comment        ↗ Share

---

ABC7 Los Angeles  |  8h

**Tropical Storm Gamma hits Yucatan Peninsula with torrential rain, gusty winds**

Tropical Storm Gamma has winds of 50 mph this morning and is moving north at 5 mph. The storm is…

💬 Comment        ↗ Share

---

CNN                                                    ( Follow )
23h

**With two months left, the 2020 hurricane season has a chance to set the record for most named storms**

(CNN) — This year's Atlantic hurricane season is on the verge of becoming the most active since 2005. The…

💬 Comment        ↗ Share

---

**Sponsored Link**                                    Recommended by



☰ ● NEWS BREAK          Home   Local   Classifieds          🔍 Your city or ZIP code          👤 Sign in

📱 Download News Break APP   |   🌐 Add to Chrome                    Publishers   Advertisers   About   Mission   Careers   Contact

**Nearby Cities**

Chinatown                          Newport
Chelsea                            Hoboken
Long Island City                   Jersey City
Weehawken                          Brooklyn
Union City                         Guttenberg
West New York                      Astoria

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                          Municipal
Real Estate                        Sports
Obituary                           Education

**Recommended Cities**

NYC News                           Detroit News
Denver News                        Chicago News
Austin News                        San Jose News
Columbus News                      Fort Worth News
Phoenix News                       San Diego News

**Company**                        **Local News**

About                              Map
Mission                            Publishers
Contact                            Advertisers
Careers

**Legal**                          **Support**

Do Not Sell My Info                Help Center

**Topics**

Election 2020
Coronavirus

      

Terms of Use   Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

⊙ Log in

**Port Washington, NY**  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Sponsored by ring

Crime & Safety

Shared from Midtown-Hell's Kitchen, NY

# Man Arrested In Penn Station Homicide: Police

Police arrested a suspect in the death of a man who was shoved down a staircase in Penn Station earlier this month.

By Nick Garber, Patch Staff ℗
Sep 1, 2020 9:32 am ET

Like 123      Share

💬 Reply







Around 11 p.m. on Aug. 4, the victim, who has not been publicly identified, was found unconscious and suffering from head trauma at the bottom of a staircase inside Penn Station. (Maria Cormack-Pitts/Patch)

MIDTOWN MANHATTAN, NY — Police arrested a suspect in the death of a man who was shoved down a staircase in Penn Station earlier this month, authorities said Sunday.

Kariym Jackson, 39, who is homeless, has been charged with two counts of murder, as well as possession of a weapon and menacing, police said.

Around 11 p.m. on Aug. 4, the victim, who has not been publicly identified, was found unconscious and suffering from head trauma at the bottom of a staircase inside the station. Paramedics brought him to NYU Langone Hospital, where he was pronounced dead.

Subscribe >



Police said the man had gotten into an argument with another man, before being "forced down the stairway," leaving him fatally injured.

*Related coverage: Man's Shoving Death On Penn Station Staircase Ruled A Homicide*

♡ Thank   💬 Reply   ↪ Share                                           🚩

To request removal of your name from an arrest report, submit these required items to arrestreports@patch.com.

### More from Port Washington

Crime & Safety | Sep 23
### Exterminator Falls Off Ladder In Nassau, Dies: Police

Crime & Safety | Sep 14
### Man Shoves Woman In Nassau, Then Spits On, Kicks Police: Cops

Crime & Safety | 2d
### Narcotics Found At Americana Manhasset Mall; 2 Arrested: Police

See more local news

### Local Events                                              + Post event

#### Upcoming

**LWV Virtual Candidates Forums for NYS Legislature Oct 7 &20**
Wed, Oct 7, 2020 at 7:00 PM
Port Washington, NY                                            

**Experienced the grace of healing from Saint Padre Pio & Divine**
Thu, Oct 8, 2020 at 1:30 PM

Port Washington, NY

---

## LWV Candidates Forum for NYS Senate Dist. 5 & Assembly Dist. 13

Thu, Oct 8, 2020 at 7:00 PM
Port Washington, NY

## Featured

### WEBINAR: Quarterly Investment Outlook

Wed, Oct 7, 2020 at 7:00 PM

---

### Children's Interfaith Religion Classes

Sun, Oct 18, 2020 at 11:00 AM

See more events

## Neighbor Posts

**+ Ask a Question**

 **Roxana Saborio**, Neighbor
Port Washington, NY | 2d

Manhasset family looking for a sitter for our 2year old boy - Tuesdays and Thursdays from 2:30 - 6pm. Possibly from 12:30pm -6pm -reliable transportation needed and references. Both parents working from home - but need to entertain child after pre-school & nap. hablamos espanol tambien.
Read more

♡ Thank (2)    💬 Reply (5)    ↪ Share

 **Judah Ben-Lulu**, Neighbor
Port Washington, NY | 2d

LOST CAT AT PORT WASHINGTON NORTH REWARD $200
Contact: 3476330239 or simonalinartaite@gmail.com
Hi all. We have lost our kitten on 9/27/20 in Port Washington North near Mill Pond
Read more

♡ Thank    💬 Reply    ↪ Share

 

**Local News Tip**

 **Anonymous**, Neighbor
Port Washington, NY | 4d

MISSING CAT: Goes by Buddy
LAST SEEN: 3 days ago on Plymouth Road, New Salem, Port Washington, NY
Anyone who sees him please call: 516-241-8573

♡ Thank    💬 Reply (3)    ↝ Share      ⚑

---

Local Opinion

**Daniel Garcia**, Neighbor
Port Washington, NY | 6d

Tomorrow it will be two weeks since the mayoral election and only 40+ days until the national election. That being said, I have to point this out. Full transparency: I know both the Mayor and his opponent. The Mayor had and will continue to have my full support. But, that isn't the reason for this

Read more

♡ Thank (2)    💬 Reply (1)    ↝ Share      ⚑

---

Local News Tip

**jonathan winant**, Neighbor
Port Washington, NY | Sep 26

NEWSDAY EXCLUSIVE
Young Llers are largest share of new coronavirus cases
Nassau and Suffolk residents under age 30 account for the largest share of new coronavirus cases

Read more

♡ Thank    💬 Reply (17)    ↝ Share      ⚑

---

**Jamie George**, Neighbor
Port Washington, NY | Sep 24

Hi everyone! My name is Jamie George and I am from Manhasset. I am currently working on my Gold Award and my project title is 'Knowledge is Power'. Throughout the pandemic it was very prominent to me that everyone was on social media and

Read more

♡ Thank (2)    💬 Reply (3)    ↝ Share      ⚑

---

**Suzanne Liff**, Neighbor
Port Washington, NY | Sep 24

I'm compelled to give a shout out to Ron Johnston and the wonderful chefs at Ayhan's Shish Kabob! They recently catered a gathering at my home and everything was exceptionally delicious....as all the guests raved. From the luscious spinach pies, kabobs and sides, to the outstanding baklava desserts

Read more

♡ Thank (2)    💬 Reply (1)    ↝ Share

❯

---

Local Question

**Daniel Hampton**, Patch Staff
Port Washington, NY | Sep 23

Hello again Port Washington neighbors. Election Day is right around the corner, and early voting begins Oct. 24. Are you voting early? If so, do you feel comfortable casting your ballot at an early voting location?

♡ Thank    💬 Reply (4)    ⤴ Share          ⚐

---

**Brian Barry**, Neighbor
Port Washington, NY | Sep 19

0ne bedroom bright spacious, central AC, apt, 2nd story, walk to railroad

♡ Thank (2)    💬 Reply    ⤴ Share          ⚐

---

Local Question

**Sharon W**, Neighbor
Port Washington, NY | Sep 17

Has anyone in the Port Washington community heard rumors about administrators within the district sexually harassing other employees?

♡ Thank (1)    💬 Reply (6)    ⤴ Share          ⚐

See more neighbor posts

## Local Classifieds

**+ Post classified**

Featured Classified | 🔧 Gigs & Services | 1d

**Coaching for a Winning College Essay**

Featured Classified | 📢 Announcement | 3d

**Fall Field Hockey Clinics | GR 6-12 w/ College Coaches!**

Featured Classified | 🔧 Gigs & Services | 4d

**Want to know the secret to an unforgettable college essay?**

>

Featured Classified | 🔧 Gigs & Services | 4d

**Looking to boost your English grades? Need some test prep?**

Featured Classified | 🏷 For Sale | 4d

**$7.99-17.99 Holiday Fabric Face Masks, Kids & Adult size**

See more classifieds

## Latest News Nearby

1. 📍 Port Washington, NY News
   **Port Washington Weekly Weather Forecast**

2. 📍 Port Washington, NY News
   **5 New Port Washington Area Properties For Sale**

3. 📍 Port Washington, NY News
   **Wow! $10M Port Washington Home Features Double Grand Staircase**

4. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

5. 📍 Port Washington, NY News
   **2020-2021 School Tax Bills Available Nov. 1**

Find out what's happening in your
community on the Patch app



Stay up to date on crime and safety
with the Neighbors app by Ring

Case 1:20-cv-10959-LGS   Document 1-7   Filed 12/28/20   Page 65 of 71

with the Neighbors app by Ring

## Nearby Communities

Great Neck

Glen Cove

Bayside-Douglaston

New Hyde Park

Pelham

Mineola

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

☰   NEWS BREAK          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 Manhattan  ›  Man Arrested In Penn Station Homicide: P...

# Man Arrested In Penn Station Homicide: Police

 **Patchogue Patch**
09-01                          [ Follow ]

    



MIDTOWN MANHATTAN, NY — Police arrested a suspect in the death of a man who was shoved down a staircase in Penn Station earlier this month, authorities said Sunday. Kariym Jackson, 39, who is homeless, has been charged with two counts of murder, as well as possession of a weapon and menacing, police said.

Penn Station     Homicide     Midtown Manhattan     Suspect     Arrest     Police     Stairs

Pennsylvania Station (New York City)     Paramedics     Head Trauma     NYU Langone Hospital

Kariym Jackson     Man     Authorities     MIDTOWN MANHATTAN

[ **Read Full Story** ]

## Sponsored Stories

Recommended by          |

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3306    💬 5273    ↗ Share



Fox News  |  4h

**Trump could be discharged from the hospital as soon**



Download News Break APP | Add to Chrome
Publishers Advertisers About Mission Careers Contact
NEWS BREAK Home Local Classifieds
Your city or ZIP code
Sign in

Sign in to post a message

## Published by

Patchogue Patch

Follow

**Patchogue Weather Forecast For The Week Ahead**

PATCHOGUE, NY — Here's your weather forecast for the week ahead, as reported by Darksky. Possible light rain overnight. Possible light rain in the morning. Clear throughout the day. High 70, low 59. Chance of rain:...

Comment Share

**Patchogue: Check Out 5 Nearby Homes For Sale**

PATCHOGUE, NY — Looking for a new house nearby, but getting tired of looking through the same old real-estate listings over and over? Thanks to our weekly list of new properties in your area, you can stay on top o...

Comment Share

## Top News

Recommended by |

Sponsored 1/5

CBS New York
Manhattan, NY | 6h

Follow

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to...

23 Share

Manhattan, NY | Gothamist.com | 4h

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o...

8 Share

New York, NY | NEWS10 ABC | 5h

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

## Manhattan, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content** by |

10/4/2020

Sean Arbittier Hermit Salton Hemield: Blues 20News Brem

📱 Download News Break APP    |    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〽️ NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

📍New York, NY  |  marylandmatters.org  |  4h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment    ↗ Share

📍New York, NY  |  News 12  |  4h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment    ↗ Share

📍New York, NY  |  Bronx Times  |  5h

**How to choose the best type of high school for your teen**

High school will surely look different this year with blended learning, but we're confident NYC schools will…

💬 Comment    ↗ Share

📍New York, NY  |  ComicBook  |  3h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 Comment    ↗ Share

📍New York, NY  |  kulturehub.com  |  3h

**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat…

💬 Comment    ↗ Share

⚪ 94.3 The Point    [ Follow ]
📍New York, NY  |  3h

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1    ↗ Share

📍New York, NY  |  amny.com  |  4h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1    ↗ Share

📍New York, NY  |  NBC New York  |  2h

**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**

NYC asked for state approval to shutdown all non-essential businesses and schools in 9 zip codes with…

💬 2    ↗ Share

⚪ Forest Hills Patch    [ Follow ]
📍New York, NY  |  3h

**Forest Hills: 5 Newest Homes To Hit The Market**

FOREST HILLS, NY — When you're in the market for a new place, keeping tabs on all the latest listings can…

💬 Comment    ↗ Share

📱 Download News Break APP  |  🔵 Add to Chrome

☰  ⚡ NEWS BREAK     Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

💬 Comment    ↪ Share

---

⚪ **Salon**                                                          [ Follow ]
📍 New York, NY  |  5h

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby…

💬 Comment    ↪ Share

---

📍 New York, NY   BET  |  5h

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2    ↪ Share

---

📍 New York, NY   NY Daily News  |  6h

**We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door**

As if the reality of 2020 isn't scary enough. New Yorkers — or gluttons for punishment — who haven't had…

💬 1    ↪ Share

---

⚪ **Hudson Valley Post**                                             [ Follow ]
📍 New York, NY  |  5h

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↪ Share

---

📍 New York, NY   Gothamist.com  |  3h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↪ Share

---

📍 New York, NY   abc7ny.com  |  5h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↪ Share

---

📍 New York, NY   New York Post  |  7h

**30 products on sale this weekend that you'll actually want to buy**

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment    ↪ Share

---

**Sponsored Link**                                    Recommended by        |

 NEWS BREAK



☐ Download News Break APP   |   ◎ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

≡   Home    Local    Classifieds        🔍 Your city or ZIP code        ⊙ Sign in

**Nearby Cities**

Chinatown                          Newport
Chelsea                            Hoboken
Long Island City                   Jersey City
Weehawken                          Brooklyn
Union City                         Guttenberg
West New York                      Astoria

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                          Municipal
Real Estate                        Sports
Obituary                           Education

**Recommended Cities**

NYC News                           Detroit News
Denver News                        Chicago News
Austin News                        San Jose News
Columbus News                      Fort Worth News
Phoenix News                       San Diego News

**Company**                        **Local News**

About                              Map
Mission                            Publishers
Contact                            Advertisers
Careers

**Legal**                          **Support**

Do Not Sell My Info                Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.