# EXHIBIT H

# Patch

👤 Log in

## North Fork, NY  [+ Follow]

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Sponsored by ring

Crime & Safety

# Man Charged With Driving While Intoxicated In Greenport: Police

## The man was arrested on Monday night, police say.

By Lisa Finn, Patch Staff P
Sep 29, 2020 6:31 pm ET

Like 4          Share

💬 Reply







A Greenport man was charged with driving while intoxicated Monday night, police said. (Lisa Finn/Patch)

PECONIC, NY — A Greenport man was charged with driving while intoxicated Monday night, police said.

Christopher Zuhoski, 58, was arrested at 5:52 p.m. in Greenport and charged with operating a motor vehicle with a BAC of .08 of 1%, first offense; and driving while intoxicated, first offense, Southold Town Police said.

A report came in about a "highly intoxicated male" driving a dark-colored SUV on Mill Lane in Peconic, police said. A license plate number was given and Zuhoski was located heading east on Route 25 in Greenport, police said.

Subscribe >


Zuhoski was found to be intoxicated and placed under arrest; he was transported to Southold police headquarters where he was processed and held for arraignment, police said.

♡ Thank    💬 Reply    🔗 Share        ⚑

To request removal of your name from an arrest report, submit these required items to arrestreports@patch.com.

## More from North Fork

Crime & Safety | Sep 21
**Man Who Blocked Trump Parade Charged: Police**

Community Corner | 7h
**Kayaker Capsizes On Long Island Sound: Police**

Real Estate | Sep 27
**5 New North Fork Area Properties For Sale**

See more local news

## Local Events

**+ Post event**

### Upcoming

**Low Impact Aerobics Live Zoom Classes Every Mon,Wed,Fri**
Mon, Oct 5, 2020 at 10:00 AM
North Fork, NY

>

**New Daily Specials at Green Hill Kitchen**
Mon, Oct 5, 2020 at 12:00 PM
North Fork, NY

**Tai Chi/Qigong Live Zoom Classes Every Tues and Thurs**

Tue, Oct 6, 2020 at 10:00 AM

North Fork, NY

<span style="color:magenta">**Featured**</span>

**Grammy Award Winning Oboist Alex Klein: Bach and Mozart (FREE)**

Sun, Oct 4, 2020 at 3:00 PM

**Sukkah Mobile**

Wed, Oct 7, 2020 at 2:00 PM

**Creative Writing for Teens club at Rogers Memorial Library**

Wed, Oct 7, 2020 at 4:00 PM

**Sukkah Mobile**

Thu, Oct 8, 2020 at 11:00 AM

**Blood Drive, "Pint for Pint" w/ Greenport Harbor Brewing Co.**

Tue, Oct 13, 2020 at 1:00 PM

See more events

## Neighbor Posts                                          <span style="color:green">+ Ask a Question</span>



**John**, Neighbor

North Fork, NY | 19h

I'm on the Northfork. Interested in solar panels. Not sure what company or if it even pays to get them. Can't help thinking I'm getting scammed somehow. Anyone familiar or have them that can offer some guidance or information?

♡ Thank     💬 Reply (2)     ↝ Share

>

<span style="color:green">Local Question</span>

**Pat**, Neighbor
North Fork, NY | 1d

Can anyone recommend an appliance repair person or company near the Riverhead area? Thanks.

♡ Thank (1)      💬 Reply (7)      ↪ Share                    ⚑

Local News Tip

**EMILY KAVOURIAS**, Neighbor
North Fork, NY | 2d

Our local Greek Church is hosting a Rib and Chili Cook Off ! Please see attached flyer for more details!

♡ Thank      💬 Reply (3)      ↪ Share                    ⚑

**Lisa Finn**, Patch Staff
North Fork, NY | 4d

What did you think of the first presidential debate?

♡ Thank      💬 Reply (13)      ↪ Share                    ⚑

**Harun sinha**, Neighbor
North Fork, NY | Sep 26

Looking for a tutor for my elementary level boys (1st and 4th grades) during the morning hours (M-F) at home in Greenport. If any interest, please email: harun.sinha@gmail.com

♡ Thank      💬 Reply (5)      ↪ Share                    ⚑

**DANNY McCARTHY**, Neighbor
North Fork, NY | Sep 26

My mom told me: "If no one makes you SHINE - DO-IT-YOURSELF." northforkpatch is such a MARVEL-ously-available-way to truly stay connected w/ the public. I am not-a-missing-link.
http://www.linkedin.com/pulse/actor-archivist-daniel-j-mccarthy-dan-mccarthy-1/
Read more

♡ Thank      💬 Reply (3)      ↪ Share                    ⚑

**Lisa Finn**, Patch Staff
North Fork, NY | Sep 25

Hi, I'm writing a story about what parents think is going WELL in your local schools during the pandemic. We want to focus on the good things happening in your district and shed light on the hard work that's taking place to give our children the best possible experience, despite the
Read more

>



♡ Thank      💬 Reply      ↪ Share                                    ⚑

**Local Question**

👤 **david hoffman**, Neighbor
North Fork, NY | Sep 20

Can anyone recommend someone or a local business that will professionally clean (exterior and interior) an SUV?

♡ Thank      💬 Reply (6)      ↪ Share                              ⚑

👤 **Gary Long**, Neighbor
North Fork, NY | Sep 19

Two Twin Reclining Couches $300 each, Like new condition! Call- 631-297-4465

♡ Thank      💬 Reply      ↪ Share                                    ⚑

**Local News Tip**

👤 **Ted Webb**, Neighbor
North Fork, NY | Sep 17

September 17th, 2020
:
HALF MILLION DOLLAR GRANT TO ORIENT FIRE DISTRICT
Read more

♡ Thank (3)      💬 Reply (1)      ↪ Share                          ⚑

See more neighbor posts

## Local Classifieds                                    **+ Post classified**

**Featured Classified** | 📢 Announcement | 2d
**Holistic Health Services**

🏠 Housing | 2d
**ISO Year Round Rental ASAP**                                        ›

🏷 For Sale | 3d
**Teak outdoor table and chairs**

Case 1:20-cv-10959-LGS   Document 8   Filed 12/28/20   Page 8 of 58

🏷 For Sale  |  6d

**Ham Radio Equipment**

💼 Job Listing  |  6d

**🠘 On-Site Interviews this Sunday, 9/27 🠘**

> See more classifieds

## Latest News Nearby

1. 📍 North Fork, NY News
   **North Fork Weekly Weather Forecast**

2. 📍 North Fork, NY News
   **North Fork: 5 Latest Homes To Hit The Market**

3. 📍 North Fork, NY News
   **Kayaker Capsizes On Long Island Sound: Police**

4. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

5. 📍 North Fork, NY News
   **Greenport Lighthouse Excursion Tour Rich With Memories, History**

Find out what's happening in your
community on the Patch app

Case 1:20-cv-10959-LGS Document 8 Filed 12/28/20 Page 9 of 58

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Southampton

Riverhead

Westhampton-Hampton Bays

East Hampton

Clinton

Madison

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  ›  📍 New York State  ›  📍 Greenport  ›  Man Charged With Driving While Intoxicat...

# Man Charged With Driving While Intoxicated In Greenport: Police

Patch **North Fork Patch**
4d    [Follow]

    



PECONIC, NY — A Greenport man was charged with driving while intoxicated Monday night, police said. Christopher Zuhoski, 58, was arrested at 5:52 p.m. in Greenport and charged with operating a motor vehicle with a BAC of .08 of 1%, first offense; and driving while intoxicated, first offense, Southold Town Police said.

Peconic    NY    Arrest    Vehicle Registration Plate    Motor Vehicle

Driving Under The Influence    Christopher Zuhoski    Crime    Southold Town Police

Mill Lane    Man    Southold Police Headquarters    Arraignment    PECONIC

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

**Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4513    💬 4678    ↗ Share



CBS New York | 1d



currently on oxygen

5540 6485 Share

## Comments / 0

Sign in to post a message

## Published by

North Fork Patch Follow

**North Fork Weekly Weather Forecast**

NORTH FORK, NY — Here's your weather forecast for the week ahead, as reported by Darksky. Partly cloudy throughout the day. Windy in the evening and overnight. Clear throughout the day. High 65, low 54. 20 mph...

Comment Share

**North Fork: 5 Latest Homes To Hit The Market**

NORTH FORK, NY — On the hunt for a new house, and want the latest information on what's available near you? Need some help in your search? Fear not! To keep you up to date, we've got an up-to-date batch of five...

Comment Share

## Greenport, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Paid Content

by |

## Top News

Recommended by |

Sponsored 1/5

East Meadow Patch Follow
Southold, NY | 7h

**Kayaker Capsizes On Long Island Sound: Police**

SOUTHOLD, NY — A man capsized his kayak on the Long Island Sound just off the coast of Southold...

Comment Share

North Fork Patch Follow
Greenport, NY | 1d

**Greenport Lighthouse Excursion Tour Rich With Memories, History**

GREENPORT, NY — During the days of coronavirus, families are often left searching for ways to find activitie...

Comment Share

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰️ NEWS BREAK          Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

---

📍 **Greenport, NY** | Riverhead News-Review | 1d

### Blotter: Man breaks up burglary on boat in Greenport; bachelorettes wouldn't pay limo fare

A Rhode Island man reported that an unknown man entered his boat while it was docked off Manhasset…

💬 Comment    ↗ Share

---

○   **North Fork Patch**          Follow
    📍 Greenport, NY  |  1d

### Suicide Prevention For Vets Focus Of 2nd Coutts' Corner Poker Run

NORTH FORK, NY — When Nick Coutts, of Wading River, was badly injured in a motorcycle crash in June,…

💬 Comment    ↗ Share

---

○   **Daily Voice**          Follow
    📍 Copiague, NY  |  8h

### Bicyclist Killed In Crash With Box Truck At Long Island Intersection

A bicyclist was killed in a crash involving a box truck overnight on Long Island. It happened around 11:45…

💬 Comment    ↗ Share

---

○   **riverheadlocal**          Follow
    📍 Riverhead, NY  |  9h

### COVID is a convenient scapegoat for county's fiscal mismanagement

Is Suffolk County yet again awkwardly juggling with its finances? Have things been going south for so long…

💬 1    ↗ Share

---

📍 **Southampton, NY** | onefootball.com | 4h

### Southampton complete deal for Ibrahima Diallo

Southampton have confirmed the signing of Brest midfielder Ibrahima Diallo. Diallo joins the club on a four-…

💬 Comment    ↗ Share

---

📍 **Southampton, NY** | danspapers.com | 9h

### Trouble: Southampton Mayor's Feud Leads to Eviction Struggle

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1    ↗ Share

---

📍 **Port Jefferson, NY** | tbrnewsmedia.com | 7h

### New Ferry Building in PJ Gets OK from Zoning BOA

The new planned ferry building in Port Jefferson was granted slight height variances by the village zoning…

💬 Comment    ↗ Share

---

📍 **Southampton, NY** | Patch | 16h

### North Fork, NY Coronavirus Updates & News For October 4

Latest coronavirus headlines from North Fork, Suffolk County (NY) and across New York:. "COVID-19…

💬 Comment    ↗ Share

---

northforker.com | 19h

### Favorite breakfast spots on Long Island

The possibilities are endless when searching for the best places to eat breakfast or brunch on Long Island.…

---

📱 Download News Break APP   |   🌐 Add to Chrome

☰  ⋀ NEWS BREAK      Home    Local    Classifieds      🔍 Your city or ZIP code      👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

**DONE DEAL: Southampton boss Hasenhuttl announces Diallo deal**

Southampton boss Ralph Hasenhuttl has confirmed the signing of Brest midfielder Ibrahim Diallo. Hasenhu...

💬 Comment    ↪ Share

---

📍Greenport, NY   |   northforker.com   |   1d

**What's in Season: How American Beech works magic with fennel**

Fennel is one of those ingredients that seems intimidating. From its bulbous, rooty bottom to its thick...

💬 Comment    ↪ Share

---

📍Southampton, NY   |   longisland.com   |   16h

**Carriage House Flea Market**

The Southampton History Museum will be hosting an outdoor Flea Market on the Great Lawn of the Rogers...

💬 Comment    ↪ Share

---

📍Southampton, NY   |   Riverhead News-Review   |   1d

**Blotters: Woman charged under Leandra's Law after passenger throws himself from moving vehicle**

A woman was arrested under Leandra's Law for driving while intoxicated with her toddler daughter in the...

💬 Comment    ↪ Share

---

📍Greenport, NY   |   danspapers.com   |   2d

**North Fork TV Festival Premiere Gripping Pilots on Oct. 17**

The North Fork TV Festival is once again celebrating the evolution and art of television with its fifth annual...

💬 Comment    ↪ Share

---

📍Bay Shore, NY   |   News 12   |   1d

**$1 million Mega Millions ticket sold in Suffolk**

If you played Mega Millions Friday night, you might want to check your ticket. A $1 million ticket was sold at...

💬 2    ↪ Share

---

⚪ Daily Voice
1d

[ Follow ]

**Know Him? Man Wanted For Stealing From Long Island Store, Police Say**

Police are seeking the public's help to identify a man who allegedly stole two pairs of Nike sneakers from a...

💬 4    ↪ Share

---

⚪ Hauppauge Patch
📍Mattituck, NY   |   1d

[ Follow ]

**2 College Friends Battle Cancer: 'Her Strength Got Me Through'**

NORTH FORK, NY — When Trisha Poole of Mattituck and Keri Stromski were in a college sorority years ago,...

💬 Comment    ↪ Share

---

**Sponsored Link**                          Recommended by    |


Download News Break APP | Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

# NEWS BREAK

Home   Local   Classifieds   Your city or ZIP code   Sign in

## Nearby Cities

East Marion
Shelter Island
Peconic
Sag Harbor
New Suffolk
Bridgehampton

Shelter Island Heights
Orient
Southold
Cutchogue
Mattituck
Water Mill

## Categories

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

## Recommended Cities

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

## Company

About
Mission
Contact
Careers

## Local News

Map
Publishers
Advertisers

## Legal

Do Not Sell My Info

## Support

Help Center

## Topics

Election 2020
Coronavirus

  

Terms of Use   Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

Log in

## Mount Vernon, NY   + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Traffic & Transit

Shared from Peekskill-Cortlandt, NY

# Metro-North Ridership Jumps As Hudson Valley Reopens In Phase 2

In the middle of the pandemic, ridership was at 4 percent of normal.

By Lanning Taliaferro, Patch Staff 

Jun 10, 2020 12:27 pm ET | Updated Jun 10, 2020 3:41 pm ET

Like 41   Share

Reply



Ridership post-pandemic continues to trend upward as the Hudson Valley region began reopening. (Michael Woyton / Patch)

HUDSON VALLEY, NY — Ridership on Metro-North Railroad increased to 20,140 riders on June 8, equaling 10 percent of Metro-North's pre-pandemic ridership. That's up from 4 percent mid-pandemic.

Ridership continues to trend upward as the Hudson Valley region began Phase 2 on Tuesday and Long Island's Phase 2 started Wednesday, Metropolitan Transit Authority officials said.

Floor decals have been placed near ticket windows and information booths to encourage proper social distancing on lines. Similar decals can also be found on the platforms at the Fordham, Pelham, Scarsdale and Tarrytown stations so riders can properly social distance while waiting for their train.



Beginning Monday, Metro-North will return to about 61 percent of the normal weekday service with a new schedule supporting supplement peak inbound and reverse peak service, while still maintaining hourly service during off-peak hours.

The schedule will bring Metro-North to 50 trains arriving at Grand Central Terminal during the AM peak and 68 trains departing during the PM peak. This marks a 115 percent capacity increase from the current schedule, which sees 24 trains in the morning peak and 24 in the evening peak. Off-peak fares will continue to apply at all times. Additional trains and crews will be available in all yard locations to add trains into service should the demand warrant.

"As the number of riders traveling from Metro-North's service region to New York City continues to grow, the safety of our customers and employees is our number one priority," said Metro-North Railroad President Catherine Rinaldi. "We continue unprecedented, 24/7 cleaning regimen as well as providing masks and hand saniti... stations for our riders."

Metro-North personnel distributed 250 masks and 200 hand sanitizer packets Monday, and touchless hand sanitizer dispensers are being installed at all Metro-North stations.

Daily disinfecting and cleaning will continue with all Metro-North train cars being sanitized at least once a day and stations at least twice daily. To date, Metro-North stations have been cleaned more than 9,500 times, train cars have been cleaned more than 17,000 times.

"Those trains are cleaner than they've ever been in my lifetime," Gov. Andrew Cuomo said in his Wednesday briefing.

Face covering signage has been posted at all stations to remind riders they need one to travel.

MTA Metro-North Railroad President Catherine Rinaldi will appear on Facebook Live with Westchester County Executive George Latimer to discuss the reopening of the Mid-Hudson Valley region and Metro-North's Essential Service Plan enhancements.

WHEN: 11 a.m. Monday
WHERE: Facebook Live https://www.facebook.com/westchestergov/

---

*SEE ALSO:*

- *Metro-North Adds Trains, Masks, Sanitizer For Hudson Valley*

- *Dramatic Turnaround As Hudson Valley Enters Phase 2: Cuomo*

♡ Thank     💬 Reply     ↝ Share                                    ⚑

---

See more local news

Loading... ∴

⟩

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. ◆ Bedford-Katonah, NY News
**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. ◆ New City, NY News
**Crime Roundup: Attempted Murder Of Federal Officer**

4. ◆ Mount Vernon, NY News
**Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. ◆ Mount Vernon, NY News
**Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

### Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

### Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP       🌐 Add to Chrome                          Publishers     Advertisers     About     Mission     Careers     Contact

☰  **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 Hudson  ›  Metro-North Ridership Jumps As Hudson Va...

# Metro-North Ridership Jumps As Hudson Valley Reopens In Phase 2

**Patch** Mount Vernon Patch     [ Follow ]              
06-10



<u>HUDSON VALLEY</u>, NY — Ridership on Metro-North Railroad increased to 20,140 riders on June 8, equaling 10 percent of Metro-North's pre-pandemic ridership. That's up from 4 percent mid-pandemic.

Ridership      Long Island      Transit      Rail Transport      Line      Decal      Social Distancing

Fordham      Hudson Valley      Westchester County      Scarsdale

Metro-North Ridership Jumps As Hudson Valley Reopens      Facebook Live

Metropolitan Transit Authority      MTA Metro-North Railroad


Andrew
Cuomo

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

**Going well. I think! Thar**

Axios  |  1d

**GOP fears worst yet to come**

👍 3317      💬 5282      ↗ Share



NBC News  |  1d

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰ ⌁ **NEWS BREAK**    Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**treatment**

👍 5222    💬 11162    ↗ Share

## Comments / 0

| Sign in | to post a message |

### Hudson, NY Newsletter

📬

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Top News

Recommended by                    |

Paid Content                    by        |

| Sponsored | 1/5 |

📍Hudson, NY  |  columbiapaper.com  |  6h

**Hudson man faces new, multiple charges of child sex abuse**

HUDSON—Mohammed Ali, 68, of Hudson has been indicted for a second time in as many months on sex…

💬 1    ↗ Share

⚪ Pelham (New York) Patch        [ Follow ]
📍Hudson, NY  |  6h

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you misse…

💬 Comment    ↗ Share

📍Hudson, NY  |  Patch  |  16h

**Mid Hudson Valley, NY Coronavirus Updates & News For October 4**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you misse…

💬 Comment    ↗ Share

📍Hudson, NY  |  columbiapaper.com  |  1d

**Housing authority tries to find good help**

HUDSON—A new board member, moratoriums on fees and evictions, the census and the coronavirus were…

💬 1    ↗ Share

🖥 Download News Break APP  |  ⊕ Add to Chrome

☰  **↗ NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

💬 Comment    Share

---

⚪  **Hudson Valley Post**                              Follow
    📍 Hudson, NY  21h

**HV College Tuition Ranked From Cheapest to Most Expensive Universities**

Which university in the Hudson Valley costs the most to attend? The answer might surprise you. Whether…

💬 Comment    Share

---

📍 Hudson, NY  |  longisland.com  |  16h

**The Great Hudson River Revival Restream**

The Great Hudson River Revival, the world's oldest and largest music & environmental festival went virtual…

💬 Comment    Share

---

⚪  **Mid Hudson Valley Patch**                        Follow
    📍 New Rochelle, NY  |  1d

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 1    Share

---

⚪  **InsideHook**                                     Follow
    📍 Hudson, NY  |  1d

**Aston Martin Makes Home Design Debut in the Hudson River Valley**

Can an iconic design sensibility in one area of everyday life be translated into another? Over the years, Asto…

💬 Comment    Share

---

⚪  **97.7 & 97.3 The Wolf**                            Follow
    📍 Poughkeepsie, NY  22h

**Hudson Valley Man Accused of Stealing $2,500 From Supermarket**

A Hudson Valley man is accused of robbing a local supermarket. On Tuesday, Sept. 29, New York State Poli…

💬 Comment    Share

---

⚪  **Pelham (New York) Patch**                        Follow
    📍 Hudson, NY  |  1d

**Hot Real Estate; Chipotle To Open; Children Testing Positive**

HUDSON VALLEY, NY — Here are the share-worthy stories from the Hudson Valley Patch network to talk…

💬 Comment    Share

---

⚪  **101.5 WPDH**                                      Follow
    📍 Hudson, NY  |  1d

**Fake Money Passed at Hudson Valley Animal Rescue Shelter**

A Hudson Valley animal rescue shelter is in need of help after counterfeit $100 bills were passed at its store…

💬 1    Share

---

⚪  **101.5 WPDH**                                      Follow
    📍 Poughkeepsie, NY  |  2d

**Cops: Two Young Girls Raped at Hudson Valley Hotel, Two Arrested**

Two teens from the Hudson Valley are accused of raping two young girls at a local hotel. On June 30, the…

💬 Comment    Share

---

📱 Download News Break APP   |   ⊘ Add to Chrome

☰  **NEWS BREAK**          Home      Local      Classifieds        🔍 Your city or ZIP code          ⊙ Sign in

💬 Comment    ↪ Share

⊙  **101.5 WPDH**                                                    [ Follow ]
📍 Hudson, NY  |  1d

**Five Burger Joints That Should Expand In The Hudson Valley**

Americans eat more than 50 billion hamburgers every year according to research done by PBS. Are we read…

💬 1    ↪ Share

⊙  **Science Times**                                                 [ Follow ]
📍 Cairo, NY  |  8h

**From the City of the Dead: 59 Coffins Found in Saqqara, South of Cairo**

Almost five dozens of ancient coffins were found in a necropolis, or "city of the dead," near Saqqara, south o…

💬 Comment    ↪ Share

📍 Hudson, NY  |  untappedcities.com  |  2d

**Sail Up the Hudson on a Fall Foliage Cruise**

The leaves will soon be changing and there are few better ways to appreciate the vibrant colors of fall than…

💬 Comment    ↪ Share

📍 Hudson, NY  |  hvmag.com  |  2d

**Hudson Valley Movies Theaters Await the Day They Can Reopen**

With no word from New York State on when movie theaters can welcome the public once more, local film…

💬 Comment    ↪ Share

📍 Yonkers, NY  |  yonkerstimes.com  |  2d

**Artist Vinnie Bagwell Among October Offerings at Hudson River Museum**

The Hudson River Museum is hosting a combination of virtual and onsite events throughout October. All…

💬 Comment    ↪ Share

⊙  **Hudson Valley Post**                                            [ Follow ]
📍 Hudson, NY  |  1d

**Fall Foliage Quickly Moving to Peak Levels in the Hudson Valley**

Is it just me or did the Hudson Valley change overnight?. First off, Happy October. Heading into last weeken…

💬 Comment    ↪ Share

**Sponsored Link**                              Recommended by      |

 NEWS BREAK

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰    NEWS BREAK       Home    Local    Classifieds       🔍 Your city or ZIP code       👤 Sign in

**Nearby Cities**

| | |
|---|---|
| Claverack | Stottville |
| Athens | Columbiaville |
| Leeds | Hollowville |
| Coxsackie | Mellenville |
| Stuyvesant Falls | Livingston |
| Philmont | Climax |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | |
| Mission | |
| Contact | |
| Careers | |

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch.

 Log in

## Mount Vernon, NY   + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Sports

Shared from New York City, NY

# Mets Vs. Yankees Clash Postponed After Coronavirus Diagnoses

Two people in the Mets organization had positive tests.

By Associated Press, News Partner
Aug 20, 2020 5:38 pm ET

Like  355     Share

💬 Replies (21)



Two people in the Mets organization tested positive for coronavirus. (Kristin Borden/Patch)

NEW YORK CITY — The New York Mets received two positive tests for COVID-19 in their organization Thursday, Major League Baseball said, prompting the postponement of two games.

The finale of the Mets' four-game series at Miami was called off an hour before it was scheduled to start Thursday night. Friday's game between the Mets and New York Yankees at Citi Field was also postponed to allow for additional testing and contact tracing to be conducted, MLB said.

The Marlins were still scheduled to travel to Washington for a series against the Nationals beginning Friday. The Marlins had a coronavirus outbreak last month that forced them to suspend their season for eight days.



Subscribe >

♡ Thank     💬 Reply (21)     ↗ Share                                      ⚑

## More from Mount Vernon

Crime & Safety | Sep 25
**Cross County Parkway Reopens After Fatal Accident**

Traffic & Transit | Sep 26
**Motorcyclist Killed In Crash On The Hutch**

Crime & Safety | 3d
**Sisters Pocketed $22,000 Of Mother's Pension After She Died**

>

See more local news

## Local Events

+ Post event

### Upcoming

**Getting to the Point with Supreme Court Justice Stephen Breyer**

Thu, Oct 8, 2020 at 11:00 AM
Mount Vernon, NY

See more events

## Neighbor Posts

+ Ask a Question

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY  |  4d

Given the rise in coronavirus cases in the Hudson Valley, what's your take on trick-or-treating for Halloween in and around Mount Vernon?

♡ Thank   💬 Reply   ↪ Share

---

Local News Tip



**Robert Phifer**, Neighbor
Mount Vernon, NY  |  Sep 26

Big accident on Hutchinson River Parkway under the new bridge on Lincoln tonight Friday Sept 25

♡ Thank (1)   💬 Reply   ↪ Share

---

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY  |  Sep 23

Now that Mount Vernon schools have been in session for a couple of weeks, how do you feel about remote learning?

♡ Thank   💬 Reply   ↪ Share

---



**Jackie Forbes-Clarke**, Neighbor
Mount Vernon, NY  |  Sep 15

Need Health Coverage?
•Not Covered under your employer's Health Plan?
•Have a disability, but not qualify for disability benefits?

Read more

♡ Thank     💬 Reply     ↪ Share                                    ⚐

---

Local Question

**Linda Marie**, Neighbor
Mount Vernon, NY  |  Sep 15

Anobody knows a good private investigator?

♡ Thank     💬 Reply     ↪ Share                                    ⚐

---

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY  |  Sep 8

Have you volunteered at a local food bank or helped to address hunger or food insecurity in Mount Vernon in some other way? Tell us about your experience.

♡ Thank     💬 Reply     ↪ Share                                    ⚐

> See more neighbor posts

## Local Classifieds                                **+ Post classified**

🏠 Housing  |  3d
**Roommate needed**

🐾 Lost & Found  |  Sep 16
**Steve Dariano**

💼 Job Listing  |  Sep 8
**Quality Carpenter**

> See more classifieds

## Latest News Nearby                                              ❯

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News

Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman

3. ⚲ New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. ⚲ Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. ⚲ Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

10/4/2020     Mets vs. Yankees Clash Postponed After Coronavirus Diagnoses | Patch

Case 1:20-cv-10959-LGS   Document 1-8   Filed 12/28/20   Page 31 of 58

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.



10/4/2020

Mets vs. Yankees Clash Postponed After Coronavirus Diagnoses | NewsBreak

📱 Download News Break APP  |  ⊕ Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰   NEWS BREAK          Home    Local    Classifieds     🔍 Your city or ZIP code      👤 Sign in

News Break  ▸  📍 New York State  ▸  📍 New York  ▸  Mets Vs. Yankees Clash Postponed After C...

# Mets Vs. Yankees Clash Postponed After Coronavirus Diagnoses

**Mount Vernon Patch**
08-20

[ Follow ]

   



NEW YORK CITY — The New York Mets received two positive tests for COVID-19 in their organization Thursday, Major League Baseball said, prompting the postponement of two games. The finale of the Mets' four-game series at Miami was called off an hour before it was scheduled to start Thursday night....

MLB    Coronavirus Disease 2019    Miami Marlins    Citi Field    COVID-19 Pandemic

New York Mets    Major League Baseball    New York Yankees    Coronavirus Diagnoses

Washington

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

### GOP fears worst yet to come

👍 3316    💬 5280    ↗ Share



NBC News  |  1d



Download News Break APP | Add to Chrome
Publishers Advertisers About Mission Careers Contact

NEWS BREAK Home Local Classifieds Your city or ZIP code Sign in

## Comments / 0

Sign in to post a message

## Published by

Mount Vernon Patch Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

Comment Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

Comment Share

## Top News

Recommended by

Sponsored 1/5

CBS New York
Manhattan, NY | 6h Follow

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to...

23 Share

Manhattan, NY | Gothamist.com | 5h

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o...

8 Share

**treatment**

5221 11160 Share

## New York, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content** by

10/4/2020

Mets vs. Yankees clash postponed after coronavirus diagnoses | NewsBreak

📱 Download News Break APP   🌐 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰  🅝 NEWS BREAK     Home     Local     Classifieds     🔍 Your city or ZIP code     👤 Sign in

💬 2   ➦ Share

📍 New York, NY   |   marylandmatters.org   |   5h
**Frank DeFilippo: Between Trump and Debtor's Prison**
There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment   ➦ Share

📍 New York, NY   |   News 12   |   5h
**Family, residents remember girl killed at Bensonhurst intersection**
A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment   ➦ Share

📍 New York, NY   |   Bronx Times   |   6h
**How to choose the best type of high school for your teen**
High school will surely look different this year with blended learning, but we're confident NYC schools will…

💬 Comment   ➦ Share

📍 New York, NY   |   ComicBook   |   4h
**Police Have Questioned Someone in Relation to Attack on Rick Moranis**
Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 1   ➦ Share

📍 New York, NY   |   kulturehub.com   |   4h
**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**
Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat…

💬 Comment   ➦ Share

⚪ 94.3 The Point                                                    [ Follow ]
📍 New York, NY   |   4h
**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**
Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1   ➦ Share

📍 New York, NY   |   amny.com   |   5h
**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**
Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1   ➦ Share

📍 New York, NY   |   NBC New York   |   3h
**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**
NYC asked for state approval to shutdown all non-essential businesses and schools in 9 zip codes with…

💬 2   ➦ Share

⚪ Forest Hills Patch                                               [ Follow ]
📍 New York, NY   |   4h
**Forest Hills: 5 Newest Homes To Hit The Market**
FOREST HILLS, NY — When you're in the market for a new place, keeping tabs on all the latest listings can…

📱 Download News Break APP    ⬤ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰    〽 NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    ⬤ Sign in

**Central Park carriage horses back on the job after 6 months**

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the…

💬 Comment    ↗ Share

⬤ Salon    [ Follow ]
📍 New York, NY  |  6h

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby…

💬 Comment    ↗ Share

📍 New York, NY  |  BET  |  5h

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2    ↗ Share

📍 New York, NY  |  NY Daily News  |  7h

**We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door**

As if the reality of 2020 isn't scary enough. New Yorkers — or gluttons for punishment — who haven't had…

💬 1    ↗ Share

⬤ Hudson Valley Post    [ Follow ]
📍 New York, NY  |  6h

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↗ Share

📍 New York, NY  |  Gothamist.com  |  4h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↗ Share

📍 New York, NY  |  abc7ny.com  |  6h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↗ Share

📍 New York, NY  |  New York Post  |  8h

**30 products on sale this weekend that you'll actually want to buy**

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment    ↗ Share

**Sponsored Link**                                        Recommended by

10/4/2020    Case 1:20-cv-10959-LGS   Document 1-8   Filed 12/28/20   Page 36 of 58

Mets vs. Yankees clash postponed after coronavirus diagnoses | News Break

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code     Sign in

**Nearby Cities**

Chinatown
Newport
Weehawken
Jersey City
West New York
Yorkville

Chelsea
Hoboken
Long Island City
Brooklyn
Manhattan
Sunnyside

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

⊗ Log in

Midtown-Hell's Kitchen, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Traffic & Transit

# Midtown Pols, Advocates Rally For 5th Avenue Busway

Transportation advocates demanded Thursday that the mayor reverse plans to scale back a planned busway along Fifth Avenue.

By Nick Garber, Patch Staff 
Sep 10, 2020 5:34 pm ET  |  Updated Sep 10, 2020 7:02 pm ET

Like 4     Share

💬 Reply



"New Yorkers deserve world-class transit," Marco Conner DiAquoi, deputy director of the advocacy group Transportation Alternatives, said at Thursday's rally on the steps of the Stephen A. Schwarzman library at Bryant

Park. (Nick Garber/Patch)

MIDTOWN MANHATTAN, NY — A cohort of transportation advocates and elected officials braved a Thursday morning drizzle to call on Mayor Bill de Blasio to follow through with plans to construct a busway along Fifth Avenue, following news last month that the project would be scaled back.

For years, advocates have asked the city to construct a car-free busway along traffic-clogged Fifth Avenue, akin to the one installed on 14th Street last fall.

But the city's latest plans, presented by a Department of Transportation representative at a community board meeting last month, scrapped the busway in favor of a travel lane that would be shared with private vehicles. Retailers along the corridor had complained about "signage clutter" that would have accompanied the redesigned avenue, the DOT said.



Critics say the city should not have surrendered to the retailers' demands, arguing that a serious redesign remains necessary to speed up commutes along the typically-packed avenue.

"New Yorkers deserve world-class transit," Marco Conner DiAquoi, deputy director of the advocacy group Transportation Alternatives, said at Thursday's rally on the steps of the Stephen A. Schwarzman library at Bryant Park. "Only a true, full-fledged busway on Fifth Avenue is acceptable."

As if to underline the rally's message, two NYPD vehicles pulled up to monitor the event — and parked squarely in the middle of the bus lane for its duration.



9:57 AM · Sep 10, 2020

♡ 412    💬 72 people are Tweeting about this

Other elected officials backing the original busway plan included City Councilmember Keith Powers, Assemblymember Dick Gottfried, and State Sen. Brad Hoylman, who cited the "overwhelming success" of the 14th Street busway.

Speakers were flanked by sign-holding transportation advocates, bearing messages critical of the influence of upscale retail on the city's plans: "Rolex, Tiffany's, Armani? Fuhgedaboudit! Put people first now."

*Past coverage: Midtown's Fifth Avenue Gets 23-Block Busway, Mayor Says*

♡ Thank (1)    💬 Reply    ↱ Share                              🚩

See more local news

Loading...

**Latest News Nearby**

1. 📍 Midtown-Hell's Kitchen, NY News
   **Midtown Library Lions Lose Masks | Midtown Week In Review**

2. ● New York City, NY News
**CDC Stresses Vaccines As New York Enters Flu Season**

3. ● New York City, NY News
**NYC Restaurants Go Months Without Inspections During Coronavirus**

4. ● Midtown-Hell's Kitchen, NY News
**Masks Stolen From Midtown Library Lions: Report**

5. ● Across America, US News
**13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

**Nearby Communities**

Chelsea

Gramercy-Murray Hill

West Village

Upper East Side

East Village

New York City

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Case 1:20-cv-10959-LGS Document 1-8 Filed 12/28/20 Page 41 of 58

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



10/4/2020                                Midtown Pols, Advocates Rally For 5th Avenue Busway - News Break

📱 Download News Break APP    |    ⊕ Add to Chrome



☰ **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍New York State  ›  📍Manhattan  ›  Midtown Pols, Advocates Rally For 5th Av...

# Midtown Pols, Advocates Rally For 5th Avenue Busway

 **Midtown-Hell s Kitchen Patch**      ( Follow )
23d

    



MIDTOWN MANHATTAN, NY — A cohort of transportation advocates and elected officials braved a Thursday morning drizzle to call on Mayor Bill de Blasio to follow through with plans to construct a busway along Fifth Avenue, following news last month that the project would be scaled back. For years, advocates...

| | | | |
|---|---|---|---|
| Fifth Avenue | Midtown Manhattan | Official | Bryant Park | 14th Street |
| Department Of Transportation | BUS | Deputy Mayor | DOT | Transportation Alternatives |
| State | Marco Conner DiAquoi | Assemblymember Dick Gottfried | MIDTOWN MANHATTAN |
| Bus Lanes |

      

Bill De Blasio    Stephen A.      Keith Powers    Brad
                 Schwarzman                      Hoylman

**Read Full Story**

## Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios  |  1d

**GOP fears worst yet to come**

👍 3306    💬 5273    ↗ Share



NBC News  |  1d

**Trump 'doing very well' during first night at Walter**

https://www.newsbreak.com/new-york/manhattan/news/2058379574841/midtown-pols-advocates-rally-for-5th-avenue-busway                                              1/5

10/4/2020                    Midtown Pols, Advocates Rally For 5th Avenue Busway | News Break

📱 Download News Break APP    |    🌐 Add to Chrome                    Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

## Comments / 0

| Sign in | to post a message |

## Published by

⚪  Midtown-Hell s Kitchen Patch                                    Follow

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment        ➤ Share

**Midtown Library Lions Lose Masks | Midtown Week In Review**

MIDTOWN MANHATTAN, NY — Miss any headlines in Midtown this week? Patch's week in review has you covered for the neighborhood's top news. MIDTOWN MANHATTAN, NY — No good deed, or symbolic gestur…

💬 Comment        ➤ Share

## Top News

Recommended by

| Sponsored | 1/5 |

⚪  **CBS New York**                                    Follow
📍 Manhattan, NY  |  6h

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to…

💬 23        ➤ Share

📍 Manhattan, NY   Gothamist.com  |  4h

### Manhattan, NY Newsletter

✉️

We will send daily local briefing to your mailbox.

Email Address

| Subscribe |

### Paid Content                    by              |

📱 Download News Break APP　　🌐 Add to Chrome

Publishers　　Advertisers　　About　　Mission　　Careers　　Contact

☰ ⚡ NEWS BREAK　　　Home　　Local　　Classifieds　　　🔍 Your city or ZIP code　　　👤 Sign in

---

📍 New York, NY ｜ NEWS10 ABC ｜ 5h

### SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back…

💬 2 ｜ ↪ Share

---

📍 New York, NY ｜ marylandmatters.org ｜ 4h

### Frank DeFilippo: Between Trump and Debtor's Prison

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment ｜ ↪ Share

---

📍 New York, NY ｜ News 12 ｜ 4h

### Family, residents remember girl killed at Bensonhurst intersection

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment ｜ ↪ Share

---

📍 New York, NY ｜ Bronx Times ｜ 5h

### How to choose the best type of high school for your teen

High school will surely look different this year with blended learning, but we're confident NYC schools will…

💬 Comment ｜ ↪ Share

---

📍 New York, NY ｜ ComicBook ｜ 3h

### Police Have Questioned Someone in Relation to Attack on Rick Moranis

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 Comment ｜ ↪ Share

---

📍 New York, NY ｜ kulturehub.com ｜ 3h

### Rethinking the 'new normal': How the pandemic has forced us to open our eyes

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat…

💬 Comment ｜ ↪ Share

---

⚪ 94.3 The Point　　　　　　　　　　　　　　　　　　[ Follow ]
📍 New York, NY ｜ 3h

### Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1 ｜ ↪ Share

---

📍 New York, NY ｜ amny.com ｜ 4h

### Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1 ｜ ↪ Share

---

📍 New York, NY ｜ NBC New York ｜ 2h

### NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State

NYC asked for state approval to shutdown all non-essential businesses and schools in 9 zip codes with…

💬 2 ｜ ↪ Share

📱 Download News Break APP    🌐 Add to Chrome

☰ ⚡ **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

💬 Comment    ↗ Share

---

📍 New York, NY   |   Middletown Press   |   6h

**Central Park carriage horses back on the job after 6 months**

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the…

💬 Comment    ↗ Share

---

⚪ Salon
📍 New York, NY   |   5h                                            Follow

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby…

💬 Comment    ↗ Share

---

📍 New York, NY   |   BET   |   5h

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2    ↗ Share

---

📍 New York, NY   |   NY Daily News   |   6h

**We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door**

As if the reality of 2020 isn't scary enough, New Yorkers — or gluttons for punishment — who haven't had…

💬 1    ↗ Share

---

⚪ Hudson Valley Post
📍 New York, NY   |   5h                                            Follow

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↗ Share

---

📍 New York, NY   |   Gothamist.com   |   3h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↗ Share

---

📍 New York, NY   |   abc7ny.com   |   5h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↗ Share

---

📍 New York, NY   |   New York Post   |   7h

**30 products on sale this weekend that you'll actually want to buy**

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment    ↗ Share

---

**Sponsored Link**                                    Recommended by          |


**Nearby Cities**

Chinatown
Newport
Weehawken
Jersey City
West New York
Yorkville

Chelsea
Hoboken
Long Island City
Brooklyn
Manhattan
Sunnyside

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

Log in

**Carroll Gardens-Cobble Hill, NY**   + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Traffic & Transit

Shared from New York City, NY

# MTA Alerts Vendors: Your Contracts In Jeopardy Without Fed Aid

The transit agency fired off letters warning 11 major contractors that it needs $12 billion in federal aid or else be unable to pay.

By Matt Troutman, Patch Staff  P

Sep 18, 2020 11:26 am ET

Like 22    Share

Reply







The transit agency fired off letters warning 11 major contractors that it needs $12 billion in federal aid or else be unable to pay. (Yassie Liow/Patch)

NEW YORK CITY — MTA's contracts with its major suppliers are in "jeopardy" without $12 billion in federal aid, the transit agency warned.

Eleven national suppliers received dire letters this week from MTA Chairman Patrick Foye, who wrote the coronavirus pandemic has devastated his agency.

MTA is losing $200 million revenue losses every week, a crisis that even eclipses the impact the Great Depression had on the city's transit system, Foye wrote.

Subscribe >

"I am writing to alert you that because of this financial devastation, many current and all future contracts are in jeopardy without an injection of $12 billion in emergency federal aid," Foye wrote the supplies. "In response to the COVID crisis, the MTA has implemented immediate and aggressive cost controls, including undertaking a thorough review of all new and planned expenditures."

The suppliers — which include Alstom Transportation, Bombardier Transportation and Siemens Corporation — are located in 25 states from Florida to Kentucky to California.

The letters are the latest warning sounded by MTA officials as they face a $16 billion projected deficit amid the pandemic. They've previously warned of "draconian" service cuts of up to 40 percent without federal stimulus.

New York: Finding Our Way Forward

♡ Thank    💬 Reply    ↪ Share            🏳

---

## More from Carroll Gardens-Cobble Hill

Politics & Government | Sep 18
### High-Income New Yorkers To City: We're Thinking Of Leaving You

Community Corner | 2d
### 'No Protesting Allowed': Sign Baffles Upper East Side BLM Group

Crime & Safety | 3d
### WATCH: Woman Rips Down Prayer Poster At Upper East Side Synagogue

See more local news     

## Local Events

+ Post event

## Upcoming

### Child's Play NY Fall Film Fest

Thu, Oct 8, 2020 at 6:00 PM
Carroll Gardens-Cobble Hill, NY

## Featured

### WEBINAR: Quarterly Investment Outlook

Wed, Oct 7, 2020 at 7:00 PM

See more events

## Neighbor Posts                    + Ask a Question

Local Question

 **Bernice**, Neighbor
Carroll Gardens-Cobble Hill, NY | Sep 17

How do I go about finding a nanny job on this website

♡ Thank    💬 Reply    ↗ Share

See more neighbor posts

## Local Classifieds                  + Post classified

Featured Classified | 🏷 For Sale | 3d

### Estonia 6'3" Grand Piano Model#L190, Serial #6337

Featured Classified | 📋 Other | 3d

### Music Teacher

Featured Classified | 🔧 Gigs & Services | 6d

**Let's get Creative! Kids 7-11!**

Featured Classified | 🏠 Housing | 21h
**Apartment for Sale - Highly Motivated Seller! ($479,000)**

📋 Other | Sep 18
**Roommate Needed Nov 1 in Cobble Hill**

See more classifieds

## Latest News Nearby

1. 📍 New York City, NY News
   **CDC Stresses Vaccines As New York Enters Flu Season**

2. 📍 New York City, NY News
   **NYC Schools Reopen | This Week In New York City**

3. 📍 New York City, NY News
   **NYC Restaurants Go Months Without Inspections During Coronavirus**

4. 📍 Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

5. 📍 Carroll Gardens-Cobble Hill, NY News
   **Carroll Gardens–Cobble Hill Weekend Weather Forecast**

Find out what's happening in your community on the Patch app

>

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Brooklyn

Gowanus-Red Hook

Park Slope

Fort Greene-Clinton Hill

Brooklyn Heights-DUMBO

Prospect Heights-Crown Heights

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

10/4/2020                    MTA Alerts Local Contracts in Jeopardy Without Federal Aid

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break › 📍 New York State › 📍 New York › MTA Alerts Vendors: Your Contracts In Je...

# MTA Alerts Vendors: Your Contracts In Jeopardy Without Fed Aid

Patch **Carroll Gardens-Cobble Hill Patch**    [ Follow ]
16d

    



<u>NEW YORK CITY</u> — MTA's contracts with its major suppliers are in 'jeopardy' without $12 billion in <u>federal aid</u>, the transit agency warned. Eleven national suppliers received dire letters this week from MTA Chairman Patrick Foye, who wrote the coronavirus pandemic has devastated his agency. MTA is losing $200 million...

Subsidy    Public Transport    Transit    COVID-19 Pandemic    Vendor    Supply Chain

Stimulus Money    Bombardier Transportation    Metropolitan Transportation Authority

Financial Aid    Service Revenue    Financial Crisis    Alstom Transportation

Siemens Corporation

[ **Read Full Story** ]

### Sponsored Stories

Recommended by |

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News

 **Donald J. Trump** ✔️
@realDonaldTrump

Going well. I think! Thar

Axios | 1d

**GOP fears worst yet to come**

👍 3303    💬 5272    ↗ Share



NBC News | 1d

📱 Download News Break APP   |   🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   🔺 **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     👤 Sign in

**treatment**

👍 5219    💬 11143    ➤ Share

## Comments / 0

| Sign in | to post a message |

**New York, NY Newsletter**

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Published by

🟢 Patch   **Carroll Gardens-Cobble Hill Patch**     Follow

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment    ➤ Share

**CDC Stresses Vaccines As New York Enters Flu Season**

NEW YORK CITY – Flu season is starting, and though it's early enough the cases in New York remain minimal, public health officials are warning the getting a flu shot this year is critical. Nationally, just under 45,900…

💬 Comment    ➤ Share

**Paid Content**    by

## Top News

Recommended by

*www.your-health-today.com*   Sponsored

🟢 CBS2   **CBS New York**     Follow
📍 Manhattan, NY | 6h

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to…

💬 23    ➤ Share

📍 Manhattan, NY | Gothamist.com | 4h

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o…

📱 Download News Break APP    🌐 Add to Chrome      Publishers    Advertisers    About    Mission    Careers    Contact

☰   🅝 NEWS BREAK     Home    Local    Classifieds      🔍 Your city or ZIP code    👤 Sign in

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back…

💬 2   ↗ Share

---

📍 New York, NY   marylandmatters.org   | 4h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment   ↗ Share

---

📍 New York, NY   News 12   | 4h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment   ↗ Share

---

📍 New York, NY   Bronx Times   | 5h

**How to choose the best type of high school for your teen**

High school will surely look different this year with blended learning, but we're confident NYC schools will…

💬 Comment   ↗ Share

---

📍 New York, NY   ComicBook   | 3h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 Comment   ↗ Share

---

📍 New York, NY   kulturehub.com   | 3h

**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat…

💬 Comment   ↗ Share

---

⚪ 94.3 The Point       [ Follow ]
📍 New York, NY   | 3h

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1   ↗ Share

---

📍 New York, NY   amny.com   | 4h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1   ↗ Share

---

📍 New York, NY   NBC New York   | 2h

**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**

Brooklyn Student Tests Positive for COVID-19 Up Next. NYC asked for state approval to shutdown all non-…

💬 2   ↗ Share

---

⚪ Forest Hills Patch       [ Follow ]
📍 New York, NY   | 3h

📱 Download News Break APP     ⊘ Add to Chrome                    Publishers    Advertisers    About    Mission    Careers    Contact

☰  🅽 NEWS BREAK          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

---

📍 New York, NY  |  Middletown Press  |  6h

**Central Park carriage horses back on the job after 6 months**

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the…

💬 Comment        ↗ Share

---

⚪ Salon
📍 New York, NY  |  5h                                                    [ Follow ]

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby…

💬 Comment        ↗ Share

---

📍 New York, NY  |  BET  |  4h

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2        ↗ Share

---

📍 New York, NY  |  NY Daily News  |  6h

**We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door**

As if the reality of 2020 isn't scary enough, New Yorkers — or gluttons for punishment — who haven't had…

💬 1        ↗ Share

---

⚪ Hudson Valley Post
📍 New York, NY  |  5h                                                    [ Follow ]

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment        ↗ Share

---

📍 New York, NY  |  Gothamist.com  |  3h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5        ↗ Share

---

📍 New York, NY  |  abc7ny.com  |  5h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment        ↗ Share

---

📍 New York, NY  |  New York Post  |  7h

**30 products on sale this weekend that you'll actually want to buy**

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment        ↗ Share

---

**Sponsored Link**                              Recommended by                    |

Download News Break APP  |  Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

NEWS BREAK

Home      Local      Classifieds

Your city or ZIP code            Sign in

**Nearby Cities**

Chinatown
Chelsea
Long Island City
Weehawken
Union City
West New York

Newport
Hoboken
Jersey City
Brooklyn
Guttenberg
Astoria

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

 

Terms of Use      Privacy Policy

© 2020 Particle Media. All Rights Reserved.