# EXHIBIT I

# Patch

⊕ Log in

**West Village, NY**  `+ Follow`

**News Feed**   **Neighbor Posts**   **Classifieds**   **Calendar**

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Traffic & Transit

## MTA Announces Service Changes For 4, 5, 6 Lines For August

During weeknights and weekends, there will be no service on the 4, 5 and 6 subway lines south of Grand Central-42nd Street.

By Gus Saltonstall, Patch Staff 
Aug 10, 2020 1:21 pm ET  |  Updated Aug 10, 2020 1:26 pm ET

Like 18    Share                          💬 Reply



time and allow us to move around stopped trains if there is a disruption, like a rider needing medical attention."



Here's what you need to know about the weeknight and weekend service changes for the three trains from Aug. 10-31:

- **4 trains** will run between the Woodlawn station in the Bronx and Grand Central 42nd Street in Manhattan. The 4 will make only local stops in Manhattan.

- **5 trains** will run in the Bronx only.

- **6 trains** will run between the Pelham Bay Park station in the Bronx and Grand Central 42nd Street in Manhattan.

Along with the track switch repairs, the MTA will focus on a collection of "fast track" improvements on the 4, 5, and 6 lines during the closures.

In an effort to provide additional service near 4 and 5 stations in Lower Manhattan, N trains will make local stops in Manhattan on the R line.

For other alternative services, you can use the 7 train to connect to the 2, 3, N, Q, R lines at Times Sq-42nd Street. The 42nd Street Shuttle will also start running again to help riders during these changes.

However, the Shuttle does not run on weeknights.

The subway is still closed for cleaning every night from 1 a.m. to 5 a.m.

You can find out more about the 4, 5, 6, service changes on the MTA's website.

♡ Thank (1)    ⬭ Reply    ↝ Share



Loading... ⋮

**Latest News Nearby**

1. ⚐ West Village, NY News
   **Almost Entire NYU Paper Resigns | West Village Week In Review**

2. ⚐ West Village, NY News
   **New Art Installation Coming To A Plaza In The Flatiron District**

3. ⚐ New York City, NY News
   **CDC Stresses Vaccines As New York Enters Flu Season**

4. ⚐ New York City, NY News
   **NYC Restaurants Go Without Inspections During Coronavirus**

5. ⚐ Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

SoHo-Little Italy

Chelsea

Gramercy-Murray Hill

East Village

Tribeca-FiDi

Across New York

View All Communities

>

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



A subway sign for the 4, 5, and 6 trains. (David Allen/Patch)

NEW YORK, NY — The Metropolitan Transportation Authority is making major changes to its 4, 5, 6 train service — from Aug. 10 through Aug. 31 — in the name of "replacing old track switches" near 14 St-Union Sq.

Service on the three trains will remain unchanged during weekdays, but there will be no service during the 21 days on the 4, 5, 6 trains south of Grand Central-42nd Street on weeknights and weekends.



"The switches between the southbound local and express tracks north of 14 St-Un......q
are at the end of their useful lives — they were last replaced more than 20 years ago,"
the MTA says on its website. "Reliable switches are critical to keeping trains running on

 NEWS BREAK

☐ Download News Break APP | 🔗 Add to Chrome          Publishers    Advertisers    About    Mission    Careers    Contact

☰  Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 Brooklyn  ›  MTA Announces Service Changes For 4, 5, …

# MTA Announces Service Changes For 4, 5, 6 Lines For August

🟢 Patch  **Chelsea (New York) Patch**    [ Follow ]
08-10

[f]  [🟢]  [✉]  [🐦]  [reddit]



NEW YORK, NY — The Metropolitan Transportation Authority is making major changes to its 4, 5, 6 train service — from Aug. 10 through Aug. 31 — in the name of 'replacing old track switches' near 14 St-Union Sq. Service on the three trains will remain unchanged during weekdays, but...

MTA    New York City Subway    Train    Line    Metropolitan Transportation Authority

Census    NYCT Subway    Keeping Trains    Weekdays    Reliable Switches    Express

Grand Central-42nd Street    Pic

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in…

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is…

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He…

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh…

### Trending News



Fox News · 4h

#### Trump could be discharged from the hospital as soon as Monday

👍 4336    💬 4372    ↪ Share



CBS New York · 1d

📱 Download News Break APP   |   ⊘ Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰ 🅽 NEWS BREAK    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

## Comments / 0

| Sign in    to post a message |
| --- |

## Published by

🅿 Chelsea (New York) Patch                                    Follow

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment    ↗ Share

**New Art Installation Coming To A Plaza In The Flatiron District**

LOWER MANHATTAN, NY — A new art installation is coming to the Flatiron District in Lower Manhattan. On Tuesday, the Flatiron/23rd Street Partnership and Van Alen Institute announced the winner of the seventh…

💬 Comment    ↗ Share

## Top News

Recommended by   |

| Sponsored   1/5 |
| --- |

📍 Queens, NY   |   amny.com   |   5h

**NYC SHOOTINGS: Shooter causes Brooklyn crash, three shot in Queens drive-by**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 10    ↗ Share

📍 Brooklyn, NY   |   News 12   |   4h

**COVID clusters across Brooklyn force 2 school closures**

Gov. Andrew Cuomo and health officials are working to contain coronavirus clusters in more than a dozen z…

💬 2    ↗ Share

📍 Brooklyn, NY   |   papermag.com   |   3h

**currently on oxygen**

👍 5536    💬 6479    ↗ Share

## Brooklyn, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

| Subscribe |
| --- |

## Paid Content                by

Download News Break APP      Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

**NEWS BREAK**       Home      Local      Classifieds         Your city or ZIP code       Sign in

---

📍 Brooklyn, NY  |  brooklynvegan.com  |  4h

### Bushwig took over a Brooklyn park with drag (pics)

Annual NYC drag festival Bushwig couldn't hold its ninth, 2020 edition as usual this year because of COVID-…

💬 4      Share

---

📍 Brooklyn, NY  |  News 12  |  6h

### Police arrest 1 suspect in January shooting at Kingsborough Houses

Police have made an arrest in the January murder of a Brooklyn man. Rashawn Brown was arrested and…

💬 5      Share

---

📍 Brooklyn, NY  |  New York YIMBY  |  8h

### Affordable Housing Lottery Launches Sea Breeze Tower in Coney Island, Brooklyn

The housing lottery is now open for Sea Breeze Tower, a 20-story residential development at 271 Sea Breez…

💬 Comment      Share

---

📍 Brooklyn, NY  |  NY Daily News  |  7h

### JUSTICE STORY: The scary summer when teen 'Kill for Thrills' gang terrorized Brooklyn

As the body was fished out of the East River and placed faceup on a lonely pier under the Williamsburg…

💬 5      Share

---

📍 Brooklyn, NY  |  newsbrig.com  |  9h

### Off-duty FDNY firefighter arrested for allegedly choking girlfriend

An off-duty New York City firefighter was arrested and charged with assaulting his girlfriend and her two…

💬 4      Share

---

📍 Queens, NY  |  queenseagle.com  |  6h

### Koslowitz, Jewish leaders denounce anti-Semitic coverage of COVID rise

Members of the Queens Jewish Community Council, faith leaders and elected officials gathered outside the…

💬 10      Share

---

📍 New York, NY  |  abc7ny.com  |  7h

### Coronavirus News: 12 NYC neighborhoods with COVID-19 positivity rates above 3%

NEW YORK CITY (WABC) -- The New York City Health Department continues to track four concerning cluster…

💬 5      Share

---

**The Staten Island Advance**                      Follow
📍 Brooklyn, NY  |  6h

### As NYC's infection rate rises, what would trigger mass school closures?

NEW YORK, N.Y. -- Nearly half a million students returned for in-person learning as of this week, but as the…

💬 3      Share

---

📍 Brooklyn, NY  |  Gothamist.com  |  6h

### Students, Teachers At Brooklyn School Forced To Quarantine After Student Tests Positive For COVID-19

Students and teachers at a school in Bed-Stuy have been ordered to quarantine for 14 days after interacting…

💬 Comment      Share

---

MTA Announces Service Changes for 4-5-6 Lines August | News Break

Download News Break APP   |   Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  N NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

💬 Comment    ↗ Share

---

📍 Brooklyn, NY  |  hotnewhiphop.com  |  3h

**Rah Swish Comes Out Swinging With "50 Bars, Pt. 4"**

You may remember Rah Swish from his many collaborations with the late Pop Smoke but the Brooklyn rapp…

💬 Comment    ↗ Share

---

⚪  aiptcomics                                                    [ Follow ]
📍 Brooklyn, NY  |  7h

**'Witches of Brooklyn' review: Unique and wonderful**

! This is our chance to set the mood for the spookiest and scariest month of the year as we focus our…

💬 Comment    ↗ Share

---

📍 Brooklyn, NY  |  brownstoner.com  |  6h

**Top 10 Brooklyn Real Estate Listings: A Brooklyn Heights Co-op, a Flatbush Single-Family**

The most popular listings on Brownstoner this week include a wood frame in Park Slope, a Queen Anne in…

💬 Comment    ↗ Share

---

📍 Brooklyn, NY  |  shorefrontnews.com  |  14h

**Brooklyn Democrats Announce Plan To Fight Illegal Guns**

State Senator Andrew Gounardes, Brooklyn District Attorney Eric Gonzalez and City Councilman Justin…

💬 7    ↗ Share

---

📍 Brooklyn, NY  |  shorefrontnews.com  |  13h

**2,500 Come Out in Support of Malliotakis & Trump**

Assemblywoman Nicole Malliotakis is getting lots of love in Staten Island as she bids to replace Max Rose i…

💬 8    ↗ Share

---

⚪  Amomama                                                      [ Follow ]
📍 Brooklyn, NY  |  7h

**Kenya Moore's Daughter Brooklyn Poses in a Swimsuit & Hat While Winking at the Camera (Photo)**

Brooklyn Daly, the adorable daughter of "The Real Housewives of Atlanta" star Kenya Moore, looked all…

💬 Comment    ↗ Share

---

⚪  CBS New York                                                 [ Follow ]
📍 Brooklyn, NY  |  16h

**Police Question Someone In Connection To Unprovoked Attack On Actor Rick Moranis**

NEW YORK (CBSNewYork) — Police have questioned someone in connection to the random attack on actor…

💬 4    ↗ Share

---

**Sponsored Link**                          Recommended by         |



🔲 Download News Break APP   |   🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   〽️ **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     Sign in

**Nearby Cities**

| | |
|---|---|
| Ridgewood | Maspeth |
| Glendale | Chinatown |
| New York | Middle Village |
| Sunnyside | Long Island City |
| Ozone Park | Woodhaven |
| Rego Park | Elmhurst |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | Map |
| Mission | Publishers |
| Contact | Advertisers |
| Careers | |

**Local News**

**Legal**        **Support**

Do Not Sell My Info       Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch.

Sign up

**Upper East Side, NY**

News Feed          Neighbor Posts          Classifieds          Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Restaurants & Bars

Shared from New York City, NY

# No More 'Cuomo Chips' For NYC Coronavirus Alcohol Orders

Restaurants must serve "substantial food" with alcohol orders under updated state guidance designed to halt alcohol-only orders in pandemic.

By Matt Troutman, Patch Staff 
Jul 23, 2020 9:56 am ET

Like  4.4K        Share

Replies (5)



Restaurants must serve "substantial food" with alcohol orders under updated state guidance designed to halt alcohol-only orders in pandemic. (Marc Torrence/Patch)

NEW YORK CITY — Buying bag of chips or popcorn no longer will get you an unlimited drinking ticket at New York City's recently-reopened bars and restaurants.

Alcohol orders must not be served alongside "substantial food," according to updated guidance by the State Liquor Authority.

The guidance closes a loophole in Gov. Andrew Cuomo's recent order that establishments can only serve alcohol to people ordering food. The loophole was exposed by enterprising upstate bar that sold $1 "Cuomo Chips" to patrons.

Subscribe ❯

❯

Cuomo frequently railed against boozy crowds in New York City and made clear the return to outdoor dining is just for eating, not parties. The updated state guidance echoes his statements.

"As a restaurant or bar owner, in determining whether a particular item is substantial enough, please keep in mind the purpose of this policy: to ensure that patrons are enjoying a sit-down dining experience among a small group with drinks, i.e. a meal, and not a drinking, bar-type experience," the guidance states. "A drinking, bar-type experience often involves or leads to mingling and other conduct that is non-compliant with social distancing and the use of face covering and is therefore not yet a safe activity during the current health emergency."

Examples of "substantial food" in the guidance are sandwiches, soups, salads, wings or hot dogs. "A bag of chips bowl of nuts, or candy alone are not," the guidance states.

So long, "Cuomo Chips."

New York: Finding Our Way Forward



♡ Thank (1)        💬 Reply (5)        ↪ Share                                🏳

See more local news

Loading...

**Latest News Nearby**

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

›

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 **NEWS BREAK**    Home    Local    Classifieds     🔍 Your city or ZIP code     👤 Sign in

News Break  ›  📍New York State  ›  📍New York  ›  No More 'Cuomo Chips' For NYC Coronaviru...

# No More 'Cuomo Chips' For NYC Coronavirus Alcohol Orders

🔵 **Upper East Side Patch**
07-23

[ Follow ]

    



NEW YORK CITY — Buying bag of chips or popcorn no longer will get you an unlimited drinking ticket at New York City's recently-reopened bars and restaurants. Alcohol orders must not be served alongside 'substantial food,' according to updated guidance by the State Liquor Authority. The guidance closes a loophole...

Restaurant    Liquor    Trade    Popcorn    Government    Coronavirus    Alcohol Orders

Cuomo Chips    Drinking Alcohol    Candy Bars    State Liquor Authority    Drinks

Establishments


Andrew
Cuomo

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch Mcconnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



The Hill | 13h

### Trump renews call for pre-debate 'drug test'

👍 3902    💬 10307    ↗ Share



CBS Miami | 1d

📱 Download News Break APP   |   ⊕ Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰ 🅝 NEWS BREAK     Home   Local   Classifieds     🔍 Your city or ZIP code     👤 Sign in

👍 4005   💬 5623   ↗ Share

## Comments / 0

| Sign in | to post a message |

## Published by

🟢 Patch   **Upper East Side Patch**          Follow

### Upper East Side Weekly Weather Forecast

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment   ↗ Share

### 5 New Houses For Sale In The Upper East Side Area

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment   ↗ Share

## Related

Recommended by

| Sponsored   1/5 |

📍 Westhampton, NY   |   indyeastend.com   |   24d

### Zeldin Delivers RNC Speech from Westhampton VFW Post

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment   ↗ Share

## Sponsored Link

Recommended by

Paid Content          by





NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code    Sign in

**Nearby Cities**

Chinatown                          Newport
Chelsea                            Hoboken
Long Island City                   Jersey City
Weehawken                          Brooklyn
Union City                         Guttenberg
West New York                      Astoria

**Categories**

Coronavirus                        Crime & Safety
Traffic & Transit                  Weather
Living                             Accident
Lifestyle                         Municipal
Real Estate                       Sports
Obituary                          Education

**Recommended Cities**

NYC News                          Detroit News
Denver News                       Chicago News
Austin News                       San Jose News
Columbus News                     Fort Worth News
Phoenix News                      San Diego News

**Company**                       **Local News**

About                             Map
Mission                           Publishers
Contact                           Advertisers
Careers

**Legal**                         **Support**

Do Not Sell My Info               Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Case 1:20-cv-10959-LGS Document 1-9 Filed 12/28/20 Page 21 of 49

# Patch

**Sign up**

## Farmingdale, NY

| News Feed | Neighbor Posts | Classifieds | Calendar |

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Business

Shared from North Fork, NY

# North Fork Roadhouse Owners On Controversy After Trump Parade

"It was never our intention to silence anyone's speech." North Fork Roadhouse owners said everyone is welcome at their establishment.

By Lisa Finn, Patch Staff 
Sep 23, 2020 4:57 pm ET  |  Updated Sep 24, 2020 9:12 am ET

Like 639        Share

💬 Replies (32)

>



Owners of the North Fork Roadhouse said no business should mix politics or religion. (Lisa Finn/Patch)

MATTITUCK, NY — A popular North Fork establishment has spoken out after a controversy owners said arose from the "MAGA-Gras" Trump parade Sunday.

The parade, which kicked off in East Northport and headed through Riverhead and the North Fork, included thousands of drivers and bystanders out in support, as well as a group of protesters in Greenport.

After the event, owners of the North Fork Roadhouse, located in Mattituck, spoke out on Facebook.

Subscribe >

"Yesterday, our business became embroiled in a political controversy," owners said. "Our business was approached to allow some of the people that had participated in a car and truck parade showing support for Donald Trump in the upcoming election, and to welcome them to enjoy food and beverages. This is a sticky situation because no business should mix politics, religion or business."

The business, located at 9095 Sound Avenue in Mattituck, was launched by three owners, Jon Troyan and Keith and Brian Lewin, all of Aquebogue, in April, despite the challenges of the pandemic.

Prior to the event, owners said they had a conversation with event organizer Shawn Farash.

"We were concerned that it would appear we were getting involved in politics and endorsing one candidate for president versus another," the owners said in their statement online. "Since we wished to remain neutral and welcome all sides of the political spectrum and members of both political parties, we asked the organizers of this event to keep 'political displays' low-key by removing Trump flags from vehicles in our parking lot to remove the appearance of an official endorsement or political position — and the organizers agreed to these terms."

Some who participated in the event weren't informed of the request and "didn't get the memo" from the event organizers, the statement read.

"Those people were rightly confused and perhaps angered, feeling that their right to express support for their candidate was being suppressed and that they were being discriminated against when our business asked for compliance with this agreement. For that anger, we feel horrible as it was never our intention to silence anyone's speech," owners said.

The owners of the business apologized to anyone who was "confused, hurt or offended . . . . Our bar and restaurant was at capacity all day; patrons had a great time and follo the strict guidelines of the New York State Liquor Authority and health departme mandates."

There were patrons wearing political clothing and hats "and not one person was refused service," owners said. However, they added, the situation could have been handled differently.

Owners added they regretted the "unfortunate" incident and would work to address such issues "in a more diplomatic fashion."

The restaurant displays military, veteran, firefighter and police memorabilia, owners said.

"The North Fork Roadhouse always has and always will do everything possible to make everyone feel comfortable at our establishment. We apologize to anyone who felt slighted or hurt by our actions," owners said, adding that all were welcomed back. "Thank you to our local community for your continued support. We love the North Fork and our beautiful country."

Farash, meanwhile, spoke out in support of the North Fork Roadhouse.

"I met the owner personally on Sunday night and told him that I understood his position and respected his right to make any decision that he wants to make regarding his business," Farash said. "For those who feel that his requests are unreasonable, it is then their right to take their business elsewhere — and that should be that. No reason to trash anyone's reputation or take shots. I certainly wouldn't do that."

He added: "I don't like cancel culture, so I enjoyed my time at North Fork Roadhouse when I was there and I look forward to going back in the future."

Added the North Fork Roadhouse owners, "Please know everyone is welcome at our establishment."



♡ Thank (1)    💬 Reply (32)    ↗ Share

See more local news

Loading...

**Latest News Nearby**

1. 📍 Farmingdale, NY News
   **Farmingdale Weekly Weather Forecast**

2. 📍 Farmingdale, NY News
   **Farmingdale: Check Out 5 Local Homes For Sale**

3. 📍 Farmingdale, NY News
   **Albany Avenue School Staff Member Tests Positive For Coronavirus**

4. 📍 Farmingdale, NY News
   **Best Farmingdale-Area Pumpkin Patches 2020**

5. 📍 Across America, US News
   **15 Good News Stories: 'Be The Bridge'; Trash Talk; Truth's Truths**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Massapequa

Plainview

Levittown

Lindenhurst

Hicksville

Wantagh-Seaford

View All Communities

**Topics**

Arts & Entertainment

Business

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Case 1:20-cv-10959-LGS Document 1-9 Filed 12/28/20 Page 28 of 49



□ Download News Break APP    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰ ⌁ **NEWS BREAK**     Home    Local    Classifieds      🔍 Your city or ZIP code     ⊙ Sign in

News Break › 📍 New York State › 📍 Mattituck › North Fork Roadhouse Owners On Controver...

# North Fork Roadhouse Owners On Controversy After Trump Parade

Patch **Farmingdale Patch**    ⬜ Follow
4d

    



MATTITUCK, NY — A popular North Fork establishment has spoken out after a controversy owners said arose from the 'MAGA-Gras' Trump parade Sunday. The parade, which kicked off in East Northport and headed through Riverhead and the North Fork, included thousands of drivers and bystanders out in support, as well as a group of protesters in Greenport.

Riverhead    Parade    Greenport    NY    New York (state)    North Fork Roadhouse

Facebook    Trump Politics    New York State Liquor Authority    Shawn Farash    Keith

Brian Lewin    Jon Troyan    Trump Flags    East Northport


Donald
Trump

| Read Full Story |
| :---: |

**Sponsored Stories**

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



The Hill | 13h

**Trump renews call for pre-debate 'drug test'**

👍 3903    💬 10309    ↗ Share



CBS Miami | 1d

Download News Break APP  |  Add to Chrome

Publishers  Advertisers  About  Mission  Careers  Contact

# NEWS BREAK

Home  Local  Classifieds

Your city or ZIP code

Sign in

👍 4005  💬 5624  ➡ Share

### Mattituck, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Comments / 0

Sign in  to post a message

## Published by

Patch **Farmingdale Patch**  Follow

**Farmingdale Weekly Weather Forecast**

FARMINGDALE, NY — Here's a look at the week-ahead weather, as reported by Darksky. Mostly cloudy throughout the day. Mostly cloudy throughout the day. Rain starting in the afternoon. High 76, low 67. Chan…

💬 Comment  ➡ Share

**Farmingdale: Check Out 5 Local Homes For Sale**

FARMINGDALE, NY — Looking for a new home nearby, but getting tired of looking through the same old real-estate listings again and again? With our weekly list of new homes in your area, you can be sure you're not…

💬 Comment  ➡ Share

## Related

### Paid Content  by

Recommended by

Sponsored  1/5

📍Bridgehampton, NY  ·  indyeastend.com  ·  24d

**COVID-19 Antibody Testing, Cardiovascular Screening in Bridgehampton Friday**

Suffolk County Executive Steve Bellone and the Bridgehampton Child Care & Recreational Center will hold…

💬 Comment  ➡ Share

Download News Break APP | Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

  NEWS BREAK

Home    Local    Classifieds

Your city or ZIP code    Sign in

**Nearby Cities**

Laurel                     New Suffolk
Cutchogue                  Jamesport
South Jamesport            Peconic
Aquebogue                  Flanders
Southold                   Hampton Bays
Riverhead                  Southampton

**Categories**

Coronavirus                Crime & Safety
Traffic & Transit          Weather
Living                     Accident
Lifestyle                  Municipal
Real Estate                Sports
Obituary                   Education

**Recommended Cities**

NYC News                   Detroit News
Denver News                Chicago News
Austin News                San Jose News
Columbus News              Fort Worth News
Phoenix News               San Diego News

**Company**                **Local News**

About                      Map
Mission                    Publishers
Contact                    Advertisers
Careers

**Legal**                  **Support**

Do Not Sell My Info        Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

**Patch**

Sign up

**Upper East Side, NY**

| News Feed | Neighbor Posts | Classifieds | Calendar |
|-----------|----------------|-------------|----------|

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Politics & Government

Shared from New York City, NY

# NYC Tax Lien Sale Scuttled In Clashing Cuomo, De Blasio Orders

Gov. Andrew Cuomo issued an executive order stopping the sale while Mayor Bill de Blasio announced it would be delayed until Sept. 25.

By Matt Troutman, Patch Staff 
Sep 4, 2020 4:23 pm ET  |  Updated Sep 4, 2020 4:49 pm ET

Like 82    Share

💬 Replies (5)





Mayor Bill de Blasio announced Friday that he would delay the city's tax lien sale until late September. (Maria Cormack-Pitts/Patch)

NEW YORK CITY — A last-minute delay to New York City's tax lien sale potentially saved thousands of low-income homeowners from calamity.

The reprieve unfolded in tit-for-tat announcements by Gov. Andrew Cuomo and Mayor Bill de Blasio.

First, Cuomo announced he issued an executive order that spiked the sale, which was criticized by a growing chorus of advocates and elected officials. Then, within minutes, de Blasio announced he delayed it until Sept. 25.

Subscribe >

"Postponing the lien sale will allow New Yorkers more time to work with the City on their best path forward," de Blasio said in a statement.

The tax lien sale — in which properties' debts on taxes, bills and other charges are scooped up by collectors — has been scheduled to go forward Friday after two delays.

Advocates and elected officials called on de Blasio to cancel the sale altogether or, at the very least, remove 4,700 small homes with three units or less from the list. Those homes are largely owned by low-income New Yorkers in communities of color hit hard by the coronavirus pandemic, they argued.

"This decision to move forward with the lien sale is especially difficult to comprehend in light of evidence that it inordinately impacts communities of color," a group of officials led by state Attorney General Letitia James wrote.

But de Blasio gave no public evidence of budging. When asked about the concerns by a Patch reporter last week, he said the properties went on the list before the coronavirus crisis and could account for "a serious amount of money" for the city.

He appeared to relent Friday — the scheduled day of the sale — when his office released a statement announcing the "postponement."

That statement came after Cuomo's announcement — made with James — of his executive order.

"COVID-19 caused enormous disruption in the daily lives of New Yorkers, including their ability to keep a roof over their head," Governor Cuomo said in a statement. "The tax and water lien sale was delayed in May in recognition of this hardship, and given the current economic climate it makes sense to delay it again so that homeowners aren't facing further uncertainty. This measure is part and parcel with our ongoing efforts to help New Yorkers weather the ongoing public health emergency."

It's unclear if Cuomo's executive order would have any affect on the new tax sale announced by de Blasio.



De Blasio's release stated property owners facing hardships making their property tax payments can take advantage of Department of Finance exemption programs to lower the amount of taxes owed, standard payment plans or a new Property Tax and Interest Deferral (PT AID) program, for those who qualify.

The department also offerss a monthly property tax billing service to facilitate budgeting for property owners billed on a quarterly or semi-annual basis.

People can find out more on those programs can be found on the agency's website, according to the release.

New York: Finding Our Way Forward

♡ Thank (2)    💬 Reply (5)    ↪ Share       🏳

See more local news

Loading...

## Latest News Nearby

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Case 1:20-cv-10959-LGS  Document 1-9  Filed 12/28/20  Page 37 of 49

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP     🌐 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰   **NEWS BREAK**          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 New York  ›  NYC Tax Lien Sale Scuttled In Clashing C...

# NYC Tax Lien Sale Scuttled In Clashing Cuomo, De Blasio Orders

Patch **Upper East Side Patch**
23d

[ Follow ]

 f   ⚪   ✉   🐦   🔴



NEW YORK CITY — A last-minute delay to New York City's tax lien sale potentially saved thousands of low-income homeowners from calamity. The reprieve unfolded in tit-for-tat announcements by Gov. Andrew Cuomo and Mayor Bill de Blasio. First, Cuomo announced he issued an executive order that spiked the sale, which...

Lien     Coronavirus Disease 2019     Executive Order     Property Tax     Taxes

Department Of Finance     ET Replies     Patch     Governor Cuomo     Sale     Yorkers

Elected Officials     Mayor

                     🧑
Andrew          Bill De Blasio     Letitia James     James
Cuomo

[ Read Full Story ]

### Sponsored Stories

Recommended by

---

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch Mcconnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News


The Hill  |  13h

**Trump renews call for pre-debate 'drug test'**

👍 3899     💬 10279     ↗ Share


CBS Miami  |  1d

📱 Download News Break APP   |   🌐 Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰   🔺 **NEWS BREAK**      Home   Local   Classifieds      🔍 Your city or ZIP code      👤 Sign in

👍 4004   💬 5615   ➤ Share

## Comments / **0**

| Sign in | to post a message |

## Published by

🟢 Upper East Side Patch                                    Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment   ➤ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment   ➤ Share

## Related

Recommended by                              |

| Sponsored   1/5 |

📍Westhampton, NY   |   indyeastend.com   |   24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment   ➤ Share

## Sponsored Link

Recommended by                              |

### New York, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content

by            |

 NEWS BREAK

Download News Break APP  |  Add to Chrome

Publishers  Advertisers  About  Mission  Careers  Contact

Home  Local  Classifieds

Your city or ZIP code

 Sign in

**Nearby Cities**

Chinatown
Chelsea
Long Island City
Weehawken
Union City
West New York

Newport
Hoboken
Jersey City
Brooklyn
Guttenberg
Astoria

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

⊙ Log in

**Across Arizona** + Follow

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Weather

# Old Farmer's Almanac Winter 2020-21 Predictions For Arizona

The Old Farmer's Almanac just released its long-range winter forecast. Are we in for a reprieve, or will this year stick to what it knows?

By Lindsay Walker, Patch Staff 
Aug 23, 2020 7:30 am MT | Updated Aug 23, 2020 10:32 am MT

Like 47 | Share

💬 Reply



The Old Farmer's Almanac released its long-range forecast for winter of 2020-21. See what to expect this winter. (Abraham Allen/Patch)

ARIZONA — If you assumed the United States is in for a terrible winter with below-freezing temperatures and apocalyptic amounts of snow for no other reason except it's 2020, we wouldn't blame you.

However, you might also be jumping to conclusions.

The Old Farmer's Almanac — not to be confused with its rival forecast predictor, Farmers' Almanac — just released its highly anticipated predictions for winter 2020-21. Blame it on forecaster optimism or Mother Nature throwing our disaster-weary souls a bone, but most of us are actually in for a reprieve from harsh winter weather this year.

Subscribe >

The centuries-old forecaster is predicting a light winter for most of the United States, with warmer-than-normal temperatures expected for a large part of the country.

Arizona is included in the promising forecast. The Old Farmer's Almanac predicts our state can expect below normal snowfall in most areas that normally receive snow, with the snowiest periods coming in late December and late February. Winter will be colder and drier than normal, according to the Almanac.

Not every state will experience ideal winter weather, forecasters say, though affected areas are limited. Uncommonly chilly temperatures are predicted in Western states and far northeastern New England.

On the precipitation side of things, expect "wet" to be a wintertime constant. Rain or snowfall that is average to below average will be the standard throughout most of the country, while snowfall will be greater than normal in the Northeast, Wisconsin, Upper Michigan, the High Plains and northern Alaska.

What's shaping this year's weather? Forecasters attribute this year's prediction t                              t, temperature trends across the world.

Case 1:20-cv-10969-LGS Document 1-9 Filed 12/28/20 Page 48 of 49

The Old Farmer's Almanac, founded in 1792, is the oldest continuously published periodical in North America, according to its website. In fact, the almanac has released weather predictions since George Washington was president.

Each year, the authors of the Almanac go back to see just how accurate their predictions were for the previous year. When it comes to the 2019-20 winter season, they found that they were 80.5 percent accurate, which is just above their typical 80 percent.

♡ Thank (1)      ⟳ Reply      ↗ Share                                        ⚑





Loading... ∴

**Trending Now Across Patch**

1. 📍 Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

2. 📍 Across America, US News
   **Mask-Wearing Mandatory At Security Council After Trump Test: BLOG**

3. 📍 White House, US News
   **Trump's Health In Question Days Into Coronavirus Diagnosis**

4. 📍 Across America, US News
   **Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

5. 📍 Point Pleasant, NJ News
   **Ex-NJ Gov. Chris Christie Hospitalized After COVID-19 Diagnosis**

Find out what's happening in your community on the Patch app



Stay up to date on crime and safety

with the Neighbors app by Ring

## Communities

Tempe

Scottsdale

Tucson

Palm Desert

Las Vegas

Ramona

View All Communities

## Topics

Arts & Entertainment

Business

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Obituaries

Personal Finance

Pets

Politics & Government

Restaurants & Bars

Schools

Sports

Traffic & Transit

Travel

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.



📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact



☰ 〽 **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     👤 Sign in

News Break ❯ 📍 Arizona ❯ Old Farmer's Almanac Winter 2020-21 Pred...

# Old Farmer's Almanac Winter 2020-21 Predictions For Arizona

Patch **Across Arizona Patch**
08-23     [ Follow ]

    



ARIZONA — If you assumed the United States is in for a terrible winter with below-freezing temperatures and apocalyptic amounts of snow for no other reason except it's 2020, we wouldn't blame you. However, you might also be jumping to conclusions. The Old Farmer's Almanac — not to be confused...

Snow     Forecasting     Arizona     Winter Storm     United States     Wisconsin

Upper Peninsula Of Michigan     Colder Weather     Weather Forecasters     Farmers ' Almanac

Weather Predictions     Harsh Winter Weather     Ideal Winter Weather     ARIZONA

Normal Snowfall


George
Washington

[ **Read Full Story** ]

## Sponsored Stories

Recommended by    |

### Trending People

Donald Trump
Donald John Trump is the 45th President of the United States, in...

Joe Biden
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

Melania Trump
Melania Trump is the First Lady of the United States of America. He...

Mark Meadows

Kellyanne Conway
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4484    💬 4618    ↪ Share



CBS New York | 1d

Download News Break APP   |   Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

☰  NEWS BREAK          Home     Local     Classifieds          Your city or ZIP code          Sign in

**currently on oxygen**

👍 5539     💬 6482     ↗ Share

**Paid Content**                    by                    |

## Comments / 24

Sign in | to post a message

View All 24 Comments ⌄

## Published by

Across Arizona Patch                                          Follow

**Coronavirus Pandemic Tests Strength Of U.S. Grandfamilies: Report**

ACROSS AMERICA — Since the start of the coronavirus pandemic, grandparents and older Americans were given the same, stern guidance: Keep yourself safe from infection. Avoid interaction with others. Visit…

💬 Comment     Share

**Supreme Court To Review Arizona Ballot Law**

WASHINGTON (AP) — The Supreme Court said Friday it will review a 2016 Arizona law that bars anyone but a family member or caregiver from returning another person's early ballot. The law itself, however, remains in…

💬 Comment     Share

## Top News

Recommended by                    |

*RockRocket Mobile*  4/5
Sponsored

Fox News
5h                                                            Follow

**Trump could be discharged from the hospital as soon as Monday**

President Trump could be released from the Walter Reed Medical Center as soon as Monday, his medical…

💬 4618     Share

📱 Download News Break APP   |   🌐 Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

≡  ⋀ NEWS BREAK        Home     Local     Classifieds        🔍 Your city or ZIP code       👤 Sign in

**Trump's physician says he is fever-free and not currently on oxygen**

Dr. Sean Conley, President Trump's physician, provided an update Saturday on the president's condition at…

💬 6482    ➤ Share

---

NPR  |  1d

**Trump's Doctor Says He's 'Doing Very Well,' But Timeline Raises Serious Questions**

President Trump is "doing very well," his physician says, but the timeline laid out by doctors in a Saturday…

💬 8544    ➤ Share

---

Axios
20h                                                          Follow

**Biden says he told some governors "don't endorse me … because you'll pay a penalty"**

Joe Biden said Saturday that he has discouraged some governors from endorsing him, warning them that if…

💬 1774    ➤ Share

---

bolde.com  |  7h

**Two Female Teachers Arrested For Having Threesome With Student**

Two Louisiana English teachers were arrested for allegedly having a threesome with a 16-year-old student.…

💬 919    ➤ Share

---

Axios
1d                                                           Follow

**GOP fears worst yet to come**

Republican officials tell us they worry that the number of infected people around President Trump will rise,…

💬 5280    ➤ Share

---

NBC News  |  1d

**Trump 'doing very well' during first night at Walter Reed hospital for Covid-19 treatment**

WASHINGTON — President Donald Trump, who has Covid-19 and was taken to Walter Reed National Militar…

💬 11160    ➤ Share

---

The Hill  |  1d

**Kellyanne Conway tests positive for COVID-19**

Former longtime adviser to President Trump Kellyanne Conway tested positive for COVID-19 on Friday.…

💬 6522    ➤ Share

---

**Sponsored Link**                           Recommended by           |



☰   **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     ⊙ Sign in

📱 Download News Break APP  |  ⊕ Add to Chrome       Publishers    Advertisers    About    Mission    Careers    Contact

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

**Local News**

| | |
|---|---|
| About | Map |
| Mission | Publishers |
| Contact | Advertisers |
| Careers | |

**Legal**

**Support**

| | |
|---|---|
| Do Not Sell My Info | Help Center |

**Topics**

Election 2020

Coronavirus

  



Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.