# EXHIBIT J

# Patch.

Pandemic Cancels Nyack's Halloween Parade, Costume Contest | Ha...

👤 Log in

## Mount Vernon, NY  + Follow

| News Feed | Neighbor Posts | Classifieds | Calendar |
| --- | --- | --- | --- |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

---

Seasonal & Holidays

Shared from Nyack-Piermont, NY

# Pandemic Cancels Nyack's Halloween Parade, Costume Contest

## Still, officials have plans for alternative fun that has "the famous, and sometimes crazy, Nyack Halloween vibe."

By Lanning Taliaferro, Patch Staff 

Sep 14, 2020 4:06 pm ET | Updated Sep 14, 2020 4:12 pm ET

Like 165    Share

💬 Reply

›





(Patch/ Bill Demarest )

NYACK, NY — Nyack's iconic Halloween parade and costume contest has been cancelled due to the coronavirus pandemic.

Hosted by the Nyack Chamber of Commerce and sponsored by leading local merchants, the event annually draws Halloween party fans from across the tri-state region, with hundreds of marchers and floats, more than 10,000 spectators, plus pre-and after-parade events at local parks, restaurants and bars. SEE: [VIDEO] Thousands Jam Downtown Nyack For Halloween Parade.

It's the biggest Halloween parade in New York outside of Greenwich Village (wher... parade has also been cancelled.)



Subscribe ›

It's just not an event when social distancing is easy or even possible; plus, in Phase 4 of New York state's post-outbreak reopening, gatherings are still limited to 50 or fewer people.

"But there's still plenty of scary fun to be had," said Katherine Davies, a Chamber board member.

The Chamber is hosting a virtual 'Halloween From Home' on Facebook, inviting everyone to post and view costume photos (including pets), videos, musical performances, cooking tutorials (the slimier the better) and more.

"Plus we're running a drive-by viewing of decorated houses for the kids," Davies said.

And then there's the Maskarade.

"Nyack merchants are already running a creative 'Maskarade' contest for all to show off their most spectacular pandemic masks," added Maria Luisa Whittingham of Nyack Merchants United. "There will be great prizes, to be awarded at a red carpet event in Nyack on October 30."

"The idea behind all these events is to engage people in the famous, and sometimes crazy, Nyack Halloween vibe — safely, and from their homes if they choose," said Roger Cohen, president of the Nyack Chamber.

New York: Finding Our Way Forward

♡ Thank (1)　　💬 Reply　　↗ Share

See more local news

Loading...

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

4. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Classifieds
Community Corner
Crime & Safety
Health & Fitness
Home & Garden
Kids & Family
Local Voices
Neighbor Posts
Obituaries
Personal Finance
Pets
Politics & Government
Real Estate
Restaurants & Bars
Schools
Seasonal & Holidays
Sports
Traffic & Transit
Travel
Weather

**Corporate Info**
About Patch
Careers

**Partnerships**
Advertise on Patch

**Support**
FAQs
Contact Patch
Community Guidelines
Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

10/4/2020

Pandemic Cancels Nyack's Halloween Parade, Costume Contest | News Break

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

News Break  ›  📍 New York State  ›  📍 Nyack  ›  Pandemic Cancels Nyack's Halloween Parad...

# Pandemic Cancels Nyack's Halloween Parade, Costume Contest

🅟 **Mount Vernon Patch**    [ Follow ]
20d

    




Nyack Chamber of Commerce



NYACK, NY — Nyack's iconic Halloween parade and costume contest has been cancelled due to the coronavirus pandemic. Hosted by the Nyack Chamber of Commerce and sponsored by leading local merchants, the event annually draws Halloween party fans from across the tri-state region, with hundreds of marchers and floats, more than 10,000 spectators, plus pre-and after-parade events at local parks, restaurants and bars. SEE: [VIDEO] Thousands Jam Downtown Nyack For Halloween Parade.

Costume Party    COVID-19 Pandemic    Social Distancing    Costume Contest

New York (state)    Greenwich Village    Halloween Parade    Fun Home    Local Events

Pets    Nyack Chamber Of Commerce    Facebook    Nyack Merchants United

Katherine Davies    Maria Luisa Whittingham

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios | 1d

**GOP fears worst yet to come**

👍 3315    💬 5280    ↗ Share



NBC News | 1d





📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

**Read Full Story**

treatment

👍 5220   💬 11158   ➦ Share

## Sponsored Stories

Recommended by

### Nyack, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Comments / 0

Sign in   to post a message

**Paid Content**          by

## Published by

⬤ Mount Vernon Patch                          Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment   ➦ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment   ➦ Share

## Top News

Recommended by

Sponsored   1/5

📱 Download News Break APP    ⊕ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰 NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        ⊙ Sign in

**Pearl River Patch**
📍 Pearl River, NY | 4h                                    Follow

**Pearl River: 5 Newest Homes To Hit The Market**

PEARL RIVER, NY — When you're in the market for a new place, keeping tabs on all the latest listings can tak...

💬 1    ↪ Share

News 12 | 18h

**Boat party planned for Clarkstown South students is postponed**

A boat party for Clarkstown South students is now postponed to the spring or summer, according to boatin...

💬 1    ↪ Share

📍 Bronx, NY | New York Post | 16h

**Homeless NYC man collared for attempted rape of girl in her bedroom**

A homeless man has been arrested on charges he tried to rape a 15-year-old Bronx girl in her bedroom whil...

💬 7    ↪ Share

**CBS New York**
📍 New York, NY | 19h                                    Follow

**More Than 1,700 New Coronavirus Cases Confirmed In New York, 957 In New Jersey**

NEW YORK (CBSNewYork/AP) — More than 1,700 new coronavirus cases were confirmed in New York on...

💬 6    ↪ Share

dailyvoice.com | 7h

**Missing 21-Year-Old Woman Located**

A 21-year-old woman who went missing in Northern Westchester has been found. State Police from the...

💬 1    ↪ Share

📍 Bronx, NY | New York Post | 22h

**'The virus is not real': NYC teacher struggles to keep students wearing masks**

It's a teacher's worst nightmare in the age of COVID-19. Misbehaving high school students take off their...

💬 12    ↪ Share

📍 Palisades, NY | New York Post | 21h

**Snakes reported inside upstate Columbia observatory as workers home amid COVID-19**

While the employees of The Lamont-Doherty Earth Observatory are away, the snakes will play. With workers...

💬 Comment    ↪ Share

📍 New York, NY | Mid-Hudson News Network | 1d

**Governor continues to push for compliance in COVID hotspots**

ALBANY- The state continues to track the COVID-19 hotspots in New York, most notably in the Spring...

💬 9    ↪ Share

**Tarrytown-Sleepy Hollow Patch**
📍 Sleepy Hollow, NY | 5h                                    Follow

**Tarrytown-Sleepy Hollow: 5 Newest Homes To Hit The Market**

Check out the most recently listed properties available in the Tarrytown-Sleepy Hollow area. TARRYTOWN-...

💬 Comment    ↪ Share

🗋 Download News Break APP     ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   🅽 **NEWS BREAK**     Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

New Castle Police recently arrested a Chappaqua man for allegedly stealing a Black Lives Matter yard sign...

💬 5    ➤ Share

---

**Harrison Patch**
📍 Harrison, NY | 5h      [Follow]

**5 New Harrison Area Properties For Sale**

HARRISON, NY — When you're in the market for a new home, hunting down every new listing in the area can...

💬 Comment    ➤ Share

---

**NJ.com**
📍 Oakland, NJ | 6h      [Follow]

**No. 6 Ramapo over Indian Hills - Girls soccer recap**

Mia Suchora compiled a hat trick for Ramapo, No. 6 in the NJ.com Top 20, in its 4-0 win over Indian Hills in...

💬 Comment    ➤ Share

---

yonkerstimes.com | 8h

**The Next West. DA, Mimi Rocah, Comments on Rep. Bendish Dropping Out**

Mimi Rocah, the Democratic nominee for Westchester County District Attorney, issued a statement followin...

💬 1    ➤ Share

---

📍 Montebello, NY | Mid-Hudson News Network | 19h

**Driver escapes injury when car crashes down embankment**

MONTEBELLO — A motorist escaped injury when she swerved to avoid hitting a deer in Montebello on...

💬 2    ➤ Share

---

📍 Piermont, NY | Patch | 16h

**Nyack-Piermont, NY Coronavirus Updates & News For October 4**

Latest coronavirus headlines from Nyack-Piermont, Rockland County and across New York:. New York state...

💬 Comment    ➤ Share

---

**New Rochelle Patch**
📍 New Rochelle, NY | 3h      [Follow]

**5 New Properties For Sale In The New Rochelle Area**

NEW ROCHELLE, NY — On the hunt for a new home nearby, but tired of seeing the same old listings every...

💬 Comment    ➤ Share

---

📍 New York, NY | New York Post | 21h

**Two men shot in head in separate shootings across NYC**

Two men were shot in the head Saturday across the Big Apple, police said. The first shooting happened in t...

💬 29    ➤ Share

---

📍 New Rochelle, NY | News 12 | 4h

**Fire Prevention Week in New Rochelle focuses on cooking fires**

It's Fire Prevention Week, and the New Rochelle Fire Department is focusing on cooking fires this year....

💬 Comment    ➤ Share

---

📍 Scarsdale, NY | NY Daily News | 11h

**The day Father Time ran me down**

10/4/2020                    Pandemic Cancels Nyack's Halloween Parade Costume Contest — NewsBreak

⬚ Download News Break APP   |   ⊕ Add to Chrome          Publishers    Advertisers    About    Mission    Careers    Contact

☰  🔺 NEWS BREAK          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

Yonkers Tribune.  |  4h

**Yorktown Lions Launches Home Decoration Contest**

YORKTOWN, NY — October 3, 2020 — The search for the spookiest home in Yorktown began Thursday with...

💬 Comment    ➤ Share

---

**Sponsored Link**                                          Recommended by              |

**Nearby Cities**

Valley Cottage                                      Grand View On Hudson
Blauvelt                                            West Nyack
Piermont                                            Sleepy Hollow
Orangeburg                                          Tarrytown
Sparkill                                            Bardonia
Tappan                                              Nanuet

**Categories**

Coronavirus                                         Crime & Safety
Traffic & Transit                                   Weather
Living                                              Accident
Lifestyle                                           Municipal
Real Estate                                         Sports
Obituary                                            Education

**Recommended Cities**

NYC News                                            Detroit News
Denver News                                         Chicago News
Austin News                                         San Jose News
Columbus News                                       Fort Worth News
Phoenix News                                        San Diego News

**Company**                                         **Local News**

About                                               Map
Mission                                             Publishers
Contact                                             Advertisers
Careers

---

Case 1:20-cv-10959-LGS Document 1-10 Filed 12/28/20 Page 13 of 56



Home    Local    Classifieds

Election 2020

Coronavirus

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

## Patch

**Upper East Side, NY**

| News Feed | Neighbor Posts | Classifieds | Calendar |

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

---

Politics & Government

# Protesters Bring Clash Over Homeless Shuffle To Mayor's Doorstep

An hourslong rally Sunday against the mayor's planned evictions at city homeless shelters culminated in a standoff outside Gracie Mansion.

By Nick Garber, Patch Staff 
Sep 14, 2020 1:22 pm ET  |  Updated Sep 14, 2020 7:20 pm ET

Like 120      Share                                                    💬 Replies (4)



City Councilmember Helen Rosenthal speaks during a rally Sunday at Carl Schurz Park against the mayor's decision to transfer homeless residents from several city shelters. (Nick Garber/Patch)

UPPER EAST SIDE, NY — Incensed by the city's decision to move homeless men from the Lucerne Hotel shelter, setting off a wave of evictions that threaten to displace hundreds of families around the city, residents and advocates held an hourslong protest Sunday that began on the Upper West Side, moved across town for a rally at Carl Schurz Park and then culminated in a standoff outside the mayor's home at Gracie Mansion.

Speakers focused their anger squarely at Mayor Bill de Blasio, accusing him of hypocrisy for campaigning on behalf of the city's poorest residents but then bowing to neighborhood pressure last week by pledging to move 283 men from the affluent Upper West Side, where residents mounted a fierce campaign against the temporary shelter.

"I would've thought Donald Trump was the mayor," State Sen. Brian Benjamin, who represents part of the Upper West Side, told the crowd gathered at Carl Schurz Park.



One Lucerne resident who calls himself Da Homeless Hero said that last week's announcement layered "trauma on top of trauma" for vulnerable residents who felt "moved around like pawns on a chessboard."

"When the news broke that we would be moved, I walked the halls of the Lucerne and into the neighborhood, and saw some of the strongest individuals I've come to know showing fear, confusion and disorientation," he said. "The trauma could be seen on their faces."

City Councilmember Helen Rosenthal, who represents the Upper West Side, urged de Blasio to cancel the transfers, arguing that "it's not too late" for the mayor to reverse his decision.

Marisol Hernandez works at Lenox Hill Hospital and lives at the Harmonia. She said her planned move to a South Bronx apartment has been jeopardized by the city's transfers. (Nick Garber/Patch)

The rally was organized by UWS Open Hearts Initiative, formed last month in opposition to the "Upper West Siders for Safer Streets" Facebook group, which led the charge to move the homeless residents — sometimes using violent, dehumanizing language in the process.

Those in attendance also included homeless residents of the Harmonia shelter in Midtown, where 150 families could be evicted this week to make way for men from the Lucerne. Shelter residents in Brooklyn and Queens also risk being uprooted during the shuffle.

A possible lawsuit by the Legal Aid Society prompted the city to temporarily halt the evictions last week, although more than a dozen families had already left the Harmonia.

De Blasio defended the transfers in a news conference Monday morning, arguing that the hotel shelters were always meant to be temporary, intended to reduce crowding in congregate shelters during the pandemic.

## "I can't move now"

Marisol Hernandez has lived at the Harmonia for eight months. A shelter provider called her Wednesday during her shift at Lenox Hill Hospital, where she works as an office coordinator, telling her to prepare to move.

The news was especially distressing for Hernandez, who had just signed a lease for her own apartment in the South Bronx. Now, the move-in process has been put on hold, and she fears the transfers will jeopardize her chance to get her own place.

"I can't move now. They're telling me by Friday, I'll have to go to another shelter," she said.

Following the rally, the group marched along the East River Esplanade over to Gracie Mansion, seeking to present the mayor with a "notice of transfer," instructing him to leave his residence and move to a homeless shelter.

The group, which included Rosenthal and Upper East Side councilmember Ben Kallos, stayed outside the mansion for more than three hours as they asked security guards to allow shelter residents to meet with the mayor before the transfers take place.

City Councilmembers Helen Rosenthal and Ben Kallos, along with Harmonia shelter resident Mike Bonano, presented Mayor Bill de Blasio with a "notice of transfer" at Gracie Mansion Sunday evening. (Courtesy of UWS Open Hearts)

Around 10 p.m., the group received a commitment that Marco A. Carrión, Commissioner of the Mayor's Office Community Affairs Office, would meet with residents and staff at the Lucerne and the Harmonia before any moves occur, according to UWS Open Hearts.

*Past coverage from Patch:*

- *'They're Not Garbage': Residents Condemn City's Homeless Shuffle*

- *Families Displaced From Midtown Shelter To Make Room For UWS Men*

♡ Thank (2)    💬 Reply (4)    ↱ Share

---

See more local news

Loading...

**Latest News Nearby**

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

5. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

6. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP    ⊕ Add to Chrome        Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**      Home    Local    Classifieds      🔍 Your city or ZIP code      👤 Sign in

News Break  &rsaquo;  📍 New York State  &rsaquo;  📍 New York  &rsaquo;  Protesters Bring Clash Over Homeless Shu...

# Protesters Bring Clash Over Homeless Shuffle To Mayor's Doorstep

Patch   **Upper East Side Patch**    [ Follow ]
13d

    



An hourslong rally Sunday against the mayor's planned evictions at city homeless shelters culminated in a standoff outside Gracie Mansion. Sep 14, 2020 1:22 pm ET|Updated Sep 14, 2020 7:20 pm ET. UPPER EAST SIDE, NY — Incensed by the city's decision to move homeless men from the Lucerne Hotel...

Gracie Mansion    Homelessness    Upper East    West Side    NY    Rally    Facebook

South Bronx    Mayor    City Streets    Side Streets    Legal Aid Society

Office Community Affairs Office    Harmonia    Marco A. Carrión

   👤      👤   👤

Bill De Blasio    Ben Kallos    Donald Trump    Helen Rosenthal    Brian Benjamin

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



The Hill | 13h

**Trump renews call for pre-debate 'drug test'**

👍 3896    💬 10274    ↗ Share



CBS Miami | 1d

🖥 Download News Break APP   |   ⊕ Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

☰  🔺 NEWS BREAK        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

👍 4004      💬 5611      ➤ Share

## Comments / **0**

| Sign in | to post a message |

## Published by

🟢 Patch   Upper East Side Patch                                    Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment      ➤ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment      ➤ Share

## Related

Recommended by                  |

Sponsored   1/5

📍 Westhampton, NY   |   indyeastend.com   |   24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment      ➤ Share

## Sponsored Link

Recommended by                  |

### New York, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content                  by          |





**Nearby Cities**

Chinatown                                    Newport
Chelsea                                      Hoboken
Long Island City                             Jersey City
Weehawken                                    Brooklyn
Union City                                   Guttenberg
West New York                                Astoria

**Categories**

Coronavirus                                  Crime & Safety
Traffic & Transit                            Weather
Living                                       Accident
Lifestyle                                    Municipal
Real Estate                                  Sports
Obituary                                     Education

**Recommended Cities**

NYC News                                     Detroit News
Denver News                                  Chicago News
Austin News                                  San Jose News
Columbus News                                Fort Worth News
Phoenix News                                 San Diego News

**Company**                                  **Local News**

About                                        Map
Mission                                      Publishers
Contact                                      Advertisers
Careers

**Legal**                                    **Support**

Do Not Sell My Info                          Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch.

👤 Log in

Mount Vernon, NY    ＋ Follow

| **News Feed** | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Community Corner
Shared from Tarrytown-Sleepy Hollow, NY

# Rallies, Marches For Black Lives Matter Scheduled

Organizers are requiring all participants to wear masks and social distancing.

By Michael Woyton, Patch Staff  
Jun 19, 2020 3:45 pm ET

Like  48      Share      💬 Replies (15)



Case 1:20-cv-10959-LGS   Document 1-10   Filed 12/28/20   Page 24 of 56

There will be unity and justice marches and rallies in the lower Hudson Valley this weekend. (Lanning Taliaferro/Patch)

HUDSON VALLEY, NY — Among the events this weekend to call for unity and justice are three in the lower Hudson Valley. At 10 a.m. Saturday, the Bronxville Unity Walk in support of Black Lives Matter will begin.

The march will start at Leonard Morange Square near the train station and will end on the steps of village hall. Speakers will include village Mayor Mary Marvin. There will be road closures in the area. Masks must be worn and social distancing should be observed as much as possible.

In Greenburgh, the March for Justice and Change will begin at 4 p.m. Saturday at Greenburgh Town Hall, 177 Hillside Ave., and work its way to the Victory Tabernacle of Deliverance, 10 County Center Road. Organizers said all participants must wear masks and social distance. They also suggest to bring water, signs and your voice.



On Sunday, the Black Lives Matter Say Their Names march will begin at 2 p.m. People should gather around 1 p.m. at Calvary Baptist Church, 32 West Post Road in White Plains. There will be a rally on Court Street (Main Street and Martine Avenue) in White Plains.

Organizers said the safe, peaceful family march and rally will be to "say the names of those killed and murdered because of unjust police actions."

All marchers will be required to wear a mask and gloves and should bring a bottle of water.

---

*Like Hudson Valley Patches' Facebook Pages.*

♡ Thank    💬 Reply (15)    ⇗ Share       🏳

**More from Mount Vernon**

Crime & Safety | Sep 25
## Cross County Parkway Reopens After Fatal Accident

Traffic & Transit | Sep 26
## Motorcyclist Killed In Crash On The Hutch

Crime & Safety | 3d
## Sisters Pocketed $22,000 Of Mother's Pension After She Died

See more local news

Loading...

### Latest News Nearby

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app



Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Case 1:20-cv-10959-LGS Document 1-10 Filed 12/28/20 Page 27 of 56

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Case 1:20-cv-10959-LGS Document 1-10 Filed 12/28/20 Page 28 of 56

 □ Download News Break APP | ⊕ Add to Chrome

Publishers　　Advertisers　　About　　Mission　　Careers　　Contact

☰  **NEWS BREAK**　　Home　　Local　　Classifieds　　🔍 Your city or ZIP code　　👤 Sign in

News Break ›　📍 New York State ›　📍 White Plains ›　Rallies, Marches For Black Lives Matter ...

# Rallies, Marches For Black Lives Matter Scheduled

**Mount Vernon Patch**
06-19

[ Follow ]

    



HUDSON VALLEY, NY — Among the events this weekend to call for unity and justice are three in the lower Hudson Valley. At 10 a.m. Saturday, the Bronxville Unity Walk in support of Black Lives Matter will begin.

Unity　　Social Distancing　　Village Hall　　Rally　　Calvary Baptist Church　　Walking

Road Closures　　Schedule　　Town Square　　West Village　　March For Justice

Hudson Valley Patches ' Facebook Pages　　Black Lives Matter Say　　Mary Marvin

[ **Read Full Story** ]

## Sponsored Stories

Recommended by    |

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

**Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News



Fox News | 5h

### Trump could be discharged from the hospital as soon as Monday

👍 4493　💬 4649　➤ Share



CBS New York | 1d

Case 1:20-cv-10959-LGS Document 1-10 Filed 12/28/20 Page 29 of 56

Rallies, Marches for Black Lives Matter Scheduled | News Break

Download News Break APP | Add to Chrome

Publishers     Advertisers     About     Mission     Careers     Contact

NEWS BREAK        Home      Local      Classifieds       Your city or ZIP code        Sign in

👍 5540    💬 6484    ↗ Share

## Published by

**Mount Vernon Patch**                                    Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment    ↗ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ↗ Share

## Top News

Recommended by

Sponsored    2/5
*New York Post*

📍White Plains, NY  |  News 12  |  8h
**Socially distanced version of Walk to End Alzheimer's begins today in White Plains**

An updated version of the Walk to End Alzheimer's will take place Sunday across Westchester. A car carava...

💬 Comment    ↗ Share

**New Rochelle Patch**                                    Follow
📍New Rochelle, NY  |  3h

**5 New Properties For Sale In The New Rochelle Area**

NEW ROCHELLE, NY — On the hunt for a new home nearby, but tired of seeing the same old listings every...

💬 Comment    ↗ Share

📍Scarsdale, NY  |  NY Daily News  |  11h
**The day Father Time ran me down**

How do you know when you're old? For me, it happened shortly after turning 70, at the Scarsdale, N.Y.,...

💬 Comment    ↗ Share

### White Plains, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content                    by

10/4/2020

Rallies, Marches Made Due to White Gathering for Black Lives Break

📱 Download News Break APP    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

It's Fire Prevention Week, and the New Rochelle Fire Department is focusing on cooking fires this year....

💬 Comment    ↗ Share

---

○  **Harrison Patch**                                                    [ Follow ]
📍 Harrison, NY  |  5h

**5 New Harrison Area Properties For Sale**

HARRISON, NY — When you're in the market for a new home, hunting down every new listing in the area can...

💬 Comment    ↗ Share

---

dailyvoice.com  |  7h

**Missing 21-Year-Old Woman Located**

A 21-year-old woman who went missing in Northern Westchester has been found. State Police from the...

💬 1    ↗ Share

---

📍 White Plains, NY  |  Mid-Hudson News Network  |  1d

**White Plains financial advisor arrested for embezzlement**

WHITE PLAINS – White Plains financial advisor Gregg Brie, 53, was arrested on Thursday and charged with...

💬 Comment    ↗ Share

---

yonkerstimes.com  |  8h

**The Next West. DA, Mimi Rocah, Comments on Rep. Bendish Dropping Out**

Mimi Rocah, the Democratic nominee for Westchester County District Attorney, issued a statement followin...

💬 1    ↗ Share

---

○  **Tarrytown-Sleepy Hollow Patch**                                     [ Follow ]
📍 Sleepy Hollow, NY  |  5h

**Tarrytown-Sleepy Hollow: 5 Newest Homes To Hit The Market**

Check out the most recently listed properties available in the Tarrytown-Sleepy Hollow area. TARRYTOWN-...

💬 Comment    ↗ Share

---

📍 Chappaqua, NY  |  yonkerstimes.com  |  8h

**Arrest Made for Stealing BLM Sign in New Castle**

New Castle Police recently arrested a Chappaqua man for allegedly stealing a Black Lives Matter yard sign...

💬 5    ↗ Share

---

○  **Daily Voice**                                                       [ Follow ]
📍 Yonkers, NY  |  1d

**COVID-19: School In Westchester Closes For Two Weeks After Positive Case**

A school in the area has switched to remote learning for two weeks after a positive COVID-19 case. The...

💬 3    ↗ Share

---

Patch  |  12h

**Fall Market 2020: There Will Always Be Deadlines**

October 2020 is not like the last train out of Dodge for Westchester homesellers. It's more like peak...

💬 Comment    ↗ Share

---

📍 White Plains, NY  |  cityofwhiteplains.com  |  1d

**White Plains Police Reform Committee Announces Public Comment Sessions**

The City of White Plains has formed a Police Reform Committee in response to Governor Cuomo's "New Yor...

📱 Download News Break APP    |    🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  🔺 NEWS BREAK          Home      Local      Classifieds      🔍 Your city or ZIP code      👤 Sign in

**Homeless NYC man collared for attempted rape of girl in her bedroom**

A homeless man has been arrested on charges he tried to rape a 15-year-old Bronx girl in her bedroom whil…

💬 7    ↪ Share

---

yonkerstimes.com   |   8h

**Drive-in Movies Come to Croton Point Park**

The Croton Point Park parking lot will be transformed into a drive-in theater, presenting The Addams Family…

💬 Comment    ↪ Share

---

⚪ Daily Voice                                                    Follow
   21h

**COVID-19: New School In Westchester Goes Remote For Two Weeks After Exposure**

Another school in the Hudson Valley will be closed for in-person learning for two weeks after a confirmed…

💬 Comment    ↪ Share

---

yonkerstimes.com   |   8h

**Lowey Remembers RBG, Comments on USSC Nominee Judge Amy Coney Barrett**

Westchester Congresswoman Nita Lowey recently remembered her friend and colleague in the womens…

💬 1    ↪ Share

---

⚪ Nyack-Piermont Patch                                          Follow
   📍 New Rochelle, NY   |   1d

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 Comment    ↪ Share

---

📍 Port Chester, NY   |   dailyvoice.com   |   23h

**COVID-19: Bar In Westchester Forced To Close Due To Multiple Violations**

A bar in Westchester was forced to close due to multiple violations, some of which were related to COVID-1…

💬 Comment    ↪ Share

---

Yonkers Tribune.   |   4h

**Yorktown Lions Launches Home Decoration Contest**

YORKTOWN, NY — October 3, 2020 — The search for the spookiest home in Yorktown began Thursday with…

💬 Comment    ↪ Share

---

**Sponsored Link**                                Recommended by   |

[sponsored link box]


☰  NEWS BREAK          Home      Local      Classifieds        🔍 Your city or ZIP code        👤 Sign in

🗎 Download News Break APP    |    ⊕ Add to Chrome                              Publishers    Advertisers    About    Mission    Careers    Contact

**Nearby Cities**

Purchase                                         Hartsdale
Valhalla                                          Scarsdale
Elmsford                                          Heathcote
Rye Brook                                         Ardsley
Harrison                                          Rye
Sleepy Hollow                                     Eastchester

**Categories**

Coronavirus                                       Crime & Safety
Traffic & Transit                                 Weather
Living                                            Accident
Lifestyle                                         Municipal
Real Estate                                       Sports
Obituary                                          Education

**Recommended Cities**

NYC News                                          Detroit News
Denver News                                       Chicago News
Austin News                                       San Jose News
Columbus News                                     Fort Worth News
Phoenix News                                      San Diego News

**Company**                                       **Local News**

About                                             Map
Mission                                           Publishers
Contact                                           Advertisers
Careers

**Legal**                                         **Support**

Do Not Sell My Info                               Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Restaurant Breaks Out Bubbles For Outdoor Diners | New York City, NY Patch

**Patch**

<button>Sign up</button>

## New York City, NY

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

---

Community Corner

# Restaurant Breaks Out Bubbles For Outdoor Diners | Patch PM

## Maskless Protester Shuts Down COVID Update | $200 Whiskey Lounge Opens | Target Coming to Columbus Circle

By Adam Nichols, Patch Staff 
Sep 25, 2020 3:48 pm ET

Like 34          Share

Reply



An image of bubbles that a restaurant on the Upper West Side is using to separate customers enjoying outdoor dining. (Gus Saltonstall/Patch)

Share-worthy stories from the New York City Patch network to talk about tonight.

## Upper West Side Restaurant Breaks Out Bubbles For Outdoor Diners

Have you ever had classic French cuisine inside a plastic bubble on an Upper West Side sidewalk?

## Maskless Heckler Shuts Down Update On Coronavirus Spikes: Report

A former City Council candidate screamed at health officials in Brooklyn, forcing them to stop a press conference about COVID-19 upticks.



Subscribe ›

## $200-A-Night Whiskey Lounge Opening In Village Penthouse

Chef Hiroki Odo is set to offer a once a week whiskey lounge experience in a Lower Manhattan penthouse.

## Target At Columbus Circle Opening Next Month: Report

The Target at Broadway between W. 61st and 62nd Streets will be opening in October, according to the website ILoveTheUpperWestSide.

## Why Giant Tweets Are Appearing In Bryant Park This Week

It's part of a campaign by Twitter and the city to encourage mask-wearing during the pandemic.

♡ Thank    💬 Reply    ⇗ Share

## More from New York City

Travel | 2d

## Alien Invasion Latest 2020 Threat As UFO Sightings Shoot Up In NY

Schools | 9h

## NYC Principals Union Gives de Blasio 'No Confidence' Vote

Politics & Government | Sep 18

## High-Income New Yorkers To City: We're Thinking Of Leaving You

See more local news

## Local Events                                    + Post event

### Upcoming

**FREE, Insta-worthy Mini Photo Sessions with Shoott!**
Sun, Sep 27, 2020 at 9:00 AM
New York City, NY

**Fhitting Room Celebrates Hispanic Heritage Month**
Sun, Sep 27, 2020 at 10:00 AM
New York City, NY

**Free Beginners Workshop to Happy House Plants**
Sun, Sep 27, 2020 at 11:00 AM
New York City, NY

### Featured                                          >

**JOIN US! Open House This Sunday Sept 27th Forest Hill's Gardens**
Sun, Sep 27, 2020 at 11:30 AM

**INVESTORS DREAM! Open House Sunday September 27th**

Sun, Sep 27, 2020 at 11:30 AM

---

**FIRST OPEN HOUSE! This Sunday September 27th**

Sun, Sep 27, 2020 at 12:00 PM

---

**1st Open House! September 27th 1-3 PM Kew Gardens, NYC**

Sun, Sep 27, 2020 at 1:00 PM

---

**OPEN HOUSE! In Beautiful Forest Hills Gardens! Queens, NYC**

Sun, Sep 27, 2020 at 1:00 PM

---

**OPEN HOUSE!! Penthouse in Forest Hills Gardens $589,000**

Sun, Sep 27, 2020 at 1:00 PM

---

**Open House Great Location**

Sun, Sep 27, 2020 at 1:00 PM

---

**NYC High School Admissions Has Changed: Now What?**

Mon, Sep 28, 2020 at 7:00 PM

See more events

## Neighbor Posts

+ **Ask a Question**

 **E.Mele**, Neighbor
New York City, NY  |  5h  |  Edited

Hi, I'm looking to shred a few boxes of documents. Any recommendations not UPS or Staples. I want to be present when they shred them.
Thank you

>

♡ Thank    💬 Reply (2)    ⤳ Share        ⚑

---

**Martha**, Neighbor
Buffalo, NY | 2d

Full price: $1,600
For sale 2006 Dodge Ram 1500
Please text me only this email: Marthahigg@gmail.com
Read more

♡ Thank    💬 Reply (6)    ⤳ Share        ⚑

---

**Renee**, Neighbor
Queens, NY | 3d

Knowledge of Suicide Warning Signs Can Save Lives
Before the pandemic, suicide was already among the leading causes of death in the United States with a US Centers for Disease Control and Prevention April 2020 report showing a 25% rise in
Read more

♡ Thank (1)    💬 Reply    ⤳ Share        ⚑

---

**MDmedia**, Local Business
New York City, NY | 4d | Edited

HOGARTH WORLDWIDE ADDS ELYSE EPSTEIN AS CHIEF OPERATING OFFICER, NORTH AMERICA, ELEVATES TANIA SETHI TO CHIEF PRODUCTION OFFICER, NORTH AMERICA
Read more

♡ Thank    💬 Reply    ⤳ Share        ⚑

---

Local Question

**Nelly baldan**, Neighbor
New York City, NY | 4d

How many people are bothered by the outdoors music from Kogi bar?

♡ Thank    💬 Reply    ⤳ Share        ⚑

---

Local Opinion

**Ramona F Walker**, Neighbor
New York City, NY | 5d

I 've amazed and grateful. I 've been fighting a debilitating and progressive diagnosis for the years, using NSAIDs, biologics, and on some occasions, high doses of opiate derived meds hospital) with steroid use, and the Kanna Leaf CBD tincture has replaced the need for pain meds. It's
Read more

♡ Thank (1)    💬 Reply (2)    ⤳ Share        ⚑



**Monica Nelson**, Neighbor
New York City, NY | 6d

Please join us!
Event Venue: Our 2020 New York City Congenital Heart Walk is virtual! Register now so you'll receive details on participation! All activities will be posted to our New York City Congenital Heart

Read more

♡ Thank    💬 Reply    ↪ Share

Local Opinion

**Rudy Curtson**, Neighbor
Venice-Mar Vista, CA | 6d

A homeless girl came knocking at my door today with my Driver's license, I had lost it somewhere and I wanted it back so bad. I was unable to find it since last night. She came knocking at my door as an angel. But the sad part is she was asked to leave the apartment where she used to live with her

Read more

♡ Thank    💬 Reply (4)    ↪ Share

**Cheryl C**, Neighbor
New York City, NY | Sep 20

Open House Sunday ! 12-2pm

♡ Thank    💬 Reply    ↪ Share

**Tori Hoffman**, Patch Staff
New York City, NY | Sep 18

Hey neighbors! Which local businesses have you been supporting during quarantine?

♡ Thank    💬 Reply (7)    ↪ Share

See more neighbor posts

## Local Classifieds

**+ Post classified**

Featured Classified | 🔧 Gigs & Services | 1d

**Coaching for a Winning College Essay**

>

Featured Classified | ✏ Gigs & Services | 2d

## REMOTE music lessons from Berklee College of Music Grad!

Featured Classified | 🏠 Housing | 3d

## For sale! 102 Chatham Street in Chatham, NJ

Featured Classified | 🏠 Housing | 3d

## For Sale: Charming 19 Orchard Rd, Chatham, NJ

Featured Classified | 🏷 For Sale | 3d

## This gorgeous 2 bedroom Co-op For SALE $537,00

Featured Classified | 🗨 Announcement | 4d

## Honoring Funeral Directors - Our Last Responders

Featured Classified | 💼 Job Listing | 4d

## P/T Saturday's Only Associate

Featured Classified | 🏠 Housing | 6d

## Custom home

Featured Classified | ✏ Gigs & Services | Sep 16

## Free Divorce and Family Mediation

Featured Classified | 🏠 Housing | 5d

## NO FEE: 2700.00/mo 3 bdrm apt by Astoria Park

⟩

Featured Classified | 🏷 For Sale | 4d

**$7.99-17.99 Holiday Fabric Face Masks, Kids & Adult size**

Featured Classified | 🏷 For Sale | 11h

**Face Masks for the New Season (Made in US)**

Featured Classified | 📢 Announcement | Sep 19

**Home with someone with memory issues? Virtual paid study starting**

See more classifieds

## Latest News Nearby

1. 📍 New York City, NY News
   **New York City Weekly Weather Forecast**

2. 📍 New York City, NY News
   **5 New New York City Area Homes For Sale**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 New York City, NY News
   **NYC Principals Union Gives de Blasio 'No Confidence' Vote**

5. 📍 New York City, NY News
   **Amber Alert Issued For 3 Brooklyn Children Missing With Mother**

›

Find out what's happening in your

Restaurant Breaks Out Bubbles For Outdoor Diners | New York City, NY Patch

community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

## Nearby Communities

Central Park

Upper West Side

Upper East Side

Midtown-Hell's Kitchen

Harlem

Astoria-Long Island City

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use      Privacy Policy

© 2020 Patch Media. All Rights Reserved.




News Break  ›  📍 New York State  ›  📍 New York    Restaurant Breaks Out Bubbles For Outdoo...

# Restaurant Breaks Out Bubbles For Outdoor Diners | Patch PM

**New York City Patch**   [ Follow ]
2d

    



Maskless Protester Shuts Down COVID Update | $200 Whiskey Lounge Opens | Target Coming to Columbus Circle. Share-worthy stories from the New York City Patch network to talk about tonight. Have you ever had classic French cuisine inside a plastic bubble on an Upper West Side sidewalk?. A former City...

Restaurant    Columbus Circle    Lower Manhattan    Lounge    Bubble

Broadway Theatre    Upper West Side    City Council    Brooklyn    Twitter    Diners

Classic French Cuisine    Plastic    October

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

---

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



Golden State News Break | 9h

**Report: NFL legend Joe Montana thwarts kidnapping of grandchild**

👍 2899    💬 1662    ↪ Share



📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  〰 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

## Comments / 0

Sign in    to post a message

## Published by

🟢 Patch  New York City Patch          Follow

### New York City Weekly Weather Forecast

NEW YORK CITY, NY — Here's a look at the week-ahead weather, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Rain starting in the afternoon. High 75, low 69. Chance of rain:…

💬 Comment    ↗ Share

### 5 New New York City Area Homes For Sale

NEW YORK CITY, NY — Looking for a new home, and want to get a better understanding of what's available near you? Perhaps you could use some assistance in your search? With our weekly list of new properties in…

💬 Comment    ↗ Share

## Related

Recommended by |

Sponsored  1/5

📍Westhampton, NY  |  indyeastend.com  |  24d

### Zeldin Delivers RNC Speech from Westhampton VFW Post

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment    ↗ Share

## Sponsored Link

Recommended by |

Biden in first public presidential endorsement

👍 458    💬 1615    ↗ Share

### New York, NY Newsletter

📧

We will send daily local briefing to your mailbox.

Email Address

Subscribe

### Paid Content                    by |

☐ Download News Break APP   |   ⊕ Add to Chrome                    Publishers    Advertisers    About    Mission    Careers    Contact

☰  〽 NEWS BREAK                    Home    Local    Classifieds          🔍 Your city or ZIP code              ⊙ Sign in

**Nearby Cities**

| | |
|---|---|
| Chinatown | Newport |
| Chelsea | Hoboken |
| Long Island City | Jersey City |
| Weehawken | Brooklyn |
| Union City | Guttenberg |
| West New York | Astoria |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**                                         **Local News**

| | |
|---|---|
| About | Map |
| Mission | Publishers |
| Contact | Advertisers |
| Careers | |

**Legal**                                            **Support**

Do Not Sell My Info                                  Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use     Privacy Policy

© 2020 Particle Media. All Rights Reserved.

See Pandemic's Toll 6 Months After NYC's 1st Coronavirus Case

**Patch**

Sign up

## Upper East Side, NY

News Feed     Neighbor Posts     Classifieds     Calendar

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Health & Fitness

Shared from New York City, NY

# See Pandemic's Toll 6 Months After NYC's 1st Coronavirus Case

Roughly 24,000 New Yorkers have died and 231,000 have been infected since the first confirmed COVID-19 case on March 1.

By Matt Troutman, Patch Staff   

Sep 4, 2020 12:59 pm ET  |  Updated Sep 4, 2020 1:04 pm ET

Like 207     Share

Replies (6)





Roughly 24,000 New Yorkers have died and 231,000 have been infected since the first confirmed COVID-19 case on March 1. (Matt Troutman/Patch)

NEW YORK CITY — Empty streets. Shuttered restaurants and theaters. Mass unemployment. Masks everywhere. Overflowing hospitals. Trailers full of bodies. Roughly 24,000 dead and a new normal emerging.

All that and more came to pass in the six months since the first confirmed COVID-19 case was found in New York City.

It's almost cliché to point out there's a person and story behind every coronavirus statistic — a beloved local bakery owner whose community couldn't be by his bedside as he died; a nurse who celebrated his birthday with his family behind a glass door ⸱ wouldn't get sick; the overwhelmed staff at a Queens hospital where the city's CC ⸱ wave first crashed.

Subscribe >

But numbers tell a story too — one that shows how quickly the pandemic struck and reshaped New York City.

**The First Case**

A 39-year-old health care worker who recently traveled to Iran became the first confirmed COVID-19 case in New York City.

It was March 1.

New York City's publicly-available coronavirus data shows the number of positive coronavirus tests grew at an alarming rate. By March 13, the positive tests surpassed 1,000 and within days of that schools, restaurants and more were shut down.

When the state's "PAUSE" stay-at-home order went into effect on March 22, there were 24,000 positive cases, according to the city's data.

More than 200 people had already died.

**The First Death**

March 11 — that's the first entry on New York City's official coronavirus death tally. It's a single recorded death, marked under the "confirmed" column.

Then two days passed without a single confirmed or even "probable" coronavirus death in the city, according to the data.

The respite didn't last.

Deaths did nothing but climb every day from March 14 — when there were three deaths — until they peaked April 8.

On that, the single-worst day of the pandemic in New York City, 813 people died from the virus, data shows.

Gov. Andrew Cuomo, who held daily coronavirus briefings as the virus ravaged the city, labeled the time the peak of the state's coronavirus "mountain."

"Doing this once in life is enough," Cuomo said during a later briefing in which he unveiled a scale model of New York's curve sculpted into a literal representation of a mountain. "We don't need to climb another mountain."

**The Epicenter**

On March 20, Mayor Bill de Blasio declared New York City the nation's "epicenter" of the coronavirus crisis.

It took days after that for the city to publicly release data showing the virus' toll on individual boroughs and neighborhoods.

When officials finally did on April 1, an almost unbelievable twist of irony emerged — the ZIP code covering Corona, Queens had the most positive tests in city with 947.

That's right, Corona was the epicenter of the coronavirus epicenter.

The 11368 ZIP Code covering Corona still has the most positive tests in the city, as well as deaths, according to data.

Here are the top 10 ZIP codes and neighborhoods for positive tests, as of Sept. 3:

1. 11368 — Corona/North Corona — 5,114 cases
2. 10467 — Allerton/Norwood/Pelham Parkway/Williamsbridge —3,855 cases
3. 11373 — Elmhurst — 3,532 cases
4. 11219 — Borough Park — 3,348 cases
5. 10469 — Allerton/Baychester/Pelham Gardens/Williamsbridge — 3,263 cases
6. 10468 — Fordham/Kingsbridge/University Heights — 3,155 cases
7. 11236 — Canarsie — 3,020 cases

8. 10314 — Bloomfield/Freshkills Park — 2,927 cases

9. 10456 — Claremont/Morrisania — 2,877 cases

10. 11372 — Jackson Heights — 2,829 cases

The ZIP codes with the most deaths are slightly different:

1. 11368 — Corona/North Corona — 446 deaths

2. 11691 — Edgemere/Far Rockaway — 374 deaths

3. 10469 — Allerton/Baychester/Pelham Gardens/Williamsbridge — 366 deaths

4. 10467 — Allerton/Norwood/Pelham Parkway/Williamsbridge — 329 deaths

5. 11226 — Flatbush/Prospect Lefferts Gardens — 301 deaths

6. 11235 — Brighton Beach/Manhattan Beach/Sheepshead Bay — 301 deaths

7. 11236 — Canarsie — 300 deaths

8. 11354 — Flushing/Murray Hill — 300 deaths

9. 11373 — Elmhurst — 297 deaths

10. 10456 — Claremont/Morrisania — 293 deaths

**The Toll After Six Months**

De Blasio's recent Thursday briefing on the city's daily coronavirus numbers shows how much the situation has improved.

The city's positive test rate —which hit as high as 71.25 percent at its peak— now stands at 0.8 percent, de Blasio said.

Its rolling seven-day average of new coronavirus cases was 253, below the 500-ca threshold city health officials set as a warning sign, he said.



There were 84 people admitted to the hospital for coronavirus symptoms, also below a 200 red line, he said.

And city officials didn't count a single death on Wednesday, the last day for which data was available when this story was written. That number could be revised, but the city hasn't had a day in which COVID-19 deaths reached above 10 since July.

The city's six-month toll stands at roughly 24,000 deaths, 57,000 hospitalizations and 231,000 total cases.

Thank    Reply (6)    Share

See more local news

Loading...

**Latest News Nearby**

1. Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your community on the Patch app

Case 1:20-cv-10959-LGS   Document 1-10   Filed 12/28/20   Page 52 of 56

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Case 1:20-cv-10959-LGS Document 1-10 Filed 12/28/20 Page 53 of 56

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code     👤 Sign in

News Break  ›  📍New York State  ›  📍New York  ›  See Pandemic's Toll 6 Months After NYC's...

# See Pandemic's Toll 6 Months After NYC's 1st Coronavirus Case

Ⓟ Patch **Upper East Side Patch**
23d

[ Follow ]

f   🟢   ✉   🐦   🔴



NEW YORK CITY — Empty streets. Shuttered restaurants and theaters. Mass unemployment. Masks everywhere. Overflowing hospitals. Trailers full of bodies. Roughly 24,000 dead and a new normal emerging. All that and more came to pass in the six months since the first confirmed COVID-19 case was found in New York...

Coronavirus Disease 2019    Queens    COVID-19 Pandemic    July    ET Replies

Coronavirus Symptoms    Positive Coronavirus Tests    Daily Coronavirus Briefings

COVID-19 Deaths    Theaters    Hospitals    Edgemere/Far Rockaway    Empty Streets

 
Bill De Blasio    Andrew Cuomo

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch Mcconnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



Golden State News Break  |  9h

**Report: NFL legend Joe Montana thwarts kidnapping of grandchild**

👍 2900    💬 1665    ➤ Share



9/27/2020

See Pandemic's Toll 6 Months After NYC's 1st Coronavirus Case | News Break

📱 Download News Break APP   |   🌐 Add to Chrome

☰  **⌁ NEWS BREAK**          Home     Local     Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

## Biden in first public presidential endorsement

👍 460      💬 1637      ↗ Share

## Comments / 0

Sign in    to post a message

## Published by

🟢 Patch   **Upper East Side Patch**          Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment     ↗ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment     ↗ Share

## Related

Recommended by

**Sponsored**   1/5

📍 Westhampton, NY   |   indyeastend.com   |   24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment     ↗ Share

## New York, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Paid Content                by

## Sponsored Link                Recommended by



☐ Download News Break APP   |   ⊕ Add to Chrome      Publishers    Advertisers    About    Mission    Careers    Contact

☰ NEWS BREAK     Home    Local    Classifieds      Your city or ZIP code     Sign in

**Nearby Cities**

Chinatown            Chelsea

Newport             Hoboken

Weehawken         Long Island City

Jersey City          Brooklyn

West New York      Manhattan

Yorkville            Sunnyside

**Categories**

Coronavirus         Crime & Safety

Traffic & Transit     Weather

Living              Accident

Lifestyle            Municipal

Real Estate         Sports

Obituary            Education

**Recommended Cities**

NYC News          Detroit News

Denver News       Chicago News

Austin News        San Jose News

Columbus News     Fort Worth News

Phoenix News      San Diego News

**Company**             **Local News**

About              Map

Mission            Publishers

Contact            Advertisers

Careers

**Legal**               **Support**

Do Not Sell My Info    Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.