# EXHIBIT K

Patch

Sign up

**Upper East Side, NY**

| News Feed | Neighbor Posts | Classifieds | Calendar |

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Sponsored by ring

Crime & Safety

Shared from New York City, NY

# Shootings Up 166 Percent In NYC, New NYPD Data Shows

Citywide crime statistics for August released Wednesday show a shooting spike, 53 murders, as well as sustained police anti-gun arrests.

By Matt Troutman, Patch Staff 
Sep 2, 2020 11:35 am ET

Like 365    Share

💬 Replies (22)



Citywide crime statistics for August released Wednesday show a shooting spike, 53 murders, as well as sustained police anti-gun arrests. (David Allen/Patch)

NEW YORK CITY — Violence lingered in the air and bullets rained over New York City in August, according to newly-released crime statistics.

Shootings jumped 166 percent compared to August last year, the NYPD data shows. The incidents — 242 of them — ticked up in every borough but Staten Island, police said.

Murders, whether by gun or not, numbered 53 — a 47 percent increase from last August, police said. They're up 34 percent as a whole this year, according to data.

Subscribe >

Mayor Bill de Blasio, when asked Wednesday about the numbers, returned to his refrain that a "perform storm" of circumstances related to the coronavirus pandemic is to blame for the violence surge. He expressed confidence that growing cooperation between communities and NYPD will tamp down the spike, but warned it may take time.

"We're not going to see an overnight turnaround," he said.

The crime statistics do show a potentially-positive anti-violence measurement — gun arrests in August increased to 359 after a dip amid the pandemic and widespread protests over police brutality. The level is roughly equal to the number of gun arrests in August last year.

And crime overall between August 2019 and August 2020 actually held steady, with total incidents for both months at about 9,000 each. That's because some crimes like grand larcenies and rapes dipped while others like shootings spiked.

♡ Thank (1)      💬 Reply (22)      ↝ Share                                    ⚑

To request removal of your name from an arrest report, submit these required items to arrestreports@patch.com.

**More from Upper East Side**

Business | 6d
**Bed Bath & Beyond To Close Upper East Side Store: Report**

Business | Sep 9
**Weekend Shopping Event Aims To Revive Madison Avenue**

Restaurants & Bars | Sep 15
**Anita Gelato Serves Up Sweet Scoops In Glitzy New UES Location**                                  ❯

See more local news

## Local Events

+ Post event

### Upcoming

**After COVID-19: What's Next for East Harlem?**

Tue, Sep 29, 2020 at 6:00 PM
Upper East Side, NY

**MSNBC Anchor, ALICIA MENENDEZ on Anne Klein's WOMEN WHO DO Series**

Wed, Sep 30, 2020 at 12:00 PM
Upper East Side, NY

**Book Club: Energy Medicine: The Science and Mystery of Healing**

Wed, Sep 30, 2020 at 6:00 PM
Upper East Side, NY

### Featured

**Open House Great Location**

Sun, Sep 27, 2020 at 1:00 PM

**NYC High School Admissions Has Changed: Now What?**

Mon, Sep 28, 2020 at 7:00 PM

**WEBINAR: Quarterly Investment Outlook**

Wed, Oct 7, 2020 at 7:00 PM

See more events

›

## Neighbor Posts

+ Ask a Question

Local Question

**Nanci Zimmerman**, Neighbor
Upper East Side, NY | 1d

I have not been following NY State politics as closely as I should, so when I recently saw posters in my neighborhood for Judith Graham running for State Assembly, I wondered who she was and what party she is affiliated with. This information is nowhere on her many posters.

Read more

♡ Thank (1)     💬 Reply (15)     ⇱ Share                                    ⚑

---

Local Question

**Charlotte mueller**, Neighbor
Upper East Side, NY | 1d

I just went to far Rockaway by ferry. A delightful trip. To my dismay there are NO portopotties at the station. When is the parks department going to look after this necessity for travelers who are waiting to board or those who have just arrived. Many thanks for your help.

♡ Thank (1)     💬 Reply (7)     ⇱ Share                                    ⚑

---

**Chuck Klemballa**, Neighbor
Upper East Side, NY | 2d

Sad to say that Writing Room will be closing on Sunday, 9/27. Rent negotiations failed and lack of outdoor space due to bus stop too much to overcome. Had my last happy hours oysters last evening.

♡ Thank (2)     💬 Reply (3)     ⇱ Share                                    ⚑

---

**Paula G**, Neighbor
Upper East Side, NY | 1d | Edited

Overwhelmed by trash along East River north of Carl Schurz? Meet me Monday mornings@10 on Ferry Pier. Bring trash BAG Gloves. Smile like no one can see you!

♡ Thank (4)     💬 Reply (3)     ⇱ Share                                    ⚑

---

Local Question

**Bunny Blei**, Neighbor
Upper East Side, NY | 3d

I was at TJMax and saw men working at the former Food Emporiums
Anyone know if Trader Joe's is really coming.

♡ Thank (3)     💬 Reply (8)     ⇱ Share                                    ⚑

---

**richard barr**, Neighbor
Upper East Side, NY | 4d

My cohelper moved. and could not take her well caredfor , 3 lovely & healthy,immunized cats with her. They are indoor/outdoor, shorthaired, neuterd,well behaved and need a new home. They are good 'mousers' as well and like leftovers. They are currently housed in NJ but they can be brought to

Read more

♡ Thank    💬 Reply (2)    ↗ Share    ⚑

---

Local Question

**Nanci Zimmerman**, Neighbor
Upper East Side, NY | 5d

Hi,
I'd love to get in touch with Dolly who sells the Challah bread but I don't use Instagram. Is there another way I might get in touch to order a bread? Thanks,

♡ Thank    💬 Reply (3)    ↗ Share    ⚑

---

**Martin Smith**, Neighbor
Upper East Side, NY | 6d

I am a tenant at 440 East 81st Street. I have been having a mouse problem--currently--and on and off over time. The building doesn't seem to know how to correct this issue. I have left a message with the NYC Dept of Health--contacted the landlord's office and had hoped the super could fix the

Read more

♡ Thank    💬 Reply (12)    ↗ Share    ⚑

---

**Jeffrey Nogee**, Neighbor
Upper East Side, NY | 6d

Congratulations to NYC DOT. The new bike lane on East 62nd between First and York is now up and traffic is not running. By taking away the left lane on a main access to the FDR Drive and the east side exit to the 59th Street Bridge traffic backs up from York all the way onto the Bridge even early

Read more

♡ Thank (3)    💬 Reply (6)    ↗ Share    ⚑

---

Local Question

**Katie K**, Neighbor
Upper East Side, NY | Sep 20

What are your favorite Chinese take out spots in the neighborhood?

♡ Thank (1)    💬 Reply (6)    ↗ Share    ⚑

---

> See more neighbor posts

‹ ›

## Local Classifieds

**+ Post classified**

---

**Featured Classified** | 🔧 Gigs & Services | 1d

## Coaching for a Winning College Essay

---

**Featured Classified** | 🏠 Housing | 3d

## For sale! 102 Chatham Street in Chatham, NJ

---

**Featured Classified** | 🏠 Housing | 3d

## For Sale: Charming 19 Orchard Rd, Chatham, NJ

---

**Featured Classified** | 🏷 For Sale | 3d

## This gorgeous 2 bedroom Co-op For SALE $537,00

---

**Featured Classified** | 📢 Announcement | 4d

## Honoring Funeral Directors - Our Last Responders

---

**Featured Classified** | 💼 Job Listing | 4d

## P/T Saturday's Only Associate

---

**Featured Classified** | 🏠 Housing | 6d

## Custom home

---

**Featured Classified** | 🔧 Gigs & Services | Sep 16

## Free Divorce and Family Mediation

〉

---

**Featured Classified** | 🏷 For Sale | 4d

## $7.99-17.99 Holiday Fabric Face Masks, Kids & Adult size

Case 1:20-cv-10959-LGS Document 1-11 Filed 12/28/20 Page 9 of 64

---

Featured Classified | 📣 Announcement | Sep 19
## Home with someone with memory issues? Virtual paid study starting

---

See more classifieds

---

## Latest News Nearby

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

---

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

›

## Nearby Communities

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

News Break  ›  📍 New York State  ›  📍 New York  ›  Shootings Up 166 Percent In NYC, New NYP...

# Shootings Up 166 Percent In NYC, New NYPD Data Shows

 **Upper East Side Patch**
25d

[ Follow ]

    



NEW YORK CITY — Violence lingered in the air and bullets rained over New York City in August, according to newly-released crime statistics. Shootings jumped 166 percent compared to August last year, the NYPD data shows. The incidents — 242 of them — ticked up in every borough but Staten Island, police said.

| NYPD | Police Brutality | Staten Island | New York City Police Department |
| COVID-19 Pandemic | Nypd | Police Shootings | Arrests In Murders | City Police |
| Gun Arrests | Citywide Crime Statistics | Newly-released Crime Statistics | August |

Bill De Blasio

[ **Read Full Story** ]

### Sponsored Stories

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch Mcconnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

### Trending News



Golden State News Break  |  9h

### Report: NFL legend Joe Montana thwarts kidnapping of grandchild

👍 2900    💬 1665    ↗ Share



Case 1:20-cv-10959-LGS   Document 1-11   Filed 12/28/20   Page 13 of 64

🗋 Download News Break APP   |   ⊘ Add to Chrome

Publishers        Advertisers        About        Mission        Careers        Contact

☰   〽 NEWS BREAK        Home        Local        Classifieds        🔍 Your city or ZIP code        ⊙ Sign in

**Biden in first public presidential endorsement**

👍 460      💬 1645      ➤ Share

**New York, NY Newsletter**

✉ 

We will send daily local briefing to your mailbox.

Email Address

Subscribe

## Comments / 0

Sign in    to post a message

**Paid Content**                          by ___ | ___

## Published by

🟢 Patch  Upper East Side Patch                    Follow

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment      ➤ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment      ➤ Share

## Related

Recommended by                  |

Sponsored        1/5

📍 Westhampton, NY  |  indyeastend.com  |  24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment      ➤ Share

## Sponsored Link

Recommended by                  |



☰ NEWS BREAK     Home   Local   Classifieds     🔍 Your city or ZIP code    👤 Sign in

📱 Download News Break APP  |  ⊕ Add to Chrome       Publishers    Advertisers    About    Mission    Careers    Contact

**Nearby Cities**

Chinatown
Newport
Weehawken
Jersey City
West New York
Yorkville

Chelsea
Hoboken
Long Island City
Brooklyn
Manhattan
Sunnyside

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

# Patch

👤 Log in

## Mount Vernon, NY  + Follow

**News Feed**        Neighbor Posts        Classifieds        Calendar

*BREAKING:*  » Trump's Health In Question Days Into Coronavirus Diagnosis

Community Corner

Shared from North Fork, NY

# Staff, Visitors Brought Coronavirus To Nursing Homes: DOH Report

Data says 37,500 nursing home staff members, 1 in 4 of 158,000 nursing home workers in NY — were infected with COVID between March and June.

By Lisa Finn, Patch Staff 🅿

Jul 6, 2020 9:02 pm ET | Updated Jul 6, 2020 9:14 pm ET

Like 156    Share                                        💬 Replies (2)





Peconic Landing in Greenport was one of the many nursing homes in New York State hit hard by the coronavirus. (Lisa Finn.)

SUFFOLK COUNTY, NY — Staff and visitors brought the coronavirus into nursing homes across New York State, a new report by the Department of Health concluded.

According to the report, "Factors Associated with Nursing Home Infections and Fatalities in New York State During the COVID-19 Global Health Crisis," which was released on Monday, several factors were clear after examining the data — and they indicated that the spread of coronavirus was related to staff or visitors, not patie transferred from hospitals or other facilities.

At Peconic Landing in Greenport, for example, a per diem employee tested positive for the coronavirus in March.



About 6,432 coronavirus deaths have been reported in nursing homes in New York, or 21 percent of the total number of deaths, the report said.

"Employee infections were related to the larger community spread and employee transmission has the strongest correlation to nursing home fatalities," the DOH report said.

According to data submitted by nursing homes, 37,500 nursing home staff members — one in four of the state's approximately 158,000 nursing home workers — were infected with COVID-19 between March and early June 2020, the study said.

The data also suggests that nursing home quality and admissions policies were not a factor in mortality from COVID.

"Comparing nursing home policies and mortality rate timelines suggests COVID-19 transmission is strongly correlated to nursing home employees entering the facility. Early in the COVID-19 pandemic, the consensus among public health experts suggested asymptomatic people did not spread the disease and asymptomatic positive or presumed positive employees were allowed to continue to work," the report said. "Later in the crisis, public health experts were forced to reverse this position as it became clear from the data that asymptomatic people could transmit the disease."

NYSDOH also analyzed the timing of the COVID-positive staff infections and the timing of nursing home deaths, the study said. "Based on published data, the average length of time between COVID-19 infections to death is between 18 to 25 days. Therefore, the link between the timing of staff infection and nursing home mortality is supported b fact that the peak number of nursing home staff reported COVID-19 symptoms o .n 16, 2020 — 23 days prior to the date of the peak nursing home fatalities, which occurred on April 8, 2020. It is likely that thousands of employees who were infected in mid-

March transmitted the virus unknowingly — through no fault of their own — while working, which then led to resident infection."

In addition, the report said, independent testing done by BioReference in May showed 29 percent of nursing home employees surveyed had COVID antibodies.

"Extrapolating the data means that approximately one in three nursing home workers were infected," the report said. "Such a high percentage of employees having at one time been positive for COVID-19 suggests a strong correlation to contributing to the spread to patients. Our analysis brings to the forefront the possibility of transmission from staff as an important mode of transmission. If states had accurate information about COVID transmission at an earlier time and had the testing capacity to detect asymptomatic but infected individuals, other procedures might have been taken," the report said.

For example, all asymptomatic employees should have been barred from facilities as if they were symptomatic, which is the current policy, the report said. If widespread testing was available earlier, all employees could have been tested earlier, the report concluded.

Some have protested that those with coronavirus should not have been admitted, or re-admitted, to nursing homes, and questioned if that might have caused the spike in deaths; the report, however, refuted those concerns.

Speaking on the report at a press briefing Monday, Gov. Andrew Cuomo said visitors were not initially barred from nursing homes; that did not happen until mid-March, he said. "By that time, the virus was in the nursing homes," he said. "At that time we weren't testing anybody, testing was just starting and if you look at when the visitors were allowed in, up until about mid March the spike in the nursing homes was seven days, 14 days after that," Cuomo said. "The report said between family coming in and the staff — they were the transporters of the virus."

He added that from "Day 1, we all knew that nursing homes were the most vulner~ place," which is why, Cuomo said, he made the decision to ban visitors despite h difficult it was for seniors in nursing homes not to see loved ones for months.



The report concluded that the issues faced are national issues that must be addressed through, for example, better training of staff, enhanced and rapid testing, and better coordination with other healthcare facilities. "Nursing homes and other congregate settings will pose a continued risk for the coronavirus or another public health threat in the future that attacks older adults," the report said.

♡ Thank     💬 Reply (2)     🔗 Share                                      🏴

See more local news

Loading... ⠂⠂

**Latest News Nearby**

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

>

Case 1:20-cv-10959-LGS   Document 1-11   Filed 12/28/20   Page 20 of 64

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers



## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

📱 Download News Break APP  |  ⊕ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

 ☰  **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

News Break  ›  📍New York State  ›  📍New York  ›  Staff, Visitors Brought Coronavirus To N...

# Staff, Visitors Brought Coronavirus To Nursing Homes: DOH Report

Ⓟ **Mount Vernon Patch**    [ Follow ]
07-07

    



SUFFOLK COUNTY, NY — Staff and visitors brought the coronavirus into <u>nursing homes</u> across <u>New York State</u>, a new report by the <u>Department of Health</u> concluded. According to the report, 'Factors Associated with Nursing Home Infections and Fatalities in <u>New York State</u> During the COVID-19 <u>Global Health</u> Crisis,' which was released on Monday, several factors were clear after examining the data — and they indicated that the spread of coronavirus was related to staff or visitors, not patients transferred from hospitals or other facilities.

Global Health    Coronavirus Disease 2019    Employment    Disease    Community Spread

Testing    New York (state)    Suffolk County    Nursing Homes    Department Of Health

Home Health    Factors Associated    BioReference    Nursing Home Infections    DOH


Andrew
Cuomo

[ **Read Full Story** ]

## Sponsored Stories

Recommended by

---

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News



Fox News · 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4488    💬 4640    ⤴ Share



CBS New York · 1d

📱 Download News Break APP  |  ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  **∧ NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**currently on oxygen**

👍 5539    💬 6483    ↱ Share

### New York, NY Newsletter

We will send daily local briefing to your mailbox.

Email Address

[ Subscribe ]

**Paid Content**        by        |

## Comments / 0

Sign in to post a message

## Published by

◯ Mount Vernon Patch        [ Follow ]

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment    ↱ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment    ↱ Share

## Top News

Recommended by        |

[ Sponsored    1/5 ]

◯ **CBS New York**        [ Follow ]
📍 Manhattan, NY  |  6h

**Police Release Video Of Suspect Wanted In Deadly Stabbing At Chambers Street Subway Station**

NEW YORK (CBSNewYork) — Police continue to search for the man they believe stabbed another man to...

📱 Download News Break APP   ⊕ Add to Chrome

☰  〽 **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**Video Shows SUV Driver Speeding Into Crowd Of Protesters On Bikes In NYC**

An SUV driver sped into a crowd of cyclist protesters demonstrating against police brutality in Manhattan o…

💬 8    ↗ Share

---

📍 New York, NY  |  NEWS10 ABC  |  6h

**SNL jokes about Trump's COVID-19 diagnosis; Jim Carrey debuts as Biden**

NEW YORK (NEXSTAR) — Saturday Night Live returned for its 46th season on Saturday and didn't hold back…

💬 2    ↗ Share

---

📍 New York, NY  |  marylandmatters.org  |  5h

**Frank DeFilippo: Between Trump and Debtor's Prison**

There is a spreading notion, whether by evidentiary conviction or wishful thinking, that the presidency is the…

💬 Comment    ↗ Share

---

📍 New York, NY  |  News 12  |  5h

**Family, residents remember girl killed at Bensonhurst intersection**

A vigil was held at Benson Playground for a young girl who was fatally struck by an armored truck last week…

💬 Comment    ↗ Share

---

📍 New York, NY  |  Bronx Times  |  6h

**How to choose the best type of high school for your teen**

High school will surely look different this year with blended learning, but we're confident NYC schools will…

💬 Comment    ↗ Share

---

📍 New York, NY  |  ComicBook  |  4h

**Police Have Questioned Someone in Relation to Attack on Rick Moranis**

Earlier this week, beloved actor Rick Moranis was attacked on the street in New York. Based on the video, it…

💬 1    ↗ Share

---

📍 New York, NY  |  kulturehub.com  |  4h

**Rethinking the 'new normal': How the pandemic has forced us to open our eyes**

Last week New York City restaurants opened indoor dining at 25% capacity. New Yorkers can finally now eat…

💬 Comment    ↗ Share

---

⚪ **94.3 The Point**                                            [ Follow ]
📍 New York, NY  |  4h

**Bethenny Frankel Slams Kylie Jenner for Showing Stormi Wearing $12,000 Backpack During Pandemic**

Bethenny Frankel slammed Kylie Jenner for sharing a photo of her 2-year-old daughter Stormi wearing a…

💬 1    ↗ Share

---

📍 New York, NY  |  amny.com  |  5h

**Police say they banged on Breonna Taylor's door 30 to 90 seconds: recordings**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 1    ↗ Share

---

📍 New York, NY  |  NBC New York  |  3h

**NYC Businesses, Schools to Close Wednesday in 9 Zip Codes If Approved By State**

📱 Download News Break APP    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰  🅰 NEWS BREAK          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

Forest Hills Patch
📍 New York, NY  |  4h                                        Follow

**Forest Hills: 5 Newest Homes To Hit The Market**

FOREST HILLS, NY — When you're in the market for a new place, keeping tabs on all the latest listings can…

💬 Comment    ↗ Share

───────────────────────────────

📍 New York, NY  |  Middletown Press  |  7h

**Central Park carriage horses back on the job after 6 months**

NEW YORK (AP) — Central Park's carriage horses have returned to work for the first time since the…

💬 Comment    ↗ Share

───────────────────────────────

Salon
📍 New York, NY  |  6h                                        Follow

**How the pandemic has changed life for new parents**

When Carrie Anderson got pregnant, she had expectations of what the next year would look like: a baby…

💬 Comment    ↗ Share

───────────────────────────────

📍 New York, NY  |  BET  |  5h

**Driver Mows Down Cyclists At Peaceful NYC BLM Protest**

New York City police investigators are on the hunt for the driver of a black SUV that mowed down peaceful…

💬 2    ↗ Share

───────────────────────────────

📍 New York, NY  |  NY Daily News  |  7h

**We ain't afraid of no COVID: Haunted houses opening with precautions to leave scary reality at the door**

As if the reality of 2020 isn't scary enough. New Yorkers — or gluttons for punishment — who haven't had…

💬 1    ↗ Share

───────────────────────────────

Hudson Valley Post
📍 New York, NY  |  6h                                        Follow

**Is New York the Safest State For Reopening Schools?**

This school year is much different than others due to COVID-19. Some students are in a classroom, while…

💬 Comment    ↗ Share

───────────────────────────────

📍 New York, NY  |  Gothamist.com  |  4h

**Coronavirus Updates: Cuomo To Launch New State Task Force Enforcing Rules In Hotspots**

This is our daily update of breaking COVID-19 news for Sunday, October 4th, 2020. Previous daily updates…

💬 5    ↗ Share

───────────────────────────────

📍 New York, NY  |  abc7ny.com  |  6h

**Navy veteran surprised with cards from around the world marking her 99th birthday**

LONG ISLAND, New York (WABC) -- A Navy veteran on Long Island received quite the surprise on her 99th…

💬 Comment    ↗ Share

───────────────────────────────

📍 New York, NY  |  New York Post  |  8h

**30 products on sale this weekend that you'll actually want to buy**

TikTok marketing is a must in 2020. Get up to speed with this $29 course. This weekend, the New York Post…

💬 Comment    ↗ Share

📱 Download News Break APP   |   🌐 Add to Chrome

☰  **NEWS BREAK**          Home    Local    Classifieds          🔍 Your city or ZIP code          👤 Sign in

Publishers    Advertisers    About    Mission    Careers    Contact

**Nearby Cities**

| Chinatown | Newport |
| Chelsea | Hoboken |
| Long Island City | Jersey City |
| Weehawken | Brooklyn |
| Union City | Guttenberg |
| West New York | Astoria |

**Categories**

| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| About | **Local News** |
| Mission | Map |
| Contact | Publishers |
| Careers | Advertisers |

**Legal**                        **Support**

Do Not Sell My Info              Help Center

**Topics**

Election 2020

Coronavirus

  

Terms of Use    Privacy Policy

Download News Break APP    |    Add to Chrome

NEWS BREAK

Home      Local      Classifieds

Your city or ZIP code

Sign in

Patch

**Sign up**

## Upper East Side, NY

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

Coronavirus Surge Expected As Fall, Winter Approach: BLOG

Schools

# Teachers Denounce Hunter Schools' Reopening Plan At Protest

Protesting staff said the school, which is run by CUNY, is the only one in the city that won't reopen with COVID-19 testing and inspections.

By Nick Garber, Patch Staff 
Sep 16, 2020 6:38 pm ET | Updated Sep 16, 2020 9:58 pm ET

Like 780    Share

💬 Reply (1)



Barbara Bowen, chair of the CUNY Professional Staff Congress, speaks at a protest against the Hunter College Campus Schools' reopening plan, Sept. 16, 2020. (Nick Garber/Patch)



UPPER EAST SIDE, NY — Teachers and parents denounced the Hunter College Campus Schools' reopening plan in a protest Wednesday outside the fortresslike school building,

alleging that administrators will put staff at risk by refusing to include coronavirus
safety measures in place at every other school in the city.

Staff say that Hunter will be the only public school in New York City to reopen for in-
person classes next week without random coronavirus testing of students and teachers,
inspections of ventilation systems in each room and contact tracing of confirmed
COVID-19 cases.

They say administrators have claimed the school is exempt from the citywide reopening
standards announced in a deal with the United Federation of Teachers this month
because the K-12 school, affiliated with Hunter College, is run by CUNY, rather than the
Department of Education — the only school in the city with such an arrangement.



Social studies teacher and union vice-chair Irving Kagan said teachers have tried since
June to be included in the decision-making process leading up to the Sept. 21 reopening,
as was required by Gov. Andrew Cuomo, only to be stonewalled by administrators. The
plan presented to staff last month included no input from teachers, Kagan said.

A teacher protests Hunter College Campus Schools' planned reopening outside its Upper East Side building, Sept. 16, 2020. (Nick Garber/Patch)

Staff were taken aback by the details of the plan, which lacked commitments to test, contact trace, conduct room-by-room ventilation inspections and limit class sizes to 12 students, among other city standards.

"We were astonished when we got a response back saying: CUNY does one thing, DOE does another thing, they're two different organizations," Kagan said, referring to a Sept. 8 email from Campus Schools Director Lisa Siegmann, which was shared with Patch.

In particular, staff are raising alarms about the Hunter building, built to resemble an armory and known as "the brick prison" for its lack of windows. The building ha plagued by ventilation problems since long before COVID-19, but staff say administrators refused their requests to hire an independent inspector to examine the system, as the city has done for roughly 1,500 school buildings.

Instead, teachers say, the school only provided a memo prepared by a contractor who had been hired to replace the school's faulty HVAC system over the summer, which deemed the building safe. Staff commissioned their own critical review of the school's report, calling it light on details and noting that it fails to mention the COVID-19 pandemic at all.

Barbara Bowen, President of the CUNY staff union, said at Wednesday's protest that Hunter President Jennifer Raab informed staff the previous day that an independent inspector hired by the union would not be allowed into the school building.

A majority of Hunter teachers have signed onto a list of demands calling on the school to abide by the DOE standards, math teacher and union chapter chair Tina Moore said Wednesday. A similar petition circulated by Hunter parent Juliana Sohn and sent to Raab Wednesday garnered 392 signatures.

Hunter social studies teacher and union vice-chair Irving Kagan speaks at a protest against the school's reopening plan, Sept. 16, 2020. (Nick Garber/Patch)

"We have argued that school start remotely so that CUNY can prioritize the students' and the teachers' health," Moore said. "It simply has not shown the evidence that the facilities that they propose to use are properly ventilated."

In a statement, Hunter spokesperson Deborah Raskin defended the reopening plan and said that "Hunter College and CUNY would never put the safety of our faculty, staff or students in jeopardy."

To reduce density in the main building, some students will attend class at Hunter's Silberman School of Social Work in East Harlem, Raskin said. She said the school will mandate social distancing, conduct daily health screenings and add hand sanitizing stations.

Raskin said the school had also installed HEPA filters in classrooms in both buildings, as well as UV lights and MERV-13 filters.

School staff, though, say they've been presented with no evidence that HEPA filters were installed — only an air purifier that was deemed inadequate by Jean Grassman, a CUNY professor and occupational health expert brought on by the staff union.

Kagan, who graduated from Hunter himself before returning as a teacher, said it feels like administrators are "sending us out to fly this airplane they're building even as we speak."

"We don't even recognize the school that we have labored at for 10, or 20, or 30 years," he said.

*Previous coverage:* *Hunter College Teachers Say School Can't Reopen Safely*

♡ Thank (1)    💬 Reply (1)    ↪ Share



See more local news

Loading...

**Latest News Nearby**

1. 📍 Upper East Side, NY News
   **Upper East Side Weekly Weather Forecast**

2. 📍 Upper East Side, NY News
   **5 New Houses For Sale In The Upper East Side Area**

3. 📍 New York City, NY News
   **Trump Tax Returns Show He Paid Nothing In 10 Of 15 Years: NYT**

4. 📍 Upper East Side, NY News
   **Hunter Teachers Vote To Strike As School Reopening Nears**

5. 📍 Upper East Side, NY News
   **These Upper East Side Bathrooms Are Open Despite The Pandemic**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Central Park

New York City

Upper West Side

Astoria-Long Island City

Midtown-Hell's Kitchen

Harlem

View All Communities

**Topics**

Arts & Entertainment

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

     

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.

Case 1:20-cv-10959-LGS　Document 1-11　Filed 12/28/20　Page 37 of 64

📱 Download News Break APP　🔗 Add to Chrome

Publishers　Advertisers　About　Mission　Careers　Contact

 NEWS BREAK　　Home　Local　Classifieds　🔍 Your city or ZIP code　👤 Sign in

News Break  ›  📍 New York State  ›  📍 New York  ›  Teachers Denounce Hunter Schools' Reopen...

# Teachers Denounce Hunter Schools' Reopening Plan At Protest

Patch · **Upper East Side Patch**
11d　　Follow

    



UPPER EAST SIDE, NY — Teachers and parents denounced the Hunter College Campus Schools' reopening plan in a protest Wednesday outside the fortresslike school building, alleging that administrators will put staff at risk by refusing to include coronavirus safety measures in place at every other school in the city. Staff...

COVID-19 Testing　　CUNY　　Coronavirus Disease 2019　　COVID-19 Pandemic

Department Of Education　　City University Of New York　　Protest　　East Harlem

Public Schools　　School Administrators　　Education And Schools　　System Administrators

United Federation Of Teachers　　Silberman School Of Social Work　　DOE

　　　
Hunter　Andrew Cuomo　Jennifer Raab　Tina Moore

**Read Full Story**

### Sponsored Stories

Recommended by

---

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Chuck Schumer**
Charles Ellis Schumer (; born November 23, 1950) is an...

 **Mitch Mcconnell**
Mitch McConnell is a US Republican senator who has bee...

 **Joe Montana**
A football enthusiast from a young age, Joe Montana, started...

## Trending News



Golden State News Break  |  9h

### Report: NFL legend Joe Montana thwarts kidnapping of grandchild

👍 2899　　💬 1663　　➤ Share



📱 Download News Break APP   |   🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰   **N NEWS BREAK**     Home    Local    Classifieds     🔍 Your city or ZIP code    👤 Sign in

### Biden in first public presidential endorsement

👍 459    💬 1622    ↗ Share

**New York, NY Newsletter**

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**     by     |

## Comments / **6**

Sign in   to post a message

View All 6 Comments ▼

## Published by

◯ Upper East Side Patch      [ Follow ]

**Upper East Side Weekly Weather Forecast**

UPPER EAST SIDE, NY — Time for your weekly weather report, as reported by Darksky. Overcast throughout the day. Mostly cloudy throughout the day. Heavy rain starting in the afternoon. High 75, low 69. Chance of…

💬 Comment    ↗ Share

**5 New Houses For Sale In The Upper East Side Area**

UPPER EAST SIDE, NY — On the hunt for a new house nearby, but tired of browsing through the same old real-estate listings every time you search online? You've come to the right place! To help simplify your search,…

💬 Comment    ↗ Share

## Related

Recommended by    |

Sponsored    1/5

📍 Westhampton, NY   |   indyeastend.com   |   24d

**Zeldin Delivers RNC Speech from Westhampton VFW Post**

Congressman Lee Zeldin defended President Donald Trump's handling of the coronavirus pandemic during…

💬 Comment    ↗ Share

 **NEWS BREAK**

📱 Download News Break APP | 🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰    Home    Local    Classifieds    🔍 Your city or ZIP code     Sign in

**Nearby Cities**

Chinatown                                      Newport
Chelsea                                        Hoboken
Long Island City                               Jersey City
Weehawken                                      Brooklyn
Union City                                     Guttenberg
West New York                                  Astoria

**Categories**

Coronavirus                                    Crime & Safety
Traffic & Transit                              Weather
Living                                         Accident
Lifestyle                                      Municipal
Real Estate                                    Sports
Obituary                                       Education

**Recommended Cities**

NYC News                                       Detroit News
Denver News                                    Chicago News
Austin News                                    San Jose News
Columbus News                                  Fort Worth News
Phoenix News                                   San Diego News

**Company**                                    **Local News**

About                                          Map
Mission                                        Publishers
Contact                                        Advertisers
Careers

**Legal**                                      **Support**

Do Not Sell My Info                            Help Center

**Topics**

Election 2020
Coronavirus

    

Terms of Use    Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Teachers Denounce Hunter Schools Reopening Plan at Protest | New York

© 2020 Particle Media. All Rights Reserved.

# Patch.

👤 Log in

Mount Vernon, NY  [+ Follow]

| News Feed | Neighbor Posts | Classifieds | Calendar |
|---|---|---|---|

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Seasonal & Holidays

Shared from New Rochelle, NY

# Walmart, Stop & Shop: July 4 Grocery Store Hours In Hudson Valley

Find out if your local grocery store is open before heading out to shop on Independence Day.

By Michael Woyton, Patch Staff  P

Jul 1, 2020 4:59 pm ET

Like 27     Share



Reply





Here are some of the grocery stores that will be open on Independence Day. (Lorraine Swanson/Patch)

HUDSON VALLEY, NY — The Fourth of July holiday won't be the same amid the coronavirus pandemic, but families and friends still able to gather and celebrate the day may do so, including those in the Hudson Valley.

And it's almost inevitable that a supply of condiments, hot dogs, potato chips and other July 4 classics will be forgotten on the day. Luckily, the majority of grocery stores will still be open to help out.

Here are the grocery stores that will be open on the Fourth of July in the Hudson Valley, along with a couple of those that won't.



Some grocery stores are still operating under special coronavirus-related hours, so make sure to double-check with your neighborhood location.

**ALDI**: ALDI's will be open on July 4, but has special holiday hours for the day. You'll want to check with your local store.

**BJ's**: BJ's will remain open on Independence Day. Check with your store for holiday hours.

**Costco**: All Costco locations are closed on July 4.

**Fairway**: Fairway Markets will be open July 4. Check with your local store for hours.

**Dollar General**: Dollar General is open on Independence Day, but check with your local store for possible adjusted hours.

**Sam's Club**: Sam's Club locations will be open from 9 a.m. to 6 p.m. on the Fourth of July.

**ShopRite**: ShopRite locations will be open on Independence Day. Check with your store for the hours.

**Stop & Shop**: Stop & Shop will be open for regular hours on July 4 from 6 a.m. to 7:30 p.m.

**Target**: Target locations are open on Independence Day in 2020. Store hours will depend on your neighborhood location.

**Trader Joe's**: All stores will be closed on July 4.

**Walmart**: Walmart stores will be open for regular local hours on Independence Day.

 Thank    Reply    Share    

---

**More from Mount Vernon**    ❯

Crime & Safety | Sep 25
## Cross County Parkway Reopens After Fatal Accident

Traffic & Transit | Sep 26

## Motorcyclist Killed In Crash On The Hutch

Real Estate | 6d

## 5 New Mount Vernon Area Houses For Sale

See more local news

## Local Events

+ Post event

### Upcoming

**Getting to the Point with Supreme Court Justice Stephen Breyer**

Thu, Oct 8, 2020 at 11:00 AM
Mount Vernon, NY

See more events

## Neighbor Posts

+ Ask a Question

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY | 4d

Given the rise in coronavirus cases in the Hudson Valley, what's your take on trick-or-treating for Halloween in and around Mount Vernon?

♡ Thank   💬 Reply   ↗ Share



Local News Tip



**Robert Phifer**, Neighbor
Mount Vernon, NY | Sep 26

Big accident on Hutchinson River Parkway under the new bridge on Lincoln tonight Friday Sept 25

♡ Thank (1)    💬 Reply    ↪ Share          ⚑

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY  |  Sep 23

Now that Mount Vernon schools have been in session for a couple of weeks, how do you feel about remote learning?

♡ Thank    💬 Reply    ↪ Share          ⚑

**Jackie Forbes-Clarke**, Neighbor
Mount Vernon, NY  |  Sep 15

Need Health Coverage?
•Not Covered under your employer's Health Plan?
•Have a disability, but not qualify for disability benefits?
Read more

♡ Thank    💬 Reply    ↪ Share          ⚑

Local Question

**Linda Marie**, Neighbor
Mount Vernon, NY  |  Sep 15

Anobody knows a good private investigator?

♡ Thank    💬 Reply    ↪ Share          ⚑

**Lanning Taliaferro**, Patch Staff
Mount Vernon, NY  |  Sep 8

Have you volunteered at a local food bank or helped to address hunger or food insecurity in Mount Vernon in some other way? Tell us about your experience.

♡ Thank    💬 Reply    ↪ Share          ⚑

See more neighbor posts

## Local Classifieds

**+ Post classified**

🏠 Housing  |  3d
**Roommate needed**

🐾 Lost & Found  |  Sep 16

Steve Dariano

---

💼 Job Listing | Sep 8

**Quality Carpenter**

See more classifieds

## Latest News Nearby

1. 📍 New Rochelle, NY News
   **Volunteer Opportunities Of The Week: Community Educators**

2. 📍 Bedford-Katonah, NY News
   **Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

3. 📍 New City, NY News
   **Crime Roundup: Attempted Murder Of Federal Officer**

4. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Industrial Development Agency Meeting October 8, 2020**

5. 📍 Mount Vernon, NY News
   **Mount Vernon To Hold Planning Board October 7, 2020, Releases Agenda**

Find out what's happening in your
community on the Patch app

Stay up to date on crime and safety
with the Neighbors app by Ring



**Nearby Communities**

## Nearby Communities

Pelham

Bronxville-Eastchester

New Rochelle

Larchmont-Mamaroneck

Scarsdale

Englewood-Englewood Cliffs

View All Communities

## Topics

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use     Privacy Policy

© 2020 Patch Media. All Rights Reserved.



Case 1:20-cv-10959-LGS Document 1-11 Filed 12/28/20 Page 49 of 64

📱 Download News Break APP  |  ⊕ Add to Chrome        Publishers    Advertisers    About    Mission    Careers    Contact

☰  **NEWS BREAK**     Home     Local     Classifieds     🔍 Your city or ZIP code     👤 Sign in

News Break ❯ 📍 New York State ❯ 📍 Hudson ❯ Walmart, Stop & Shop: July 4 Grocery Sto...

# Walmart, Stop & Shop: July 4 Grocery Store Hours In Hudson Valley

🅿️ **Mount Vernon Patch**    Follow
07-01

    



<u>HUDSON VALLEY</u>, NY — The Fourth of July holiday won't be the same amid the coronavirus pandemic, but families and friends still able to gather and celebrate the day may do so, including those in the <u>Hudson Valley</u>.



Costco    Aldi    Hot Dog    Trader Joe    Shopping Hours    Hudson Valley

Independence Day    Grocery Stores    Walmart Stores    Dollar Stores    BJ    ALDI

Sam    Store Hours    July Holiday

**Read Full Story**

### Sponsored Stories

Recommended by |

## Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

**Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

## Trending News



Fox News | 5h

**Trump could be discharged from the hospital as soon as Monday**

👍 4490   💬 4645   ↗ Share



CBS New York | 1d

📱 Download News Break APP  |  🌐 Add to Chrome

Publishers   Advertisers   About   Mission   Careers   Contact

☰  ⚡ **NEWS BREAK**    Home    Local    Classifieds      🔍 Your city or ZIP code       👤 Sign in

## Comments / 0

currently on oxygen

👍 5540   💬 6483   ➤ Share

Sign in  to post a message

### Hudson, NY Newsletter

## Published by

🟢 Patch  Mount Vernon Patch                        Follow

**Volunteer Opportunities Of The Week: Community Educators**

HUDSON VALLEY, NY — Each week, Patch will be highlighting volunteer opportunities in the Hudson Valley. This will be a chance to help your community and be an opportunity to give back — perhaps in a way you...

💬 Comment   ➤ Share

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you missed any of it, here is a roundup of the most-read articles to catch you up.

💬 Comment   ➤ Share

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**                by          |

## Top News

Recommended by        |

Sponsored    1/5

📍 Hudson, NY  |  columbiapaper.com  |  6h

**Hudson man faces new, multiple charges of child sex abuse**

HUDSON—Mohammed Ali, 68, of Hudson has been indicted for a second time in as many months on sex...

💬 1   ➤ Share

⚪ Pelham (New York) Patch                        Follow
📍 Hudson, NY  |  5h

**Coronavirus Spikes; Fatal U-Turn; Deer Kills Woman**

HUDSON VALLEY, NY — There was a lot of news over the past week in the Hudson Valley. In case you misse...

💬 Comment   ➤ Share

📍 Hudson, NY  |  Patch  |  16h



📱 Download News Break APP   |   🌐 Add to Chrome

Publishers      Advertisers      About      Mission      Careers      Contact

☰  **NEWS BREAK**          Home      Local      Classifieds          🔍 Your city or ZIP code          👤 Sign in

---

📍Hudson, NY  |  columbiapaper.com  |  1d

**Housing authority tries to find good help**

HUDSON—A new board member, moratoriums on fees and evictions, the census and the coronavirus were…

💬 1      ↗ Share

---

⚪  Mid Hudson Valley Patch                                          [ Follow ]
📍Hudson, NY  |  21h

**5 New Houses Foreclosed In The Mid Hudson Valley Area**

MID HUDSON VALLEY, NY — Are you hoping to buy a new house, but don't have a lot to spend? Don't lose…

💬 Comment      ↗ Share

---

⚪  Hudson Valley Post                                               [ Follow ]
📍Hudson, NY  |  21h

**HV College Tuition Ranked From Cheapest to Most Expensive Universities**

Which university in the Hudson Valley costs the most to attend? The answer might surprise you. Whether…

💬 Comment      ↗ Share

---

📍Hudson, NY  |  longisland.com  |  16h

**The Great Hudson River Revival Restream**

The Great Hudson River Revival, the world's oldest and largest music & environmental festival went virtual…

💬 Comment      ↗ Share

---

⚪  Mid Hudson Valley Patch                                          [ Follow ]
📍New Rochelle, NY  |  1d

**Crime Roundup: Attempted Murder Of Federal Officer**

HUDSON VALLEY, NY — Fatal crashes, counterfeit money and fraud were a few of the crime topics of the…

💬 1      ↗ Share

---

⚪  InsideHook                                                       [ Follow ]
📍Hudson, NY  |  1d

**Aston Martin Makes Home Design Debut in the Hudson River Valley**

Can an iconic design sensibility in one area of everyday life be translated into another? Over the years, Asto…

💬 Comment      ↗ Share

---

⚪  97.7 & 97.3 The Wolf                                             [ Follow ]
📍Poughkeepsie, NY  |  22h

**Hudson Valley Man Accused of Stealing $2,500 From Supermarket**

A Hudson Valley man is accused of robbing a local supermarket. On Tuesday, Sept. 29, New York State Poli…

💬 Comment      ↗ Share

---

⚪  Pelham (New York) Patch                                          [ Follow ]
📍Hudson, NY  |  1d

**Hot Real Estate; Chipotle To Open; Children Testing Positive**

HUDSON VALLEY, NY — Here are the share-worthy stories from the Hudson Valley Patch network to talk…

💬 Comment      ↗ Share

---

⚪  101.5 WPDH                                                       [ Follow ]
📍Hudson, NY  |  1d

📱 Download News Break APP     🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

☰ 📰 NEWS BREAK     Home    Local    Classifieds     🔍 Your city or ZIP code    👤 Sign in

---

**101.5 WPDH**
📍 Poughkeepsie, NY | 2d      [ Follow ]

### Cops: Two Young Girls Raped at Hudson Valley Hotel, Two Arrested

Two teens from the Hudson Valley are accused of raping two young girls at a local hotel. On June 30, the...

💬 Comment    ↪ Share

---

NEWS10 ABC | 17h

### CBA boys open season with convincing win over Columbia

ALBANY, N.Y. (NEWS10) — The Suburban Council kicked off the boys soccer season Saturday morning, with...

💬 Comment    ↪ Share

---

**101.5 WPDH**
📍 Hudson, NY | 1d      [ Follow ]

### Five Burger Joints That Should Expand In The Hudson Valley

Americans eat more than 50 billion hamburgers every year according to research done by PBS. Are we read...

💬 1    ↪ Share

---

**Science Times**
📍 Cairo, NY | 8h      [ Follow ]

### From the City of the Dead: 59 Coffins Found in Saqqara, South of Cairo

Almost five dozens of ancient coffins were found in a necropolis, or "city of the dead," near Saqqara, south o...

💬 Comment    ↪ Share

---

📍 Hudson, NY | untappedcities.com | 2d

### Sail Up the Hudson on a Fall Foliage Cruise

The leaves will soon be changing and there are few better ways to appreciate the vibrant colors of fall than...

💬 Comment    ↪ Share

---

📍 Hudson, NY | hvmag.com | 2d

### Hudson Valley Movies Theaters Await the Day They Can Reopen

With no word from New York State on when movie theaters can welcome the public once more, local film...

💬 Comment    ↪ Share

---

📍 Yonkers, NY | yonkerstimes.com | 2d

### Artist Vinnie Bagwell Among October Offerings at Hudson River Museum

The Hudson River Museum is hosting a combination of virtual and onsite events throughout October. All...

💬 Comment    ↪ Share

---

**Hudson Valley Post**
📍 Hudson, NY | 1d      [ Follow ]

### Fall Foliage Quickly Moving to Peak Levels in the Hudson Valley

Is it just me or did the Hudson Valley change overnight?. First off, Happy October. Heading into last weeken...

💬 Comment    ↪ Share

---

**Sponsored Link**        Recommended by

📱 Download News Break APP　|　🌐 Add to Chrome

☰ 🅝 NEWS BREAK　　　Home　Local　Classifieds　　　🔍 Your city or ZIP code　　　👤 Sign in

Publishers　Advertisers　About　Mission　Careers　Contact

**Nearby Cities**

Claverack
Athens
Leeds
Coxsackie
Stuyvesant Falls
Philmont

Stottville
Columbiaville
Hollowville
Mellenville
Livingston
Climax

**Categories**

Coronavirus
Traffic & Transit
Living
Lifestyle
Real Estate
Obituary

Crime & Safety
Weather
Accident
Municipal
Sports
Education

**Recommended Cities**

NYC News
Denver News
Austin News
Columbus News
Phoenix News

Detroit News
Chicago News
San Jose News
Fort Worth News
San Diego News

**Company**

About
Mission
Contact
Careers

**Local News**

Map
Publishers
Advertisers

**Legal**

Do Not Sell My Info

**Support**

Help Center

**Topics**

Election 2020
Coronavirus

  

Terms of Use　Privacy Policy

© 2020 Particle Media. All Rights Reserved.

Patch.

Log in

## Wantagh-Seaford, NY  [+ Follow]

| **News Feed** | Neighbor Posts | Classifieds | Calendar |

*BREAKING:* » Trump's Health In Question Days Into Coronavirus Diagnosis

Schools

# Wantagh High School Named 2020 National Blue Ribbon School

The school will receive an engraved plaque and a Blue Ribbon flag. An award ceremony is scheduled for Nov. 5-6 in National Harbor, Maryland.

By Daniel Hampton, Patch Staff  [P]
Sep 24, 2020 5:16 pm ET

♡ Like 137    Share    [💬 Reply]



Case 1:20-cv-10959-GS Document 1-1 Filed 12/28/20 Page 55 of 64

Wantagh High School was recognized as a 2020 National Blue Ribbon School, U.S. Secretary of Education Betsy DeVos announced Thursday. (Daniel Hampton/Patch)

WANTAGH, NY — Wantagh High School has been recognized as a 2020 National Blue Ribbon School for the second time. U.S. Secretary of Education Betsy DeVos made the announcement Thursday.

Wantagh High School was one of the early honorees in the 38-year-old program as a 1997-98 Blue Ribbon School.

Superintendent John McNamara said he couldn't be more proud of the faculty, staff and students.



"The National Blue Ribbon Schools program recognition is a fine testament to the relentless work, exemplary commitment and community collaboration in ensuring that students graduate ready to embrace 21st century learning and become productive members of society," he said in a news release.

The Blue Ribbon program is part of a larger effort to identify schools that have educational programs that demonstrate effective school leadership and instructional practices. Wantagh High School was nominated by state officials as an Exemplary High Performing School for its performance in reading/ English language arts and mathematics, as well as other academic indicators such as attendance, graduation rate, state assessment and participation rates.

"We are so proud of the students, teachers and administrators at Wantagh High School for once again being awarded the National Blue Ribbon of Excellence," Marc Ferris, assistant superintendent for instruction said in a statement. "Wantagh High School is a caring, safe and academically outstanding learning environment for our students because of the hard work, dedication, and commitment of our teachers and staff fortunate to be a part of such an outstanding learning community."

Wantagh High School will receive an engraved plaque and a Blue Ribbon flag. The award ceremony is scheduled for Nov. 5-6 in National Harbor, Maryland.

Principal Paul Guzzone said the designation places Wantagh High School on the list of the nation's most prestigious schools.

"I am extremely proud and honored to lead this school community which prioritizes excellence in education and affords students opportunities to succeed in all areas. I join the community in celebrating this momentous achievement," he said.



♡ Thank    💬 Reply    ↗ Share                                                                🚩

See more local news

Loading...

**Latest News Nearby**

1. 📍 Wantagh-Seaford, NY News
   **Wantagh-Seaford Weekly Weather Forecast**

2. 📍 Wantagh-Seaford, NY News
   **Wantagh-Seaford: Check Out 5 Nearby Homes For Sale**

3. 📍 Lindenhurst, NY News
   **Bicyclist Killed After Being Struck By Box Truck In Copiague**

4. 📍 Yorktown-Somers, NY News
   **NY Rolls Out Phone App To ID Coronavirus Infections [POLL]**

5. 📍 Across America, US News
   **13 Good News Stories: 'She Gave So Mommy Could Live'; Family Pies**

Find out what's happening in your
community on the Patch app                                                        ›

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Bellmore

Massapequa

Merrick

Levittown

East Meadow

Freeport

View All Communities

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather



## Corporate Info

About Patch

Careers

## Partnerships

Advertise on Patch

## Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use    Privacy Policy

© 2020 Patch Media. All Rights Reserved.

10/4/2020

Wantagh High School Named 2020 National Blue Ribbon School | News...

📱 Download News Break APP  |  🌐 Add to Chrome      Publishers    Advertisers    About    Mission    Careers    Contact

☰    **NEWS BREAK**     Home    Local    Classifieds      🔍 Your city or ZIP code     👤 Sign in

News Break  ›  📍 New York State  ›  📍 Wantagh  ›  Wantagh High School Named 2020 National ...

# Wantagh High School Named 2020 National Blue Ribbon School

Patch **Wantagh-Seaford Patch**   [ Follow ]
9d

    



WANTAGH, NY — Wantagh High School has been recognized as a 2020 National Blue Ribbon School for the second time. U.S. Secretary of Education Betsy DeVos made the announcement Thursday. Wantagh High School was one of the early honorees in the 38-year-old program as a 1997-98 Blue Ribbon School. Superintendent...

National Harbor     Maryland     Secondary School     National Blue Ribbon Schools Program

Graduate School     High School Students     Graduate Students     Graduate Programs

Wantagh High School Named 2020 National Blue Ribbon School

National Blue Ribbon Of Excellence     The National Blue Ribbon Schools     Marc Ferris

Dedication     Principal Paul Guzzone     Graduation Rate


Betsy Devos

[ **Read Full Story** ]

**Sponsored Stories**

Recommended by

### Trending People

 **Donald Trump**
Donald John Trump is the 45th President of the United States, in...

 **Joe Biden**
Joseph Robinette "Joe" Biden, Jr. is an American politician who is...

 **Melania Trump**
Melania Trump is the First Lady of the United States of America. He...

 **Mark Meadows**

 **Kellyanne Conway**
Kellyanne Conway is an American political analyst and pollster, wh...

### Trending News

 **Donald J. Trump** ✔
@realDonaldTrump

Going well. I think! Thar

Axios | 1d

**GOP fears worst yet to come**

👍 3317    💬 5283    ↗ Share



NBC News | 1d

Case 1:20-cv-10959-LGS Document 1-1 Filed 12/28/20 Page 60 of 64

**treatment**

👍 5222    💬 11165    ↗ Share

**Wantagh, NY Newsletter**

We will send daily local briefing to your mailbox.

Email Address

Subscribe

**Paid Content**    by    |

## Comments / 2

Sign in to post a message

View All 2 Comments ▼

## Published by

○ Wantagh-Seaford Patch    Follow

**Wantagh-Seaford Weekly Weather Forecast**

What to expect from the weather this week in the Wantagh-Seaford area. WANTAGH-SEAFORD, NY — Here's your weather forecast for the week ahead, as reported by Darksky. Clear throughout the day. High 67, low 5…

💬 Comment    ↗ Share

**Wantagh-Seaford: Check Out 5 Nearby Homes For Sale**

See the latest houses available in the Wantagh-Seaford area. WANTAGH-SEAFORD, NY — On the hunt for a new home, and want to get a better feel for what's available near you? Need some assistance finding the…

💬 Comment    ↗ Share

# Top News

Recommended by    |

Sponsored    4/5

○ **Daily Voice**    Follow
📍 Seaford, NY  |  6h

**29-Year-Old Killed In Two-Vehicle Crash On Seaford Oyster Bay Expressway**

Download News Break APP        Add to Chrome

≡  ⋀ NEWS BREAK        Home      Local      Classifieds        🔍 Your city or ZIP code        👤 Sign in

---

**Garden City Patch**
📍 Garden City, NY  |  6h                              Follow

### Drunk Man Was Driving On Wrong Side Of Road: Garden City Police

GARDEN CITY, NY — The Garden City Police Department reported the following incidents for the week endin…

💬 Comment        Share

---

**Massapequa Patch**
📍 Massapequa, NY  |  6h                              Follow

### Massapequa Home Vandalized: Nassau County Police

MASSAPEQUA, NY — The Nassau County Police Department reported the following incidents in the…

💬 Comment        Share

---

**Port Washington Patch**
📍 Port Washington, NY  |  5h                         Follow

### 5 New Port Washington Area Properties For Sale

PORT WASHINGTON, NY — On the hunt for a new house, and want to get a better feel for what's available…

💬 Comment        Share

---

**Malverne-Lynbrook Patch**
📍 Lynbrook, NY  |  4h                                Follow

### Malverne-Lynbrook: 5 Newest Homes To Hit The Market

Here are the most recently listed homes available in the Malverne-Lynbrook area. MALVERNE-LYNBROOK, N…

💬 Comment        Share

---

📍 Levittown, NY  |  msn.com  |  14h

### Wow! Levittown Home Makes For Perfect Entertaining Space

LEVITTOWN, NY — This week's "Wow House!" is a four-bedroom, three-bathroom home on Hub Lane in…

💬 Comment        Share

---

📍 Westbury, NY  |  msn.com  |  15h

### New LIRR bridge eliminating street-level crossing

A new LIRR bridge is going into place this weekend in Nassau County. The bridge is being installed above…

💬 Comment        Share

---

Herald Community Newspapers  |  7h

### Five Towns Kiwanis raises over $25,000 at golf outing

The coronavirus crisis is threatening many of the important businesses you rely on every day, but don't let it…

💬 Comment        Share

---

**Babylon Village Patch**
📍 Copiague, NY  |  6h                                Follow

### Bicyclist Killed After Being Struck By Box Truck In Copiague

COPIAGUE, NY — A bicyclist was killed after being struck by a truck in Copiague on Saturday night, accordin…

💬 Comment        Share

---

**Lindenhurst Patch**
📍 Lindenhurst, NY  |  4h                             Follow

### Lindenhurst: 5 Newest Homes To Hit The Market

LINDENHURST, NY — When you're in the market for some new digs, keeping tabs on all the latest listings ca…

📱 Download News Break APP    ⊘ Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

≡  **NEWS BREAK**        Home    Local    Classifieds        🔍 Your city or ZIP code        👤 Sign in

**Oyster Bay Market**

A partnership with the Oyster Bay Main Street Association and Mockingbird Wings our next Oyster Bay…

💬 Comment    ➤ Share

---

**The Staten Island Advance**
📍 Brooklyn, NY  |  7h                              Follow

**As NYC's infection rate rises, what would trigger mass school closures?**

NEW YORK, N.Y. -- Nearly half a million students returned for in-person learning as of this week, but as the…

💬 4    ➤ Share

---

**Merrick Patch**
📍 Rockville Centre, NY  |  1d                       Follow

**Driver In Boy Scout's Death Gets Max Sentence: LI Week In Review**

LONG ISLAND, NY — Here are some of the biggest stories that Long Island Patches covered this week. In an…

💬 Comment    ➤ Share

---

**Sachem Patch**
📍 Brookhaven, NY  |  5h                            Follow

**Sachem: 5 Newest Homes To Hit The Market**

SACHEM, NY — When you're looking for a new home, keeping tabs on all the latest listings can take hours o…

💬 Comment    ➤ Share

---

📍 Queens, NY  |  amny.com  |  6h

**NYC SHOOTINGS: Shooter causes Brooklyn crash, three shot in Queens drive-by**

Sign up for our COVID-19 newsletter to stay up-to-date on the latest coronavirus news throughout New York…

💬 12    ➤ Share

---

**The Fordham Observer**
📍 New York, NY  |  9h                              Follow

**Reopening the Underground Market**

As COVID-19 cases have stabilized in New York City for the past several months, various industries have…

💬 Comment    ➤ Share

---

📍 Queens, NY  |  abc7ny.com  |  10h

**NYC shooting: 3 wounded after gunfire in Queens**

JAMAICA, Queens (WABC) -- Several people were shot in Queens Saturday night. The incident happened jus…

💬 4    ➤ Share

---

📍 Queens, NY  |  queenseagle.com  |  7h

**Koslowitz, Jewish leaders denounce anti-Semitic coverage of COVID rise**

Members of the Queens Jewish Community Council, faith leaders and elected officials gathered outside the…

💬 12    ➤ Share

---

**Daily Voice**
📍 Manhasset, NY  |  1d                             Follow

**Pair Of 22-Year-Olds Caught With Heroin, Cocaine At Long Island Mall**

Two men face criminal charges after police, who searched their vehicle after smelling marijuana, allegedly…

💬 1    ➤ Share

📱 Download News Break APP | 🌐 Add to Chrome

Publishers    Advertisers    About    Mission    Careers    Contact

**NEWS BREAK**    Home    Local    Classifieds    🔍 Your city or ZIP code    👤 Sign in

Nationally every nine minutes, an underground utility line is damaged because someone didn't contact 8-1-1...

💬 Comment    ➡ Share

**Sponsored Link**

Recommended by

**Nearby Cities**

| | |
|---|---|
| Seaford | Massapequa |
| Bellmore | Merrick |
| North Massapequa | East Meadow |
| North Merrick | Levittown |
| Massapequa Park | Roosevelt |
| Freeport | Uniondale |

**Categories**

| | |
|---|---|
| Coronavirus | Crime & Safety |
| Traffic & Transit | Weather |
| Living | Accident |
| Lifestyle | Municipal |
| Real Estate | Sports |
| Obituary | Education |

**Recommended Cities**

| | |
|---|---|
| NYC News | Detroit News |
| Denver News | Chicago News |
| Austin News | San Jose News |
| Columbus News | Fort Worth News |
| Phoenix News | San Diego News |

**Company**

| | |
|---|---|
| About | |
| Mission | |
| Contact | |
| Careers | |

**Local News**

| |
|---|
| Map |
| Publishers |
| Advertisers |

**Legal**

Do Not Sell My Info

**Support**

Help Center

📱 Download News Break APP  |  🌐 Add to Chrome

NEWS BREAK

Publishers     Advertisers     About     Mission     Careers     Contact

Home     Local     Classifieds          Your city or ZIP code          Sign in

Terms of Use     Privacy Policy

© 2020 Particle Media. All Rights Reserved.