Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016
Tel.: (212) 974-2400

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PLANCK LLC, d/b/a, PATCH,

                          Plaintiff,

        -against-

PARTICLE MEDIA, INC., d/b/a, NEWS BREAK,
                        Defendant.
----------------------------------------X

Case/Index No.: 20-cv-10959

CORP. SERVED:
PARTICLE MEDIA, INC.
C/O CORPORATION SERVICE COMPANY

The Under Signed, a Delaware process server declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:
I am over the age of eighteen years and am not a party to this action,

That on the 4th day of January 20 21 @ 11:11am
at: 251 Little Falls Drive, Wilmington, DE 19808

Deponent Served within Federal Summons, Complaint with Exhibits A-K on: PARTICLE MEDIA, INC.
by delivering and dropping a true copy at the bin of registered agent CORPORATION SERVICE COMPANY.

Additional info: due to the pandemic the current process is the following: process server drops papers in a bin, a guard picks up papers approx every 15 minutes and drops in the proper department of the CORPORATION SERVICE COMPANY;

Description: N/A

| Sex: | Skin: | Color of Hair: |
|---|---|---|
| Approx. Age: | Approx. Weight: | Approx. Height: |

I declare under a penalty of perjury that all of the above information is true and correct
Executed, Sworn/Affirmed before me on
This 6th day of January, 2021

Notary Public
State of Delaware

MICHELE M HARRIS
Notary Public
State of Delaware
My Commission Expires On
May 05, 2024

Process Server: Joseph McCarty

Signature of Server