```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
PLANCK LLC,                                                   :
                                      Plaintiff,              :
                                                              :      20 Civ. 10959 (LGS)
              -against-                                       :
                                                              :            ORDER
PARTICLE MEDIA, INC.,                                         :
                                                              :
                                      Defendant.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have submitted pre-motion letters regarding Defendant's proposed motion to transfer venue or dismiss this action and Plaintiff's request to file a First Amended Complaint ("FAC").  It is hereby

**ORDERED** that by **March 17, 2021**, Plaintiff shall file its FAC.  By **March 31, 2021**, Defendant shall file its motion to transfer and/or dismiss the FAC.  By **April 14, 2021**, Plaintiff shall file an opposition.  By **April 21, 2021**, Defendant shall file a reply.  All submissions shall comply with the Individual Rules.  It is further

**ORDERED** that the initial pre-trial conference scheduled for **March 11, 2021**, is **adjourned** sine die.  No case management plan will issue pending resolution of Defendant's motion.

Dated:  March 8, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE