UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PLANCK LLC, d/b/a, PATCH MEDIA,                 Case No. 20-cv-10959 (LGS)

        Plaintiff,

    -against-

PARTICLE MEDIA, INC., d/b/a NEWS
BREAK, JEFF ZHENG, and VINCENT WU,

        Defendants.
--------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ATTORNEY

        MUNGER, TOLLES & OLSON LLP
        560 Mission Street, 27th Floor
        San Francisco, CA  94105
        Telephone:   (415) 512-4000
        Fax:         (415) 512-4077

        SHAPIRO ARATO BACH LLP
        500 Fifth Avenue, 40th Floor,
        New York, NY 10110
        Telephone:   (212) 257-4880
        Fax:         (212) 202-6417
        *Attorneys for Defendants Particle Media, Inc., d/b/a News Break, Jeff Zheng, and Vincent Wu*

TO THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that after July 23, 2021, Gina F. Elliott will no longer be affiliated with the law firm of MUNGER, TOLLES & OLSON LLP and therefore hereby withdraws as counsel for Defendants PARTICLE MEDIA, INC., D/B/A NEWS BREAK, JEFF ZHENG, AND VINCENT WU.  Defendants will continue to be represented by other attorneys on the record for MUNGER, TOLLES & OLSON LLP in this action.

DATED:  July 23, 2021

By: */s/ Gina F. Elliott*

**MUNGER, TOLLES & OLSON LLP**
GINA F. ELLIOTT (pro hac vice)
*gina.elliot@mto.com*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:    (415) 512-4000
Fax:                (415) 512-4077

**SHAPIRO ARATO BACH LLP**
CYNTHIA S. ARATO
*carato@shapiroarato.com*
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone:    (212) 257-4880
Fax:                (212) 202-6417
*Attorneys for Defendants Particle Media, Inc., d/b/a News Break, Jeff Zheng, and Vincent Wu*

The application is GRANTED.  The Clerk of Court is respectfully directed to terminate Ms. Elliot as counsel for Defendants.

SO ORDERED

Dated:  July 26, 2021
         New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**