UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PLANCK LLC, :
                              Plaintiff, :    20 Civ. 10959 (LGS)
:
        -against- :    ORDER
:
PARTICLE MEDIA, INC. et al., :
                       Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, there is an initial pretrial conference scheduled for December 16, 2021, at 11:00 a.m. It is hereby

    **ORDERED** that the initial pretrial conference scheduled for December 16, 2021, at 11:00 a.m., is **adjourned** to **January 5, 2022, at 4:30 p.m**, on the following conference line: 888-363-4749, Access Code: 5588333. By **December 29, 2021**, the parties shall submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order per the Individual Rules.

Dated: December 3, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE