UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
PLANCK LLC,                                                 :
                                      Plaintiff             :
                                                            :         20 Civ. 10959 (LGS)
                 -against-                                  :
                                                            :              ORDER
PARTICLE MEDIA, INC. et al.,                                :
                                      Defendants.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 5, 2022

at 4:30 p.m.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

**ORDERED** that the January 5, 2022 initial pretrial conference is **cancelled**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately

so the conference can be reinstated.  The case management plan and scheduling order will issue

in a separate order.  The parties' attention is particularly directed to the provisions for periodic

status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and

setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: January 3, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE