UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PLANCK LLC, d/b/a, PATCH MEDIA,

                *Plaintiff*,

– against –

PARTICLE MEDIA, INC., d/b/a, NEWS BREAK,
JEFF ZHENG, and VINCENT WU,

                *Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No. 20-CV-10959 (LGS)

**JOINT STIPULATION AND [PROPOSED] ORDER TO PRODUCE A DOCUMENT**

SO ORDERED.

Dated: April 1, 2022
New York, New York

*Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

LORNA G. SCHOFIELD, District Judge:

    **WHEREAS** Request No. 19 of Defendants' First Set of Requests for Production of Documents to Plaintiff requests production of "[a]ll contracts, agreements, or licenses between Patch and any news aggregator, Including Yahoo News, Google News, Apple News, and Smart News"; and

    **WHEREAS** Plaintiff has in its possession, custody, or control an agreement between Plaintiff and Microsoft Online Inc. (the "MSN Agreement") that is responsive to Defendants' Request No. 19; and

    **WHEREAS** the MSN Agreement provides that Plaintiff may not produce it absent a court order; and

    **WHEREAS** Plaintiff does not object to producing the MSN Agreement in discovery as long as doing so complies with its confidentiality provisions:

    **NOW IT IS HEREBY ORDERED** that Plaintiff shall produce the MSN Agreement within 5 business days of this Stipulation being "So Ordered" by the Court.

Dated: March 30, 2022                                           Dated: March 30, 2022

/s/ Peter B. Schalk                                             /s/ Kelly M. Klaus
**JUDD BURSTEIN, P.C.**                                         **MUNGER, TOLLES & OLSON LLP**

JUDD BURSTEIN                                                   KELLY M. KLAUS (*pro hac vice*)
jburstein@burlaw.com                                            kelly.klaus@mto.com
PETER B. SCHALK                                                 JONATHAN H. BLAVIN (*pro hac vice*)
pschalk@burlaw.com                                              jonathan.blavin@mto.com
EMILY C. FINESTONE                                              ROWLEY J. RICE (*pro hac vice*)
efinestone@burlaw.com                                           rowley.rice@mto.com
260 Madison Avenue, 15th Floor                                  SARAH WEINER
New York, New York 10016                                        sarah.weiner@mto.com
Telephone: (212) 974-2400                                       560 Mission Street, 27th Floor
Fax: (212) 974-2944                                             San Francisco, CA 94105
*Attorneys for Plaintiff Planck LLC, d/b/a,*                    Telephone: (415) 512-4000
*Patch Media*                                                   Fax: (415) 512-4077

**SHAPIRO ARATO BACH LLP**
CYNTHIA S. ARATO
carato@shapiroarato.com
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 257-4880
Fax: (212) 202-6417

*Attorneys for Defendants Particle Media, Inc., d/b/a, News Break, Jeff Zheng, and Vincent Wu*

SO ORDERED

Dated: _____

_____
LORNA G. SCHOFIELD
United States District Judge

2