# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

———

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
  PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

The pre-motion conference scheduled for July 20, 2022, is **adjourned sine die**.

SO ORDERED.

Dated: June 17, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Planck LLC, d/b/a, Patch Media v. Particle Media, Inc., d/b/a, News Break et al.*,
      Case No. 20-cv-10959 (LGS)

Dear Judge Schofield:

We write to request clarification of the Court's June 9, 2022 Order (Dkt. No. 100). On June 9, 2022, the Court granted the parties' joint request for a sixty-day stay of discovery to pursue potential resolution by mediation. (Dkt. No. 100). However, the June 9, 2022 Order did not remove the previously scheduled July 20, 2022 pre-motion conference from the calendar. (*See* Dkt. No. 96, at § 13(c)). The July 20, 2022 pre-motion conference date triggers the parties' deadlines for filing pre-motion letters concerning dispositive motions and responses to the same.

In light of the temporary stay of discovery, we anticipated that the pre-motion letters concerning dispositive motions and the pre-motion conference for any dispositive motions would also be temporarily stayed. We respectfully request that the Court clarify whether the July 20, 2022 pre-motion conference date, as well as the corresponding deadlines for filing pre-motion letters and responses, will be rescheduled in accordance with the scheduling changes set forth in the June 9, 2022 Order.

| | |
|---|---|
| */s/ Judd Burstein* | */s/ Kelly M. Klaus* |
| Judd Burstein | Kelly M. Klaus |
| JUDD BURSTEIN, P.C. | MUNGER, TOLLES & OLSON LLP |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |