MUNGER, TOLLES & OLSON LLP
560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

August 8, 2022

Writer's Direct Contact
(415) 512-4017
(415) 644-6917 FAX
kelly.klaus@mto.com

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Planck LLC, d/b/a Patch Media v. Particle Media, Inc., d/b/a News Break, et al.*
       Case No. 20-cv-10959 (LGS)

Dear Judge Schofield:

As per the Court's Order of June 9, 2022 (Dkt. No. 100), the parties provide the following update regarding their settlement negotiations:

Following an exchange of mediation statements on July 21, 2022, representatives of the parties and counsel participated in a JAMS mediation session on July 27, 2022. While the parties did not reach a settlement during the July 27 mediation session, the discussions were productive and negotiations are continuing through the mediator up through today. Under the circumstances, the parties respectfully and jointly request that they be allowed to continue negotiating and then provide the Court with a final status letter regarding settlement negotiations in one week, on August 15, 2022. If the case is not settled by then, the parties would submit a proposed expert discovery schedule in their August 15 status letter for Your Honor's consideration.

Dated: August 8, 2022                                                                            Respectfully submitted,

*/s/ Judd Burstein*                                                                              */s/ Kelly M. Klaus*
Judd Burstein                                                                                    Kelly M. Klaus
JUDD BURSTEIN, P.C.                                                                              MUNGER, TOLLES &
                                                                                                 OLSON LLP

*Attorneys for Plaintiff*

*Attorneys for Defendants*