```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PLANCK LLC,                                                  :
                                Plaintiff,                   :
                                                             :         20 Civ. 10959 (LGS)
                -against-                                    :
                                                             :                ORDER
PARTICLE MEDIA, INC., et al.,                                :
                                Defendants.                  :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in several prior Orders, the Court has told the parties that no further extensions would be granted absent extraordinary circumstances, including extensions of expert discovery;

WHEREAS, on October 11, 2022, Plaintiff filed under seal a letter motion to extend the current expert discovery deadlines, and Defendants do not oppose the request;

WHEREAS, the representations in Plaintiff's letter show that extraordinary circumstances exist warranting an extension. It is hereby

**ORDERED** that the Plaintiff's request is GRANTED. The rebuttal report deadline is extended until **November 23, 2022**, and the expert discovery deadline is extended until **December 5, 2022**. The pre-motion conference scheduled for November 16, 2022, is adjourned to **December 14, 2022, at 4:20 P.M.** The parties otherwise shall comply with the instructions in paragraph 13(c) of the Fifth Amended Civil Case Management Plan and Scheduling Order at Dkt. No. 109. No further extensions will be granted absent extraordinary circumstances.

Dated: October 12, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE